# EXHIBIT A

**YEN PILCH ROBAINA & KRESIN PLC**
6017 N. 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Ty D. Frankel (027179)
TDF@yprklaw.com

**YEN PILCH ROBAINA & KRESIN PLC**
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
Telephone: (619) 756-7748
Patricia N. Syverson (020191)
PNS@yprklaw.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Maricopa County, <br><br> Defendant. | Case No. <br><br> **CONSENT TO BE NAMED PLAINTIFF AND OPT IN TO LAWSUIT** |

I, Christopher J. Houck, pursuant to 29 U.S.C. §§ 216(b) and 256, file this consent to opt in to this lawsuit. I was an employee who worked for Defendant within the prior three years. During my employment with Defendant, I was not paid wages statutorily required by the Fair Labor Standards Act for hours that I worked.

I consent to opt in to this lawsuit and authorize counsel of record to pursue this lawsuit on my behalf, along with all those similarly situated employees of Defendant who I agree to represent. I consent to be the Named Plaintiff in this lawsuit and specifically authorize counsel of record to file suit on my behalf and on behalf of all those similarly situated.

Dated: 1-11-2023                                  *Christopher Houck*
                                                  Christopher J. Houck