# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter     12229-001
Account        # 0070
Invoice        # 58066
Liddy          # 423317-1

**UNITED STATES DISTRICT COURT, STATE OF ARIZONA**
401 W. Washington Street, Ste 130, SPC 1, Phoenix, AZ 85003

Christopher J. Houck, on behalf of himself and all those similarly situated,

    Plaintiff(s) / Petitioner(s),

vs

MARICOPA COUNTY,

    Defendant(s) / Respondent(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV-23-68-PHX-DGC

**ENTITY/PERSON TO BE SERVED:** Maricopa County Clerk of the Board of Supervisors

**PLACE OF SERVICE:** 301 W. Jefferson, 10th Floor, Phoenix, AZ, 85003

**DATE OF SERVICE:** On the 27th day of January, 2023 at 12:11 PM   County Maricopa

[ ] PERSONAL SERVICE   [X] Left a copy with a person authorized to accept service.   [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title:** Served on Callie Hunt, Special Deputy Clerk.

on 01/26/2023 we received the following documents for service:

Complaint | Notice of Availability of a United States Magistrate Judge | Summons in a Civil Action | Consent to Opt-in to Lawsuit (David Keller; Emmanuel Sanchez; Matthew Hunter; Donald Rosenberger; Jonathan Halverson; Todd Brice; Ryan Neville; A.J. Jackson; Jerry Vance)

**Received from YEN PILCH ROBAINA & KRESIN, PLC, ( TY D. FRANKEL #027179 )**

PROCESS SERVER: Colton Joralmon, #8743

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____   Date: 1/27/2023

| Item | Amount |
|---|---|
| Service of Process | $20.00 |
| Minimum Mileage | $36.00 |
| Doc. Prep Fee | $12.00 |
| Total | $68.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.