```
Shayna Balch Santiago, SBN 024852
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>Maricopa County,<br><br>          Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Shayna Balch Santiago and Jacob R. Valdez, of the law firm Fisher & Phillips LLP, hereby enter their appearance on behalf of Defendant Maricopa County, for all further proceedings in this matter. All service documents and other contacts in this litigation should henceforth be directed to Ms. Santiago and Mr. Valdez as counsel of record.

RESPECTFULLY SUBMITTED this 15th day of February 2023.

FISHER & PHILLIPS LLP

By  /s/ Shayna Balch Santiago
    Shayna Balch Santiago
    Jacob R. Valdez
    3200 N. Central Avenue, Suite 1550
    Phoenix, Arizona 85012-2487
    Attorneys for Defendants

FP 46378446.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Yen Pilch Robaina & Kresin PLC
6017 N. 15th Street
Phoenix, Arizona 85014
tdf@yprklaw.com
Attorneys for Plaintiff

Patricia N. Syverson
Yen Pilch Robaina & Kresin PLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
pns@yprklaw.com
Attorneys for Plaintiff

  s/ Michelle C. Colwell

FP 46378446.1