Shayna Balch Santiago, SBN 024852
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Maricopa County,<br><br>　　　　　　　　　　Defendant. | No. 2:23-cv-00068-DGC<br><br>**DEFENDANT'S MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S "COLLECTIVE ACTION AND CLASS ACTION COMPLAINT"**<br><br>**(Expedited Consideration Requested)** |

　　　　Defendant Maricopa County ("Defendant"), by and through its undersigned counsel, hereby respectfully moves this Court for an Order granting Defendant a short two-week extension on its deadline to answer or otherwise respond to Plaintiff's "Collective Action and Class Action Complaint", up to and including March 3, 2023. The current deadline to respond is Friday, February 17, 2023.

　　　　The requested extension is necessary because Defense counsel was only recently retained and requires additional time to analyze the claims, review relevant documents, confer with relevant witnesses, and prepare a response to the Complaint.

　　　　Moreover, lead defense counsel has had an unexpected family emergency involving her elderly (and wholly medically incapacitated) mother that has required her attention away from the office for the last two days, and will likely require her to be away from the office additional days this week. Undersigned defense counsel has

FP 46377939.1

1  notified opposing counsel of this fact and asked him to stipulate to a short two-week
2  extension. See Exhibit A. While Plaintiff's counsel was initially willing to agree to the
3  requested extension, he expressly conditioned it on a two-week tolling agreement, which
4  undersigned defense counsel informed him she did not have authorization to agree to. Id.

5  Undersigned defense counsel respectfully submits that the requested extension is
6  not for the purposes of delay, is entirely appropriate under the circumstances, and that
7  Plaintiff's counsel's attempt to condition a two-week extension on a procedural
8  advantage is not appropriate.

9  RESPECTFULLY SUBMITTED this 15th day of February 2023.

FISHER & PHILLIPS LLP

By /s/ Shayna Balch Santiago
   Shayna Balch Santiago
   Jacob R. Valdez
   3200 N. Central Avenue, Suite 1550
   Phoenix, Arizona 85012-2487
   Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 46377939.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Yen Pilch Robaina & Kresin PLC
6017 N. 15th Street
Phoenix, Arizona 85014
tdf@yprklaw.com
Attorneys for Plaintiff

Patricia N. Syverson
Yen Pilch Robaina & Kresin PLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
pns@yprklaw.com
Attorneys for Plaintiff

  s/ Michelle C. Colwell

FP 46377939.1