# EXHIBIT A

| | |
|---|---|
| **From:** | Ty Frankel <TDF@yprklaw.com> |
| **Sent:** | Wednesday, February 15, 2023 2:57 PM |
| **To:** | Santiago, Shayna Balch |
| **Cc:** | Colwell, Michelle; Patti Syverson |
| **Subject:** | RE: Houck v. Maricopa County |

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Shayna,

I do sympathize with the situation, but at the same time I must protect the best interests of the putative opt in plaintiffs in light of how the statute of limitations works in FLSA cases. I encourage you to ask your client about the straightforward tolling agreement I have proposed so we can avoid unnecessary motion practice on a simple extension request. If your client won't agree to the tolling, we'll have to respond to your motion to explain the need to protect the rights of the putative opt in plaintiffs.

Ty

**From:** Santiago, Shayna Balch <ssantiago@fisherphillips.com>
**Sent:** Wednesday, February 15, 2023 2:47 PM
**To:** Ty Frankel <TDF@yprklaw.com>
**Cc:** Colwell, Michelle <mcolwell@fisherphillips.com>; Patti Syverson <PNS@yprklaw.com>
**Subject:** RE: Houck v. Maricopa County

Ty,

Thanks for getting back to me. But I find it unfortunate that you have insisted on predicating a two week extension for defendants' response to the complaint on a corresponding two week tolling agreement, especially given the circumstances. A tolling agreement is not something I have authorization to agree to at this time.

Please let me know if you are willing to reconsider your position. Otherwise, I will begin converting the stipulation we are preparing to a motion.



**Shayna Balch Santiago**
Partner

Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
ssantiago@fisherphillips.com | O: (602) 281-3406 | C: (623) 451-3420

| vCard | Bio | Website | *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Ty Frankel <TDF@yprklaw.com>
**Sent:** Wednesday, February 15, 2023 2:28 PM
**To:** Santiago, Shayna Balch <ssantiago@fisherphillips.com>
**Cc:** Colwell, Michelle <mcolwell@fisherphillips.com>; Patti Syverson <PNS@yprklaw.com>
**Subject:** RE: Houck v. Maricopa County

> **CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Shayna,

I'm sorry to hear about your mother. I hope she's doing better.

I'm fine with providing the two week extension on the condition that it includes an agreement to toll the statute of limitations for two weeks for the putative FLSA opt in plaintiffs, so that there rights are not prejudiced by the delay. If you are agreeable to that, please prepare a stipulation and proposed order to that effect for my review.

Thanks,
Ty

**From:** Santiago, Shayna Balch <ssantiago@fisherphillips.com>
**Sent:** Wednesday, February 15, 2023 2:07 PM
**To:** Ty Frankel <TDF@yprklaw.com>
**Cc:** Colwell, Michelle <mcolwell@fisherphillips.com>
**Subject:** Houck v. Maricopa County

Ty,

Following up on our call yesterday, Jacob is in the process of finalizing an email to you containing legal authority for some of our positions. We are hopeful that we can still resolve the issues we discussed yesterday without having to resort to motion practice. We are also reaching out to our client re the conditional certification issue, per your request.

In the meantime, we have our deadline to respond to the Complaint docketed for this **Friday, February 17, 2023**. I have unfortunately been dealing with an unexpected family emergency (involving my elderly mother) for much of the past two days, and will likely also need to be out of the office some additional days this week. In addition, we were only just recently retained by the County. So please let me know if you will agree to a short two week extension for Defendants' response to the Complaint. Hopefully we can get at least some of the issues we discussed resolved during this time frame.

Thanks in advance for the professional courtesy.



### Shayna Balch Santiago
**Partner**

Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
ssantiago@fisherphillips.com | O: (602) 281-3406 | C: (623) 451-3420

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*