# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**ORDER** |

Before the Court is Defendant's Motion To Extend Deadline To Respond To Plaintiff's "Collective Action And Class Action Complaint" (Doc. 20). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Defendant's Motion To Extend Deadline To Respond To Plaintiff's "Collective Action And Class Action Complaint" (Doc. 20).

**IT IS FURTHER ORDERED** that Defendant's deadline to respond to Plaintiff's "Collective Action And Class Action Complaint" is extended up to and including March 3, 2023.

FP 46378419.1