# EXHIBIT A

| | |
|---|---|
| **From:** | azddb_responses@azd.uscourts.gov |
| **To:** | azddb_nefs@azd.uscourts.gov |
| **Subject:** | Activity in Case 2:22-cv-00266-DJH Barnett v. Concentrix Solutions Corporation et al Order on Motion for Extension of Time to File Response/Reply |
| **Date:** | Wednesday, April 27, 2022 2:18:02 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**DISTRICT OF ARIZONA**

## Notice of Electronic Filing

The following transaction was entered on 4/27/2022 at 2:17 PM MST and filed on 4/27/2022

**Case Name:** Barnett v. Concentrix Solutions Corporation et al
**Case Number:** 2:22-cv-00266-DJH
**Filer:**
**Document Number:** 32(No document attached)

**Docket Text:**
**ORDER: Pending before the Court is Defendants' Motion for Extension of Time (Doc. [29]). Plaintiff's Response states that he "defers to this Court as to whether this eleventh hour 21-day extension request is appropriate." (Doc. [31] at 5). Due to the timing of Defendants' Motion, the Court only finds cause to grant a seven-day extension. Accordingly, IT IS ORDERED that Defendants' Motion (Doc. [29]) is granted in part. Defendants shall file their response to Plaintiff's Motion for Conditional FLSA Certification no later than May 6, 2022. IT IS FURTHER ORDERED that, in the interest of justice, the Court will toll the statute of limitations on the putative class members' FLSA overtime claims for this seven-day extension. ORDERED by Judge Diane J Humetewa on 4/27/2022. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LFIG)**

**2:22-cv-00266-DJH Notice has been electronically mailed to:**

Patricia Nicole Syverson     pns@yprklaw.com, djs@yprklaw.com, gpc@yprklaw.com

Christopher James Meister     christopher.meister@ogletreedeakins.com, PHXDocketing@ogletreedeakins.com, paul.manley@ogletreedeakins.com

Ty Derek Frankel    tdf@yprklaw.com, djs@yprklaw.com, gpc@yprklaw.com

Amy E Salamon    amy.salamon@ogletree.com, PHXDocketing@ogletree.com, bernadette.young@ogletree.com

Mekesha H Montgomery    mmontgomery@fbtlaw.com, kmonti@fbtlaw.com

Neal Shah    nshah@fbtlaw.com

**2:22-cv-00266-DJH Notice will be sent by other means to those listed below if they are affected by this filing:**