# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose A Vega, | No. CV-20-00284-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| All My Sons Business Development LLC, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Enlarge Time to Answer or Respond. (Doc. 9.) Defendants requested a 30-day extension to respond to the Complaint so that any putative opt-in plaintiffs are not prejudiced. *Id.* Plaintiff agreed to two weeks but refused the 30-day request unless the time between the filing of the Complaint and the date of the Answer was tolled.

A two-year statute of limitations applies to claims under the Fair Labor Standards Act, or three years for willful violations. 29 U.S.C. § 255(a). An action under the FLSA "shall be considered to be commenced on the date when the complaint is filed; except . . . in the case of a collective or class action instituted under the Fair Labor Standards Act." 29 U.S.C. § 256. Where there are putative class members who subsequently join the suit, the matter is considered to be commenced on the date the member consents to be a party. *Id.* at § 256(b).

Putative Plaintiffs would suffer prejudice at the hands of Defendant by potentially forfeiting their claim if the deadline to answer were extended at Defendant's request

without also tolling the limitations period. Moreover, Defendant suffers no prejudice in granting tolling. In the interest of fairly adjudicating this matter while still allowing an extension for good cause shown, equitable tolling is appropriate. *See, e.g., Barba v. Seung Heun Lee*, 2009 WL 8747368, at *28 (D. Ariz. Nov. 4, 2009). However, any such tolling should be limited to the time between when Defendant's answer was due though the length of the requested extension.

IT IS ORDERED that Defendants may have through September 2, 2020, to answer or otherwise respond to Plaintiff's Complaint.

IT IS FURTHER ORDERED that the putative opt-in plaintiffs' claims under the FLSA are tolled from the original deadline to respond–August 3, 2020–through September 2, 2020.

Dated this 14th day of August, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge