# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>    Defendant. | No. CV 23-0068-PHX-DGC<br><br>**ORDER** |

Before the Court is Defendant's Motion To Extend Deadline To Respond To Plaintiff's "Collective Action And Class Action Complaint" (Doc. 20) and Plaintiff's response (Doc. 21).

**IT IS HEREBY ORDERED** that Defendant's deadline to respond to Plaintiff's complaint is extended to **March 3, 2023**. The time for putative opt-in plaintiffs to assert their claims is also tolled until **March 3, 2023**.

Dated this 16th day of February, 2023.

_David G. Campbell_
David G. Campbell
Senior United States District Judge