YEN PILCH ROBAINA & KRESIN PLC
6017 N. 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Ty D. Frankel (027179)
TDF@yprklaw.com

YEN PILCH ROBAINA & KRESIN PLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
Telephone: (619) 756-7748
Patricia N. Syverson (020191)
PNS@yprklaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Maricopa County, <br><br> Defendant. | Case No. CV-23-68-PHX-DGC <br><br> **CONSENT TO OPT-IN TO LAWSUIT** |

Pursuant to 29 U.S.C. §§ 216(b) and 256, I hereby consent to opt-in to this lawsuit. I am similarly situated to the representative Plaintiff in this lawsuit. I was an employee who worked as a Lieutenant for Defendant within the past three years. During my employment with Defendant, I was not paid wages statutorily required by the Fair Labor Standards Act for hours that I worked.

I hereby consent to opt-in to this action and specifically authorize counsel of record to pursue this lawsuit on my behalf along with all those similarly situated. I understand the representative Plaintiff will act as my agent and make decisions on my behalf regarding this lawsuit, including decisions related to the litigation of and potential settlement or resolution of this lawsuit. I agree that the decisions and agreements made and entered into by the representative Plaintiff will be binding on me.

*[Signature]*
Signature

Rudy V. Acosta
Printed Name

3-1-2023
Date

Redacted
Street Address

Redacted
City, State Zip Code

Redacted
Telephone Number

Redacted
E-mail Address

-2-