IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CHRISTOPHER J. HOUCK'S MOTION FOR CONDITIONAL CERTIFICATION UNDER THE FAIR LABOR STANDARDS ACT** |

The Court has considered Plaintiff Christopher J. Houck's Motion for Conditional Certification under the Fair Labor Standards Act ("FLSA")(the "Motion"),

The Court GRANTS the Motion and ORDERS conditional certification of the following class pursuant to 29 U.S.C. § 216(b):

> All current and former lieutenants employed by Maricopa County in the Patrol Division from January 11, 2020 through the date FLSA Notice is distributed ("Patrol Lieutenants").

The Court APPROVES the proposed Notice and Consent to Opt-In Form attached as Exhibits 1 and 2 to Plaintiff's Motion.

      The Court APPROVES the Notice procedure in Plaintiff's Motion and authorizes Plaintiff to mail and email the proposed Notice to similarly situated persons. The Court also authorizes Plaintiff to send a text message regarding the issuance of Notice as requested in Plaintiff's Motion.

      The Court further ORDERS that Defendant shall provide to Plaintiff, within 14 days of this Order, the names, mailing addresses, email addresses, and cell phone numbers of all current and former Patrol Lieutenants who worked for Maricopa County from January 11, 2020 through the date FLSA Notice is distributed.