1
2
3
4
5
6
7

Shayna Balch Santiago, SBN 024852
Jacob R. Valdez, SBN 035634
**FISHER & PHILLIPS LLP**
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF CHRISTOPHER J. HOUCK'S MOTION FOR CONDITIONAL CERTIFICATION UNDER THE FAIR LABOR STANDARDS ACT** |

Defendant Maricopa County ("Defendant") and Plaintiff Christopher J. Houck (collectively the "Parties"), by and through their undersigned counsel, hereby submit this stipulation. Defendant requests and the Parties stipulate that the Court extend the deadline for Defendant's response to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act (Doc. 27) by sixty (60) days up to and including Monday, June 26, 2023.

The parties have so stipulated because lead defense counsel needs some additional time to prepare and submit Defendant's response to Plaintiff's Motion for Conditional Certification after having a child last month.

The Parties have further agreed to toll the statute of limitations for putative opt-in plaintiffs' claims for sixty (60) days, which is the length of the extension requested, to ensure their rights are not prejudiced by the extension if it is granted.

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

1     Defendant respectfully submits that the requested extension is not for the
2   purposes of delay. A form of order is submitted herewith.

3     RESPECTFULLY SUBMITTED this 21st day of April 2023.

4                               FISHER & PHILLIPS LLP

5

6                               By   /s/  Shayna Balch Santiago
7                                    Shayna Balch Santiago
                                     Jacob R. Valdez
8                                    3200 N. Central Avenue, Suite 1550
9                                    Phoenix, Arizona 85012-2487
                                     Attorneys for Defendants
10

11                              YEN PILCH ROBAINA & KRESIN PLC

12

13                              By   /s/  Ty D. Frankel (with permission)
14                                   Ty D. Frankel
                                     6017 N. 15th Street
15                                   Phoenix, Arizona 85014
16                                   Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 46933684.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
YEN PILCH ROBAINA & KRESIN PLC
6017 N. 15th Street
Phoenix, Arizona 85014
tdf@yprklaw.com
Attorneys for Plaintiff

Patricia N. Syverson
YEN PILCH ROBAINA & KRESIN PLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
pns@yprklaw.com
Attorneys for Plaintiff

  s/  Michelle C. Colwell

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

3

FP 46933684.1