IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. CV-23-0068-PHX-DGC<br><br>**ORDER** |

Before the Court is the parties' Joint Stipulation For Extension of Time for Defendant to Respond to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act. Doc. 28. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Stipulation For Extension of Time for Defendant to Respond to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act. Doc. 28.

**IT IS FURTHER ORDERED** that Defendant's deadline to respond to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act is extended by 60 days up to and including **June 26, 2023**.

**IT IS FURTHER ORDERED** that the statute of limitations for the putative opt in Plaintiffs' claims is tolled for 60 days.

Dated this 26th day of April, 2023.

David G. Campbell
Senior United States District Judge