Shayna Balch Santiago, SBN 024852
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>    Defendant. | No. 2:23-cv-00068-DGC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF CHRISTOPHER J. HOUCK'S MOTION FOR CONDITIONAL CERTIFICATION UNDER THE FAIR LABOR STANDARDS ACT**<br><br>**(Second Request)** |

Defendant Maricopa County ("Defendant") and Plaintiff Christopher J. Houck (collectively the "Parties"), by and through their undersigned counsel, hereby submit this stipulation. Defendant requests and the Parties stipulate that the Court extend the deadline for Defendant's response to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act (Doc. 27) by twenty-one days up to and including Monday, July 17, 2023.

The parties have so stipulated because lead defense counsel needs some additional time to prepare and submit Defendant's response to Plaintiff's Motion for Conditional Certification following the birth of her child and unexpected issues that arose relating to the same.

FP 47496898.1

The Parties have further agreed to toll the statute of limitations for putative opt-in plaintiffs' claims for an additional twenty-one days, which is the length of this second extension requested, to ensure their rights are not prejudiced by the extensions requested by Defendant.

Defendant respectfully submits that the requested extension is not for the purposes of delay. A form of order is submitted herewith.

RESPECTFULLY SUBMITTED this 20th day of June 2023.

FISHER & PHILLIPS LLP

By /s/ Shayna Balch Santiago
Shayna Balch Santiago
Jacob R. Valdez
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendants

YEN PILCH ROBAINA & KRESIN PLC

By /s/ Ty D. Frankel (with permission)
Ty D. Frankel
6017 N. 15th Street
Phoenix, Arizona 85014
Attorneys for Plaintiff

FP 47496898.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
YEN PILCH ROBAINA & KRESIN PLC
6017 N. 15th Street
Phoenix, Arizona 85014
tdf@yprklaw.com
Attorneys for Plaintiff

Patricia N. Syverson
YEN PILCH ROBAINA & KRESIN PLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
pns@yprklaw.com
Attorneys for Plaintiff

  s/ Michelle C. Colwell

FP 47496898.1

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400