# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**ORDER** |

Before the Court is the parties Joint Stipulation for Extension of Time for Defendant to Respond to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act (Doc. 30). Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Stipulation for Extension of Time for Defendant to Respond to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act (Doc. 30).

**IT IS FURTHER ORDERED** that Defendant's deadline to respond to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act is extended by twenty-one (21) days up to and including **July 17, 2023.**

**IT IS FURTHER ORDERED** that the statute of limitations for the putative opt in Plaintiffs' claims is tolled by an additional twenty-one (21) days.

FP 47496861.1