IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. CV-23-0068-PHX-DGC<br><br>**ORDER** |

Before the Court is the parties' Joint Stipulation For Extension of Time for Defendant to Respond to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act.  Doc. 30.  Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Stipulation For Extension of Time.  Doc. 30.

**IT IS FURTHER ORDERED** that Defendant's deadline to respond to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act (Doc. 27) is extended by 21 days up to and including **July 17, 2023**.

**IT IS FURTHER ORDERED** that the statute of limitations for the putative opt in Plaintiffs' claims is tolled by an additional twenty-one (21) days.

Dated this 27th day of June, 2023.

David G. Campbell
Senior United States District Judge