Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Lori A. Guner of the law firm Fisher & Phillips LLP hereby enters her appearance on behalf of Defendant Maricopa County, for all further proceedings in this matter. Ms. Guner will be joining current defense counsel Shayna Balch Santiago and Jacob R. Valdez in the defense of Maricopa County in this case. All service documents and other contacts in this litigation should henceforth be directed to Ms. Guner as counsel of record addressed as follows:

Lori A. Guner
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2425
Telephone: (602) 281-3400
Fax: (602) 281-3401
lguner@fisherphillips.com

FP 47686215.1

1   Please revise your records to reflect this change.

2   RESPECTFULLY SUBMITTED this 17th day of July 2023.

3          FISHER & PHILLIPS LLP

4         By  /s/  Lori A. Guner

5          Shayna Balch Santiago
       Lori A. Guner
6          Jacob R. Valdez
       3200 N. Central Avenue, Suite 1550
7          Phoenix, Arizona 85012-2487
       Attorneys for Defendant

**FISHER & PHILLIPS LLP**
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

2

FP 47686215.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Yen Pilch Robaina & Kresin PLC
6017 N. 15th Street
Phoenix, Arizona 85014
tdf@yprklaw.com
Attorneys for Plaintiff

Patricia N. Syverson
Yen Pilch Robaina & Kresin PLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
pns@yprklaw.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 47686215.1