# EXHIBIT A

## DECLARATION OF CHIEF BARRY ROSKA

Chief Barry Roska, being first duly sworn upon her oath, deposes and says:

1.      I am over the age of eighteen and am competent to testify as to all the matters set forth herein and would so testify if called upon to do so.

2.      I have personal knowledge of the matters set forth herein. My personal knowledge is based upon my observations and personal participation in the events described below.

3.      I am currently employed by the Maricopa County Sheriff's Office ("MCSO") as the Executive Chief of Enforcement of the Patrol Bureau. I have been in this position for approximately one year.

4.      As Executive Chief of the Enforcement Bureau, I am responsible for overseeing the MCSO Patrol Bureau.  As such, I am familiar with MCSO policies, procedures, practices, business records, and reports.  I am also familiar with the job duties of MCSO Sergeants, Deputies, and Lieutenants.

5.      The MCSO oversees law enforcement activities for Maricopa County, primarily serving unincorporated areas of the County as well as contracted services in cities and towns.

6.       For purposes of patrol law enforcement, the County is divided into geographical areas referred to as "Districts" as well as a "Lake Patrol" Division.

7.      The MCSO is also divided into three bureaus: Enforcement, Custody, and Compliance.  The Enforcement Bureau that I oversee is responsible for patrol functions and is broken down further into Patrol Bureau East (Patrol Districts 1, VII, and Lake Patrol), Patrol Bureau West (Districts II, III, and IV), Patrol Resources Bureau (Intelligence Information Division, Enforcement Support, Community Outreach, SWAT, Aviation, Extraditions, and Judicial Enforcement Division), and Investigations Bureau (Special Investigations Division, Major Crimes Division, General Crimes Division, and the Crime Lab). The Compliance Bureau oversees the Professional Standards Bureau, the Support

Services Bureau (Court Security, Property, Records & AFIS, and Communications Division), and the Bureau of Internal Oversight (BIO).

8.      Each division within the Patrol Bureau is also overseen by a Deputy Chief. Each patrol district has a Commander (a lieutenant or above), Deputy Commander (a lieutenant assigned to the Patrol District to act on his behalf when he is unavailable), additional lieutenants, uniformed sergeants (mid-level supervisors), patrol deputies, and administrative staff.

9.      Patrol Bureaus East and West employ the various Sheriff's deputies that can be seen patrolling Maricopa County's streets on a daily basis, along with their supervisors. Patrol deputies and sergeants are paid on an hourly basis and not considered exempt under the FLSA. However, lieutenants are classified as exempt under the FLSA and are paid a salary basis in excess of $684/week.

10.     I am generally familiar with Maricopa County's payroll system and I am aware that it requires all employees' pay to be entered as an hourly rate, even for employees who are salaried, such as myself. Thus, in order for payroll to be processed correctly, exempt employees' pay must be manually converted to an hourly rate before it is submitted for payroll. Therefore, lieutenants' pay stubs show an "hourly" rate but they are actually salaried employees.

11.     Attached hereto as **Exhibit 1** is a true and correct copy of the MCSO Job Description for Deputy Sheriff, which sets forth the requisite job duties for Maricopa County Deputy Sheriffs. To the best of my knowledge, it is a true and correct copy of the original MCSO Job Description for Deputy Sheriff kept by the MCSO in the ordinary course of business. The job description for Deputy Sheriff states that the primary duties of the position are criminal investigations, response to calls for service, patrol duties, training, and administration.

12.     Attached hereto as **Exhibit 2** is a true and correct copy of the MCSO Job Description for Law Enforcement Sergeant, which sets forth the requisite job duties for Maricopa County Sergeants. To the best of my knowledge, it is a true and correct copy of

the original MCSO Job Description for Law Enforcement Sergeant kept by the MCSO in the ordinary course of business.  The job description for Law Enforcement Sergeant states that the primary duties of the position are training, supervision, administration, patrol duties, and criminal investigations.

13.     Attached hereto as **Exhibit 3** is a true and correct copy of the MCSO Job Description for Law Enforcement Lieutenant, which sets forth the requisite job duties for Maricopa County Lieutenants.  To the best of my knowledge, it is a true and correct copy of the original MCSO Job Description for Law Enforcement Lieutenant kept by the MCSO in the ordinary course of business.  The job description sets forth the primary job duties of the Law Enforcement Lieutenant position.  These primary duties include administration, incident management, career and professional development, supervision, community policing, and management.

14.     As part of the administration, career and professional development, and management duties set forth in the lieutenant job description, many MCSO lieutenants sit on promotion boards, are involved in preparation of district department budgets (which is a direct influence on the agency budget), conduct internal affairs investigations, and are involved in special administrative projects ranging from performing an audit of law enforcement personnel, working on research projects, approving and providing overtime justifications,  to managing building remodels.

15.     Attached as **Exhibit 4** is a table listing all MCSO Lieutenants who have opted into the lawsuit *Christopher J. Houck v. Maricopa County*, Arizona District Court Case No. 2:23-cv-00068-DGC thus far and who conducted or are in the process of conducting Internal Affairs investigations since January 1, 2020.  The table indicates the number of active and/or completed Internal Affairs investigation by each listed Lieutenant.

16.     When a Deputy Sheriff is interested in promotion to an open sergeant position, a panel of lieutenants reviews deputy applications, assesses their qualifications, scores candidates during an assessment center process, and compiles a "ranked" list of promotional candidates recommended for promotion based on their review to the Maricopa

County Merit Board for certification.  It is from this list that the MCSO may consider the top ranked candidates for promotion.

17.     The MCSO has numerous policies and procedures in place ranging from "General Policies and Procedures" that govern day-to-day operations to more specific "Enforcement Policies and Procedures" on discrete topics.  These policies and procedures can be found online at www.mcso.org.  MCSO sworn personnel are also subject to Maricopa County's personnel policies and procedures.

18.     Attached as **Exhibit 5** is a true and correct copy of MCSO Policy GB-2, Command Responsibility, effective June 28, 2019, and revisions thereto, which are dated February 1, 2022 and October 15, 2020. To the best of my knowledge, it is a true and correct copy of the original Policy GB-2, Command Responsibility, effective June 28, 2019, and revisions thereto, which are dated February 1, 2022 and October 15, 2020, kept by the MCSO in the ordinary course of business.  As stated in the Policy, it applies to MCSO employees.  It was put into place to "ensure supervisors, at all levels, provide proper direction, coordination and control of subordinates."

19.     Attached hereto as **Exhibit 6** is a true and correct copy of MCSO Policy GE-4, Use, Assignment, and Operation of Vehicles, effective February 22, 2023. To the best of my knowledge, it is a true and correct copy of the original MCSO Policy GE-4, Use, Assignment, and Operation of Vehicles, effective February 22, 2023, kept by the MCSO in the ordinary course of business. As stated in the Policy, its purpose is to establish guidelines and procedures regarding the use, assignment, operation, maintenance, and inspection of MCSO vehicles, and the review of MCSO vehicle accidents.

20.     It is standard practice in the Patrol Bureau for Deputy Sheriffs and Law Enforcement Sergeants to share patrol vehicles from one shift to the next, which are conspicuously marked with the MCSO logo and text.  However, Detectives and personnel with the rank of Law Enforcement Lieutenants and higher are typically issued for their exclusive use unmarked inconspicuous SUVs, trucks, or sedans, which they will take home and park at their residence when not on duty.  Occasionally lieutenants will request use of

a marked patrol vehicle if their individually issued vehicle is being serviced, but this is the exception to the general rule.

21.     Attached hereto as **Exhibit 7** is a true and correct copy of MCSO Policy EB-1, Traffic Enforcement, Violator Contacts, and Citation Issuance, effective June 15, 2023. To the best of my knowledge, it is a true and correct copy of the original MCSO Policy EB-1, Traffic Enforcement, Violator Contacts, and Citation Issuance, effective June 15, 2023, kept by the MCSO in the ordinary course of business. As stated in the Policy, its purpose is to establish guidelines and procedures regarding the enforcement of traffic laws; traffic violator contacts; procedures for the issuance of, and accountability for, traffic citations; and the development of selective traffic enforcement programs.  As set forth in the policy, unmarked vehicles shall not normally be used for traffic law enforcement functions.  The policy considerations behind disallowing unmarked vehicles to perform routine traffic law enforcement functions are simple – traffic stops by law enforcement personnel in an unmarked patrol vehicle can potentially be hazardous both to the general public and the law enforcement officer involved.

22.     MCSO lieutenants are typically scheduled to work one of the following schedules (although hours worked can vary based on staffing needs): (a) eight hrs/day x five days a week, (b) 10 hrs/day x four days a week, or (c) 12 hrs/day x three days a week. A MSCO lieutenant's hours are auto populated into Maricopa County's timekeeping system and lieutenants may be required to enter deviations from standard hours in the system (deviations up or down), which are not related to vacation, leave, or FMLA qualifying events.

23.     As set forth above, the Patrol Bureaus East and West are broken down into distinct districts.  When "Calls for Service" (calls from members of the general public through 911 or directly with the MCSO) come in through the MCSO, they are dispatched to the various districts based on a pre-determined geographical beat assignment.  Each incoming call is tracked through the MCSO Computer Assisted Dispatch ("CAD") system. If individual deputies personally witness a crime in progress, the deputy radios into

dispatch and the activity is likewise tracked through the CAD system ("On View" or "Deputy Initiated Activity").

24.     Once a Call for Service or On View activity is entered into the CAD system, an "MC" number is generated for the incident.  The dispatcher will update CAD as the incident progresses.  If the incident rises to the level of needing to generate an "Incident Report," then an "IR" number is generated. The CAD system tracks each incident all the way through final disposition.  The CAD system utilized by the MCSO tracks and stores a tremendous amount of data regarding Calls for Service / On View activities and disposition of the same.

25.     Law Enforcement Lieutenants (Patrol) (and higher ranks) should login to the CAD system when engaging in law enforcement services with the public, for internal tracking purposes since the CAD system is the data management tool used by the MCSO.[1] The CAD system is more than a dispatch assignment system.  Instead, there are multiple forms of data that can be input into the system.  And deputies, sergeants, and lieutenants alike are required to update the CAD system with their daily activities on a real time basis when logged in.  For example, lieutenants are expected to update the CAD system when they are performing supervisory duties.  There is also an alarm feature built into the CAD system where a "Welfare Check" alarm will be generated if law enforcement personnel is in the field and have not checked in within a designated time period.

26.     Once a lieutenant is logged into the CAD system, they are required to report status back to dispatch throughout the day until they log off.  This status can range from being available, out of service, dispatched, enroute, or even on scene.  Often times, when a lieutenant is "out of service" they are performing supervisory or administrative work at their assigned substation.  The CAD system also tracks the following information, among other things, for each member of patrol: (1) number of calls taken ("Call Source"), (2) type

---

[1] Whether or not a Lieutenant is required to log into the CAD system is determined by the Chief of the Patrol East Bureau or Patrol West Bureau.

of activity ("Dispositions"), (3) traffic stops, and (4) types of calls taken.  Supervisory and administrative work can be specifically coded into the CAD system.   Daily CAD activities are downloaded and reviewed on a monthly basis.  Also tracked within the CAD system is the identity of the primary unit on scene for an incident, secondary unit on scene (if applicable), and information about report and supplement generation (if applicable).  Summary reports can also be generated from the CAD system.

27.     Attached as **Exhibit 8** is a report setting forth patrol activity logs for Lieutenant Christopher Houck from January 1, 2023 through March 31, 2023.  This report shows the daily CAD entries for Houck for this timeframe.  This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its correctly reflects the data entered by Houck.

28.     Attached as **Exhibit 9** is a redacted[2] Patrol Personnel Stat Report for District 1, which is the unit Plaintiff Christopher Houck oversees, from January 1, 2023 through March 31, 2023.  This report shows patrol activity for the Deputies of Houck's district, which consists of Sheriff's Deputies and Law Enforcement Sergeants.  This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge it correctly reflects the data entered by members of Houck's district.  The report shows, among other things, the following data for Deputies that have worked more than 200 hours between January 1, 2023 and March 31, 2023 (I have identified these Deputies in the attached redacted report with yellow highlighting):

- **Primary Responding Unit** – All deputies have served as the primary responding unit on a call for service at least 41 times. Over 75% of the Deputies have been the primary responding unit on over 100 calls for service. One deputy was the primary responding unit on 288 calls.  In this same time period, Houck was the primary responding unit on 4 calls.

---

[2] Redactions were made to remove names and serial numbers of individuals who have not opted into the lawsuit *Christopher J. Houck v. Maricopa County*, Arizona District Court Case No. 2:23-cv-00068-DGC as of the date of this Declaration.

- **On View** – All Deputies have logged on view activities in excess of 32 times. Over 75% of the Deputies have logged over 50 on view activities. One deputy had 330 on view service calls.  In this same time period, Houck had 7 on view service calls.

- **Reports Taken** – All Deputies have prepared at least 23 reports. Over 90% of the Deputies have prepared at least 30 reports. One deputy prepared 80 reports.  In this same time period, Houck prepared 1 report.

29.     Attached as **Exhibit 10** is a table summarizing a report run through our CAD system showing all incident reports and/or supplements thereto initiated by MCSO Law Enforcement Lieutenants since January 1, 2020.  This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct. The report shows the number of "Incident Reports" generated by all sworn members of the East and West Patrol Bureaus as compared to current opted-in lieutenants.  This report shows that the opted-in lieutenants, prepared on average, 4.89 "Incident Reports" in 2022 as compared to an average of 68.96 "Incident Reports" prepared by other members of East and West Patrol Bureau.

30.     Report preparation in a law enforcement context is extremely important.  It is the responsibility of the primary responding sworn MCSO member to prepare the "Incident Report."   Additional supporting units can also prepare a supplemental report. But generation of those supplemental reports is separately tracked.

31.     Attached as **Exhibit 11** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Rudy Acosta from October 27, 2020 to May 28, 2023—*i.e*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. As of April 18, 2022, Lieutenant Acosta was transferred to the General Crimes Division (which is within the Investigation Bureau). Among other things, the report indicates a total number of 36 calls for service in 2022, 4 calls for service in 2023, 27 supervisor duties in 2022, and 2 supervisor duties in 2023 by Lieutenant Acosta within the indicated timeframe.  This type of report is a routine

business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

32.    Attached as **Exhibit 12** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Kelly Bocardo from November 13, 2021 to November 9, 2022—*i.e.*, the dates within which she served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 6 calls for service in 2021, 25 calls for service in 2022, 6 supervisor duties in 2021, and 19 supervisor duties in 2022 by Lieutenant Bocardo within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

33.    Attached as **Exhibit 13** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Todd Brice from January 20, 2020 to February 11, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Lieutenant Brice began working in the Bureau of Internal Oversight (BIO) Unit within the Compliance Bureau on May 23, 2016 and was promoted to Lieutenant on November 6, 2017. He was again assigned to the Bio Unit on December 4, 2017 and then transferred to Patrol, District 3, on December 4, 2017. On February 24, 2020, he transferred back to the Bio Unit.  Among other things, the report indicates a total number of 4 calls for service in 2022, 1 call for service in 2023, 0 supervisor duties in 2022, and 0 supervisor duties in 2023 by Lieutenant Brice within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

34.    Attached as **Exhibit 14** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Emmanuel Sanchez from June 28, 2022 to June 28, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things,

the report indicates a total number of 139 calls for service in 2022, 121 calls for service in 2023, 107 supervisor duties in 2022, and 86 supervisor duties in 2023 by Lieutenant Sanchez within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

35.      Attached as **Exhibit 15** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Jonathan Halverson from January 19, 2020 to June 27, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 41 calls for service in 2022, 17 calls for service in 2023, 18 supervisor duties in 2022, and 10 supervisor duties in 2023 by Lieutenant Halverson within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

36.      Attached as **Exhibit 16** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Christopher Houck from April 20, 2022 to June 17, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 134 calls for service in 2022, 34 calls for service in 2023, 88 supervisor duties in 2022, and 7 supervisor duties in 2023 by Lieutenant Houck within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

37.      Attached as **Exhibit 17** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Matthew Hunter from January 1, 2022 to June 30, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 253 calls for service in 2022, 129 calls for service

2023, 89 supervisor duties in 2022, and 47 supervisor duties in 2023 by Lieutenant Hunter within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

38.     Attached as **Exhibit 18** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Jason Thomas from April 9, 2021 to June 7, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 103 calls for service in 2022, 25 calls for service in 2023, 53 supervisor duties in 2022, and 14 supervisor duties in 2023 by Lieutenant Thomas within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

39.     Attached as **Exhibit 19** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Alden Jackson from November 30, 2022 to June 29, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 25 calls for service in 2022, 74 calls for service in 2023, 15 supervisor duties in 2022, and 44 supervisor duties in 2023 by Lieutenant Jackson within the indicated timeframe.  This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

40.     Attached as **Exhibit 20** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant David Keller from October 24, 2020 to June 29, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 264 calls for service in 2022, 108 calls for service in 2023, 98 supervisor duties in 2022, and 54 supervisor duties in 2023 by Lieutenant Keller within the

indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

41.      Attached as **Exhibit 21** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Ryan Neville from July 30, 2021 to June 20, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Lieutenant Neville is no longer within the Patrol Bureau East or Patrol Bureau West. Instead, he is now assigned to Narcotics. Among other things, the report indicates a total number of 110 calls for service in 2022, 18 calls for service in 2023, 62 supervisor duties in 2022, and 10 supervisor duties in 2023 by Lieutenant Neville within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

42.      Attached as **Exhibit 22** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Andrew Rankin from April 5, 2022 to June 28, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 50 calls for service in 2022, 18 calls for service in 2023, 38 supervisor duties in 2022, and 9 supervisor duties in 2023 by Lieutenant Rankin within the indicated timeframe. This type of report is a routine business record that we use in our line of work.  I have reviewed the report and to the best of my knowledge, its contents is true and correct.

43.      Attached as **Exhibit 23** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Donald Rosenberger from January 18, 2020 to June 28, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 560 calls for service in 2022, 237 calls for service in 2023, 168 supervisor duties in 2022, and 79 supervisor duties in 2023 by Lieutenant

Rosenberger within the indicated timeframe. This type of report is a routine business record that we use in our line of work. I have reviewed the report and to the best of my knowledge, its contents is true and correct.

44.      Attached as **Exhibit 24** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Michael Trowbridge from February 8, 2020 to June 27, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 114 calls for service in 2022, 35 calls for service in 2023, 60 supervisor duties in 2022, and 14 supervisor duties in 2023 by Lieutenant Trowbridge within the indicated timeframe. This type of report is a routine business record that we use in our line of work. I have reviewed the report and to the best of my knowledge, its contents is true and correct.

45.      Attached as **Exhibit 25** is a copy of a CAD report showing the computer-aided dispatch ("CAD") patrol activity for MCSO Lieutenant Jerry Vance from June 3, 2021 to June 10, 2023—*i.e.*, the dates within which he served as an MCSO Lieutenant within the last three years from the date the report was run. Among other things, the report indicates a total number of 74 calls for service in 2022, 16 calls for service in 2023, 43 supervisor duties in 2022, and 8 supervisor duties in 2023 by Lieutenant Vance within the indicated timeframe. This type of report is a routine business record that we use in our line of work. I have reviewed the report and to the best of my knowledge, its contents is true and correct.

46.      Each of the six patrol divisions have between two and three lieutenants. Districts 4 and 7 have two lieutenants, while the remaining districts have three. Each district is overseen by a Captain. The Captain, in turn, determines a "Deputy Commander" who assumes the responsibilities of the Captain when the Captain is unavailable. The Captain also appoints a "Watch Commander" who is responsible for commander duties across multiple patrol districts over the graveyard shift when the Captain of those patrol districts are otherwise unavailable. In addition to these two assignments, the Captain also

has discretion to rotate the Deputy Commander position depending on availability of the Lieutenants in his district.

47.      Attached as **Exhibit 26** is a redacted copy[3] of MCSO District I Roster. To the best of my knowledge, it is a true and correct copy of the MCSO District I Roster kept by the MCSO in the ordinary course of business.  I have reviewed the Roster and to the best of my knowledge, its contents are true and correct.

48.      Attached hereto as **Exhibit 27** is a redacted copy of MCSO District II Roster. To the best of my knowledge, it is a true and correct copy of the MCSO District II Roster kept by the MCSO in the ordinary course of business.  I have reviewed the Roster and to the best of my knowledge, its contents are true and correct.

49.      Attached hereto as **Exhibit 28** is a redacted copy of MCSO District III Roster. To the best of my knowledge, it is a true and correct copy of the MCSO District III Roster kept by the MCSO in the ordinary course of business.  I have reviewed the Roster and to the best of my knowledge, its contents are true and correct.

50.      Attached hereto as **Exhibit 29** is a redacted copy of MCSO District IV Roster. To the best of my knowledge, it is a true and correct copy of the MCSO District IV Roster kept by the MCSO in the ordinary course of business.  I have reviewed the Roster and to the best of my knowledge, its contents are true and correct.

51.      Attached hereto as **Exhibit 30** is a redacted copy of MCSO District V Roster. To the best of my knowledge, it is a true and correct copy of the MCSO District V Roster kept by the MCSO in the ordinary course of business.  I have reviewed the Roster and to the best of my knowledge, its contents are true and correct.

52.      Attached hereto as **Exhibit 31** is a redacted copy of MCSO District VII Roster. To the best of my knowledge, it is a true and correct copy of the MCSO District

---

[3] Redactions were made to remove names and serial numbers of individuals who have not opted into the lawsuit lawsuit *Christopher J. Houck v. Maricopa County*, Arizona District Court Case No. 2:23-cv-00068-DGC as of the date of this Declaration.

VII Roster kept by the MCSO in the ordinary course of business.  I have reviewed the Roster and to the best of my knowledge, its contents are true and correct.

I declare under penalty of perjury, under the laws of the United States of America and the State of Arizona, that the foregoing is true and correct.

Executed this 17th day of July, 2023 in Phoenix, Arizona.

_Barry Roska #878_____
CHIEF BARRY ROSKA

# EXHIBIT 1



# MARICOPA COUNTY JOB DESCRIPTION

## Deputy Sheriff

| | |
|---|---|
| **MARKET RANGE TITLE:** | Law Enforcement Officer |
| **DEPARTMENT:** | Maricopa County Sheriff's Office (MCSO) |
| **DIVISION:** | Multiple |
| **FLSA STATUS:** Non-Exempt | **CLASSIFIED/UNCLASSIFIED:** Classified |
| **POSITION NUMBER:** Multiple | **JOB CODE:** REF015, REF030-REF034 |

## POSITION OVERVIEW

Do you have a desire to protect and serve your community? The Maricopa County Sheriff's Office (MCSO) is seeking passionate individuals to join our team as a Deputy Sheriff Trainee. In this role, high importance is placed on ensuring public safety is provided and maintained by an individual who takes pride in their work and considers the impact of their actions on an individual, team and organizational level.

We are looking for candidates who possess integrity and strong interpersonal skills. Ideal candidates are skilled problem solvers with the ability to use good judgment while diffusing situations, resolving conflict, and serving others and the community.  If this sounds like the right opportunity for you... your adventure with MCSO awaits!

To be part of our team as a Deputy Sheriff, you must:
- Be an effective communicator, even in the most challenging of situations.
- Care about the safety and well-being of others.
- Respect all individuals regardless of background or socio-economic status.
- Embrace the concepts of integrity, accountability and transparency as core values.
- Collaborate with team members, supervisors and managers to forward the mission and vision of MCSO.

Compensation is more than a salary with MCSO.  Your perks at work include:
- Paid training
- A stable environment
- Great benefits
- Flexibility and generous leave
- And, an opportunity to serve your community as part of a diverse and talented workforce.

## ESSENTIAL JOB TASKS
*(This is not an all-inclusive list of all job duties that may be required; employees will be required to perform other related duties as assigned. List in order of importance)*

The Deputy Sheriff in the Maricopa County Sheriff's Office (MCSO) enforces laws and maintains order while protecting life and property. The Deputy Sheriff is responsible for ensuring the public safety of the citizens of Maricopa County and the State of Arizona in accordance with all applicable local, state, and federal laws, regulations and MCSO policies.

12-19-19

*Criminal investigations*
Conducts traffic and criminal investigations, using accepted methods and techniques to identify, secure, collect and protect evidence and crime scenes; conducts interviews with victims, witnesses, and suspects, gathering information, developing probable cause, making arrests and executing search warrants.

*Response to calls for service*
Responds quickly to emergency situations via department vehicle using vehicle's emergency equipment when needed (e.g., lights and sirens); determines the quickest and safest approach to an emergency scene; determines the best strategy for restoring or maintaining order and safety; uses defensive tactics and appropriate level of force, to include using assigned weapons (e.g., firearm, Taser, baton), to control a situation; issues warnings and/or citations to ensure public safety and compliance with the law.

*Patrol duties*
Maintains a safe and secure community by identifying and responding to in-progress criminal activity and unusual or suspicious circumstances, vehicles, packages; makes observations, writes reports, communicates with the public and provides a level of service required in conjunction with all local, state and federal laws, as well as all applicable policies and procedures of the Maricopa County Sheriff's Office; engages the community in positive proactive policing practices to fulfill the departments mission, establishes strong ties and relationships within the community by conducting oneself in a professional, fair and transparent manner at all times.

*Training*
Attends, implements and provides all required training associated with the duties and functions of a law enforcement officer as specified by Arizona Police Officers Standards Training Board (POST) and the Maricopa County Sheriff's Office.

*Administration*
Interacts with the public and staff by effectively communicating verbally, and in writing, to direct, ascertain information, document incidents, requirements, needs and conditions within the facility; operates electronic and other equipment (e.g., telephones, portable radios, desktop and mobile computers, cameras); independently gathers information through a variety of methods in order to document information and actions; utilizes technology to access information and records, and documents in reports as required by policy.

## POSITION QUALIFICATIONS

*Minimum education and/or experience:*
High school diploma or GED; must be a U.S. citizen; and must be at least 21 years of age.

For trainee: High school diploma or GED; must be a U.S. citizen; and must be at least twenty (20) years and six (6) months of age at the time of application, and 21 years of age prior to completion of the Sheriff's academy.

For lateral: Individuals with lapsed Arizona POST certification, and those who have served as a certified peace officer in another state or federal agency, may apply. To be considered, such otherwise qualified individuals must be eligible to gain Arizona POST certification through Waiver Testing or successful completion of a basic academy. The Arizona POST waiver process consists of meeting all minimum qualifications for certification as an Arizona Peace Officer including successful completion of a written exam, driving proficiency, firearms qualification, and the POPAT (Police Officer Physical Agility Test), administered by Arizona

12-19-19

POST, within sixty (60) days of hire.  Whether to send an applicant through a basic academy again or allow an applicant to pursue the Waiver Process is at the discretion of the Sheriff.

***Specialized training, certifications, and/or other special requirements:***
Possess, or have the ability to possess, an Arizona Driver's License within six (6) months of hire.

Certified by the State of Arizona Peace Officer Standards and Training Board (AZ POST) as a Peace Officer.

Training on the following provided on-the-job: FEMA NIMS – IS100 AND 700, OSHA, payroll, and PREA.

Trainee applicants must successfully demonstrate physical readiness by completing a series of assessments with the requisite results in order to be considered for employment.

| Assessment: | What is Measured by the Assessment: | Pre-Employment Standard* |
|---|---|---|
| Maximum Push-Ups | Upper Body Muscular Endurance | Twenty (20) |
| 1.5 Mile Run | Aerobic Power | 17 minutes 44 seconds or less |
| One (1) Repetition Bench Press | Upper Body Absolute Strength | 115 pounds or 72% of Body Weight, whichever is less |

*Graduation from the academy requires trainees successfully complete the Arizona Post POPAT (Police Officer Physical Aptitude Test).

***Knowledge, skills, and abilities:***

**Work ethic and integrity:** Ability and willingness to work hard and conscientiously regardless of assignment and be committed to MCSO's mission; to represent information truthfully and be trustworthy in performance of duties; to act without regard to personal preference or bias; to take actions and make decisions through the thoughtful consideration of discretion; to act consistently with professional standards and within MCSO's policies, procedures and values.

**Attention to detail:**  Ability to attend to physical needs and human comfort and identify when inconsistencies in protocol exist.

**Reasoning and judgment:** Ability to apply deductive and inductive reasoning to information and facts about situations to reach logical conclusions from the reasoning process; to recognize problems, understand their implications and devise solutions; to determine the relevance of each item of information.

**Problem solve**: Ability to devise multiple solutions or contingencies and to evaluate their strengths and weaknesses; to evaluate and choose between conflicting alternatives based on partial or incomplete information; to solve problems quickly in emergency situations and under stress.

**Leadership:** Ability to maintain good morale, motivation and commitment from others; to set a positive tone; to have the psychological and emotional maturity, self-confidence and willingness to assume responsibility for efforts and actions and to take responsibility for the consequences of those actions; to represent the Sheriff's Office in the best possible light.

12-19-19

**Function under stress**: Ability to maintain composure in difficult or stressful situations such as those that require emergency action; to make security-related decisions promptly; to use sound judgment in stressful situations by either taking or refraining from action (e.g., showing restraint); to remain calm during emergencies.

**Teamwork:**  Ability to work as a member of a team; to create and develop a team (e.g., assigning team roles and responsibilities, developing team goals); to lead a team; to identify potential team building problems and how to prevent them (e.g., Groupthink, scapegoating); to work harmoniously with coworkers; to participate when appropriate; to work with others to achieve desired solutions; to assist coworkers in both emergency and non-emergency situations.

***Preferred education and/or experience:***
Any combination of advanced education (AA, BA, BS or Graduate Degree) or experience (including Military).

***Preferred training, certifications, and/or other special requirements:***
N/A

***Working conditions:***
Working conditions may vary depending on assignment. Incumbents may be subjected to harsh elements such as extreme heat or cold, wet or dry, altitude, rough terrain, rural, suburban and urban environments. Incumbents may face dangerous, hostile and at times life threatening conditions, fatigue, physical or emotional stress related to the performance of the duties of a law enforcement officer.

Job requires the ability to work any location, shift and assignment operating 24 hours per day, 7 days per week.

Job requires the ability to: perform sprints, jumping and vaulting tasks; perform lifting, carrying, pushing and pulling; move quickly around objects and obstacles in pursuit situations; and pursue, extract and use force in both short intense effort and sustained effort situations.  Actual situations may require efforts beyond the following:

- Perform lifting and carrying that may include lifting heavy and awkward objects weighing 50 lbs. or more; carrying heavy and awkward equipment and objects 0 to 60 ft.; and carrying equipment weighing 20 to 50 lbs. up and down stairs and over rough and uneven terrain for long distances.

- Perform dragging movements that may include extracting victims weighing up to 175 lbs. and dragging victims, objects or suspects weighing up to 175 lbs., 20 to 30 ft.

- Perform pushing and pulling that may include pushing heavy objects or people weighing up to 200 lbs., 10 to 25 ft.; pulling heavy objects or people weighing up to 150 lbs., 10 to 25 ft.; and pulling self over 6 ft. obstacle.

- Perform range of motion activities that may include bending to reach for objects; bending and twisting in use of force situations; crouching during movement of 10 to 15 ft.; and climbing ladders and fire escapes; use force that may include self-defense situations for 45 to 60 seconds; control holds in self-defense situations for 30 to 60 seconds; strikes using hands, elbows, feet, and knees; use of intermediate impact weapons; and forced entry by pushing and pulling; ability to use and exercise deadly force by approved means (firearm).

- Perform foot pursuits that may include running sprints of 100 feet or more; running for sustained periods, usually 300 feet but up to 5 minutes; running up and down stairs, usually 2 flights but may be up to 4 flights; run over uneven terrain; dodge around obstacles.

***Working environment:***

*The following environments described are only representative of how the essential job tasks are currently performed or envisioned. As such, in order to accommodate a disability or limitation, the essential job tasks may be performed in ways other than described on these pages.*

*Work Environment:*
- Indoors and outdoors; confined areas
- Smoke, dust, fumes, chemicals
- Dim or bright lighting
- High noise level
- May be exposed to contagious diseases

*Physical Environment:*
- Sitting, standing, walking for extended periods
- Driving a vehicle
- Speaking, hearing, reading, seeing including distinguishing colors
- Wearing protective gear
- Precise dexterity

*Social Environment:*
- Interruptions, multiple or complicated tasks, frequently changing or unscheduled tasks, working under deadlines or time pressures
- Concentration/vigilance
- Isolation

## REPORTING STRUCTURE

**Supervision received:** Law Enforcement Sergeant

**Supervision exercised:** N/A

12-19-19

# EXHIBIT 2



# MARICOPA COUNTY JOB DESCRIPTION

## Law Enforcement Sergeant

**MARKET RANGE TITLE:**          Law Enforcement Sergeant

**DEPARTMENT:**          Maricopa County Sheriff's Office (MCSO)

**DIVISION:**          Multiple

**FLSA STATUS:** Exempt          **CLASSIFIED/UNCLASSIFIED:** Law Enforcement

**POSITION NUMBER:** Multiple          **JOB CODE:** SEF015

## POSITION OVERVIEW

The Law Enforcement Sergeant in the Maricopa County Sheriff's Office (MCSO) enforces laws and maintains order while protecting life and property. The Sergeant is responsible for work of considerable difficulty, supervising a unit or shift of Deputy Sheriffs to ensure the public safety of the citizens of Maricopa County and the State of Arizona in accordance with all applicable local, state, and federal laws, regulations and MCSO policies.

## ESSENTIAL JOB TASKS
*(This is not an all-inclusive list of all job duties that may be required; employees will be required to perform other related duties as assigned. List in order of importance)*

### Training
Performs duties commensurate with the level of training, knowledge and experience required of position, maintains current training and undergoes additional training as dictated by policy, assignment, environment and personal development both internal and external to the Sheriff's Office.

### Supervision
Performs duties and responsibilities associated with monitoring subordinates' job performance to ensure compliance with MCSO policies; prioritizes, directs, plans and schedules daily activities of subordinates; oversees and ensures accurate and timely completion of required logs, forms and reports associated with day to day operations; oversees the condition, maintenance and operational readiness of MCSO equipment and facilities; helps facilitate and coordinate all necessary training, information and policy objectives for subordinates as required by Sheriff's Office policies and procedures.

### Administration
Interacts with the public and staff by effectively communicating verbally, and in writing, to direct, ascertain information, document incidents, requirements, needs and conditions within the facility; leads meetings (e.g., roll call) in order to disseminate information and training about previous shift activities, current crime trends, new policies and other department issues; operates electronic and other equipment (e.g., telephones, portable radios, desktop and mobile computers, cameras); independently gathers information through a variety of methods in order to document information and actions; utilizes technology to access information and records, and documents in reports as required by policy.

### Patrol Duties

12-19-19

Maintains a safe and secure community by identifying and responding to in-progress criminal activity and unusual or suspicious circumstances, vehicles, packages; makes observations, writes reports, communicates with the public and provides a level of service required in conjunction with all local, state and federal laws, as well as all applicable policies and procedures of the Maricopa County Sheriff's Office; engages the community in positive proactive policing practices to fulfill the departments mission, establishes strong ties and relationships within the community by conducting oneself in a professional, fair and transparent manner at all times.

***Criminal Investigations***
Facilitates or conducts traffic and criminal investigations, using accepted methods and techniques to identify, secure, collect and protect evidence and crime scenes; conducts interviews with victims, witnesses, and suspects, gathering information, developing probable cause, making arrests and executing search warrants.

## POSITION QUALIFICATIONS

***Minimum education and/or experience:***
High school diploma or GED; minimum of four (4) years of service as a Deputy Sheriff with the Maricopa County Sheriff's Office; must currently be serving in the classification of Deputy / Law Enforcement Officer.

***Specialized training, certifications, and/or other special requirements:***
Certified by the State of Arizona Peace Officer Standards and Training Board (AZ POST) as a Peace Officer; a valid Arizona driver's license and successful completion of training provided on-the-job in the following topics: FEMA NIMS – IS100 AND 700, OSHA, payroll and PREA.

Successful completion of a Criminal Justice Report Writing Course from an accredited college or sponsored by AZ POST or equivalent Criminal Justice Report Writing training.

***Knowledge, skills, and abilities:***

**Function under stress:** Ability to maintain composure in difficult or stressful situations such as those that require emergency action; to make security-related decisions promptly; to use sound judgment in stressful situations by either taking or refraining from action (e.g., showing restraint); to remain calm during emergencies.

**Work ethic and integrity:** Ability and willingness to work hard and conscientiously regardless of assignment and be committed to MCSO's mission; to represent information truthfully and be trustworthy in performance of duties; to act without regard to personal preference or bias; to take actions and make decisions through the thoughtful consideration of discretion; to act consistently with professional standards and within MCSO's policies, procedures and values.

**Reasoning and judgment:** Ability to apply deductive and inductive reasoning to information and facts about situations to reach logical conclusions from the reasoning process; to recognize problems, understand their implications and devise solutions; to determine the relevance of each item of information.

**Teamwork:** Ability to work as a member of a team; to create and develop a team (e.g., assigning team roles and responsibilities, developing team goals); to develop techniques for leading a team; to identify potential team building problems and how to prevent them (e.g., Groupthink, scapegoating); to work harmoniously with coworkers; to participate when appropriate; to work with others to achieve desired solutions; to assist coworkers in both

12-19-19

emergency and non-emergency situations; to instill the belief that leaders are invested in the success of their co-workers in addition to achieving the desired goals.

**Supervise:** Ability to apply knowledge of principles as they relate to setting performance expectations;  to document job performance (e.g., supervisory notes, Performance Assessment Form); to apply methods and techniques for providing employee feedback (e.g., constructive feedback), coaching, counseling and commending; to take corrective actions, and mentor employees within the scope of MCSO policy and procedure; to apply conflict resolution techniques for difficult situations; to apply methods for career development; to apply delegation techniques; to apply techniques for directing others that may not be under one's direct supervision.

**Leadership:** Ability to maintain good morale, motivation and commitment from others; to set a positive tone; to have the psychological and emotional maturity, self-confidence and willingness to assume responsibility for efforts and actions and to take responsibility for the consequences of those actions; to demonstrate credibility and integrity (personal and professional) and their effects on the ability to supervise; to recognize personal and professional accountability and their effects on leadership; to represent the Sheriff's Office in the best possible light.

***Preferred education and/or experience:***
Advanced education and combination of experience (Military) or coursework towards an advanced degree.

***Preferred training, certifications and/or other special requirements:***
N/A

***Working conditions:***
Working conditions may vary depending on assignment. Incumbents may be subjected to harsh elements such as extreme heat or cold, wet or dry, altitude, rough terrain, rural, suburban and urban environments. Incumbents may face dangerous, hostile and at times life threatening conditions, fatigue, physical or emotional stress related to the performance of the duties of a law enforcement officer.

Job requires the ability to work any shift and assignment operating 24 hours per day, 7 days per week.

Job requires the ability to: perform sprints, jumping and vaulting tasks; perform lifting, carrying, pushing and pulling; move quickly around objects and obstacles in pursuit situations; and pursue, extract and use force in both short intense effort and sustained effort situations.  Actual situations may require efforts beyond the following:

- Perform lifting and carrying that may include lifting heavy and awkward objects weighing 50 lbs. or more; carrying heavy and awkward equipment and objects 0 to 60 ft.; and carrying equipment weighing 20 to 50 lbs. up and down stairs and over rough and uneven terrain for long distances.

- Perform dragging movements that may include extracting victims weighing up to 175 lbs. and dragging victims, objects or suspects weighing up to 175 lbs., 20 to 30 ft.

- Perform pushing and pulling that may include pushing heavy objects or people weighing up to 200 lbs., 10 to 25 ft.; pulling heavy objects or people weighing up to 150 lbs., 10 to 25 ft.; and pulling self over 6 ft. obstacle.

12-19-19

- Perform range of motion activities that may include bending to reach for objects; bending and twisting in use of force situations; crouching during movement of 10 to 15 ft.; and climbing ladders and fire escapes; use force that may include self-defense situations for 45 to 60 seconds; control holds in self-defense situations for 30 to 60 seconds; strikes using hands, elbows, feet, and knees; use of intermediate impact weapons; and forced entry by pushing and pulling; ability to use and exercise deadly force by approved means (firearm).

- Perform foot pursuits that may include running sprints of 100 feet or more; running for sustained periods, usually 300 feet but up to 5 minutes; running up and down stairs, usually 2 flights but may be up to 4 flights; run over uneven terrain; and dodge around obstacles.

***Working environment:***
*The following environments described are only representative of how the essential job tasks are currently performed or envisioned. As such, in order to accommodate a disability or limitation, the essential job tasks may be performed in ways other than described on these pages.*

*Work Environment*
- Indoors and outdoors; confined areas
- Smoke, dust, fumes, chemicals
- Dim or bright lighting
- High noise level
- May be exposed to contagious diseases

*Physical Environment:*
- Sitting, standing, walking
- Driving a vehicle
- Speaking, hearing, reading, seeing including distinguishing colors
- Wearing protective gear
- Precise dexterity

*Social Environment:*
- Interruptions, multiple or complicated tasks, frequently changing or unscheduled tasks, working under deadlines or time pressures
- Accuracy, concentration, and vigilance
- Isolation

## REPORTING STRUCTURE

**Supervision received:** Law Enforcement Lieutenant

**Supervision exercised:** Law Enforcement Deputy Sheriff

12-19-19

# EXHIBIT 3

# MARICOPA COUNTY JOB DESCRIPTION

## Law Enforcement Lieutenant

| | |
|---|---|
| **MARKET RANGE TITLE:** | Law Enforcement Lieutenant |
| **DEPARTMENT:** | Maricopa County Sheriff's Office (MCSO) |
| **DIVISION:** | Multiple |
| **FLSA STATUS:** Exempt | **CLASSIFIED/UNCLASSIFIED:** Law Enforcement |
| **POSITION NUMBER:** Multiple | **JOB CODE:** SEF016 |

**POSITION OVERVIEW**

The Law Enforcement Lieutenant administers, plans, organizes and directs the operations of a district or other assigned operational area within the Maricopa County Sheriff's Office (MCSO). The Lieutenant is responsible for work of considerable difficulty, supervising Deputy Sheriffs and Sergeants to ensure the public safety of the citizens of Maricopa County and the State of Arizona in accordance with all applicable local, state, and federal laws, regulations and MCSO policies.

**ESSENTIAL JOB TASKS**

*(This is not an all-inclusive list of all job duties that may be required; employees will be required to perform other related duties as assigned. List in order of importance)*

***Administration***

Reviews and responds to MCSO emails, phone messages, administrative broadcasts, shift summaries, and other reports of significant events in order to be aware of work activities and issues from the previous shift and to maintain updated information; attends and provides input into roll call to provide information regarding shift activities; documents activities on electronic and handwritten reports/forms; writes narrative documents to summarize and/or formally document information; reviews reports/forms completed by subordinates to ensure accuracy, comprehensiveness, clarity and compliance with Departmental and legal guidelines; performs inspections of subordinates' equipment to ensure operational readiness; ensures the shift obtains all necessary equipment and/or required parts; reviews Squad Productivity Report to provide feedback on performance and set goals for improved productivity; ensures the end of shift summary is completed at the end of each shift to identify crime trends and disseminate information to others; manages shift activities; attends meetings; utilizes technology to access information and records, and document in reports as required by policy.

***Incident Management***

Manages and monitors all MCSO and public safety personnel during emergency incidents to ensure their safety and accountability; manages and reports to emergency incident scenes that require an increase of command presence (e.g., newsworthy incidents, unusual incidents and major emergency incident scenes); requests appropriate resources and implements the Incident Command System to control resources on incident scenes, participates in post-incident critiques to improve future operations.

***Career & Professional Development***

Performs duties commensurate with the level of training, knowledge and experience required of position; maintains current training and undergoes additional training as dictated by policy.

assignment, environment and personal development both internal and external to the Sheriff's Office; ensures the completion of MCSO mandated in-service training for all subordinates; informally trains subordinates on operational skills to ensure future development.

### Supervision
Performs duties and responsibilities associated with monitoring subordinates' job performance to ensure compliance with MCSO policies; prioritizes, directs, plans and schedules daily activities of subordinates; oversees and ensures accurate and timely completion of required logs, forms and reports associated with day-today operations; oversees the condition, maintenance and operational readiness of MCSO equipment and facilities; documents and monitors job performance of subordinates; facilitates the resolution of conflicts between subordinates and recommends intervention services, crisis intervention, stress management or other MCSO resources.

### Community Policing
Represents the Sheriff's Office in the best possible light to the public, subordinates and coworkers; maintains the public trust and confidence; identifies short- and long-term solutions to community problems and concerns; provides routine assistance to civilians and groups seeking help or information; answers questions regarding public events; explains citizen complaint procedures and ensures any complaints are handled effectively.

### Management
Monitors daily staffing to ensure operational readiness and minimum staffing; monitors subordinates leave and overtime; develops and monitors objectives and goals in adherence with the Sheriff's Office; conducts investigations regarding situations in which procedures may not have been properly followed (e.g., vehicle accidents, citizen complaints, personnel injuries) and determines the best course of action.

## POSITION QUALIFICATIONS

### Minimum education and/or experience:
High school diploma or GED; minimum of four (4) consecutive years of service with the Maricopa County Sheriff's Office; and must currently be serving in the classification of Law Enforcement Sergeant.

### Specialized training, certifications, and/or other special requirements:
Certified by the State of Arizona Peace Officer Standards and Training Board (AZ POST) as a Peace Officer; a valid Arizona driver's license and successful completion of training provided on-the-job in the following topics: FEMA NIMS – IS100 AND 700, OSHA, payroll and PREA.

Successful completion of a Criminal Justice Report Writing Course from an accredited college or sponsored by AZ POST or equivalent Criminal Justice Report Writing training.

### Knowledge, skills, and abilities:

**Work ethic and integrity:** Ability and willingness to work hard and conscientiously regardless of assignment and be committed to MCSO's mission; to represent information truthfully and be trustworthy in performance of duties; to act without regard to personal preference or bias; to take actions and make decisions through the thoughtful consideration of discretion; to act consistently with professional standards and within MCSO's policies, procedures and values.

**Command presence:** Ability to carry oneself with authority and confidence; to take and remain in command of emergency and non-emergency situations; to lead and direct others in situations that require authority; to take necessary actions when in command.

12-19-19

**Supervise:** Ability to apply knowledge of principles as they relate to setting performance expectations; to document job performance (e.g., supervisory notes, Performance Assessment Form); to apply methods and techniques for providing employee feedback (e.g., constructive feedback), coaching, counseling and commending; to take corrective actions, and mentor employees within the scope of MCSO policy and procedure; to apply conflict resolution techniques for difficult situations; to apply methods for career development; to apply delegation techniques; to apply techniques for directing others that may not be under the incumbents direct supervision.

**Leadership:** Ability to maintain good morale, motivation and commitment from others; to set a positive tone; to have the psychological and emotional maturity, self-confidence and willingness to assume responsibility for efforts and actions and to take responsibility for the consequences of those actions; to represent the Sheriff's Office in the best possible light; to identify organizational and environmental issues that could have an effect on the ability to lead; to recognize Personal and Professional accountability and its effects on leadership, both positive and negative.

**Function under stress:** Ability to maintain composure in difficult or stressful situations such as those that require emergency action; to make security-related decisions promptly; to use sound judgment in stressful situations by either taking or refraining from action (e.g., showing restraint); to remain calm during emergencies.

**Decisiveness**: Ability to choose the most appropriate course of action; to anticipate consequences to actions; to recognize implications of actions; to choose among several conflicting priorities; to quickly make sense of information that initially appears to be without meaning or organization; to combine separate pieces of information to form conclusions; to use judgment in a situation in which there is incomplete information or no established rules to arrive at a desired conclusion.

**Teamwork:** Ability to work as a member of a team; to create and develop a team (e.g., assigning team roles and responsibilities, developing team goals); to lead a team; to identify potential team building problems and how to prevent them (e.g. Groupthink, scapegoating); to work harmoniously with coworkers, to participate when appropriate, and to work with others to achieve desired solutions; to assist coworkers in both emergency and non-emergency situations; to understand and use individual strengths and weaknesses in a team environment to facilitate success; to instill the belief that leaders are invested in the success of their co-workers in addition to achieving the desired goals.

**Analytical:** Ability to apply deductive and inductive reasoning to information and facts about situations to reach logical conclusions from the reasoning process; to recognize problems, understand their implications and devise solutions; to determine the relevance of each item of information; to discern how similarities and differences of data can vastly alter actions or decisions and either increase or decrease the relevance of each.

***Preferred education and/or experience:***
Successful completion of 32 credit hours (or equivalent) from an accredited college or university in a related field such as Criminal Justice, Public Administration, Business, Leadership/Management, or Legal Studies.

***Preferred training, certifications and/or other special requirements:***
N/A

***Working conditions:***
Working conditions may vary depending on assignment. Incumbents may be subjected to harsh

12-19-19

elements such as extreme heat or cold, wet or dry, altitude, rough terrain, rural, suburban and urban environments. Incumbents may face dangerous, hostile and at times life threatening conditions, fatigue, physical or emotional stress related to the performance of the duties of a law enforcement officer.

Job requires the ability to work any shift and assignment operating 24 hours per day, 7 days per week.

Job requires the ability to: perform sprints, jumping and vaulting tasks; perform lifting, carrying, pushing and pulling; move quickly around objects and obstacles in pursuit situations; and pursue, extract and use force in both short intense effort and sustained effort situations. Actual situations may require efforts beyond the following:

- Perform lifting and carrying that may include lifting heavy and awkward objects weighing 50 lbs. or more; carrying heavy and awkward equipment and objects 0 to 60 ft.; and carrying equipment weighing 20 to 50 lbs. up and down stairs and over rough and uneven terrain for long distances.

- Perform dragging movements that may include extracting victims weighing up to 175 lbs. and dragging victims, objects or suspects weighing up to 175 lbs., 20 to 30 ft.

- Perform pushing and pulling that may include pushing heavy objects or people weighing up to 200 lbs., 10 to 25 ft.; pulling heavy objects or people weighing up to 150 lbs., 10 to 25 ft.; and pulling self over 6 ft. obstacle.

- Perform range of motion activities that may include bending to reach for objects; bending and twisting in use of force situations; crouching during movement of 10 to 15 ft.; and climbing ladders and fire escapes. Use force that may include self-defense situations for 45 to 60 seconds; control holds in self-defense situations for 30 to 60 seconds; strikes using hands, elbows, feet, and knees; use of intermediate impact weapons; and forced entry by pushing and pulling. The ability to use and exercise deadly force by approved means (firearm).

- Perform foot pursuits that may include running sprints of 100 feet or more; running for sustained periods, usually 300 feet but up to 5 minutes; running up and down stairs, usually 2 flights but may be up to 4 flights; run over uneven terrain; and dodge around obstacles.

***Working environment:***
*The following environments described are only representative of how the essential job tasks are currently performed or envisioned. As such, in order to accommodate a disability or limitation, the essential job tasks may be performed in ways other than described on these pages.*

*Work Environment:*
- Indoors and outdoors; confined areas
- Smoke, dust, fumes, chemicals
- Dim or bright lighting
- High noise level
- May be exposed to contagious diseases

*Physical Environment:*
- Sitting, standing, walking
- Driving a vehicle

DocuSign Envelope ID: A241CEC7-82E5-4F25-9A93-173DE139B6B8

- Speaking, hearing, reading, seeing including distinguishing colors
- Wearing protective gear
- Precise dexterity

*Social Environment:*
- Interruptions, multiple or complicated tasks, frequently changing or unscheduled tasks, working under deadlines or time pressures
- Accuracy, concentration, and vigilance
- Isolation

**REPORTING STRUCTURE**

**Supervision received:** Law Enforcement Captain

**Supervision exercised:** Law Enforcement Sergeant

12-19-19

# EXHIBIT 4

| Opted in Lieutenants who completed or are conducting IA Investigations assigned to them since 01/01/2020 | Status | Column1 | Grand Total |
|---|---|---|---|
| | Active | Completed | |
| Lieutenant Alden Jamaal Jackson [S1799] | | 1 | 1 |
| Lieutenant Christopher J Houck [S1852] | 3 | 3 | 6 |
| Lieutenant David S Keller [S1044] | 1 | 4 | 5 |
| Lieutenant Donald J Rosenberger [S0939] | | 1 | 1 |
| Lieutenant Jason Neal Thomas [S1639] | | 2 | 2 |
| Lieutenant Jerry  Vance [S1788] | | 2 | 2 |
| Lieutenant Jonathan Michael Halverson [S1674] | | 4 | 4 |
| Lieutenant Kelly Marie Bocardo [S1775] | 2 | | 2 |
| Lieutenant Ryan J Neville [S1665] | 1 | 2 | 3 |
| Lieutenant Todd Christopher Brice [S1767] | 1 | | 1 |
| Grand Total | 8 | 19 | 27 |

# EXHIBIT 5



# *The Briefing Board*

### Number 20-60
### October 15, 2020

## IMMEDIATE POLICY CHANGE
## GB-2, COMMAND RESPONSIBILITY

Employees are **required** to read the Office Policy below to ensure they are familiar with the changes that have been made. All Employees are **required** to log into TheHUB, to review and acknowledge an understanding of the Office Policy within **30 days**.

Employees are reminded that *The Briefing Board* has the same force and effect of Office Policy. Division commanders shall ensure that employees have access to a copy of this *Briefing Board* announcement. Policy changes should be discussed during shift briefings, as specified in Office Policy GB-2, *Command Responsibility*.

## GB-2, COMMAND RESPONSIBILITY

**Effective immediately**, Office Policy GB-2, *Command responsibility*, is revised as follows (Changes indicated in ~~strikethrough~~ text):

**PROCEDURES**

13.    **Sworn Supervisors Responsibilities**

2.    Review each *Vehicle Stop Contact Form* (VSCF) and *Non-Traffic Contact Form* (NTCF);

a.    Supervisors shall review all VSCF and NTCFs made by each deputy under their supervision within TraCS. Absent exceptional circumstances, supervisors shall review all VSCF and NTCFs involving a detention/Terry stop within 72 hours of receiving such documentation.

b.    If the ~~VSCF or~~ NTCF did not include a detention, the supervisor shall review the form within seven calendar days. When the supervisor completes their review, and approves the form, the supervisor is indicating their agreement that the ~~VSCF or~~ NTCF contains all of the necessary elements of the legal basis for the action.





# *The Briefing Board*

## Number 22-08
## February 01, 2022

---

## IMMEDIATE POLICY CHANGE
## GB-2, COMMAND RESPONSIBILITY

Employees are **required** to read the Office Policy below to ensure they are familiar with the changes that have been made. All Employees are **required** to log into TheHUB, to review and acknowledge an understanding of this Office Policy within **30 days**.

Employees are reminded that *The Briefing Board* has the same force and effect of Office Policy. Division commanders shall ensure that employees have access to a copy of this *Briefing Board* announcement. Policy changes should be discussed during shift briefings, as specified in Office Policy GB-2, *Command Responsibility*.

## GB-2, COMMAND RESPONSIBILITY

**Effective immediately**, Office Policy GB-2, *Command Responsibility*, is revised as follows (Changes indicated in ~~strikethrough~~ and **UPPER-CASE BOLD UNDERLINED** text):

13.   **Sworn Supervisor Responsibilities:** In addition to other matters addressed in this Office Policy, sworn supervisors shall provide the effective supervision necessary to ensure that deputies are following Office policies or procedures, federal, state, or local criminal or applicable civil laws, administrative rules and regulations.

   I.   Body-Worn Camera Recording Reviews: On a monthly basis, supervisors shall conduct two random reviews of traffic stop video footage for each of their subordinates' body-worn camera recordings. **THE MONTHLY REVIEW OF TRAFFIC STOP VIDEO FOOTAGE SHALL BE COMPLETED, AS SPECIFIED IN OFFICE POLICY GJ-35, *BODY-WORN CAMERAS*.** Additionally, supervisors must review a subordinate's body-worn camera recordings in relation to a complaint, an investigation, a pursuit, or critical incident. A review of videos in relation to a complaint, an investigation, a pursuit, or critical incident, shall not be considered as the monthly review of a randomized video. The monthly reviews shall be documented in Blue Team Supervisor Notes. The supervisor shall assess the following:

   1.   The deputy's performance and training needs;

   2.   Policy compliance;

   3.   Consistency between written reports and body-worn camera recordings; and

   4.   Whether the camera was functioning properly, and its use was consistent with Office Policy GJ-35, *Body-Worn Cameras*.

   5   The methodology and supervisory checklist for consistently reviewing Body-Worn Camera recordings can be found at the following shared drive location: **UM** \BIO\Forms.

---

An Official Publication of the Maricopa County Sheriff's Office
Published by the Policy Development Section





| | MARICOPA COUNTY SHERIFF'S OFFICE POLICY AND PROCEDURES | |
|---|---|---|
| **Subject** | | **Policy Number** |
| | | **GB-2** |
| **COMMAND RESPONSIBILITY** | | **Effective Date** |
| | | **06-28-19** |

| **Related Information** | **Supersedes** |
|---|---|
| Arizona Constitution, Article 12, Section 3 <br> ARS § 11-441 through 459 <br> CP-2, *Code of Conduct* <br> CP-8, *Preventing Racial and Other Bias-Based Profiling* <br> CP-9, *Occupational Safety Program* <br> EA-2, *Patrol Vehicles* <br> EB-2, *Traffic Stop Data Collection* <br> GA-1, *Development of Written Orders* <br> GC-1, *Leaves and Absences* <br> GC-4, *Employee Performance Appraisals* <br> GC-17, *Employee Disciplinary Procedures* <br> GC-19, *Dress and Appearance* <br> GC-20, *Uniform Specifications* <br> GG-1, *Peace Officer Training Administration* <br> GG-2, *Detention/ Civilian Training Administration* <br> GH-2, *Internal Investigations* <br> GH-4, *Bureau of Internal Oversight Audits and Inspections* <br> GH-5, *Early Identification System* <br> GI-1, *Radio and Enforcement Communications Procedures* <br> GJ-2, *Critical Incident Investigations,* <br> GJ-35, *Body-Worn Cameras* | GB-2 (05-10-18) |

## PURPOSE

The purpose of this Office Policy is to establish the order of command authority in the absence of the Sheriff, clear lines of authority through unity of command, guidelines for effective span of control, and other elements of command responsibility.

Although this Office Policy refers to "employees" throughout, this Office Policy also applies with equal force to all volunteers. Volunteers include, but are not limited to, reserve deputies and posse members.

## POLICY

It is the policy of the Office to ensure supervisors, at all levels, provide proper direction, coordination, and control of subordinates. Supervisors shall direct their efforts toward the intelligent and efficient performance of the functions of the Office and shall require their subordinates to do the same.

## DEFINITIONS

➢ ***Bureau of Internal Oversight (BIO) Action Form:*** A form that captures command's response when the Audits and Inspections Unit (AIU) has identified perceived deficiencies during the performance of non-audit services, regardless of whether the deficiency is within the scope of the inspection, or outside the scope. The *BIO Action Form* (see attachment A) shall be sent out by the AIU as an attachment to a *BIO Action Form* entry initiated through Blue Team to a commander when their employee has been identified as having a perceived deficiency in a non-audit service report. The commander shall assign the form to be completed by the identified employee's immediate

**Policy GB-2,** *Command Responsibility*                    **Effective Date: 06-28-19**

supervisor. The completed *BIO Action Form* shall include the immediate supervisor and the employee's signature affirming the action taken to remedy the identified perceived deficiency. When deficiencies are identified, they shall be handled, as specified in Office Policy GH-5, *Early Identification System*, and this Office Policy. An Early Identification System (EIS) alert notification will be automatically initiated after the threshold of three deficiencies in a rolling 12-month period, identified from AIU inspections. The supervisor shall complete one of the following action options when completing a *BIO Action Form*:

    A.    Training provided by MCSO, as specified in Office Policies GG-1, *Peace Officer Training Administration* and GG-2, *Detention/Civilian Training Administration*;

    B.    Squad briefings,;

    C.    Coaching;

    D.    Referred to the Professional Standards Bureau (PSB) for investigation;

    E.    Meeting with Supervisor;

    F.    Meeting with the Commander;

    G.    Supervisor Evaluation Period;

    H.    Supervisor Ride Along/Work Along;

    I.    Re-assignment;

    J.    Employee Services;

    K.    Action Plan; or

    L.    No Further Action – To be used only in situations where the division identified and addressed the deficiency prior to being notified by the BIO. The Blue Team event number that was used to memorialize corrective actions previously taken by the division, shall be included to demonstrate that no additional action is warranted.

**Blue Team:** The Early Identification System (EIS) application that allows employees and supervisors to record information in a database regarding incidents, performance, and conduct. The information from Blue Team is transferred to the IAPro Early Identification case management system.

**Boilerplate:** Language that is stock, unoriginal, appears repeatedly in different reports, and fails to attest to the unique facts of an incident.

**Chain of Command:** Lines of communication going downward or upward through each successive level of command and supervision within the Office.

**Conclusory:** Language that is an inference, which has no proof.

**Court Order Required Training (CORT):** The section of the Training Division that covers CORT Technical Support, CORT Curriculum Development, CORT Implementation, CORT Administration, and a supervisor to oversee all positions.

**Deputy:** Any sworn law enforcement officer employed by or working for the Office, to include a reserve deputy.

Policy GB-2, *Command Responsibility*                        Effective Date: 06-28-19

*Early Identification System* **(EIS)***:* A system of electronic databases that capture and store threshold events to help support and improve employee performance through early intervention and/or to identify problematic operating procedures, improving employee performance, identifying detrimental behavior, recognizing outstanding accomplishments, and to improve the Office's supervisory response. The computerized relational database shall collect, maintain, integrate, and retrieve information gathered in order to highlight tendencies in performance, complaints, and other activities. The database allows the Office to document appropriate identifying information for involved employees, (and members of the public when applicable), and the actions taken to address the tendencies identified. Blue Team, the EIS Dashboard, IAPro, and EIPro are applications of EIS.

*Early Intervention Unit* **(EIU)***:* The EIU is part of the Bureau of Internal Oversight. The EIU is responsible for the implementation, maintenance, and operation of the EIS and for providing training and assistance to the EIS users. The unit conducts data analysis, data input, and review of activities exceeding thresholds to address potentially problematic conduct or operating procedures. The Office shall ensure there is sufficient staff to facilitate EIS input and training.

*Employee:* A person currently employed by the Office in a classified, unclassified, full-time, part-time, contract, temporary, or probationary status.

*Incident Report* **(IR)** *Memorialization:* An entry generated in Blue Team by a supervisor detailing report writing deficiencies of a serious nature, or any investigatory stop, detention, or search unsupported by reasonable suspicion or are otherwise in violation of Office Policy. The *IR Memorialization* shall be generated if an employee's report, investigatory stop, detention, or search, contains any of the following: conclusory or boilerplate language; inconsistent information; lacks support for the action; has other indicia that the information in the report or form is not authentic or correct; lacks articulation of the legal basis for action; has other indicia that the information in the report or form is not authentic or correct; lacks probable cause for arrest; lacks reasonable suspicion; lacks elements of the crime; or appears to show evidence of bias-based profiling.

*Internal Affairs Investigator:* Any employee who conducts an administrative investigation of misconduct, including investigators assigned to the PSB or supervisors in an Office division or bureau who are assigned to investigate misconduct.

➢ *Intervention:* An approved action taken by a supervisor to improve a situation or prevent a potential negative work performance deficiency situation from developing into misconduct.

*Line-Level Inspections:* Conducted by supervisors to ensure personnel are complying with Office policies, standard operating procedures, and requirements governing appearance, use and maintenance of uniforms, equipment, and facilities.

*Misconduct:* Includes any violation of Office Policy or procedure, federal, state, or local criminal or civil law, constitutional violations, whether criminal or civil, administrative rules including, but not limited to, the Maricopa County Merit System Rules, or Office regulations.

   *Criminal Misconduct:* Misconduct by an employee that a reasonable and trained supervisor or internal affairs investigator would conclude could result in criminal charges due to the apparent circumstances of the misconduct.

   *Minor Misconduct:* Conduct that, if sustained, would result in discipline or corrective action less severe than a suspension.

➢     Minor misconduct, while a violation of Office Policy, can often be addressed with supervisor initiated intervention intended to improve a situation, or prevent a potential negative work performance situation from progressing into a misconduct investigation. To address these employee behaviors, supervisors may initiate an intervention method, as specified in Office Policy GH-5, *Early Identification System*, to include;

squad briefing; meeting with supervisor; employee services; supervisor ride-along/work along; training; supervisor evaluation period; action plan; meeting with the commander; re-assignment; and coaching. The use of intervention shall only be used to address employee minor misconduct or behavior that does not exceed a Category 1, First or Second Offense or a Category 2, First Offense, and which has not been received by the Office as an External Complaint or has not already been assigned to the PSB.

*Serious Misconduct:* Conduct that, if sustained, would result in discipline of a suspension, demotion, or dismissal.

*Patrol Activity Log* **(PAL)***:* A report generated by Praxis indicating the activities of a patrol deputy or patrol supervisor which are captured through Office Code entries entered into the CAD System by Communications Division personnel, patrol deputies, and patrol supervisors. These activities include all dispatched calls and self-initiated activity conducted throughout their shift.

*Shift Briefings:* Informal sessions of short duration to keep employees' knowledge levels high, to keep employees up-to-date on new trends and developments, to keep employees notified of changes in schedule and assignments, and to provide training updates as determined by the Training Division.

*Supervisor:* An employee to whom subordinates report.

      A.  Commander: An employee with the rank of lieutenant or above, or its civilian equivalent and above.

      B.  First-Line Supervisor: An employee with the rank of sergeant, or its civilian equivalent.

*TheHUB:* The learning management system by which employees, reserve deputies, and posse members are provided access to all Office Policies; and where the acknowledgement of all Office Policy updates and revisions, indicating that they have been reviewed and understood by the viewer, are recorded. TheHUB shall also be used by employees, reserve deputies, and posse members to complete training requirements, and to register for in-person courses.

*Threshold:* The point at which a sufficient number of incidents have occurred to alert the EIU of conduct or performance that could become problematic for an employee or require a review of an Office operating procedure.

*Volunteer:* A person who performs hours of service for civic, charitable, or humanitarian reasons, without promise, expectation, or receipt of compensation for services rendered. An employee may not volunteer to perform the same, similar, or related duties for the Office that the employee is normally paid to perform.

**PROCEDURES**

1.    **Command Authority of the Office:** The order of command authority for the Office shall be:

    A.    Sheriff: The elected position of Sheriff is derived from the Arizona Constitution, Article 12, Section 3, which permits the legislature to establish the range and scope of the Sheriff's authority, mandated duties, and responsibilities as set forth in Arizona Revised Statutes (ARS) § 11-441 through 459. The Maricopa County Sheriff's Office is the agency established to assist the Sheriff in executing their statutory duties and in providing public safety services to the members of the public of Maricopa County. The mandated responsibilities of the Office include, but are not limited to:

        1.    Providing law enforcement and preservation of the peace throughout all of Maricopa County, while recognizing that primary responsibility in incorporated cities is that of local police;

        2.    Providing for the care, custody, and control of individuals incarcerated in the Maricopa County jails;

4

Policy GB-2, *Command Responsibility*                    **Effective Date: 06-28-19**

        3.      Supporting the Maricopa County Superior Court System by providing prisoner detention and transportation services, courtroom security, and the service of court process;

        4.      Conducting or coordinating, within Maricopa County, search or rescue operations involving the life or health of any person; and

        5.      Providing the training, logistical, and administrative support necessary to comply with mandated functions.

    B.    In the absence of the Sheriff, the Chief Deputy shall assume the Sheriff's duties and responsibilities. The Chief Deputy is appointed by the Sheriff. The Chief Deputy performs duties that include, but are not limited to enforcing policies, rules, and regulations; preparing recommendations necessary to improve public relations; making public appearances as required; and applying management principles in administering to the needs of the Office.

    C.    Prior to an absence of both the Sheriff and the Chief Deputy, either shall designate a sworn deputy chief to assume the duties and responsibilities of the Office. If no successor has been designated, the most senior, highest ranking sworn deputy chief shall assume responsibility.

2.    **Chain of Command:** Generally, the chain of command shall be followed at all times.

    A.    There are occasions when the chain of command may be circumvented, but employees shall use discretion when operating outside the chain of command and may be held accountable for indiscretions. Generally, chain of command shall be informed following any deviation from the normal reporting structure.

    B.    Nothing in this Office Policy shall preclude any supervisor from exercising direct contact or authority over any subordinate in their chain of command in the efficient and timely conduct of duty. When possible, intervening levels of supervision should be informed.

    C.    Employees who observe or become aware of any act of misconduct by another employee shall, as soon as practicable, report the incident to a supervisor or directly to the PSB, or any outside entity authorized to take corrective action, without fear of retaliation. When the misconduct involves a supervisor, the employee shall contact the next level in the chain of command. Employees may also contact the PSB, at any time, regarding misconduct involving an Office employee or make a Blue Team entry.

3.    **Command Unity:** In order to achieve command unity, supervisors shall adhere to the following:

    A.    Only one employee shall command or supervise a particular component, activity, incident, operation, or situation;

    B.    No subordinate shall report to more than one single, consistent, and clearly identified direct supervisor at any given time;

    C.    In emergencies, a supervisor is not relieved of the responsibility to act, even though a subordinate or incident is not under their direct command;

    D.    First-line patrol supervisors shall be responsible for closely and consistently supervising all deputies under their primary command; and

    E.    First-line patrol supervisors shall ensure that all deputies under their direct command comply with Office Policy, court orders, federal, state, and local law.

**Policy GB-2, *Command Responsibility***                                **Effective Date: 06-28-19**

4.    **Direct Control:**

➤         A.    First-line patrol supervisors shall be assigned as the primary supervisor to no more persons than it is possible to effectively supervise. First-line patrol supervisors shall be assigned to supervise no more than a total of eight deputies, reserve deputies, and posse members , but in no event, should a patrol supervisor be responsible for more than a total of ten deputies, reserve deputies, and posse members.

1.    A Field Training Officer (FTO) and an Officer in Training (OIT) riding in the same patrol vehicle shall count as one deputy toward the ratio.

2.    An OIT driving solo in a patrol vehicle, on their limited solo phase, shall count as one deputy toward the ratio.

3.    Two patrol deputies riding in the same patrol vehicle shall count as two deputies toward the ratio.

4.    Civilian observers, academy recruit ride-alongs, and employee ride-alongs shall not count toward the ratio.

B.    If circumstances warrant an increase or decrease in the level of supervision for any unit, squad, or shift, the reason shall be documented in a memorandum. The memorandum documenting the request for an increase or decrease shall be forwarded through the chain of command. Upon review completion, a copy of the memorandum with command responses shall be forwarded to CID for distribution, and to the BIO for notification for any potential inspections that may be related. Supervisors establishing a span of control shall consider the following factors:

1.    The complexity and nature of the supervisor's duties, and the complexity of the subordinate's duties;

2.    The capabilities and experience of the supervisor and their subordinates;

3.    The geographic size of the district; and

4.    The volume of calls for service.

5.    **Delegated Authority:** No responsibility shall be assigned to an employee unless the supervisor has the authority necessary to fulfill that responsibility. Inherent with delegated authority is the latitude to make decisions and take the necessary actions to satisfy the requirements of each assigned task. Commensurate with authority, employees accept responsibility for the use, misuse, or failure to use that authority.

A.    A subordinate shall be held accountable for the exercise of delegated authority.

B.    Nothing in this Office Policy absolves a supervisor from responsibility and accountability for supervising subordinates and their use of delegated authority.

C.    A first-line supervisor shall appoint a designee to act in their place when they are absent from duty, unless such appointment is made by a higher authority. A designee acting as a first-line supervisor shall have the same authority and responsibility as the first-line supervisor they replace. Subordinates shall not be designated as acting first-line supervisors.

6.    **Orders:** Orders are commands or directives issued by a person with authority. When orders are given in the form of oral commands, they should be simple and direct and may be followed by a written order.

6

**Policy GB-2, *Command Responsibility***                    **Effective Date: 06-28-19**

A.  Written orders should be used when: a situation is complex enough that misunderstanding is reasonably possible; when several persons or units are involved and all must have the same understanding; and when coordination, control, and follow-up are necessary.

    1.  Such orders permit the recipient to refer to them for details and serve as evidence of precise instructions.

    2.  Written orders are considered received when a subordinate receives a copy or becomes aware of the order after it is posted on an *MCSO Administrative Broadcast*, *The Briefing Board*, *MCSO Training Bulletin*, *MCSO Memorandum*, or in another accessible place.

B.  Oral orders shall be binding for compliance on an individual or groups of individuals when they receive or are made aware of them.

C.  Employees shall conscientiously obey all lawful orders given to them by persons having authority. Orders being relayed have the same authority as orders coming directly from the supervisor. Should a supervisor exercise authority over another supervisor's subordinates they shall inform that supervisor as soon as practical.

D.  When a conflict of orders occurs, employees shall respectfully call the conflicting order to the attention of the supervisor giving the new order. Should this information not change the supervisor's position, that supervisor's lawful order shall be followed. The employee shall not be held responsible for disobedience of the previous order.

7.  **Accountability:** To hold responsible, or to make one answer for something within one's own power or control.

A.  To ensure accountability, a supervisor shall:

    1.  Actively direct and supervise employees of lesser rank to ensure they perform assigned duties efficiently;

    2.  Monitor situations in which subordinates are involved and ensure that proper actions are taken;

    3.  Assume command of any situation coming to their attention that requires their involvement;

    4.  Respond to emergencies as necessary and assume command until relieved by another supervisor assuming such command;

    5.  Promptly obey orders of superiors and ensure subordinates do the same;

    6.  Submit a written, factual report when an employee risks their life in the performance of duty or for any other act that would tend to bring credit to the employee or the Office;

    7.  Ensure that subordinates promptly and accurately complete all required reports on proper forms;

    8.  Ensure that proper maintenance and care is given to Office property;

    9.  Inform an employee's immediate supervisor, as well as their own supervisor, of any neglect of duty, incompetence, insubordination, or misconduct by an employee not under their supervision as specified in Office Policy CP-2, *Code of Conduct*; and

        10.     Investigate reports of unlawful, improper, or immoral conduct of subordinates, as specified in Office Policy GH-2, *Internal Investigations*.

B.     Supervisors shall maintain a written record of the performance of each of their employees in Blue Team Supervisor Notes. The record shall reflect the employee's positive traits and accomplishments and any observed shortcomings.

        1.     Supervisor notes shall be of sufficient quality and frequency to facilitate the preparation of an accurate and detailed performance review, but at a minimum an entry shall be completed every month. Supervisors shall complete two supervisor notes per month on sworn employees at a minimum.

        2.     Supervisors who have employees that are on an extended leave of absence shall complete a supervisor note to document the beginning date and end date of the absence.

        3.     If supervisors had discussions with subordinates regarding discriminatory policing or any Office Policy, this should be documented in Blue Team Supervisor or Briefing Notes. The supervisor shall ensure that they select the proper note in the allegation tab when documenting the discussion.

        4.     Supervisors and commanders shall conduct two reviews per month of each sworn, and one per month of each non-sworn subordinates' EIS information for the purpose of identifying and responding to any conduct patterns or concerns including, but not limited to racial profiling, improper immigration enforcement, investigatory stop violations, detentions unsupported by reasonable suspicion or otherwise in violation of Office Policy. This review shall be documented within the Blue Team Supervisor Notes.

        5.     Supervisors and commanders shall review EIS records within 14 business days, including disciplinary history, of all employees upon transfer to their supervision or command. This review shall be documented within the Blue Team Supervisor Notes.

        6.     Supervisors and commanders shall be responsible for handling potential deficiencies of their employees noted in non-audit inspection reports by the Bureau of Internal Oversight Audits and Inspections Unit (AIU).

            a.     The BIO will initiate a BIO Action Form entry and include as attachments, the *BIO Action Form* and the non-audit inspection report, through Blue Team to the affected commander.

            b.     The commander shall assign the task of completing the *BIO Action Form* to the identified employee's immediate supervisor.

            c.     Prior to determining any corrective action taken, supervisors should review the employee's EIS Dashboard. When repeat deficiencies occur, appropriate action should be taken to remedy the situation.

            d.     The supervisor shall address what action was taken to remedy the deficiency of the employee. The *BIO Action Form* shall include both the immediate supervisor and the employee's signatures affirming the action taken.

            e.     The completed *BIO Action Form* shall be completed, as specified in Office Policy GH-4, *Bureau of Internal Oversight Audits and Inspections* by the affected division within 30 calendar days of the assigned date in Blue Team, and then routed

back through the chain of command to the BIO Action Forms review group, utilizing the Blue Team application.

C.   Supervisors shall document employee information into the EIS and use the EIS to monitor subordinates' conduct as specified in Office Policy GH-5, *Early Identification System*. Supervisors shall attempt to identify and address performance or conduct issues before they reach a threshold alert within the EIS.

D.   Supervisors shall conduct inspections by way of personal observations, review of reports and records, and conversations with employees. These inspections shall be recorded in Blue Team, as specified in Office Policy GH-5, *Early Identification System*, as Line-Level Inspections and include the specifics regarding when the inspection was done, what was inspected, who did the inspection, and the findings of the inspection. Areas of inspection may include, but are not limited to, the following:

    1.   Appearance and grooming, in accordance with Office Policies GC-19, *Dress and Appearance* and GC-20, *Uniform Specifications*;

    2.   Vehicle condition;

    3.   Employee compliance with written and oral instructions;

    4.   Facility or work area cleanliness and condition;

    5.   Condition of assigned equipment, such as weapons, radios, first aid kits, and fire suppression equipment; and

    6.   Other.

E.   Supervisors shall document all tardies and early departures of their employees into Blue Team, as specified in Office Policy GC-1, *Leaves and Absences,* and GH-5, *Early Identification System*. Unscheduled absences will be captured in the ADP System. No Blue Team entry will be required by the supervisor.

    1.   Supervisors shall forward any FMLA documentation from an employee related to an attendance event to the Leave Management Section (LMS), as specified in GC-1, *Leaves and Absences.*

    2.   Supervisors who have identified a possible attendance issue with an employee shall contact the LMS for guidance prior to initiating early intervention, disciplinary action, or addressing attendance issues in an employee's performance appraisal.

    3.   If an employee exceeds the allowable Unscheduled Absence alert threshold, the EIU will send an alert to the employee's supervisor for further action, as specified in Office Policy GH-5, *Early Identification System.*

    4.   Supervisors shall respond to an EIS alert generated regarding absences, as specified in Office Policy GH-5, *Early Identification System.*

    5.   No employee shall be subject to retaliation or discrimination as a result of using leave protected by the FMLA, state law, or federal law or for filing any complaint relating to their use of leave protected by state or federal law.

Policy GB-2, *Command Responsibility*                                    Effective Date: 06-28-19

    F.   **Supervisor Initiated Intervention:** Supervisors shall initiate approved interventions, as specified in GH-5, *Early Identification System*, to improve a situation or prevent a potential negative work performance situation before it develops into a misconduct investigation. Supervisors may also initiate this action when an employee's conduct has minimal negative impact on the overall operations of the Office. Supervisors shall refer to Office Policy GH-2, *Internal Investigations*, for further guidance on supervisor initiated interventions.

8.   **Multiple Division Cooperation:** When an operation requires employees from different commands to function as a single unit, the on-scene ranking supervisor of the division with overall responsibility for the outcome of the operation or incident response shall be the commander.

    A.   The senior sworn supervisor shall assume command in an initial response except in a jail facility. Command may later be transferred to a specialty unit supervisor or a higher ranking supervisor, for example the transfer of a secure crime scene from patrol to detective personnel.

    B.   When an incident occurs in a jail facility that requires the response or presence of sworn personnel, such as a riot or a criminal investigation, command of the jail facility shall remain with the jail supervisor, or designee.

        1.   Command of the specific operation or incident response shall be assumed by the appropriate sworn supervisor.

        2.   The sworn supervisor in charge of the operation, incident response, or investigation shall work jointly with detention supervisors to assign or deploy sworn and detention personnel as needed.

    C.   In all cases, the on-scene ranking supervisor with overall responsibility for the outcome of the operation or incident response shall be held accountable for the use of any delegated authority.

9.   **TheHUB Training:** Upon publication of a new or revised Office Policy, or a mandatory training course, supervisors shall ensure assigned employees log into TheHUB, review the relevant policy and acknowledge an understanding of that policy, or complete the mandatory training course requirement.

    A.   All Critical Policy and those Office Policies identified by the Chief Deputy or Chief of Staff may require further review and shall require employees to correctly answer questions regarding the revised or new Office Policy.

    B.   TheHUB may be accessed at https://maricopa.csod.com/client/maricopa default.aspx.

    C.   Within 50 days of the Office policy being distributed, all relevant employees shall complete TheHUB requirement.

10.   **Compliance Reviews:** All commanders, or their designees, shall complete monthly compliance reviews of mandatory training, to include CORT and classroom training, and required Office Policy acknowledgments, through TheHUB, for all employees under their command. To review completion compliance, commanders are provided purview access through the TheHUB Dashboard for assessing each of their assigned employee's compliance progress. Commanders shall access the Reports menu dropdown to conduct these reviews. In the event an employee has not completed mandatory training or required Office Policy acknowledgments as specified, the commander shall take appropriate action.

11.   **Shift Briefings:** Shift briefings shall be conducted as necessary or as determined by the division commander. Blue Team Briefing Notes shall be utilized to memorialize shift briefings so the events and information can be referenced if necessary.

10

Policy GB-2, *Command Responsibility*                              **Effective Date: 06-28-19**

A.    The commanding employee of each division shall be responsible for ensuring that the information provided during shift briefings is accurate and effectively conveyed to all employees. The first line supervisor is normally responsible for conducting shift briefings.

1.    Supervisors shall ensure that information is made available to all employees under their command.

2.    Subordinate employees may suggest or request training updates or topics to be covered during briefings.

B.    Shift briefings may include, but are not limited to, the following:

1.    Review of current, new, or revised Office policies;

2.    New court decisions;

3.    Updates on law enforcement and corrections methods and techniques;

4.    Review of current laws;

5.    Current issues which affect the community, such as major investigations, stolen vehicles, and wanted persons;

6.    Training bulletins;

7.    New procedures; and

8.    Reinforcement to subordinates that biased-based policing and profiling is unacceptable.

C.    The Training Division may be requested to provide personnel and instructors with expertise in specialized areas to provide training updates during shift briefings. Other divisions of the Office may also be called upon for assistance within their areas of expertise, such as bombs, arson, and narcotics.

12.    **Supervisory Alert Notification and Intervention:** An alert for supervisory review shall be generated by the EIS when an employee meets, or exceeds, an established threshold

A.    There are five categories of alerts generated by the EIS:

1.    Allegation Alert: An alert is generated when the frequency of an allegation reaches the set threshold.

2.    Incident Type Alert: An alert is generated when the frequency of an incident type reaches the set threshold.

3.    Monitored Status Alert: An alert is generated when a tracked behavior is entered while an employee is in monitored status. Monitored status is used to track employees on administrative leave or probation.

4.    Overall Alert: An alert is generated when the overall frequency of multiple incidents types reaches the set threshold.

5.    Supervisory Alert: An alert is generated when the frequency of the tracked actions of the

employees supervised by the same person reach the set threshold.

B.  Supervisors may also initiate the EIS alert process on subordinate personnel prior to the employee meeting or exceeding an established threshold to address employee performance and/or conduct.

    1.  To initiate the process, the supervisor shall utilize the Incident Type of Discretionary Alert in Blue Team.

    2.  The entry shall include a written justification for the alert and be submitted through the supervisor's chain of command to the EIU.

    3.  If approved by the chain of command, the EIS will generate an alert and the alert process will commence.

    4.  If not approved by the chain of command, the reason for the non-approval will be documented within the entry by the non-approving entity, and it will be forwarded to the EIU with a carbon copy sent in Blue Team to the initiating supervisor.

    5.  Non-approved Discretionary Alerts will be stored within the EIS Supervisor Notes of the employee.

C.  Established thresholds are viewable within EIS by accessing the EI Dashboard.

    1.  Thresholds are calculated within the EIS on a specified rolling time period.

    2.  While specified thresholds are established to assist supervisors with identifying patterns of conduct, thresholds do not substitute for continual proactive supervision.

    3.  Supervisors shall not wait for an alert to be received prior to taking corrective action for observed patterns, practices, or activities in violation of Office Policy.

    4.  When supervisors receive EIS alerts on employees, they shall complete the alert process, as specified in Office Policy GH-5, *Early Identification System*.

13.  **Sworn Supervisor Responsibilities:** In addition to other matters addressed in this Office Policy, sworn supervisors shall provide the effective supervision necessary to ensure that deputies are following Office policies or procedures, federal, state, or local criminal or applicable civil laws, administrative rules and regulations.

A.  Clearly Identified Supervisor: All deputies, shall be assigned to a single, consistent, and clearly identified supervisor. Patrol supervisors shall be assigned to supervise no more than a total of eight deputies, reserve deputies, and posse members, but in no event should a supervisor be responsible for more than a total of ten deputies, reserve deputies and posse members.

    1.  The following considerations shall apply:

        a.  A Field Training Officer (FTO) and an Officer in Training (OIT) riding in the same patrol vehicle shall count as one deputy toward the ratio and documented on the shift roster.

        b.  An OIT driving solo in a patrol vehicle, on their limited solo phase, shall count as one deputy toward the ratio and documented on the shift roster.

Policy GB-2, *Command Responsibility*                    **Effective Date: 06-28-19**

      c.    Two patrol deputies riding in the same patrol vehicle shall count as two deputies toward the ratio and documented on the shift roster.

      d.    Civilian observers, academy recruit ride alongs and employee ride alongs shall not count toward the ratio and shall be noted on the shift roster.

2.    First-line patrol supervisors shall ensure that a Daily Shift Roster is completed for each shift in order to reflect the subordinates that are working under that supervisor for each day worked. The Daily Shift Roster shall be completed by the end of shift and include, but need not be limited to, the following:

      a.    The date, listed as DD/MM/YY;

      b.    The shift times;

      c.    The supervisor's name and serial number;

      d.    All employees supervised to include their serial numbers and letter designator:

          (1)    "S" signifies deputy sheriff;

          (2)    "A" and "B" signifies either a detention officer or civilian employee;

          (3)    "R" signifies reserve deputy;

          (4)    "V" signifies a former compensated deputy who retires and is approved for reserve deputy status;

          (5)    "P" signifies posse member;

      e.    The assigned vehicle number;

      f.    The employee's call sign; and

      g.    The names of any public observers, deputy in training, posse member, reserve deputy, or any other pertinent information.

3.    Only a patrol bureau chief can modify the format of the Daily Shift Roster. It shall be retained digitally in an area accessible to all patrol supervisors.

4.    If at any time a patrol supervisor supervises more than a total of eight deputies, reserve deputies and posse members, and no more than a total of ten deputies, reserve deputies, and posse members, the supervisor shall write a memorandum documenting the situation and why the preferred 8:1 ratio could not be met. The memorandum documenting the situation shall be forwarded through the chain of command. Upon review completion, a copy of the memorandum with command responses shall be forwarded to CID for distribution, and to the BIO for notification for any potential inspections that may be related. The patrol supervisor shall also document this occurrence on the Daily Shift Roster. The Office shall then take action to remedy the situation. The consideration identified in Section 13.A.1 shall also apply when completing the Daily Shift Roster.

Policy GB-2, *Command Responsibility*                    Effective Date: 06-28-19

5.  Patrol supervisors shall be available throughout the shift to provide adequate on-scene field supervision to deputies under their direct command and, as needed, to provide supervisory assistance to other units.

6.  Patrol supervisors shall be assigned to and shall work the same days and hours as the deputies under their direct command, absent exceptional circumstances.

B.  Policing Activities: First-line supervisors shall ensure deputies are policing actively and effectively, are provided with instruction necessary to correct mistakes, and are held accountable for misconduct. Effective supervision requires supervisors to:

1.  Respond to the scene of certain arrests; including but not limited to:

   a.    Immigration related arrests;

   b.    Assault on or injury to an employee;

   c.    Allegation of assault or injury to a member of the public by an employee;

   d.    Any arrest that involves use of force requiring documentation in a *Use of Force Report*;

   e.    Felony pursuits;

   f.    All critical incidents, as specified in Office Policy GJ-2, *Critical Incident Investigations* including, but not limited to:

      (1)    Any incident that involves the use of force by an employee resulting in death or serious physical injury;

      (2)    The intentional or unintentional discharge of a firearm by an employee in the performance of their lawful duties; or

      (3)    The death of a prisoner or inmate, by any means, while in the custody of the Office;

2.  Review each *Vehicle Stop Contact Form* (VSCF) and *Non-Traffic Contact Form* (NTCF);

   a.    Supervisors shall review all VSCF and NTCFs made by each deputy under their supervision within TraCS. Absent exceptional circumstances, supervisors shall review all VSCF and NTCFs involving a detention/Terry stop within 72 hours of receiving such documentation.

   b.    If the VSCF or NTCF did not include a detention, the supervisor shall review the form within seven calendar days. When the supervisor completes their review, and approves the form, the supervisor is indicating their agreement that the VSCF or NTCF contains all of the necessary elements of the legal basis for the action.

      (1)    Supervisors shall review all VSCF and NTCF for accuracy, brevity, completeness, boilerplate or conclusory language, inconsistent information, lack of articulation of the legal basis for the action, or other indicia that the information in the VSCF or NTCF is not authentic or

correct. Supervisors shall address concerns with the VSCF or NTCF author through non-disciplinary or disciplinary action as appropriate.

(2) Supervisors shall document on an IR Memorialization Blue Team entry any investigatory stops/ detentions, or searches that appear unsupported by reasonable suspicion or are otherwise in violation of Office Policy; or investigatory stops/detentions, or searches that indicate the need for corrective action or review of Office policy or training.

(3) Supervisors shall take appropriate action to address all violations or deficiencies in investigatory stops/detentions or searches, which may include non-disciplinary correction action or referring the incident for administrative or criminal investigation.

(4) The information for the IR Memorialization entry shall be documented through Blue Team by selecting the proper reason that the NTCF is memorialized in the allegations tab, as specified in Office Policy GH-5, *Early Identification System*. The IR Memorialization form shall be sent to the EIU through the chain of command, using Blue Team.

3. Review and confirm the accuracy and completeness of each IR;

4. Respond to each complaint of misconduct;

5. Ensure deputies are working actively to engage the community and increase public trust and safety;

6. Provide counseling, redirection, and support to deputies as needed; and

7. Hold deputies accountable for performing each of their duties.

C. Immigration-Related Investigation or Immigration-Related Crime: Deputies are required to notify and check with a supervisor before any questioning as to alienage or immigration status is initiated to ensure that the circumstances justify such an action under Office policy, and receive approval to proceed with questioning and/or an arrest following an immigration-related inquiry, as specified in Office Policy EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*.

1. The supervisor shall approve or disapprove the deputy's investigation or arrest recommendation based on the available information and conformance with Office policy.

2. The supervisor shall take appropriate action to address any deficiencies in the deputy's investigation or arrest recommendations, including releasing the subject, recommending non-disciplinary corrective action for the deputy, and/or referring the incident for administrative investigation.

D. Review of Stops, Investigative Detentions, and Arrests Documentation: Employees shall submit documentation of all stops, investigatory detentions, and arrests. Supervisors shall review all documentation submitted, as specified in Office Policies GF-5, *Incident Report Guidelines* and GC-4, *Employee Performance Appraisals*.

1. Supervisors shall use Blue Team Supervisor Notes in the EIS to track each subordinate's violations or deficiencies in stops, investigatory detentions and arrests, and the corrective actions taken, in order to identify deputies needing repeated corrective action. The quality

Policy GB-2, *Command Responsibility*                    **Effective Date: 06-28-19**

and completeness of the supervisory review shall be taken into account in the supervisor's own performance evaluations. Supervisors shall:

a.    Notify the PSB when a violation of Office policy has occurred;

b.    Ensure that each violation or deficiency is noted in the deputy's performance evaluations; and

c.    Take appropriate corrective or disciplinary action against supervisors who fail to conduct complete, thorough and accurate reviews of deputies' stops, investigatory detentions, and arrests.

2.    Supervisors shall unequivocally and consistently reinforce to subordinates that discriminatory policing is unacceptable. This ongoing reinforcement shall be conveyed, as specified in Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*, and shall be documented through TheHUB or in Blue Team as a Supervisor Note or Briefing Note. The supervisor shall ensure that the proper note in the allegation tab in Blue Team is selected when documenting the reinforcement with staff.

3.    When a subordinate's report writing reveals deficiencies of a serious nature, the supervisor signing off on the report shall document an *IR Memorialization* entry in Blue Team. The *IR Memorialization* entry shall be documented through Blue Team by selecting the proper reason that the IR is memorialized in the allegations tab. The *IR Memorialization* entry shall be sent to the EIU through the chain of command, using Blue Team.

Supervisors shall document an *IR Memorialization* entry if an employee's report contains conclusory or boilerplate language, contains inconsistent information, lacks support for the action, has other indicia that the information in the report or form is not authentic or correct, contains no probable cause for arrest, contains no reasonable suspicion, is missing elements of the crime, or is bias-based profiling.

a.    Supervisors shall document an *IR Memorialization* entry if an employee's report contains conclusory or boilerplate language. These deficiencies are related, because the use of conclusory language can lead to boilerplate language. For example, an employee may write "I noticed the subject was drunk." This language is conclusory, because it is not supported by fact, and when repeated across reports, the language is also boilerplate.

(1)    Based on the unique facts of the incident, the report could have avoided conclusory language by stating descriptive, explanatory language such as: "I noticed the subject had a strong odor of an alcoholic beverage emitting from the subjects person, the subject's eyes were bloodshot and watery, the subject staggered as they walked toward me and the subject's speech was slurred as they spoke. It appeared the subject was under the influence of alcohol."

(2)    Although this new language is not conclusory, it can become boilerplate through repeated use in reports. This problem often arises through use of a template. Supervisors should, therefore, look for repeated language even if it is not conclusory.

Policy GB-2, *Command Responsibility*                              Effective Date: 06-28-19

      b.    Supervisors shall document an *IR Memorialization* entry if any investigatory stop or detention appears unsupported by reasonable suspicion or is otherwise in violation of Office Policy, or if any stop or detention indicates a need for corrective action or review of Office policy or training. Supervisors shall take appropriate action to address all violations or deficiencies in investigatory stops or detentions, which may include non-disciplinary corrective action, as specified in Office Policy GH-5, *Early Identification System* or when referring the incident for administrative or criminal investigation, as specified in Office Policy GH-2, *Internal Investigations*. If a sustained policy violation is determined following the administrative investigation, the matter shall be managed as specified in Office Policy GC-17, *Employee Disciplinary Procedures*.

      c.    Supervisors shall document an *IR Memorialization* entry if any arrests appear unsupported by probable cause, are otherwise in violation of Office policy, or indicate a need for corrective action or review of Office policy, strategy, tactics, or training. Supervisors shall take appropriate action to address violations or deficiencies in making arrests, which may include notification to prosecuting authorities, non-disciplinary corrective action, as specified in Office Policy GH-5, *Early Identification System* or when referring the incident for administrative or criminal investigation, as specified in Office Policy GH-2, *Internal Investigations*. If a sustained policy violation is determined following the administrative investigation, the matter shall be managed as specified in Office Policy GC-17, *Employee Disciplinary Procedures*.

E.    Review of Data Collection and Traffic Stops:

    1.    As specified in Office Policy EB-2, *Traffic Stop Data Collection,* supervisors shall conduct monthly reviews and have monthly discussions with the deputies under their command regarding each traffic stop and collected data generated during the review period. The monthly review shall be documented in Blue Team as specified in Office Policy GH-5, *Early Identification System.*

      a.    Supervisors shall utilize the TraCS database and the information from the Supervisor Responsibilities Effective Law Enforcement (SRELE) training, and the EIS training each supervisor is provided to review traffic stop and collected data, to determine whether there are warning signs or indicia of possible racial profiling, unlawful detentions and arrests, or improper enforcement of immigration-related laws. Supervisors shall take appropriate action to address all violations or deficiencies, which may include non-disciplinary corrective action, as specified in Office GH-5, *Early Identification System,* or may require referring the incident for administrative or criminal investigation, as specified in Office Policy GH-2, *Internal Investigations*. If a sustained policy violation is determined following the administrative investigation, the matter shall be managed as specified in Office Policy GC-17, *Employee Disciplinary Procedures.*

      b.    Supervisors shall acknowledge the interactions through the use of the "Discussed with Deputy" indicator function within the TraCS Form Manager for each individual stop and associated forms discussed with their deputy.

      c.    This process shall be completed for each individual stop and collected data reviewed. Supervisors are prohibited from selecting multiple traffic stops and applying the "Discussed with Deputy" indicator function at one time. The reviews will then be input into Blue Team from TraCS.

Policy GB-2, *Command Responsibility*                    **Effective Date: 06-28-19**

2.    If reviews of the traffic stop data indicate that a deputy or unit may be engaging in racial profiling, unlawful searches or seizures, or unlawful immigration enforcement, or that there may be systemic problems regarding any of the foregoing, supervisors shall take reasonable steps to investigate and monitor the situation. Interventions shall be documented in the EIS, as specified in Office Policy GH-5, *Early Identification System* or when referring the incident for administrative or criminal investigation, as specified in Office Policy GH-2, *Internal Investigations.* If a sustained policy violation is determined following the administrative investigation, the matter shall be managed as specified in Office Policy GC-17, *Employee Disciplinary Procedures.*

3.    If there is a systemic problem of racial profiling, unlawful searches or seizures, or unlawful immigration enforcement, the Office shall take appropriate steps at the agency level, in addition to initiating corrective and/or disciplinary measures against the supervisor or command staff. All actions taken shall be documented in writing.

F.    EIS Data Review: Supervisors shall utilize the EIS for data analysis, pattern identification, intervention, and documentation. Additional required usage includes, but is not limited to:

1.    Comparative data analysis, including peer group analysis, to identify patterns of activity by individual deputies or groups of deputies, including consideration of the nature of the deputy's assignment, and not solely on the number or percentages of the incidents in any category of information recorded in the EIS.

2.    Identification of warning signs or other indicia of possible misconduct. Supervisors who identify warning signs or other indicia shall, unless exigent circumstances exist, immediately notify their chain of command, or in no circumstances more than 72 hours, to determine how to properly address the concern.

    (a)    Supervisors may also initiate the EIS alert process on subordinate personnel prior to the employee meeting or exceeding an established threshold to address employee performance and/or conduct.

        (1)    To initiate the process, the supervisor shall utilize the Incident Type of Discretionary Alert in Blue Team.

        (2)    The entry shall include a written justification for the alert and be submitted through the supervisor's chain of command to the EIU.

        (3)    If approved by the chain of command, the EIS will generate an alert and the alert process will commence.

    (b)    Warning signs or other indicia include but are not limited to:

        (1)    Failure to follow any of the documentation requirements mandated by Office policy;

        (2)    Racial and ethnic disparities in the deputy's traffic stop patterns, including disparities or increases in stops for minor traffic violations, arrests following a traffic stop, and immigration status inquiries that cannot be explained by statistical modeling of race neutral factors or characteristics of the deputy's specific duties, or racial or ethnic disparities in traffic stop patterns when compared with data of a deputy's peers;

18

Policy GB-2, *Command Responsibility*                                    Effective Date: 06-28-19

    (3)    Evidence of extended traffic stops or increased inquires and/or investigations involving driver or passengers belonging to a protected category, as specified in Office Policy CP-3, *Workplace Professionalism: Discrimination and Harassment*;

    (4)    A citation rate for traffic stops that is an outlier when compared to data of a deputy's peers, or a low rate of seizure of contraband or arrests following searches and investigations;

    (5)    Complaints by members of the public or other employees; and/or

    (6)    Other indications of racial or ethnic bias in the exercise of official duties.

3.    Supervisors and commanders shall conduct two reviews per month of each sworn, and one per month of each non-sworn subordinates' EIS information for the purpose of identifying and responding to any conduct patterns or concerns including, but not limited to racial profiling, improper immigration enforcement, investigatory stop violations, detentions unsupported by reasonable suspicion or otherwise in violation of policy. This review shall be documented within the Blue Team Supervisor Notes.

4.    Supervisors and commanders shall initiate, implement, and assess the effectiveness of interventions for deputies, supervisors, and units, based on assessments of the information contained in the EIS.

5.    Supervisors and commanders shall review EIS records within 14 business days, including disciplinary history, of all employees upon transfer to their supervision or command. This review shall be documented within the Blue Team Supervisor Notes.

G.    Supervisors shall review the Patrol Activity Log (PAL) through Praxis for all patrol shifts worked by their assigned subordinates. Supervisors shall check PAL for accuracy and completeness. This review shall ensure subordinates are accurately accounting for their activities during the shift by properly utilizing Out Codes while not assigned to an event. Supervisors should also examine the PAL to confirm correct Disposition Codes are entered when closing events.

1.    This review shall occur no later than seven calendar days after the completion of the shift under review.

2.    At the completion of the review, the reviewing supervisor must select "Approved, No Issues Found" or "Issues Found."

    a.    If the supervisor selects "Issues Found," the supervisor shall add a comment in the provided text box. Supervisors should be aware that any information captured in this box will be visible to all Office personnel. Information of a confidential nature, including possible issues which may result in an administrative investigation, should not be entered in this box.

    b.    If the supervisor needs to document issues regarding a confidential matter, or issues which may result in an administrative investigation, the supervisor shall make the appropriate entry into Blue Team.

3.    Once the initial supervisor review is completed, Praxis will not allow further entry directly into the PAL. Any further comments regarding the PAL shall be entered into Blue Team. The completed record of the review and/or comment for each subordinate is uploaded automatically through the Praxis into the EIS for tracking purposes.

4.    When a deputy works a shift outside of their regularly assigned squad or district, or works a special assignment such as a DUI Task Force, special event, or an off-duty job that would require a PAL; it will be the responsibility of the shift supervisor who is managing the deputy on an irregular shift or special assignment to review the deputy's PAL for accuracy and completeness.

       a.    The shift Supervisor who is supervising the employee for this specialized detail shall also review any associated daily paperwork generated while working a specialized detail or shift to incorporate all TraCS documents and IR's completed during that shift.

       b.    The responsibility for reviewing the Monthly Body Worn Camera Video and the Monthly Discussion of Traffic Data will fall under the responsibility of the regularly assigned supervisor for the deputy.

       c.    Since the shift supervisor in these circumstances will not be completing the deputy's Employee Performance Appraisal, the shift supervisor should document deficient performance or performance worthy of commendation in Blue Team, so that the information is available to the deputy's regularly assigned supervisor.

       d.    Failure by a shift supervisor to review the PAL of a subordinate deputy, or a deputy they are managing on an irregular shift or special assignment for accuracy and completeness, shall result in a Blue Team entry; and may result in discipline, as specified in Office Policy GC-17, *Employee Disciplinary Procedures*.

H.    Blue Team Supervisor Notes: Supervisors shall document a minimum of two monthly Blue Team Supervisor Notes regarding performance for each deputy under their command. Blue Team shall be used to report the monthly review to Court Implementation Division (CID), as outlined in Office Policy EB-2, *Traffic Stop Data Collection*.

I.    Body-Worn Camera Recording Reviews: On a monthly basis, supervisors shall conduct two random reviews of traffic stop video footage for each of their subordinates' body-worn camera recordings. Additionally, supervisors must review a subordinate's body-worn camera recordings in relation to a complaint, an investigation, a pursuit, or critical incident. A review of videos in relation to a complaint, an investigation, a pursuit, or critical incident, shall not be considered as the monthly review of a randomized video. The monthly reviews shall be documented in Blue Team Supervisor Notes. The supervisor shall assess the following:

    1.    The deputy's performance and training needs;

    2.    Policy compliance;

    3.    Consistency between written reports and body-worn camera recordings; and

    4.    Whether the camera was functioning properly, and its use was consistent with Office Policy GJ-35, *Body-Worn Cameras*.

    5.    The methodology and supervisory checklist for consistently reviewing Body-Worn Camera recordings can be found at the following shared drive location; U:\BIO\Forms.

J.    Specialized Units Enforcing Immigration-Related Laws: In the event there is a specialized unit enforcing immigration-related laws, first-line supervisors in such a specialized unit shall directly supervise the law enforcement activities of new members of the unit for one week by accompanying

Policy GB-2, *Command Responsibility*                    Effective Date: 06-28-19

them in the field and shall directly supervise the in-the-field activities of all members of the unit for at least two weeks every year.

14. **Sworn Commander Responsibility:** Sworn commanders shall hold all supervisors directly accountable for the quality and effectiveness of the supervision they provide, including the performance evaluations prepared as specified in Office Policy GC-4, *Employee Performance Appraisals*, and whether they identified and responded to employee misconduct, as specified in Office Policies GC-17, *Employee Disciplinary Procedures*, GH-5, *Early Identification System*, and GH-2, *Internal Investigations*. Sworn commanders shall document the findings of the following actions in Blue Team.

   A.   Commanders shall review, in writing, all supervisory reviews related to arrests that are unsupported by probable cause, are otherwise in violation of Office policy, or that indicate a need for corrective action or review of agency policy, strategy, tactics, or training. The commander's review shall be completed within 14 business days of receiving the document reporting the event.

   B.   Commanders shall evaluate the corrective action and recommendations in the supervisor's written report and ensure that all appropriate corrective action is taken.

   C.   Commanders shall take appropriate corrective or disciplinary action against first-line supervisors who fail to conduct adequate and consistent quality reviews of subordinates, as specified in Office Policies GH-5, *Early Identification System* and GC-4, *Employee Performance Appraisals*.

   D.   Commanders shall periodically review the EIS reports and information, and initiate, implement or assess the effectiveness of interventions for individual deputies, supervisors and units based on the review.

   E.   Commanders shall conduct a review of EIS records within 14 business days, including disciplinary history, of all employees upon transfer to their supervision or command. This review shall be documented within the Blue Team Supervisor Notes.

   F.   Commanders, or their designees, shall complete monthly compliance reviews of mandatory training, to include CORT and classroom training, and required Office Policy acknowledgments, through TheHUB, for all employees under their command. To review completion compliance, commanders are provided purview access through the TheHUB Dashboard for assessing each of their assigned employee's compliance progress. Commanders shall access the Reports menu dropdown to conduct these reviews. In the event an employee has not completed mandatory training or required Office Policy acknowledgments as specified, the commander shall take appropriate action.

➢ 15. **Supervisor Employee Performance Appraisal (EPA) Responsibilities:** As specified in Office Policy GC-4, *Employee Performance Appraisals*, immediate supervisors are responsible for evaluating the competence of each assigned employee. Supervisors should be fair, impartial, and accurate in evaluating the performance of their employees. Supervisors who fail to conduct reviews of adequate and consistent quality are subject to appropriate corrective or disciplinary action.

16. **Office Responsibility:** The Office shall hold all commanders and supervisors directly accountable for the quality and effectiveness of the supervision they provide including the performance evaluations prepared, as specified in Office Policy GC-4, *Employee Performance Appraisals*, and whether they identified and responded to employee misconduct, as specified in Office Policies GC-17, *Employee Disciplinary Procedures*, and GH-2, *Internal Investigations*.

17. **Command Responsibility Regarding Public Access to the Complaint Process:** The Office shall ensure all commanders and supervisors over patrol areas, and areas of public access, adequately provide members of the public with information and forms regarding the complaint filing process.

Policy GB-2, *Command Responsibility*                                    **Effective Date: 06-28-19**

A.   *Comment and Complaint Forms*: The *Comment and Complaint Forms,* in both English and Spanish, shall be made widely available and maintained at locations around Maricopa County including, but not limited to, the websites of the Maricopa County Sheriff's Office and Maricopa County government. Permanent placards in English and Spanish shall be posted and maintained in locations clearly visible, at all hours, to members of the public at the reception desk at MCSO headquarters and at all District Stations. The placards shall clearly and simply describe the public complaint process and shall include relevant contact information, including telephone numbers, email addresses, mailing addresses, and internet sites. The Community Outreach Division shall be responsible for ensuring that *Comment and Complaint Forms* are available at all times, as specified in Office Policy GJ-24, *Community Relations and Youth Programs*.

1.   *Comment and Complaint Forms* shall not contain any language that could reasonably be construed as discouraging the filing of a complaint, such as warnings about the potential criminal consequences for filing false complaints.

2.   The Office shall make reasonable efforts to ensure that complainants who speak other languages (including sign language) and have limited English proficiency can file complaints in their preferred language. The fact that a complainant does not speak, read, or writes in English, or is deaf or hard of hearing, will not be grounds to decline to accept a complaint.

3.   All Office vehicles shall have a supply of *Comment and Complaint Forms* for distribution to any members of the public that request them. Deputies shall provide information about how to file a complaint, their name and badge number, and the contact information, including telephone number and e-mail address, of the supervisor.

a.   When notified by an employee, a member of the public, or through a *Comment and Complaint Form*, the supervisor shall immediately document the notification and ensure that PSB has been advised through Blue Team in accordance with Office Policy GH-2, *Internal Investigations*.

b.   Employees receiving complaints shall ensure the maintenance of confidentiality. Employees shall not divulge the name of any person filing a complaint or provide complaint information to anyone other than the supervisor and/or PSB employees authorized by Office command personnel to properly process and investigate allegations of misconduct.

B.   Placards: The office shall post and maintain in locations clearly visible to members of the public, at all hours, permanent placards clearly and simply describing the civilian complaint process. Locations of the placards shall include the reception desk at the Office Headquarters, Districts, and other public locations. The placards shall include relevant contact information, telephone numbers, email addresses, mailing addresses, and Internet sites. The placards shall be in both English and Spanish. The Community Outreach Division shall be responsible for ensuring that *Comment and Complaint Forms* are available at all times.

18.  **Misconduct Investigative Action Responsibilities:** The Office shall ensure all allegations of employee misconduct, whether internally discovered or based on a complaint from a member of the public, are fully, fairly, and efficiently investigated. All investigative findings must be supported by the appropriate standard of proof and documented in writing. All employees who commit misconduct shall be held accountable, as specified in Office Policy GC-17, *Employee Disciplinary Procedures*.

A.   The on-duty supervisor or commander shall immediately document in Blue Team the reported act of misconduct. This information shall be automatically routed to the PSB.

22

Policy GB-2, *Command Responsibility*                    Effective Date: 06-28-19

B.  All complaints and allegations of misconduct, including third-party and anonymous complaints and allegations, shall be investigated. All employees and members of the public shall be permitted to report allegations of misconduct anonymously.

C.  If at any point during a misconduct investigation an investigating supervisor outside of the PSB has information indicating that the principal may have committed misconduct of a serious or criminal nature, the investigator shall immediately notify the PSB, which shall take over the investigation.

D.  If, after an investigation conducted outside of the PSB, an employee's actions are found to violate policy, the investigating supervisor's division commander shall direct and ensure the appropriate discipline and/or corrective action is administered.

E.  Enforcement Division Commanders of supervisors assigned administrative investigation conducted outside of the PSB, shall conduct reviews of those misconduct investigations, as specified in Office Policy GH-2, *Internal Investigations*.

F.  If, after an investigation conducted by the PSB, an employee's actions are found to violate policy, the PSB Commander shall direct and ensure appropriate discipline and/or corrective action. Where the incident indicates policy, training, tactical, or equipment concerns, the PSB Commander shall ensure that necessary training is delivered and that policy, tactical, or equipment concerns are resolved. A memorandum of concern detailing the policy, training, tactical or equipment concerns, and any proposed recommendations, shall be authored and forwarded to the appropriate bureau chief and division commander for review and action.

G.  If the PSB Commander or the division commander in which the internal affairs investigation was conducted determines that the findings of the investigation report are not supported by the appropriate standard of proof, the commander shall return the investigation to the investigator for correction or additional investigative effort, shall document the inadequacies, and shall include this documentation as an addendum to the original investigation. The investigator's supervisor shall take appropriate action to address the inadequately supported determination and any investigative deficiencies that led to it. The commander shall be responsible for the accuracy and completeness of investigation reports prepared by internal affairs investigators under their command.

H.  Where an internal affairs investigator conducts a deficient misconduct investigation, the investigator shall receive the appropriate corrective and/or disciplinary action. An internal affairs investigator's failure to improve the quality of their investigations after corrective and/or disciplinary action is taken shall be grounds for demotion and/or removal from a supervisory position or the PSB.

I.  The quality of investigators' internal affairs investigations and supervisor reviews of investigations shall be taken into account in their EPA.

# EXHIBIT 6



# MARICOPA COUNTY SHERIFF'S OFFICE POLICY AND PROCEDURES

| Subject | Policy Number |
|---|---|
| **USE, ASSIGNMENT, AND OPERATION OF VEHICLES** | **GE-4** |
| | **Effective Date** |
| | **02-22-23** |

| Related Information | Supersedes |
|---|---|
| ARS 28-624; 28-914, 33-1809, 36-601.01<br>Maricopa County Policy A2310<br>CP-4, *Emergency and Pursuit Driving*<br>EA-2, *Patrol Vehicles*<br>EA-18, *Law Enforcement Extra-Duty and Off-Duty Employment*<br>EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*<br>EB-7, *Traffic Control and Services*<br>GC-17, *Employees Disciplinary Procedures*<br>GD-19, *Injury or Death of an Employee or Volunteer*<br>GD-21, *Business Travel and Training Expenses*<br>GD-4, *Use of Tobacco Products*<br>GE-2, *County Purchase Cards*<br>GH-5, *Early Identification System*<br>GJ-9, *Restraint and Transportation of Prisoners and Inmates* | GE-4 (04-06-22) |

## PURPOSE

The purpose of this Office Policy is to establish guidelines and procedures regarding the use, assignment, operation, maintenance, and inspection of Office vehicles, and the review of Office vehicle accidents.

## POLICY

It is the policy of the Office to ensure that all vehicles are managed in an efficient, safe, and cost-effective manner. All accidents involving Office vehicles are reviewed by the bureau chief in charge of the respective division under their command, in order to determine cause and to institute corrective and preventive actions where possible.

Although this Office Policy refers to employees throughout, this Office Policy also applies with equal force to all volunteers. Volunteers include, but are not limited to, reserve deputies and posse members.

## DEFINITIONS

*Accident:* Any collision involving an Office vehicle with another vehicle, object, or person resulting in property damage or personal injury.

*Blue Team:* The Early Identification System (EIS) application that allows employees and supervisors to record information in a database regarding incidents, performance, and conduct. The information from Blue Team is transferred to the IA Pro Early Identification case management system.

*Early Identification System* (**EIS**)*:* A system of electronic databases that captures and stores threshold events to help support and improve employee performance through early intervention and/or to identify problematic operating procedures, improving employee performance, identifying detrimental behavior, recognizing outstanding accomplishments, and to improve the Office's supervisory response. The computerized relational database shall collect, maintain, integrate, and retrieve information gathered in order to highlight tendencies in performance, complaints, and other activities. The database allows the Office to document appropriate identifying information for

involved employees, (and members of the public when applicable), and the actions taken to address the tendencies identified.  Blue Team, IAPro, and EIPro are applications of the EIS.

***EI Dashboard:*** A Blue Team database tool that provides a visual overview of an employee's status in the EIS and is used to monitor alerts within the system. The EI Dashboard indicates the number of identified incidents for tracked threshold events. The color yellow indicates the employee is one incident away from reaching a threshold. The color red indicates the employee has reached or surpassed a threshold.

***Emergency Driving:*** A deputy responding to life-threatening circumstances, a violent or potentially violent crime or other felony in progress, or engaging in pursuit driving, while operating an authorized emergency vehicle with activated emergency equipment. While responding to emergencies, deputies are granted statutory exemptions from the observance of speed limits and other direction, control, and parking regulations, so long as they do not unduly endanger life or property. **A deputy is never relieved from the duty to drive with due regard for the safety of all persons.**

***Non-Preventable Accident:*** Accidents that occur while proceeding in the lane of traffic at a safe and legal speed, while waiting to make a turn from a proper lane, while stopped in traffic due to existing conditions or in compliance with a traffic sign, signal, or officer, or struck while legally and properly parked.

***Office Vehicle:*** Any vehicle owned, leased, or purchased by Maricopa County for Office use, to include vehicles recovered under the Racketeering Influenced and Corrupt Organizations (RICO) Act.

***Out of Service Vehicle:*** Any Office vehicle, which by reason of its mechanical condition can no longer be returned to service.

***Preventable Accident:*** An accident in which the driver failed to exercise every reasonable precaution to prevent the accident. This is irrespective of whether or not there is property damage or personal injury, the extent of the loss of injury, to whom it occurred, and the location of the accident.

***Pursuit Driving:*** An active attempt by a deputy operating an authorized emergency vehicle, with activated emergency equipment, to apprehend a fleeing vehicle and its occupants who are aware of the attempt, resist apprehension through failure to stop, and employ evasive driving tactics.

***Special-Purpose Vehicles:*** Nonstandard vehicles assigned to contend with weather, terrain, sound restrictions, or special operational needs. This includes vehicles such as mobile command posts, tactical operations vans, bomb disposal vehicles, all-terrain vehicles (ATVs), motorcycles, boats, aircraft, and prisoner transport vehicles.

***Volunteer:*** A person who performs hours of service for civic, charitable, or humanitarian reasons, without promise, expectation, or receipt of compensation for services rendered. An employee may not volunteer to perform the same, similar, or related duties for the Office that the employee is normally paid to perform.

**PROCEDURES**

1.  **Responsibilities of Managing the Fleet:** To ensure the efficient operation and management of Office vehicles, the Maricopa County Sheriff's Office (MCSO) Fleet Management Division, subject to consultation with executive command staff, shall have the responsibility and authority to initiate the purchase of all Office vehicles. The MCSO Fleet Management Division shall also be responsible for vehicle assignment, reassignment, repair, and replacement.

    A.  All vehicles shall be managed with the primary goal of maintaining public safety and performing law enforcement functions.

**Policy GE-4,** *Use, Assignment, and Operation of Vehicles*                 **Effective Date: 02-22-23**

B.    All division commanders having a reasonable expectation of being called out during their normal off-duty hours shall be assigned a vehicle. Commanders shall not use assigned vehicles during a prescheduled absence, unless the commander is to return to an on-call status, prior to returning to their normal on-duty scheduled hours. Approval for use of an assigned vehicle shall be at the discretion of the respective bureau chief, with final approval by the Sheriff or designee.

C.    All vehicles shall normally remain within the bureau to which they were assigned until reassigned by the MCSO Fleet Management Division. When the assigned operator is transferred to another bureau, they may not take the vehicle with them, unless approved by the Sheriff or designee.

D.    Bureau chiefs are responsible for ensuring that their fleet is used efficiently. The MCSO Fleet Management Division shall provide each bureau with quarterly reports, documented on the Fleet Management Data Report located in the Office's shared drive, concerning the fleet usage to assist in making efficient use of the assigned vehicles.

E.    At the end of the vehicle's second year of service life, those which have exceptionally high or low mileage shall be reassigned to equalize the mileage among all vehicles. When it becomes advisable to transfer vehicles between bureaus for the good of the Office, the respective bureau chiefs shall be consulted before any transfers take place.

2.    **Commander and Division Responsibilities for Vehicle and Equipment Inspection:**

A.    The division commander or designee shall ensure that all vehicles assigned to their division are being inspected quarterly, and that the inspections are documented in Blue Team, as a Line Level Inspection. A quarterly inspection should be completed during January, April, July, and October of each calendar year. The division commander or designee shall be responsible for ensuring that vehicle fluids are maintained at proper levels, and that scheduled preventive maintenance and service is completed in a timely manner, as specified in Office Policy EA-2, *Patrol Vehicles*.

B.    Each division shall maintain completed quarterly inspection reports for a period of two years, unless the vehicle has been taken out of service or reassigned. Out-of-service vehicle records may be destroyed; reassigned vehicle records shall be forwarded to the division where the vehicle is currently assigned.

C.    Inspections of patrol vehicles shall be performed and documented, as specified in Office Policy EA-2, *Patrol Vehicles*.

D.    All Office vehicles shall have a supply of the current version of the *Comment and Complaint Forms*, in both English and Spanish, for distribution to any member of the public, upon request.

3.    **Special-Purpose Vehicles:** Each division to which special-purpose vehicles are assigned shall include a section in their Operations Manual governing the deployment, use, and maintenance of each vehicle type. The following areas will be covered in the section on special-purpose vehicles:

A.    A statement of the objectives of their operation or usage;

B.    Instructions, conditions, and limitations of usage;

C.    Authorization for use in various situations;

D.    Qualifications and training for employees assigned to operate the vehicle;

3

E.    Designation of assignments where employees are responsible for the condition and maintenance of vehicles to include, but not be limited to, ensuring that the vehicle's fluids are maintained at proper levels and that scheduled preventive maintenance or service is completed in a timely manner;

F.    A listing of the equipment, if any, to be kept in, on, or with, the vehicle; and

G.    A listing of assignments where employees are authorized to operate the vehicle or use the associated equipment.

4.    **Assigned Vehicles:** Assigned vehicles shall be restricted to compensated, full-time employees of the Office, except when otherwise authorized by the Sheriff or designee.

A.    The assignment of assigned vehicles shall not be applied on a convenience basis but restricted to those individuals having a reasonable expectation of being called out during their normal off-duty hours, or have a reasonable expectation of reporting to different duty locations. The request for an assigned vehicle shall be submitted through the chain of command, and if approved by the bureau chief, shall be forwarded to the Sheriff or designee for final approval.

B.    Employees who are assigned a vehicle will fall into one of three tiers:

1.    Assigned Vehicle Tier 1: Overnight vehicle privileges for residence parking will be authorized for employees who have a reasonable expectation of being called out during their normal off-duty hours where a timely response is critical.

2.    Assigned Vehicle Tier 2: Overnight vehicle privileges for off-site parking will be authorized for employees who are assigned a vehicle as part of their duties who don't have a reasonable expectation of being called out during normal off-duty hours but have a reasonable expectation of reporting to different duty locations. Off-site parking locations shall be approved by the bureau chief.

3.    Assigned Vehicle Tier 3: Employees who are assigned vehicles but do not meet the criteria of Tier 1 or Tier 2 shall park their assigned vehicles at their assigned duty location.

4.    Any deviation from the assigned vehicle tiers shall be reviewed by all three executive chiefs. Once reviewed, the executive chiefs will make a recommendation to the Sheriff or designee for final approval.

C.    Employees who are assigned a vehicle shall be responsible for the upkeep of the vehicle, for ensuring that vehicle fluids are maintained at proper levels, and that scheduled preventive maintenance or service is completed in a timely manner.

D.    Vehicles authorized for residence parking shall be parked off the street whenever possible and secured in a manner which minimizes the possibility of damage, vandalism, or theft. Office vehicles shall not be parked in a manner which creates a hazard. ARS 33-1809 allows law enforcement vehicles to be parked on a street or driveway if the vehicle is required to be available for emergency deployment. Employees operating Office vehicles are responsible for notifying any responsible party such as, a Homeowners Association (HOA), regarding the status of their Office vehicle.

E.    Assigned vehicles shall be used for official business only, except when reasonable expectations of being called out, and/or on-call status exist.

F.     Office vehicles used by employees in off-duty law-enforcement employment, including transportation to and from the off-duty law-enforcement employment, shall follow procedures as specified in Office Policy EA-18, *Law Enforcement Extra-Duty and Off-duty Employment*.

G.     Employees, with prior approval from a bureau chief, may use Office vehicles for vehicle escort services, as specified in Office Policy EB-7, *Traffic Control and Services*. These services include the following:

   1       Special events;

   2.      Members of the public requests;

   3.      Emergency vehicles;

   4.      Oversized vehicles; or

   5.      Funeral escort services.

5.     **Operator's Responsibilities:**

A.     All employees shall operate Office vehicles in a careful and prudent manner, obey all applicable State and Federal traffic laws, and comply with all Office rules pertaining to such operation. Employees operating emergency vehicles shall comply with the requirements of ARS 28-624. The safety of the public and all vehicle occupants shall be of paramount concern to include, but not be limited to, subjects detained for incarceration, as specified in Office Policy GJ-9, *Restraint and Transportation of Prisoners and Inmates.*

B.     Employees are prohibited from using cellular phones, unless a hands-free device is used to operate the cellular phone or other mobile electronic device (e.g., smartphone, tablet, or laptop) while driving an Office vehicle/equipment or while driving a private vehicle on official business. This prohibition includes, but is not limited to, texting, emailing, reviewing documents, and placing phone calls. Employees operating an authorized emergency vehicle or law enforcement vehicle who use a portable wireless communication device while acting in an official capacity, are exempt from this prohibition, as specified in ARS 28-914; however, employees shall still use due regard, and only when safe to do so.

C.     All assigned Office Mobile Data Computers (MDCs) have Global Positioning System (GPS) tracking capabilities. GPS tracking capabilities provide real time and historical information to Communication Division personnel to ensure employees safety, decrease Office liability, and provide for the efficient deployment of Office resources.

   1.      The GPS tracking feature on the MDC shall **not** be disabled by an employee unless prior approval has been obtained from their bureau chief for reasons to include, but not limited to, a specific task or investigative action.

   2.      Upon completion of the approved specific task or investigative action for the deactivation, the employee shall immediately reactivate the GPS feature.

D.     Smoking, smokeless tobacco, and vapors/e-cigarettes are prohibited in all Office vehicles and equipment, and in any private vehicle used on official business if more than one person is in the vehicle, as specified in Office Policy GD-4, *Use of Tobacco Products.*

E.      Employees shall not allow their assigned vehicles to be operated by non-Office personnel, unless the vehicle is being serviced. Office vehicles shall be used for official business only.

F.      All employees who operate an Office vehicle shall have in their possession a valid Arizona Driver's License for the type of vehicle operated. Operators of specialty vehicles, including, but not limited to helicopters, shall possess, and maintain the specialty certification needed to operate that type of vehicle.

G.      When employees drive any vehicle, on or off-duty, requiring additional provisions to a regular driver's license, they shall possess the required class endorsement.

H.      All employees who have their driving privileges either suspended or revoked by the State of Arizona shall promptly inform their supervisor and generate an entry through Blue Team of such suspension or revocation.

I.      Employees authorized to operate an Office vehicle shall maintain a Maricopa County Vehicle Use Permit (VUP) by completing the VUP training course in TheHUB. Employees shall not operate an Office vehicle without first completing this course.

   1.      The VUP is valid until the employees AZ driver's license expires.

   2.      If an employee's driver license expires, they will need to complete the VUP training in TheHUB again once they obtain a new driver's license.

J.      All employees and authorized passengers shall fasten their seat belts when operating or riding in Office vehicles. Seat belts shall be fastened before vehicles are set in motion. Supervisors may grant exceptions to this Office Policy for specific situations to include, but not be limited to, tactical operations where employees are required to exit vehicles swiftly, and/or covertly to execute their objective.

K.      Employees should set the parking brake when leaving the vehicle unattended while the motor is idling.

L.      Volunteers may operate an Office vehicle under any of the following conditions:

   1.      When authorized by the on-duty supervisor;

   2.      When accompanied by a compensated employee;

   3.      When certified by the Office as a Reserve Deputy; or

   4.      When accompanied by a Reserve Deputy.

M.      An employee operating an Office vehicle shall ensure that only authorized persons ride in the vehicle. Authorized persons include employees of the Office or the County, persons authorized by the supervisor, those participating in the Public Observer Program, and those persons transported in the performance of duty. Employee's family members or other acquaintances, excluding the Public Observer Program or in extreme emergencies, are not authorized to ride in an Office vehicle without the approval of a bureau chief.

N.      Employees shall ensure that their assigned vehicles are kept clean and free of litter. Trash and debris shall be removed from Office vehicles and disposed of properly.

**Policy GE-4,** *Use, Assignment, and Operation of Vehicles*                    **Effective Date: 02-22-23**

O.  An unattended Office vehicle shall be locked, especially when the vehicle contains a long gun or any other weapon, unless it would be unwise to lock the vehicle.

1.  When a vehicle is not used during a shift, the long gun or any other weapon shall be removed and secured in the Office facility at which the vehicle is parked, unless the vehicle is equipped with an extra locking mechanism, including, but not limited to, a safe.

2.  When a vehicle is parked during off-duty hours at an approved designated off-site parking location, assigned duty location, or the residence of the employee who has Assigned Vehicle Tier privileges, the employee shall remove and secure all long guns and/or any other weapons unless the vehicle is equipped with an extra locking mechanism authorized by the Office, including, but not limited to, a safe. A vehicle manufacturer's installed concealed storage area, locking glove box, or the placement of a weapon into a locked vehicle trunk that is not equipped with an Office authorized locking mechanism is not sufficient to meet the requirement of this section.

3.  When a vehicle is being serviced at any repair facility or service center, weapons, law enforcement equipment, and computers shall be removed from the vehicle entirely and remain under the immediate control of the employee. If a vehicle is expected to be in for repair for one shift or longer or is transported by anyone other than sworn personnel or an armed detention officer, all weapons, law enforcement equipment, and computers shall be removed and secured in the Office facility to which the vehicle is assigned prior to transporting it to the service facility. Anyone leaving a vehicle for service shall also remove any portable radio or portable telephone equipment at the time the vehicle is left.

4.  Unless authorized by their division commander, civilian personnel shall not transport Office weapons for any reason, including for service or repair.

6.  **Office Vehicles and Equipment:**

A.  All vehicles purchased shall be of the same class and include a factory-equipped, heavy-duty police package to allow flexibility in reassignment, unless there is a compelling reason for a special-purpose vehicle and the exception is in the best interests of the Office.

B.  Employees operating an Office vehicle to conduct Office business may travel up to 75 miles outside the border of Maricopa County without authorization. Office vehicles shall not be operated beyond 75 miles outside the limits of Maricopa County except:

1.  In pursuit situations, as specified in Office Policy CP-4, *Emergency and Pursuit Driving*;

2.  When authorized by a supervisor;

3.  When authorized by the Sheriff or designee for conducting official law enforcement activities, extradition trips, or investigations. The Sheriff or designee may authorize the use of an Office vehicle anywhere within the continental United States. Family members or other acquaintances are not authorized to ride in an Office vehicle on any out of Maricopa County travel, without the approval of a bureau chief. If family or other acquaintances are going to attend such travel, a personally owned vehicle would be required, and all the personal vehicle requirements would apply, as specified in this Office Policy;

4.  When authorized by the chain of command, and in coordination with the Financial Services Division for attendance at a seminar or training event. The initial *Training/Travel Request Form* must indicate the intent to use an Office vehicle. Transportation charges deemed

**Policy GE-4,** *Use, Assignment, and Operation of Vehicles*                    **Effective Date: 02-22-23**

appropriate by the Financial Services Division shall be recommended to the division commander who approved the training; or

   5.   In the course of Office duties when exigent circumstances arise.

C.   Unmarked vehicles shall not normally be used for traffic law enforcement functions. Procedures as to when such use is appropriate are specified in Office Policy EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance.*

D.   Equipment installed by the Maricopa County Equipment Services Department, upon approval of the Sheriff or designee, is the only equipment authorized for Office vehicles.

   1.   Personnel who believe additional equipment is essential in the performance of their duties shall submit a written request, through the chain of command to the Sheriff or designee explaining the need for the equipment. If the request is approved, the Office shall make arrangements for the installation of the equipment.

   2.   Employees shall not remove lights or equipment from an Office vehicle unless authorized by the Fleet Management Division.

E.   Loose equipment carried to facilitate Office functions, such as first aid kits, flares, blankets, and pylons, shall be specified by the respective division commander.

F.   All law enforcement vehicles shall be equipped with emergency equipment.

G.   The Office shall make every effort to replace routinely used Office vehicles no later than the end of their fifth year of service.

7.   **Leased Vehicles:** No Maricopa County leased vehicles shall be contracted and/or utilized for personal use.

8.   **Personal Vehicles:** An employee shall not use their personal vehicle for Office-related work without prior written authorization. The employee shall submit a memorandum through their chain of command to the Sheriff or designee for final approval.

A.   The use of a personal vehicle in travel to and from an Office-sanctioned, out-of-county training event requires that the preapproved written authorization be attached to the *Training/Travel Request Form*. Once the *Training/Travel Request Form* contains the appropriate approvals, the memorandum and form shall be sent to the Travel Unit. The Travel Unit shall coordinate vehicle needs by ensuring that multiple employees attending the same event use the fewest reasonable number of private vehicles at Maricopa County expense or are assigned an Office vehicle. Any transportation changes deemed appropriate by the Travel Unit shall be recommended to the division commander who approved the training request for implementation. When personal vehicle use is not submitted for coordination by the Travel Unit, mileage reimbursement shall not be approved.

B.   Employees using their personal vehicles to drive between Office facilities for non-Travel/Training related travel such as, but not limited to, conducting official business, picking up office supplies, or award plaques shall use mileage reimbursement forms which shall be submitted through their chain of command to the Payroll Section of the Human Resource Services Division. Forms are located on the Office's shared drive.

C.   Out-of-state travel in personal vehicles may be approved. However, maximum reimbursement shall not exceed the lowest available airfare rate which was available at the time of the trip's authorization.

**Policy GE-4,** *Use, Assignment, and Operation of Vehicles*                          **Effective Date: 02-22-23**

    D.      If it becomes necessary to use a personal vehicle for Office business, the vehicle shall be in a condition which shall not bring discredit upon the Office.

    E.      Employees shall furnish and maintain proof of insurance (financial responsibility) as required by Arizona Revised Statutes (ARS). Only vehicles licensed and registered in the State of Arizona shall be approved and operated by the employee.

    F.      If an employee who has been authorized to use their personal vehicle on Maricopa County business is involved in an accident causing a liability loss, the employee's liability insurance policy shall carry primary loss liability up to the limits of the policy. Any remaining liability shall be the responsibility of Maricopa County's self-insurance program in accordance with ARS.

    G.      An employee authorized to use their personal vehicle shall receive the current reimbursement mileage rate authorized by Maricopa County.

    H.      Request for reimbursement should be submitted no later than the pay period following the date the expense was incurred. Mileage reimbursement shall be entered into the County payroll system by means of the employee's timecard.

9.    **Accident:** In the event of an accident or any damage to an Office vehicle or a posse owned vehicle performing an authorized function of the Office, employees or posse members shall immediately render aid, request assistance as necessary, secure the scene, and promptly notify the supervisor in charge or designee. They shall inform the supervisor of the incident, location, damage, and injuries, if any, if they are able.

    A.      The employee or posse member in charge of the vehicle shall remain at the scene and act as the incident dictates, including ensuring notification of the proper law enforcement agency for investigative purposes, if they are able.

    B.      When an accident occurs within Office jurisdiction, it shall be investigated by the Office.

    C.      An employee shall not investigate an accident in which they were involved.

    D.      An employee involved in an accident shall not make any statement to others involved, or to bystanders, regarding fault or liability in the accident. The employee shall further refrain from making any statements to private attorneys or accident adjusters, unless specifically authorized to do so by Maricopa County Risk Management. Any such requests should be referred to Maricopa County Risk Management.

        1.      Each Office vehicle should have a Vehicle Operator's Handbook and is required to have the ADOT Certificate of Automobile Self-Insurance card which states Maricopa County is self-insured and includes Maricopa County Risk Management's contact information.

        2.      Employees may contact Maricopa County Risk Management or the MCSO Fleet Management Division for a replacement copy of either a vehicle handbook or insurance card.

        3.      A copy of the of the ADOT Certificate of Automobile Self-Insurance card is available for print in the Office's shared drive.

    E.      When an Office vehicle or posse owned vehicle performing an authorized function of the Office is involved in a traffic accident, regardless of jurisdiction, the Vehicular Crimes Unit Supervisor shall be notified if any of the following occurred:

        1.      Any person is injured;

     2.      There is considerable property damage;

     3.      The operator is, or might be, in violation;

     4.      The vehicle was being operated under emergency conditions;

     5.      Prisoners or inmates were being transported;

     6.      The vehicle was occupied by persons not employed by the Office; or

     7.      A supervisor feels the circumstances warrant notification.

F.      Upon notification, the Vehicular Crimes Unit Supervisor shall decide whether the Vehicular Crimes Unit shall respond.

G.      The Office may take over or assist in investigations when accidents involving Office vehicles or posse owned vehicles performing an authorized function of the Office occur in other jurisdictions, if requested or permitted by the law enforcement agency responsible for investigating the accident. The Office may conduct independent investigations when another agency investigates an Office involved accident, if deemed appropriate by the Vehicular Crimes Unit Supervisor. The Office shall assist as much as possible with traffic and crowd control, as needed.

10.    **Forms Required for Vehicle Accidents:** If able, within 24 hours of the accident or damage to an Office vehicle, employees shall accurately complete and forward through the chain of command all necessary forms. If the accident or damage to a posse owned vehicle occurred while performing an authorized function of the Office, the posse member and the supervisor in charge shall complete the documentation procedures specified in this Office Policy.

A.      Required Forms:

     1.      Risk Management Forms: The operator's supervisor shall prepare the Maricopa County Risk Management Online Claim Form. These forms can be completed electronically through the https://mymc.maricopa.gov/ website. The website can be accessed directly or from the SharePoint Portal, by selecting the Risk Management Forms link. Once on the Risk Management page, supervisors will be able to select the "Online Claim Form" link to file a claim. Supervisors shall select the "Damaged County Vehicle" and/or "Damaged County Property" form from the incident type menu. When necessary, the "Injured County Employee or Volunteer" form shall be completed.

     2.      Office Forms: To ensure that there is an objective review of the incident, the employee, or employee's supervisor, if the employee is physically incapable, shall prepare a memorandum detailing the circumstances of the accident.

B.      Routing of Forms:

     1.      Risk Management:

          a.      When completing these forms electronically, the Damaged County Vehicle and/or Damaged County Property form will be sent to Maricopa County Risk Management once the Submit button is selected. A copy shall be printed to include in Blue Team prior to submitting the forms to Maricopa County Risk Management. These forms

**Policy GE-4,** *Use, Assignment, and Operation of Vehicles*                    **Effective Date: 02-22-23**

        shall be prepared for every incident in order to facilitate the reimbursement of insurance proceeds.

      b.      If an accident exposes Maricopa County to any serious liability, the employee's division commander should verbally advise Maricopa County Risk Management at the earliest opportunity.

    2.      Blue Team: All information and forms shall be entered into Blue Team. The supervisor shall make an entry into Blue Team with an incident type of Vehicle Accident. All necessary documentation, including but not limited to, the Maricopa County Risk Management Damaged County Vehicle and the Damaged County Property forms, any photographs of damage to the vehicle or of the scene of the accident, and the memorandum explaining the circumstances of the accident, shall be uploaded into Blue Team and attached to the incident. The supervisor shall forward the Vehicle Accident Blue Team entry through the chain of command for review.

    3.      Fleet Management: An electronic copy of the Damaged County Vehicle form shall be forwarded immediately upon completion, to the MCSO Fleet Management Division within 24 hours.

    4.      The employer's Report of Industrial Injury shall be processed, as specified in Office Policy GD-19, *Injury or Death of an Employee or Volunteer*.

11.    **Office Vehicle Accidents:**

    A.    Investigation of Office Policy violations shall be conducted, as specified in Office Policy GH-2, *Internal Investigations*. Regardless of fault or injury, all Office vehicle accidents shall be documented in Blue Team, as specified in this Office Policy. Supervisors shall review employee activity in the Early Identification System (EIS), as required.

        1.    **Not At-Fault Vehicle Accidents:** Employees operating an Office vehicle involved in an accident in which it is determined during an accident investigation, review of the collision report, or during a command vehicle accident review, the employee is **not** at fault.

            a.    The accident shall be entered into Blue Team by the supervisor under the Incident Type: Vehicle Accident.

            b.    The Blue Team entry shall include as attachments all related paperwork and reports, such as memorandums, the Damaged County Vehicle form, photographs, Employers Report of Industrial Injury, and any initial Maricopa County Risk Management documents. This action includes those accidents investigated by the Office or another law enforcement agency.

            c.    A **not** at fault vehicle accident requires no further action and is not required to be reported to PSB for review.

            d.    If the vehicle accident is caused by a suspect intentionally colliding with an Office vehicle in an attempt to evade apprehension, and it is determined the employee in the vehicle is a victim of a crime, a Vehicle Accident entry in Blue Team shall be completed in addition to the required Risk Management Forms, as specified in this Office Policy.

        2.    **At-Fault Vehicle Accidents:** Employees operating an Office vehicle involved in an accident

in which it is determined during an accident investigation, review of the collision report, or during a command vehicle accident review, the employee is at fault.

    a.    The accident shall be entered into Blue Team by the supervisor under the Incident Type: Vehicle Accident.

    b.    The Blue Team entry shall include as attachments all related paperwork and reports, such as memorandums, the Damaged County Vehicle form, photographs, Employers Report of Industrial Injury, and any initial Maricopa County Risk Management documents. This action includes those accidents investigated by the Office or another law enforcement agency.

    c.    When an employee exceeds the EIS established threshold for these vehicle accidents, the employee and the employee's supervisor shall be notified through Blue Team. The supervisor shall complete the EIS Alert Response form, as specified in Office Policy GH-5, *Early Identification System*.

3.    **Minor Vehicle Damage Accidents**: Employees operating an Office vehicle involved in a minor vehicle damage accident, such as coming into contact with a concrete pillar or curb, a tree, a sign, another office vehicle, or other object where damage occurs; the employee operating the vehicle causes damage to the undercarriage of the vehicle; or when the employee operating the vehicle causes damage to the vehicle due to driving on a non-paved road.

    a.    The minor vehicle damage accident shall be entered into Blue Team by the supervisor under the Incident Type: Vehicle Accident.

    b.    Blue Team entries shall include as attachments all related paperwork and reports, such as memorandums, the Damaged County Vehicle form, photographs, Employers Report of Industrial Injury, and any initial Maricopa County Risk Management documents.

    c.    When an employee exceeds the EIS established threshold for these vehicle accidents, the employee and the employee's supervisor shall be notified through Blue Team. The supervisor shall complete the EIS Alert Response form, as specified in Office Policy GH-5, *Early Identification System*.

4.    **Emergency and Pursuit Driving Accidents:** Employees operating an Office vehicle involved in an accident during an emergency or pursuit driving, regardless of fault.

    a.    Emergency or pursuit driving accident shall be entered into Blue Team by the supervisor under the Incident Type: Vehicle Accident.

    b.    A separate entry shall be entered by the supervisor into Blue Team under the Incident Type: Internal Complaint.

    c.    The entry shall include as attachments all related paperwork and reports, such as memorandums, the Damaged County Vehicle form, photographs, Employers Report of Industrial Injury, and any initial Maricopa County Risk Management documents. This action includes those accidents investigated by the Office or another law enforcement agency.

B.    **Vehicle Accident Coaching**: Coachings regarding Office vehicle accidents shall be considered

**Policy GE-4,** *Use, Assignment, and Operation of Vehicles*                    **Effective Date: 02-22-23**

separately when determining placement in the disciplines matrixes for those matters covered by Office Policy GC-17, *Employee Disciplinary Procedures*, and shall not be counted with any other Coachings unrelated to an Office vehicle accident.

12.     **Preventable, Non-Preventable and Safety Measure Vehicle Accident Review:**

   A.     Vehicle Accidents: Whenever a preventable or non-preventable accident occurs with an Office vehicle, the commander of the division in which the involved employee is assigned shall forward the Blue Team entry, completed by the supervisor, to the bureau chief in charge of the division, for review. The Blue Team entry should include all related paperwork and reports, such as memorandums, the Damaged County Vehicle form, and citations, if applicable. The *Industrial Injury/Significant Exposure Memorandum* shall be reviewed, as specified in Office Policy GD-19, *Injury or Death of An Employee or Volunteer.*

   B.     Administrative Review: The bureau chief in charge of the division shall be responsible for conducting administrative reviews regarding vehicle accidents that involve employees using Office vehicles. Each accident shall be carefully analyzed to determine if it was preventable or non-preventable under the circumstances. The circumstances and conditions as they existed at the time of the accident shall be taken into consideration when making this determination.

   C.     Recommendations: After the bureau chief in charge of the division makes a determination as to whether the accident was preventable or non-preventable, the bureau chief may recommend that specific safety measures be taken to prevent a reoccurrence. The bureau chief in charge of the division shall send a copy of the findings along with their recommendations to the commander of the division in which the involved employee works, and carbon copy their executive chief. The bureau chief or executive chief may request further review of a vehicle accident presumptively deemed non-preventable. Recommendations in response to an accident may include, but are not limited to, the following:

      1.     Revisions of work practices;

      2.     The addition or elimination of equipment; or

      3.     The additional training of personnel.

   D.     Response: Once the employee's division commander receives a reply from the bureau chief in charge of the division, the division commander shall prepare a response in the Vehicle Accident Blue Team entry which shall include actions regarding the bureau chief findings. The response shall be sent to the bureau chief in charge of the division, in Blue Team, for review. After review, the bureau chief shall forward the Blue Team entry to the Early Intervention Unit for retention in the EIS. The bureau chief shall carbon copy the executive chief in charge of the division when the entry is forwarded.

13.     **Vehicle Breakdown and Repairs:**

   A.     When an Office vehicle breaks down, the employee operating or in charge of the vehicle shall contact the Communications Division. The employee shall provide their name, the Office-issued vehicle number, the location of the vehicle, and advise if they will be remaining at the scene. The Communications Division shall contact the appropriate towing company.

   B.     Personnel shall make no attempt to repair vehicles or equipment unless specifically authorized to do so by a supervisor. The Equipment Services Department may authorize minor repairs, such as headlight or emergency light flasher replacements, to be done by Office personnel.

**Policy GE-4,** *Use, Assignment, and Operation of Vehicles*                **Effective Date: 02-22-23**

14.     **Fuel:** Depending on the Office vehicle, fuel may be obtained from a Maricopa County fuel pump using a fuel key, AIMS, or a Fuel Card. Employees may also utilize Purchase Cards (P-Cards) for the purchase of fuel for Office vehicles when it is not practical to use Maricopa County pumps, as specified in Office Policy GE-2, *County Purchase Cards*.

   A.     Fuel Key: A fuel key containing an electronic chip may be issued for each older model Office vehicle, and because the key is unmarked, it should be kept attached to the vehicle key ring. When used, the fuel key will electronically record the fuel dispensed to the vehicle for which the key was issued. The fuel key is to be used only for the vehicle for which it was issued. If a key is lost, a memorandum shall be sent to the MCSO Fleet Management Division as soon as possible requesting a replacement key. If a fuel key is found without identifying marks or other keys attached, it shall be taken to the service writers at the Equipment Services Department for decoding. In unusual circumstances, a division commander can request, by memorandum to the Equipment Services Department, the temporary assignment of a fuel key charged to their Low Org.

   B.     AIMS2: All new vehicles are equipped with AIMS2 which eliminates the need for a fuel key. AIMS2 is an electronic ring attached to the vehicle gas tank which allows refueling at Maricopa County pumps. All Maricopa County pumps are capable of refueling Office vehicles installed with AIMS2. Office personnel should contact Equipment Services regarding any problems that occur while refueling.

   C.     Fuel Card: Fuel Cards may be temporarily assigned to specific Office vehicles for fuel purchases **only** at designated locations. This would occur when repairs and/or updates to Maricopa County fuel pumps are being conducted. The Fuel Card shall remain with the designated Office vehicle and shall only be used during the timeframe of the repairs and/or updates to Maricopa County fuel pumps. Affected division commanders shall provide a list of vehicles in need of Fuel Cards to MCSO Fleet Management Division. When using the Fuel Card, the employee shall enter a PIN # and the vehicle's mileage in order to obtain fuel at the designated location. Once repairs and/or updates are completed to the Maricopa County fuel pumps, the Fuel Cards will be deactivated. All deactivated Fuel Cards shall be returned to MCSO Fleet Management Division.

# EXHIBIT 7



# MARICOPA COUNTY SHERIFF'S OFFICE
# POLICY AND PROCEDURES

| Subject | Policy Number |
|---|---|
| **TRAFFIC ENFORCEMENT, VIOLATOR CONTACTS, AND CITATION ISSUANCE** | **EB-1** |
| | **Effective Date 06-15-23** |

| Related Information | Supersedes |
|---|---|
| Arizona Revised Statutes<br>CP-8, *Preventing Racial and Other Bias-Based Profiling*<br>EA-3, *Non-Traffic Contact*<br>EA-11, *Arrest Procedures*<br>EB-2, *Traffic Stop Data Collection*<br>EB-3, *Driving Under the Influence (DUI)*<br>GC-17, *Employee Disciplinary Procedures*<br>GE-3, *Property Management and Evidence Control*<br>GE-4, *Use, Assignment, and Operation of Vehicles*<br>GF-5, *Incident Report Guidelines*<br>GG-1, *Peace Officer Training Administration*<br>GH-2, *Internal Investigations*<br>GH-5, *Early Identification System*<br>GI-1, *Radio and Enforcement Communications Procedures*<br>GJ-35, *Body-Worn Cameras* | EB-1 (04-27-22) |

**PURPOSE**

The purpose of this Office Policy is to establish guidelines and procedures regarding the enforcement of traffic laws; traffic violator contacts; procedures for the issuance of, and accountability for, traffic citations; and the development of selective traffic enforcement programs.

**POLICY**

It is the policy of the Office that the responsibility for enforcing traffic laws and regulations is shared by all sworn, uniformed, enforcement personnel, regardless of their duty assignment. Deputies shall identify traffic violators and issue a written warning or a citation to them in order to influence their future compliance with traffic laws. Motorists who pose an immediate danger to the public may be arrested and removed from the roadways. All traffic stops shall be conducted in a safe and professional manner and in compliance with state and federal laws.

Although this Office Policy refers to deputies throughout, this Office Policy also applies with equal force to all reserve deputies.

**DEFINITIONS**

***Acceptable Identification*** **(ID)*:*** Current identification documents such as a driver's license, state-issued identification card, passport, consular identification card, or military identification card, which contains at a minimum the individual's name, date of birth, sex, and a clear photograph. This also includes an Arizona Mobile ID (mID) digitized companion version of an Arizona driver's license or identification card.

***910MI:*** This call type indicates the operator of the vehicle was not able to provide the deputy with statutorily required proof of financial responsibility and/or the license plate of the vehicle is in a suspended status due to no insurance, as required by statute.

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*          **Effective Date: 06-15-23**

***Bias-Based Profiling:*** The selection of an individual for law enforcement contact or action based to any degree on an actual or perceived trait common to a group, including age, nationality/national origin, immigration status, religious beliefs/religion, race, color, gender, culture/cultural group, sexual orientation, gender identity/expression, veteran status, ancestry, physical or mental disability, ethnic background, socioeconomic status, or any other identifiable group characteristic, except as part of a reliable and specific suspect description. Selection for law enforcement contact or action includes selection for a stop, detention, search, issuance of citation, or arrest. Such bias-based profiling and/or discriminatory policing is prohibited even when a deputy otherwise has reasonable suspicion or probable cause justifying the law enforcement contact or action. The establishment of reasonable suspicion and/or probable cause must remain neutral as to race and the other characteristics listed above.

***Blue Team:*** The Early Identification System (EIS) application that allows employees and supervisors to record information in a database regarding incidents, performance, and conduct. The information from Blue Team is transferred to the IAPro Early Identification case management system.

***Boilerplate:*** Language that is stock, unoriginal, appears repeatedly in different reports, and fails to attest to the unique facts of an incident.

***Deputy:*** Any sworn law enforcement officer employed by the Office, and reserve deputies.

***Early Identification System*** (**EIS**)***:*** A system of electronic databases that captures and stores threshold events to help support and improve employee performance through early intervention and/or to identify problematic operating procedures, improving employee performance, identifying detrimental behavior, recognizing outstanding accomplishments, and to improve the Office's supervisory response. The computerized relational database shall collect, maintain, integrate, and retrieve information gathered in order to highlight tendencies in performance, complaints, and other activities. The database allows the Office to document appropriate identifying information for involved employees, (and members of the public when applicable), and the actions taken to address the tendencies identified. Blue Team, IAPro, and EIPro are applications of the EIS.

***Early Intervention Unit*** (**EIU**)***:*** The EIU is part of the Bureau of Internal Oversight. The EIU is responsible for the implementation, maintenance, and operation of the EIS and for providing training and assistance to the EIS users. The unit conducts data analysis, data input, and review of activities exceeding thresholds to address potentially problematic conduct or operating procedures and recognizes positive attributes by reviewing employee awards. The Office shall ensure there is sufficient personnel to facilitate EIS input and training.

***Exigent Circumstances:*** The sum of the conditions and information available in any event which, taken in totality, dictates a need for immediate action.

***Incident Report*** (**IR**) ***Memorialization:*** An entry generated in Blue Team by a supervisor detailing report writing deficiencies of a serious nature, or any investigatory stop, detention, or search unsupported by reasonable suspicion or are otherwise in violation of Office Policy; or stops or detentions that indicate a need for corrective action or review of Office Policy, strategy, tactics, or training. The IR *Memorialization* shall be generated if an employee's report, investigatory stop, detention, or search, contains: conclusory or boilerplate language; contains inconsistent information; lacks support for the action; has other indicia that the information in the report or form is not authentic or correct; lacks articulation of the legal basis for action; has other indicia that the information in the report or form is not authentic or correct; lacks probable cause of arrest; lacks reasonable suspicion; lacks elements of the crime; or appears to show evidence of bias-based profiling.

***Passenger Contact:*** For the purpose of this Office Policy, a passenger contact occurs when a deputy asks any investigatory questions of a passenger, including asking passengers to identify themselves for any reason. Casual conversations unrelated to any investigation and greetings are not considered contact for the purpose of traffic stop data collection.

2

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*          **Effective Date: 06-15-23**

*Racial Profiling:* The reliance on race or ethnicity, to any degree, in making law enforcement decisions, except in connection with a reliable and specific suspect description.

*Traffic Stop:* A temporary detention, commonly called being pulled over by a law enforcement officer, usually initiated by activating the lights and/or siren of a law enforcement vehicle, to alert a driver to merge off to the side of the road, to investigate a traffic violation. Traffic stops based solely on reasonable suspicion obtained from an Attempt to Locate (ATL) are considered investigatory stops and are documented, as specified in Office Policy EA-3, *Non-Traffic Contact.*

*Traffic Stop Completed:* The event that occurs when the motorist is released from the scene and the Communications Division is notified with a radio call or use of the MDC of the disposition of the traffic stop as a "10-24, Assignment Completed."

## PROCEDURES

1.  **Enforcement of Traffic Laws:** Deputies shall take appropriate law enforcement action for each traffic law violation witnessed or reported to them. Deputies are strictly prohibited from bias-based profiling. All enforcement action taken shall reflect a professional and unbiased attitude, and will be accomplished in a firm, fair, impartial, and courteous manner. Deputies must have an articulable, reasonable suspicion of a traffic violation or criminal involvement before they may stop and detain a vehicle and its occupants. The Office prohibits the use of quotas, whether formal or informal, for stops, citations, detentions, or arrests.

2.  **Types of Traffic Enforcement:** Traffic law enforcement may be accomplished through visible patrol in marked patrol vehicles, stationary observation techniques, or the use of unmarked patrol vehicles.

    A.  Visible patrol in marked patrol vehicles provides an effective deterrent to traffic law violations.

    B.  Stationary traffic observations may be initiated by the patrol deputy or may be a directed activity. Traffic observations should be concentrated in areas with high traffic accident rates or traffic flow problems. Stationary traffic observations shall be conducted in an overt manner.

    C.  Unmarked patrol vehicles may be used for traffic law enforcement functions, or other covert traffic enforcement, at the direction of the division commanders.

        1.  Deputies operating unmarked patrol vehicles with emergency lights and siren shall be in full uniform with Body Worn Camera (BWC) in Event Mode when making vehicle stops for traffic violations. In situations where the vehicle the deputy is attempting to stop does not yield to the attempt to stop, such personnel shall contact Communications Division personnel to request a marked patrol unit to make the stop or at their discretion, terminate the attempt to stop the vehicle.

        2.  Non-uniformed deputies operating unmarked patrol vehicles with emergency lights and siren shall not normally make vehicle stops for traffic violations. In situations where failure to act would create unreasonable risks of injury, death, or significant property damage, such personnel shall contact Communications Division personnel to request a marked patrol unit to make the stop and may, depending upon the urgency of the situation, activate emergency lights and siren to make a traffic stop.

        3.  Deputies operating vehicles not equipped with emergency lights and siren shall not make motor vehicle stops unless there is imminent danger of loss of life should they fail to act. In these events, deputies shall contact Communications Division personnel to request that a marked patrol vehicle respond to the violator vehicle's location, advise of the situation and any subsequent action they take to stop the vehicle. In other less urgent cases that demand

3

attention, deputies shall contact Communications Division personnel, request that a marked patrol vehicle perform the stop, and assist in directing the marked unit to the violator vehicle's location.

3.   **Selective Traffic Enforcement:** The purpose of the selective enforcement assignment is to take enforcement action against those traffic violations determined to be the main cause of traffic collisions, and to develop effective countermeasures to attack specific traffic enforcement problems, such as driving under the influence (DUI) or speeding. The Chief of Enforcement or designee shall be responsible for the development and implementation of selective enforcement techniques, procedures, and equipment.

   A.   Selective traffic enforcement may involve the use of electronic speed measuring equipment, sobriety checkpoints, and data related to location and time, to aid in the distribution of equipment and the assignment of personnel to deal with specific categories of unlawful driving behavior. The deployment of selective traffic enforcement personnel should be based on traffic volume, accidents occurring in the concerned area, frequency of traffic violations, and emergency and service needs for specific locations. Such enforcement, or non-enforcement, shall never be based to any degree on race, ethnic background, gender, sexual orientation, religion, economic status, age, cultural group, or national origin.

   B.   Office personnel are prohibited from the selection, or non-selection, of particular communities, locations, or geographic areas for targeting traffic enforcement based to any degree on the racial or ethnic composition of the community.

   C.   Traffic enforcement shall not rely on any information received from the public, including through any hotline, by mail, e-mail, phone, or in person, unless the information contains evidence of a crime that is independently corroborated by Office personnel, such independent corroboration is documented in writing, and reliance on the information is consistent with all Office Policy.

   D.   Patrol and enforcement division commanders shall notify the chain of command of any immigration-related traffic enforcement activity involving the arrest of five or more people.

4.   **Enforcement Action:** Supervisors shall provide guidance on effective traffic enforcement actions, including the prioritization of traffic enforcement resources to promote public safety. Enforcement actions may consist of the issuance of a *Written Warning,* Arizona Traffic Ticket and Complaint, or a physical arrest. If no enforcement action is taken as indicated, or a *Written Warning* or Arizona Traffic Ticket and Complaint is not appropriate, the contact shall be documented with an *MCSO Incidental Contact Receipt.*

   A.   Enforcement of traffic laws shall be performed in a fair and impartial manner, and in conformance with Office Policy and state law. The state traffic code, Arizona Revised Statute (ARS) Title 28, will be referred to when determining a civil or criminal violation of traffic laws. Parking regulations shall be enforced with reasonableness and impartiality.

   B.   A *Written Warning* may be issued for a minor traffic or vehicle-equipment violation. No verbal warning shall be issued.

      1.   A *Written Warning* for minor equipment violations is appropriate when the vehicle's operator was unaware, or just became aware, of the equipment failure.

      2.   When the vehicle's owner or operator is known to the deputy to be aware of the equipment failure, and chooses to ignore the problem, they may be cited for the violation.

      3.   Violators of newly enacted traffic laws will normally be issued a *Written Warning* in lieu of a citation for a period of up to 30 calendar days after the effective date of the new law.

C.    Arizona Traffic Ticket and Complaints (Citations) should be issued to persons who jeopardize the safe and efficient flow of vehicular or pedestrian traffic by means of a Title 28 violation, to include but not limited to:

    1.    Moving violations;

    2.    Parking violations; or

    3.    Operating an unsafe or improperly equipped vehicle.

D.    Citations or *Written Warnings* should be based on the circumstances, road and weather conditions, and the accident rate in the area of the violation.

    1.    Citations should be issued for each hazardous traffic violation, unless the deputy is issuing an all-inclusive traffic citation, such as reckless driving.

    2.    Citations may be issued for each violation in multiple equipment violations, unless an all-inclusive traffic citation can be used, such as an unsafe motor vehicle. An excessive number of citations to one violator is not appropriate.

E.    Arrests should be made for serious incidents, such as DUI or driving with a revoked license. Any physical arrest based on information obtained through electronic data systems is subject to human error; therefore, deputies are urged to attempt to confirm the information given, similar to verifying a warrant. When confirmation cannot be obtained, the interests of the Office may be best served by issuing a citation in lieu of detention, or releasing the individual, and completing an *Incident Report* (IR). All arrests shall be conducted, as specified in Office Policy EA-11, *Arrest Procedures*.

5.    **Special Circumstances:**

A.    Alcohol and Drug Offenses: Statutes referring to alcohol and drug related offenses shall be strictly enforced to reduce alcohol or drug related traffic offenses and accidents. Special training is provided to deputies by the Training Division in recognizing and apprehending alcohol or drug-impaired drivers.

    1.    Available personnel may be assigned to those areas demonstrating a higher incidence of DUI related offenses or accidents, at the times those offenses are likely to be committed.

    2.    Further information regarding DUI investigations is outlined in Office Policy EB-3, *Driving Under the Influence* (DUI).

    3.    When conducting a DUI investigation, and no enforcement action is taken due to pending furtherance of an investigation such as toxicology results, the deputy shall issue the driver an *MCSO Incidental Contact Receipt* and select *Pending Further Investigation* from the receipt dropdown list.

B.    Other Impairments: Deputies detecting a driver who appears to be incompetent, physically, or mentally disabled, or suffering from an illness or other condition that prevents them from exercising reasonable and safe operation of a motor vehicle shall complete the State of Arizona, Motor Vehicle Division (MVD) Driver Condition/Behavior report. The completed form must then be forwarded to the MVD.

C.    Commercial Vehicles: Public carrier and commercial vehicle traffic law violations shall be strictly enforced. Informational assistance may be obtained through the Vehicular Crimes Section of the Major Crimes Division concerning suspected violations of vehicle equipment, logbooks, and medical cards.

Deputies may enforce Federal Motor Carrier Regulations only after being certified by the Department of Public Safety.

D.    Out-of-county or out-of-state drivers are subject to the same enforcement considerations as area residents. For serious criminal traffic violations only, out-of-county or out-of-state drivers should be booked, rather than cited in lieu of detention, when it is the deputy's belief that the subject will not appear in court. When a citation is issued in lieu of detention, the violator should be advised to contact the appropriate court, prior to leaving the state, or shall be given the information necessary to resolve the matter by mail.

E.    Out-of-state students should not be cited for failure to obtain an Arizona driver's license or Arizona license plate for their motor vehicle. Full time or part-time employment does not affect this status.

F.    A juvenile may be issued a citation for any civil or misdemeanor violation of the traffic statutes. The juvenile will be advised that they must be accompanied to the court appearance by one of their parents or a guardian. The deputy will inform the juvenile of the court date and time as they appear on the citation. Prior to the release of the juvenile, a warrant check will be completed. Issuance of civil or criminal citations will be in compliance with this Office Policy.

G.    Other Uses of Roadways: Deputy contacts with bicycle and pedestrian offenders should be instructive in nature. Deputies should enforce traffic laws where collisions between vehicles and pedestrians or bicycles have become frequent or severe.

H.    Within the patrol areas of Maricopa County, frequent traffic violations occur as the result of the operation of off-road motorcycles and all-terrain vehicles (ATVs). Deputies shall evaluate all circumstances surrounding the violation and enforce traffic laws regarding the unlawful use of these vehicles. Collisions involving off-road motorcycles and ATVs shall be investigated, in accordance with Office Policy.

6.    **Ensuring Bias-Free Traffic Enforcement:** To ensure bias-free traffic enforcement, deputies are prohibited from:

A.    Racially profiling in the enforcement of traffic laws, including the selection, or non-selection, of which vehicles to stop, based to any degree on race or ethnicity, even when a deputy has reasonable suspicion or probable cause to believe a violation is being, has been, or is about to be committed. The presence of probable cause or reasonable suspicion does not necessarily mean that a deputy's action is race neutral.

B.    Detaining any individual based on actual or suspected "unlawful presence" in the United States without probable cause that the individual is committing, has committed, or is about to commit a crime.

C.    Initiating a pretextual vehicle stop, when the deputy has reasonable suspicion or probable cause to believe a traffic or equipment violation has been or is being committed, in order to determine whether the driver or passenger is unlawfully present.

D.    The selection or non-selection of which motor vehicle occupants to question or investigate, based on any degree of race or ethnicity.

E.    The use or non-use of particular tactics or procedures on a traffic stop based on race or ethnicity.

6

7.     **Use of the Radar or Lidar Unit:** Only certified deputies will be permitted to operate a radar or lidar unit. Certification requires attendance in a radar and/or lidar operator's certification class which is provided through the Training Division.

   A.     Each certified deputy is responsible for the proper care and readiness of the radar or lidar unit. The radar and lidar units will be stored in its protective case when not in use. Only those radar and lidar units with current certification shall be used. Lidar units, and other radar units to include their tuning forks shall be tested at least annually and certified for accuracy. Each division commander or designee shall maintain certification or calibration records, and ensure that radar units are recertified, as appropriate. Deputies are prohibited from using personally owned radar or lidar units.

   B.     Any radar unit with damaged, missing, or defective parts, or otherwise exhibiting abnormal operating characteristics, shall be promptly removed from service, and reported to the district administrative personnel. Radar units requiring repair or recertification shall be taken to the approved repair facility by district administrative personnel.

   C.     Before use, deputies shall examine the unit to ensure it is operating correctly by following the manufacturer's calibration check guidelines. Upon arrival at the selected location for speed checks, another internal calibration check shall be completed. If operating at a location for an extended period, periodic checks shall be completed.

   D.     The use of lock-in features and the practice of showing speed readings to violators shall be left to the discretion of the deputy. If requested, and time and safety permit, violators may be shown the radar unit, and given an operational demonstration.

   E.     Lidar units **shall not** be pointed at any aircraft at any time.

8.     **Speed Pacing Techniques:** The speedometer in each patrol vehicle should be certified, and the original certification card should be maintained at the vehicle's assigned division and a copy placed in the vehicle's glove box. Each division commander or designee shall maintain certification or calibration records and ensure that speedometers are recertified at least annually.

   A.     If a deputy observes irregularities or malfunctions of the patrol vehicle's speedometer, the problem shall be documented for repair and recertification. Speed pacing enforcement action shall not be taken unless the vehicle's speedometer is properly certified, and the certification document is current.

   B.     When using the speed pacing technique, deputies should pace the suspected violator for a distance of at least one-quarter of a mile. A constant speed and interval between the vehicles should be maintained for the duration of the pace.

9.     **Stopping the Vehicle:**

   A.     Body-Worn Cameras: Deputies and supervisors assigned a body-worn camera, shall place the body-worn camera in Event Mode as soon as the decision to stop a vehicle is made. Once the body-worn camera is activated, deputies and supervisors shall continue to record until the completion of the traffic stop. The traffic stop will be considered completed when the motorist is released from the scene and the deputy or supervisor clears the call through the Communications Division with a radio call or utilizing the MDC as "10-24, Assignment Completed." The use of a body-worn camera shall be documented in all IRs and noted on all traffic receipts, if applicable, as specified in Office Policy GJ-35, *Body-Worn Cameras*.

   B.     Radio Communication: Deputies shall provide Communications Division personnel information, as specified in Office Policy GI-1, *Radio and Enforcement Communications Procedures*.

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*            **Effective Date: 06-15-23**

1.     The deputy shall advise Communications Division personnel by radio of the pertinent information before the deputy activates emergency lights and/or siren to initiate a traffic stop and before the violator's vehicle comes to a complete stop in all instances where it is possible and practical to do so. In the event this is not possible or impractical to do so, the deputy shall provide Communications Division personnel of the following pertinent information prior to contacting the driver, unless exigent circumstances make it unsafe to do so:

   a.     Initiation of the vehicle stop;

   b.     Location of the stop;

   c.     License plate number and state; and

   d.     Reason for the stop.

2.     The deputy shall advise Communications Division personnel, when applicable and by radio contact prior to the completion of the traffic stop, the following but not limited to information:

   a.     If a consent search, probable cause search, or pat down search is conducted;

   b.     If contraband or evidence is seized; and/or

   c.     If any inquiry into immigration status is conducted with the United States Immigration and Customs Enforcement (ICE)/U.S. Customs and Border Protection (CBP).

3.     The deputy shall advise Communications Division personnel by radio contact or use of the MDC, the Final Disposition of the stop. This would include either of the following but not limited to:

   a.     A *Written Warning*;

   b.     A *Citation*;

   c.     An Arrest; or

   d.     An *MCSO Incidental Contact Receipt*.

C.     Appropriate Location: The deputy should select an appropriate location to stop the violator. Consideration should be given to safe locations with ample space and appropriate lighting. Every effort should be made to avoid stops on hills or curves, intersections, private drives, or business locations which have limited parking.

D.     Initiating the Stop: The deputy should signal the violator to stop by activating the emergency lights and, when necessary, the siren.

E.     Directing the Stop: The violator should be directed to the right side of the roadway close to the curb, per ARS 28-775A2, or onto the shoulder of the roadway. On multi-lane roadways, the deputy should ensure the safety of the violator during lane changes by gradually changing from lane to lane with the violator until the right side of the roadway is reached.

F.     Positioning of the Patrol Vehicle: Once the violator has parked in a safe location, the deputy should position the patrol vehicle in such a manner as to ensure the safety of the violator, the deputy, and other traffic.

G.     Approaching the Vehicle: When the deputy exits the patrol vehicle, they should be alert for any suspicious movements or actions made by anyone in the violator's vehicle, but without appearing apprehensive.

   1.     At night, the spotlight and the take down lamps should be used to illuminate the interior of the violator's vehicle by aiming the spotlight at the driver's rearview or side mirror.

   2.     If there are occupants only in the front seat, the deputy should approach from the rear of the violator's car, look into the rear seat area, and stop at a point to the rear of the trailing edge of the left front door. From this position, the deputy can communicate with the violator, while keeping them in a position of disadvantage.

   3.     If there are occupants in the front and rear seats, the deputy should approach from the rear of the violator's car, look into the rear seat area to a point near the trailing edge of the left rear door. The deputy should be especially alert for any unusual actions on the part of the occupants and maintain a safe distance so the door cannot be used as a weapon. From this position, the deputy can communicate with the violator and keep all occupants in view.

   4.     When a traffic stop is made by a two-person patrol vehicle, the passenger deputy, and/or authorized personnel, will position themselves so they can observe the activity of the other deputy and the persons inside the violator's vehicle. The passenger deputy, and/or authorized personnel, is responsible for all radio communications and MDC usage and shall provide necessary assistance for the other deputy.

   5.     Other approaches to the vehicle, such as from the right side of the vehicle, may be warranted dependent upon such factors as roadway conditions or other officer safety considerations at the deputy's discretion.

10.   **Contacting the Vehicle Occupants:**

A.     Once the deputy has approached the vehicle closely enough to communicate with the driver, the deputy shall provide a self-introduction and explain to the subject the reason for the contact as soon as practical, unless providing this information will compromise the investigation or the safety of deputies or other persons. In ordinary vehicle stops, this information should be provided before asking for the violator's driver's license, vehicle registration, and proof of insurance, or other identification.

   1.     Only the violator, or the reasonably suspected violator, including any driver or passenger, found or suspected to be in violation of any state, county, or local statute, law or ordinance, or federal criminal law, may be required to produce identifying documents. Other persons in the vehicle may be requested to produce identifying documents, but such documents shall not be required or demanded, and no law enforcement action shall be taken because of a refusal to produce identifying documents.

   2.     The violator must produce acceptable identification that shall contain all of the following information, consistent with Arizona state law:

      a.     The person's full name;

      b.     The person's date of birth;

      c.      The person's residential address;

      d.      A brief physical description of the person, including the gender, weight, height, and eye color; and

      e.      The person's signature; or

      f.      A consular identification card issued by a foreign government containing a biometric identity verification feature consistent with ARS 41-5001, where further identifying information is presented through a barcode scan feature. The deputy is not required to research the barcode feature for further verification of the person.

3.      An Arizona Mobile ID (mID) may be provided to a deputy by an individual through a smartphone Arizona Department of Transportation (ADOT) application on a personal device. The voluntary mID is not a replacement of the physical plastic credential issued by MVD.

      a.      ADOT recommends physical plastic IDs still be carried on-person. However, when asked by a deputy for either their driver's license or ID and the person can *only* provide the deputy their Arizona mID, the digital mID version shall be accepted for identification verification purposes.

      b.      The deputy may either take a digital image of the person's mID information and/or the mID barcode utilizing their Office issued cellular phone and use that image or write down the identification information. For their verification process, the deputy shall not take into their patrol vehicle the person's personal smartphone device to obtain or scan the person's mID information.

4.      Deputies are prohibited from asking for the social security number of any motorist who has provided a valid form of identification.

5.      Deputies shall only question violators about alienage or immigration status, as specified in this Office Policy.

B.      The deputy shall inform the violator of the traffic law they violated. Enforcement action taken should be based upon the violator's driving behavior, not their attitude or other factors prohibited by this Office Policy.

C.      Vehicle occupants may be required to exit the vehicle so long as that law enforcement action does not involve factors or considerations prohibited by the law or Office Policy.

D.      All violators shall have licenses and warrants checks performed on them promptly, and without unreasonably extending the duration of the stop, unless exigent circumstances exist. For data collection purposes, the results of the performed checks shall be attached to the traffic stop in Computer Aided Dispatch (CAD). If an exigent circumstance does occur, deputies should document on the *Vehicle Stop Contact Form* (VSCF) what the exigent circumstance was.

E.      Deputies are prohibited from extending the duration of the traffic stop longer than the time that is necessary to address the original purpose for the stop and/or to resolve any apparent criminal violation for which the deputy has, or acquires, reasonable suspicion or probable cause to believe a crime has been, is being, or is about to be committed.

F.    In the event a deputy detains a vehicle occupant and seeks to question and/or search in regard to matters other than those for which the vehicle was initially stopped, the deputy shall document in the IR and/or on the *VSCF,* the facts or circumstances that made it lawful and appropriate to diverge from the business of the initial stop in order to investigate other matters.

G.    Once the deputy has completed the traffic stop, the deputy will clear the call "10-24, Assignment Completed," as soon as possible by radio contact or use of the MDC. Immediately following the traffic stop clearance, the deputy shall be placed "Out of Service" or "2513, Traffic Violation Follow-Up" in order to complete paperwork related to the stop or traffic stop data entry on the MDC. The TraCS system will use the unique identification number (Event Number) from the traffic stop to link the information contained on the *VSCF* with the traffic stop. Once the paperwork or data entry is complete, the deputy shall advise Communications Division personnel they are "10-8, Available for Service," and provide the appropriate disposition code.

H.    Deputies shall ensure documentation of all traffic stops and investigatory detentions are completed in TraCS and are submitted to their supervisors by the end of shift in which such action occurred.

    1.    If the TraCS system is not available at the time of the contact, deputies shall manually complete the documentation and enter the data electronically into the TraCS system.

        a.    The data shall be entered electronically into TraCS prior to the end of the shift.

        b.    However, if circumstances exist preventing the entry of the data, the data shall be entered electronically into TraCS no later than 48 hours after the end of shift in which the action occurred. A notation should be made into the "Comments" field of the VSCF, documenting the circumstances for the delay of the data entry.

    2.    Deputies shall provide supervisors with hardcopies of all manually completed forms prior to the end of shift in which the action occurred for supervisory signature and date.

    3.    Supervisors shall forward a copy of all signed, manually prepared forms to the Early Intervention Unit (EIU).

I.    Incident Reports (IRs) generated during a DUI task force where the subject is cited and released for a DUI shall be submitted, as specified in Office Policy GF-5, *Incident Report Guidelines*.

J.    The use of a body-worn camera shall be documented in all IRs and noted on all traffic receipts, if applicable. If a body-worn camera was not used, deactivated, or interruptions in the recording occurred, the reason for non-use, deactivation, or interruption shall be documented in the IR and/or traffic receipt, if applicable, as specified in Office Policies GJ-35, *Body-Worn Cameras* and GF-5, *Incident Report Guidelines*.

K.    All Office vehicles shall have a supply of the current version of the *Comment and Complaint Forms*, in both English and Spanish, for distribution to any member of the public, upon request, as specified in Office Policy GE-4, *Use, Assignment, and Operation of Vehicles*. All employees and volunteers shall provide individuals with information about how to file a complaint, their name and serial number, and the contact information, including telephone number and email address of their immediate supervisor, as specified in Office Policy GH-2, *Internal Investigations.*

11.    **Alienage or Immigration Status Questioning:**

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*          **Effective Date: 06-15-23**

A.     Deputies are prohibited from questioning the violator as to alienage or immigration status, unless the deputy has probable cause to believe the individual has committed, is committing, or is about to commit a crime; and reasonable suspicion that the person is in the country unlawfully.

B.     Deputies are required, before any questioning as to alienage or immigration status is initiated, or before any contact with ICE or CBP is initiated, to check with a supervisor to ensure that the circumstances justify such an action under Office Policy and receive approval to proceed with questioning. Deputies must also document in every such case on the *VSCF* and/or the IR:

1.     The reason or reasons for making the immigration-status inquiry or contacting ICE/CBP;

2.     The time supervisor approval was received;

3.     When ICE/CBP was contacted;

4.     The time it took to receive a response from ICE/CBP, if applicable; and

5.     Whether the individual was then transferred to ICE/CBP custody.

C.     Deputies are prohibited from transporting or delivering an individual to ICE/CBP custody from a traffic stop unless a request to do so has been voluntarily made by the individual.

D.     Deputies shall notify a supervisor before initiating any immigration-related investigation and before effectuating an arrest following any immigration-related investigation or for an immigration-related crime, or for any crime related to identity fraud or lack of identifying document.

1.     Supervisors shall approve or disapprove the deputy's investigation or arrest recommendation based on available information and in accordance with Office Policy.

2.     Supervisors shall take appropriate action to address any deficiencies in the deputy's investigation or arrest recommendations, including releasing the subject, recommending non-disciplinary corrective action for the involved deputy, and/or referring the incident for administrative investigation.

12.   **Types of Traffic Stop Receipts Issued:** Every person contacted and asked to identify themselves during a traffic stop shall be issued one of three types of receipts, to include passengers if asked any investigatory questions. The issuance of a traffic stop receipt includes any event that originates as a traffic stop, and results in other action; to include, but not limited to, an arrest. When this occurs, the VSCF shall include in part, the outcome of the traffic stop, the receipt information, and the subsequent outcome of the other action. The three types of receipts are as follows and available in TraCS:

A.     Citations:

1.     If a citation is issued, the deputy should provide the violator with the following information:

a.     The action for which they were cited, including the appropriate statute number;

b.     The name and address of the court into which the violator was cited; and

c.     The date and time of the court appearance.

2.     If available, a court provided mail-in fine envelope may be provided to the violator.

3.    The violator shall be directed to contact the appropriate court for additional information, or mandatory duty to appear requirements, as established by the specific court.

4.    If the citation is a civil offense, the deputy should explain the citation is a summons to appear in court and the signature is only an acknowledgment of receipt. If the violator refuses to sign or is unable to, the deputy will note the refusal on the citation.

5.    If the citation is a criminal offense, the deputy should explain to the violator that their signature is not an admission of guilt, but a promise to appear in court on the designated date. A refusal by the violator to sign the citation shall result in their arrest and subsequent incarceration. If an arrest is made, the action shall be taken as specified in Office Policy EA-11, *Arrest Procedures*.

6.    The deputy shall explain any other necessary information to the violator prior to their release from the scene.

B.    Written Warning:

1.    If a *Written Warning* is issued, the deputy will inform the violator of the minor traffic violation in order to gain voluntary compliance with the state traffic code, ARS Title 28.

2.    The deputy shall request the violator's signature on the *Written Warning* and explain the signature is only an acknowledgement of receipt. If the violator refuses to sign or is unable to, the deputy will note the refusal on the warning. When the deputy completes the *VSCF* they will note that the *Written Warning* was served by selecting the "Signature Not Obtained" box and enter the reason for the signature not obtained in the comments section of the *VSCF*.

C.    MCSO Incidental Contact Receipt*:* In cases where the deputy has contact with a driver, or with any of the vehicle passengers and a citation or *Written Warning* is not appropriate, the deputy shall issue an *MCSO Incidental Contact Receipt.*

1.    When completing the *MCSO Incidental Contact Receipt*, the deputy shall search from the contact receipt dropdown list and select the reason why no enforcement action is being taken at the time.

2.    Issuance of a receipt to a passenger shall only be required when the deputy has contact with a passenger and asks any investigatory questions, including asking them to identify themselves for any reason. Casual conversations unrelated to any investigation and greetings are not considered contact for the purpose of traffic stop data collection and therefore no receipt is required for the passenger.

3.    If any vehicle passenger lawfully refuses to identify themselves, the deputy shall indicate "REFUSED" in the applicable fields when completing the receipt.

4.    Upon issuance of a receipt no signature shall be obtained from the driver or any passenger.

13.    **Seizure of Arizona License Plates and Driver's Licenses:**

A.    Seizure of Arizona License Plates:

1.    Civil Traffic Violations:

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*          **Effective Date: 06-15-23**

    a.    If at the conclusion of a traffic stop, where the deputy issues a citation for a civil traffic violation without any property impounded or an IR obtained, the deputy shall use the clearance Disposition of 7 for the traffic stop.

    b.    If at the conclusion of a traffic stop, where the deputy issues a citation for a civil traffic violation, which also includes a violation of ARS 28-4139, the deputy shall impound the license plate for evidence. The deputy shall use the clearance Disposition of 7P, indicating property was seized.

        (1)    A license plate seizure under ARS 28-4139 cannot occur without the issuance of a citation for violation of ARS 28-4139. Additionally, the suspended plate shall not be left with the in-state violator at the time of citation.

        (2)    The deputy shall obtain an IR number for a 910MI, and complete the IR utilizing the TraCS system. Upon review and approval by a supervisor in TraCS, the supervisor shall forward the IR through TraCS to the DR Section of the Records and AFIS Division within 10 calendar days, as specified in Office Policy GF-5, *Incident Report Guidelines*.

        (3)    The documentation required for the 910MI will be the TraCS forms required when conducting a traffic stop, in addition to the *Property Receipt* available through the TraCS system and the Property Invoice that is generated by the Property and Evidence/QueTel system.

            (a)    The deputy shall check the "License Plate Seizure" box on the TraCS Citation form.

            (b)    The violator copy of the citation and a copy of the *Property Receipt* shall serve as a seizure receipt to the violator.

        (4)    The license plate shall be impounded into Property Management as specified in Office Policy GE-3, *Property Management and Evidence Control.*

    c.    If the license plate seizure performed under ARS 28-4139 is part of a traffic collision investigation, the license plate shall be impounded under the appropriate traffic collision IR for the incident. Such seizure shall be documented in the narrative portion of the IR.

    d.    If there are criminal charges, in addition to the civil violation of ARS 28-4139, the license plate shall be impounded under the appropriate criminal IR for the incident. Such seizure shall be documented in the narrative portion of the IR.

    e.    Supervisors are responsible for reviewing the *VSCF* to ensure accuracy and proper documentation within 72 hours.

    f.    Supervisors are responsible for ensuring that seized property is entered into the Property and Evidence/QueTel system prior to the end of shift in which it was seized, as specified in Office Policy GE-3, *Property Management and Evidence Control.*

    2.    Criminal Traffic Violations:

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*                    **Effective Date: 06-15-23**

      a.    If at the conclusion of a traffic stop, where the deputy issues a citation for a criminal traffic violation without any property impounded, no search was conducted, and it is not an In Custody IR, the deputy shall obtain an IR number and either complete the narrative in the citation or complete a full criminal IR, as appropriate. The clearance Disposition of 6T for the traffic stop shall be used.

      b.    If at the conclusion of a traffic stop, where the deputy issues a citation and writes an IR for a criminal violation, which also includes a violation of ARS 28-4139 or other such criminal statutes which mandate the impounding of the license plate, the deputy shall impound the license plate as evidence. The deputy shall use the clearance Disposition of 6TP for the traffic stop, indicating property was seized.

          (1)    The deputy shall obtain an IR number for a 910MI, and complete the IR utilizing the TraCS system. Upon review and approval by a supervisor in TraCS, the supervisor shall forward the IR through TraCS to the DR Section of the Records and AFIS Division within 10 calendar days, as specified in Office Policy GF-5, *Incident Report Guidelines*.

          (2)    The documentation required for the 910MI will be the TraCS forms required when conducting a traffic stop, in addition to the *Property Receipt* available through the TraCS system and the Property Invoice that is generated by the Property and Evidence/QueTel system.

               (a)    The deputy shall check the "License Plate Seizure" box on the TraCS Citation form.

               (b)    The violator copy of the citation and a copy of the Property Receipt shall serve as a seizure receipt to the violator.

          (3)    The license plate shall be impounded into Property Management as specified in Office Policy GE-3, *Property Management and Evidence Control*.

      c.    Arizona license plates seized under state criminal statutes shall be impounded as evidence under the criminal IR and properly documented in the narrative. Criminal violations that require a license plate to be seized include, but are not limited to, violations of ARS 28-2531(B).

      d.    Supervisors are responsible for reviewing the *VSCF* to ensure accuracy and proper documentation within 72 hours.

      e.    Supervisors are responsible for ensuring that seized property is entered into the Property and Evidence/QueTel system prior to the end of shift in which it was seized, as specified in Office Policy GE-3, *Property Management and Evidence Control*.

B.    Seizure of Arizona Driver's Licenses: A deputy shall seize and impound all suspended, revoked, or canceled driver's license as evidence only when an individual presents a suspended, revoked, canceled, or otherwise unlawfully displayed license in a traffic-related situation. Traffic violations that require a driver's license to be seized include, but are not limited to, violations of ARS 28-3473, ARS 28-3478, or ARS 28-3482.

      1.    Civil Traffic Violations:

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*          **Effective Date: 06-15-23**

a.    If at the conclusion of a traffic stop, where the deputy issues a citation for a civil traffic violation without any property impounded or an IR obtained, the deputy shall use the clearance Disposition of 7 for the traffic stop.

b.    If at the conclusion of a traffic stop, where the deputy issues a citation for a civil traffic violation, which also includes a violation of ARS 28-3482, the deputy shall impound the driver's license as evidence. The deputy shall use the clearance Disposition of 7P, indicating property was seized.

    (1)    A driver's license seizure under ARS 28-3482 cannot occur without the issuance of a citation for violation of ARS 28-3482. Additionally, the suspended driver's license shall not be left with the in-state violator at the time of citation.

    (2)    The deputy shall obtain an IR number for a 910S, and complete the IR utilizing the TraCS system. Upon review and approval by a supervisor in TraCS, the supervisor shall forward the IR through TraCS to the DR Section of the Records and AFIS Division within 10 calendar days, as specified in Office Policy GF-5, *Incident Report Guidelines.*

    (3)    The documentation required for the 910S will be the TraCS forms required when conducting a traffic stop, in addition to the *Property Receipt* available through the TraCS system and the Property Invoice that is generated by the Property and Evidence/QueTel system.

c.    The deputy shall check the "License Seizure" box in the TraCS Citation form and an IR with relevant charges shall document such seizure.

d.    The violator copy of the traffic citation and a copy of the *Property Receipt* shall serve as a seizure receipt to the violator.

e.    The driver's license shall be impounded as evidence into the Property Management Division, as specified in Office Policy GE-3, *Property Management and Evidence Control.*

f.    If the driver's license seizure is part of a traffic collision investigation, the driver's license shall be impounded under the appropriate traffic collision IR for the incident. Such seizure shall be documented in the narrative portion of the IR.

g.    If there are criminal charges, in addition to the civil violation of ARS 28-3482, the driver's license shall be impounded under the appropriate criminal IR for the incident. Such seizure shall be documented in the narrative portion of the IR.

h.    Supervisors are responsible for reviewing the *VSCF* to ensure accuracy and proper documentation within 72 hours.

i.    Supervisors are responsible for ensuring seized driver's licenses are entered into the Property and Evidence/QueTel system prior to the end of shift in which it was seized, as specified in Office Policy GE-3, *Property Management and Evidence Control.*

2.    Criminal Traffic Violations:

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*          **Effective Date: 06-15-23**

a.    If at the conclusion of a traffic stop, where the deputy issues a citation for a criminal traffic violation without any property impounded, no search was conducted, and it is not an In Custody IR, the deputy shall obtain an IR number and either complete the narrative in the citation or complete a full criminal IR, as appropriate. The clearance Disposition of 6T for the traffic stop shall be used.

b.    If at the conclusion of a traffic stop, where the deputy issues a citation and writes an IR for a criminal violation, which also includes a violation of ARS 28-3473, ARS 28-3478, or ARS 28-3482, or other such criminal statutes which mandate the impounding of the driver's license, the deputy shall impound the driver's license as evidence. The deputy shall use the clearance Disposition of 6TP for the traffic stop, indicating property was seized.

    (1)    A driver's license seizure under ARS 28-3473, ARS 28-3478, or ARS 28-3482 cannot occur without the issuance of a citation for violation of ARS 28-3473, ARS 28-3478, or ARS 28-3482. Additionally, the suspended driver's license shall not be left with the in-state violator at the time of citation.

    (2)    The deputy shall obtain an IR number for a 910S and complete the IR utilizing the TraCS system. Upon review and approval by a supervisor in TraCS, the supervisor shall forward the IR through TraCS to the DR Section of the Records and AFIS Division within 10 calendar days, as specified in Office Policy GF-5, *Incident Report Guidelines.*

    (3)    The documentation required for the 910S will be the TraCS forms required when conducting a traffic stop, in addition to the *Property Receipt* available through the TraCS system and the Property Invoice that is generated by the Property and Evidence/QueTel system.

c.    The deputy shall check the "License Seizure" box in the TraCS Citation form and an IR with relevant charges shall document such seizure.

d.    The violator copy of the traffic citation and a copy of the *Property Receipt* shall serve as a seizure receipt to the violator.

e.    The driver's license shall be impounded as evidence into the Property Management Division, as specified in Office Policy GE-3, *Property Management and Evidence Control.*

f.    If the driver's license seizure is part of a traffic collision investigation, the driver's license shall be impounded under the appropriate traffic collision IR for the incident. Such seizure shall be documented in the narrative portion of the IR.

g.    Arizona driver's licenses seized under state criminal statutes shall be impounded as evidence under the criminal IR and properly documented in the narrative. Criminal violations that require a driver's license to be seized include, but not limited to, violations of ARS 28-3473 or ARS 28-3478.

h.    Supervisors are responsible for reviewing the *VSCF* to ensure accuracy and proper documentation within 72 hours.

     i.     Supervisors are responsible for ensuring seized driver's licenses are entered into the Property and Evidence/QueTel system prior to the end of shift in which it was seized, as specified in Office Policy GE-3, *Property Management and Evidence Control*.

3.     A fictitious or altered driver's license constitutes other crimes under Arizona law, and therefore, with probable cause, seizure for evidentiary purposes is appropriate and a criminal IR with relevant charges shall document such seizure. The narrative of the IR shall specifically document the seizure of the license and the license shall be impounded into Property Management Division, as specified in Office Policy GE-3, *Property Management and Evidence Control*.

     a.     The exception to this requirement occurs when driver's licenses are mailed to the Motor Vehicle Division (MVD) as required by the *DUI Implied Consent Admin Per/Se* form.

     b.     The disposition of the driver's license shall be documented in the narrative of the IR.

4.     Deputies shall not normally seize other types of identification during traffic stops or other contacts, unless prior to the item's seizure, probable cause exists to indicate the documents are fraudulent, forged, or otherwise illegal.  If such items are seized, deputies shall impound them, as specified in Office Policy GE-3, *Property Management and Evidence Control*.

C.     Documentation and Packaging of Seizures:

1.     In all cases when a license plate or driver's license is seized, the deputy shall properly document the seizure and impound the evidence in the Property and Evidence/QueTel system, as specified in Office Policy GE-3, *Property Management and Evidence Control*.

2.     Supervisors are responsible for reviewing the *VSCF* to ensure accuracy and proper documentation within 72 hours.

3.     Supervisors are responsible for ensuring that seized driver's licenses or license plates are entered into the Property and Evidence/QueTel system prior to the end of shift in which it was seized, as specified in Office Policy GE-3, *Property Management and Evidence Control*.

4.     In cases where the MVD status of a license plate or driver's license is the reason for the seizure, for example if the driver's license is suspended, revoked, or otherwise not valid, the Mobile for Public Safety (MPS), CAD, or Justice Web Interface (JWI) response showing the MVD status at the time of the traffic contact shall be included in the documentation of the stop.

     a.     In civil cases, the deputy shall electronically copy and paste the status from MVD into the "Officer's Narrative" section of the Office copy of the traffic citation.

     b.     In criminal cases, the MVD status shall be printed out, or electronically attached to the IR.

5.     Packaging of seized License Plates and Drivers' Licenses: All seized license plates, drivers' licenses, passports, and ID cards shall be packaged as specified in Office Policy GE-3, *Property Management and Evidence Control*.

D.     Out of State License Plates and Driver's Licenses:

Policy EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*          **Effective Date: 06-15-23**

1.  When there are violations of Arizona state law, out of state license plates or driver's licenses should not normally be seized for traffic code violations.

2.  The appropriate criminal or civil citation may be issued, the violator shall be advised of the status of the license plate or driver's license, and that they cannot legally operate a vehicle.

3.  The driver's license or other documents shall be returned to the violator.

4.  A fictitious or altered license constitutes other crimes under Arizona law, and therefore, with probable cause, seizure for evidentiary purposes is still appropriate, and a criminal IR with relevant charges shall document such seizure.

5.  Supervisors are responsible for reviewing the *VSCF* to ensure accuracy and proper documentation within 72 hours.

6.  Supervisors are responsible for ensuring that seized driver's licenses and license plates are entered into the Property and Evidence/QueTel system prior to the end of shift in which it was seized, as specified in Office Policy, GE-3, *Property Management and Evidence Control*.

E.  Found License Plates and Driver's Licenses: If a license plate or driver's license is encountered in a Maricopa County Office vehicle or Maricopa County Office facility which has not been impounded, the finder shall immediately impound such item and complete a memorandum documenting the circumstance for which the item came into their possession. The memorandum shall be forwarded to the Court Implementation Division (CID) through the employee's chain of command. CID shall forward the memorandum to the Professional Standards Bureau (PSB). Any recovered, lost, surrendered, abandoned, or otherwise received license plates or driver's licenses that are non-evidentiary and are turned over to a public agency where the owner may or may not be known shall be impounded, as specified in Office Policy GE-3, *Property Management and Evidence Control*.

14.  **Traffic Stop Data Collection:** Deputies shall collect accurate data on all traffic stops in TraCS using Forms which will auto-populate the *VSCF*.

A.  The *VSCF,* as well as an *MCSO Incidental Contact Receipt*, a *Written Warning* or citation, or a criminal arrest, shall be completed after every traffic stop. The *VSCF* documents pertinent information regarding the stop including, but not limited to, the following:

1.  Name, serial number, and call sign of each deputy, employee, and/or volunteer;

2.  The date, time, and location of the stop;

3.  The specific law enforcement reason for the stop, recorded prior to contact with the vehicle's occupants, including a description of the traffic or equipment violation observed, and any indicators of criminal activity developed before or during the stop;

4.  The ARS offense classification (civil traffic, criminal traffic, criminal offense, petty offense);

5.  The license plate state and number of the vehicle;

6.  The total number of occupants in the vehicle;

7.  The deputy's subjectively perceived race, ethnicity, and gender of the driver and any passengers based on the deputy's subjective impression at the time the stop was initiated and

at the time it was completed. Deputies, employees, and volunteers are not required to, and shall not inquire, as to the occupant's ethnicity;

8.      Whether the deputy contacted any passengers, the nature of the contact, and the reasons for such contact;

9.      The time the decision to stop was made, the time the motorist departed the scene without a citation or contact end time, the time an arrest was made, the time the violator was released and departed the scene with an issued citation, the time a transport began with the violator, or the time the deputy's departure from the scene or contact end time. The start and end time of the traffic stop is auto populated from the CAD system;

   a.      In the event a deputy needs to manually change the auto-populated contact start or end time of a traffic stop on the *VSCF* in TraCS, the deputy shall complete the reason for the change by typing the information in the mandatory comment text field on the form. Reasons to manually change the time may include, but are not limited to, the following:

      (1)      The deputy not having radio reception;

      (2)      The radio channel being busy with emergency traffic;

      (3)      The CAD call for service being left open due to being preempted for emergency traffic;

      (4)      An exigent reason where the deputy is unable to call out the stop at the exact moment the stop was initiated; or

      (5)      Technological issues occurring with the CAD system. This may include an entry error or hitting the wrong key by either the deputy or the dispatcher.

   b.      Supervisors are responsible for reviewing the *VSCF* to ensure accuracy and proper documentation within 72 hours.

10.      Whether any inquiry as to immigration status was conducted and whether ICE/CBP was contacted and if so, the facts supporting the inquiry or contact with ICE/CBP; the time the supervisor approval was sought, the time ICE/CBP was contacted, the time it took to complete the immigration status investigation or receive a response from ICE/CBP, and whether ICE/CBP took custody of the individual;

11.      Whether  a request was made for a consent to search any individual person, property, or vehicle, and the response to such request; whether a probable cause search was performed on any individual person, property, or vehicle, and legal basis for the search; or whether a pat-and-frisk search was performed on any individual;

12.      Whether any contraband or evidence was seized from any individual, their property, or vehicle, and the nature of the contraband or evidence;

13.      The final disposition of the stop, including whether a citation was issued, an arrest made, or a release was made without a citation; and

14.      If applicable, document in the notes/comment section whether there is anything unique and, or noteworthy of the traffic stop that is not already captured in the *VSCF*.

Policy EB-1, *Traffic Enforcement, Violator Contacts, and Citation Issuance*          Effective Date: 06-15-23

B.       The *VSCF* form or its data that has been entered into TraCS shall be collected and reviewed by the Early Intervention Unit (EIU), as specified in Office Policy EB-2, *Traffic Stop Data Collection*.

C.       Failure to complete data collection or other paperwork required by Office Policy shall result in disciplinary action, as specified in Office Policy GC-17, *Employee Disciplinary Procedures*. Without delay, employees shall report any misconduct that appears to constitute an intentional failure to complete data collection requirements by other employees.

15.   **Return of Documents:**

A.       The deputy shall return the violator's driver's license or other form of acceptable identification, registration, proof of financial responsibility unless seized, as specified in this Office Policy. Additionally, the deputy shall provide the violator a copy of the citation, *Written Warning,* or *MCSO Incidental Contact Receipt*.

B.       When required by the nature of the contact, the deputy shall return the passenger's driver's license or other form of acceptable identification, unless seized, as specified in this Office Policy. Additionally, the deputy shall provide the passenger with a copy of the citation, *Written Warning*, or *MCSO Incidental Contact Receipt*. If a situation exists requiring the receipt to be provided to the passenger at a later time, the deputy shall document the reason and action in the *VSCF*.

C.       When appropriate, the deputy will assist the violator in safely entering the traffic flow.

16.   **Arizona Traffic Ticket and Complaint Books (Citation Books):** In the event that the computer system is not functioning properly, hand-written citations shall be used and shall be manually entered into TraCS as soon as it is feasible. Citation books will be issued and recorded by the district administrative personnel, or other designated individuals. Once the information is recorded in the appropriate logbook, the Attachment A, *Traffic Citation Checkout Form* shall be completed and filed at the issuing district.

A.       Issuing District: The issuing district shall record and track the issuance of Citation Books. Recorded information shall include the name and serial number of the deputy being issued the citation book, their assigned district or unit, the sequential citation numbers issued, and the date of issuance.

B.       Issued Handwritten Citations: The court copy, hand-written citation must be forwarded to the appropriate court as the post entry into the CAD system cannot be sent to the court electronically.

C.       Retention of Hand-Written Citation: Each district or unit shall maintain the law enforcement copy of the citation, by the issuing deputy's name, in the individual unit or district files. This copy shall be retained for a period of at least five years and will serve as a backup copy to the citation manually entered into TraCS. TraCS citations are stored online and available from a TraCS Terminal. TraCS citations do not need to be printed or retained at the division or unit level since they are available electronically.

D.       Destroyed or Lost Citation: When a citation book or individual citation is destroyed or lost, a memorandum shall be submitted by the deputy to their supervisor. The memorandum shall state the circumstances of the loss and the citation numbers not issued. The supervisor shall forward a copy of the memorandum to the division commander for approval. It shall then be filed, in the individual unit or district, for one year.

E.       Voided Citation: When a hand-written citation is voided, the deputy shall write "VOID" across the face of the citation, submit a memorandum to the supervisor stating the reason for the nullification, and attach the citation to the memorandum. The memorandum and appropriate copy of the citation shall be forwarded through the chain of command to the Records and ID Division.

17.    **Dismissal of Citations:** When a deputy wishes to dismiss a hand-written or TraCS issued citation, the deputy shall forward a memorandum through the chain of command to the Chief of Enforcement for approval. The memorandum shall include the deputy's name and serial number, the reason for the dismissal, the citation number, and the charge. This will not apply to a dismissal requested, or as recommended by a court or County attorney in the interests of justice.

18.    **Supervisory Responsibilities:** The Office utilizes data from the Early Identification System (EIS) to support effective supervision, evaluation, and management of employees in order to promote lawful, ethical, and professional police practices; to identify behavior that represents a risk to the employee, community, or the Office; and to evaluate Office operating procedures, as specified in Office Policy GH-5, *Early Identification System.*

   A.    Deputies shall submit accurate documentation of all stops and investigatory detentions to their supervisors by the end of the shift in which the actions occurred. IRs generated during a DUI task force where the subject is cited and released for a DUI, shall be submitted, as specified in Office Policy GF-5, *Incident Report Guidelines*. Absent exceptional circumstances, within 72 hours of receiving such documentation, supervisors shall independently review the reports. If the incident did not include an arrest or detention, the supervisor shall review the reports within seven calendar days, absent exigent circumstances.

   B.    Supervisors are responsible for reviewing the *VSCF* to ensure accuracy and proper documentation.

   C.    Supervisors are responsible for ensuring that any seized property is accurately entered into the Property and Evidence/QueTel system and impounded, as specified in Office Policy GE-3, *Property Management and Evidence Control.*

   D.    Supervisors shall review all IRs prior to submission to the DR Section of the Records and AFIS Division. Supervisors shall review and approve IRs electronically in the TraCS system which auto-populates the date and time of the review and approval. If the IR is not ready for approval and requires correction, the supervisor shall reject the report in TraCS to the authoring deputy. A supervisor's signature indicates their agreement that the report contains all of the necessary elements of the legal basis for the action or all of the elements of a reported crime, if applicable.

      1.    Supervisors shall review reports and forms for accuracy, brevity, completeness, boilerplate or conclusory language, inconsistent information, lack of articulation of the legal basis for the action, or other indicia that the information in the reports or forms is not authentic or correct. Noticeable grammar and punctuation errors shall be corrected prior to submission to the Records and ID Division. Supervisors shall address any concerns with the report author through non-disciplinary or disciplinary action as appropriate.

      2.    When a subordinate's report writing reveals deficiencies of a serious nature, the reviewing supervisor shall complete an *Incident Report Memorialization Form*. Supervisors shall generate an *Incident Report Memorialization Form* using Blue Team if an employee's report contains conclusory or boilerplate language; contains inconsistent information; lacks support for the action; has other indicia that the information in the report or form is not authentic or correct; contains no probable cause for arrest; contains no reasonable suspicion; is missing elements of the crime; or is bias-based profiling.

         a.    Conclusory language contains only an inference and has no stated proof.

         b.    Boilerplate language is stock, unoriginal language that appears repeatedly in different reports and fails to attest to the unique facts of an incident.

  c. These deficiencies are related because the use of conclusory language can lead to boilerplate language. For example, an employee may write "I noticed the subject was drunk." This language is conclusory, because it is not supported by fact; when repeated across reports, the language is also boilerplate.

   (1) Based on the unique facts of the incident, the report could avoid conclusory language by stating: "*I noticed the subject had a strong odor of an alcoholic beverage emitting from his person, his eyes were bloodshot and watery, he staggered as he walked toward me, and his speech was slurred as he spoke. It appeared the subject was under the influence of alcohol.*"

   (2) Although this new language is not conclusory, it can become boilerplate through repeated use in reports; this problem often arises through use of a template. Supervisors should therefore look for repeated language even if it is not conclusory.

 3. Supervisors shall document on an *Incident Report Memorialization Form* any investigatory stops or detentions that appear unsupported by reasonable suspicion are otherwise in violation of Office Policy; or stops or detentions that indicate a need for corrective action or review of Office Policy, strategy, tactics, or training. Supervisors shall take appropriate action to address all violations or deficiencies in investigatory stops or detentions, which may include non-disciplinary corrective action or referring the incident for administrative or criminal investigation. The information from the *Incident Report Memorialization Form* shall be documented through Blue Team by selecting the proper reason that the IR is memorialized in the allegations tab. The *Incident Report Memorialization Form* shall be sent to the EIU through the chain of command, using Blue Team.

 4. Supervisors shall document on the *Incident Report Memorialization Form* any arrests that appear unsupported by probable cause or are otherwise in violation of Office Policy; or indicate a need for corrective action or review of Office Policy, strategy, tactics, or training. Supervisors shall take appropriate action to address violations or deficiencies in making arrests, which may include notification to prosecuting authorities, non-disciplinary corrective action, and/or referring the incident for administrative or criminal investigation. The information from the *Incident Report Memorialization Form* shall be documented through Blue Team. The *Incident Report Memorialization Form* shall be sent to the EIU through the chain of command, using Blue Team.

E. Supervisors shall conduct monthly reviews of each traffic stop and collected data for the deputies under their command. First line supervisors shall individually discuss the traffic stops made by each deputy under their supervision generated during the review period, at least one time per month. The discussion shall include whether the deputy detained any individuals, the reason for such detention, and whether any stops involved immigration issues.

 1. These reviews shall be conducted and discussed with the deputies, utilizing the TraCS database, to determine whether there are warning signs or indicia of possible racial profiling, unlawful detentions and arrests, or improper enforcement of immigration-related laws.

 2. Supervisors shall acknowledge the interactions through the use of the "Discussed with Deputy" indicator function within the TraCS Form Manager for each individual stop and associated forms discussed with their deputy. The supervisor shall ensure that they select the proper note from the drop-down list in Blue Team when documenting the monthly

**Policy EB-1,** *Traffic Enforcement, Violator Contacts, and Citation Issuance*                **Effective Date: 06-15-23**

review and shall indicate in the note when they met with the deputy to discuss the monthly reviews.

3.       This process shall be completed for each individual stop and collected data reviewed, to include each individual *VSCF*. Supervisors are prohibited from selecting multiple traffic stops and applying the "Discussed with Deputy" indicator function at one time. The reviews will then be inputted into Blue Team from TraCS.

F.       Supervisors shall take appropriate action to address all violations or deficiencies in investigatory stops or detentions, including non-disciplinary corrective action for the deputy, or referring the incident for administrative or criminal investigation. Supervisors shall track, through the EIS Blue Team Supervisor Notes, each deputy's deficiencies or violations and the corrective action taken, in order to identify deputies who need repeated corrective action. Supervisors shall:

1.       Address performance deficiencies, as specified in Office Policy GH-5, *Early Identification System*.

2.       Notify the Professional Standards Bureau (PSB), if misconduct occurred, as specified in Office Policy GH-2, *Internal Investigations*; and

3.       Ensure each violation is documented in the deputy's performance evaluations.

G.       Supervisors shall unequivocally and consistently reinforce to subordinates that bias-based profiling and/or discriminatory policing are unacceptable, as specified in Office Policy CP-8, *Preventing Racial and Other Bias-Based Profiling*.

H.       As stated in this Office Policy, the Office prohibits quotas, whether formal or informal, for stops, citations, detentions, or arrests. However, this prohibition does not pertain to review of deputy activity for the purpose of assessing overall effectiveness or assessing whether a deputy is engaging in unconstitutional policing.

19.    **Training:** All deputies, including supervisors and chiefs, as well as posse members and deputy services aides (DSAs) shall attend training related to the Fourth Amendment, including detention, arrests, and the enforcement of immigration-related laws, as specified in Office Policy GG-1, *Peace Officer Training Administration*.

# EXHIBIT 8



Maricopa County Sheriff's Office

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| Date | Time | Car ID | Serial No. | Op. Serial No. | Dispatch Gp. | Location | Mileage | Event No. | Call Type | Unit | History Comment | Status Description |
|------|------|--------|-----------|---------------|-------------|----------|---------|-----------|-----------|------|-----------------|-------------------|
| 01/04/2023 | 07:04:58 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit is available (voiced : |
| 01/04/2023 | 07:04:58 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit initial log for service |
| 01/04/2023 | 08:03:32 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/04/2023 | 16:03:32 | 331505 | S1852 | | D1 | | | | ST100 | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/04/2023 | 16:35:15 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/04/2023 | 17:20:09 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | | Unit log off of service |
| 01/04/2023 | 17:20:09 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Device 331505/Radio Alias/Default System removed | |
| 01/04/2023 | 17:20:09 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Device 1011856/HT Radio/Default System removed from employee 771852 | |
| 01/04/2023 | 17:20:09 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Device 0003714C/MDT/Default System removed from employee 771852 | |
| 01/04/2023 | 17:20:09 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Tracking device 0003714C/MDT/Default System cleared | |
| 01/04/2023 | 17:20:09 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Tracking device 0003714C/MDT/Default System cleared for employee 771852 | |
| 01/05/2023 | 06:59:57 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit initial log for service |
| 01/05/2023 | 06:59:57 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit is available (voiced : |
| 01/05/2023 | 07:00:02 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |



Maricopa County Sheriff's Office

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | 07:11:43 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/05/2023 | 08:00:06 | 331505 | S1852 | A7502 | D1 | | | | | A107 | | Unit is available (voiced : by dispatch) |
| 01/05/2023 | 08:00:07 | 331505 | S1852 | A7502 | D1 | | | | | A107 | 1852 - Alarm Timer Extended: 0 | Unit Contacted/Dispatch has checked status |
| 01/05/2023 | 08:23:44 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/05/2023 | 08:24:28 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/05/2023 | 08:29:28 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/05/2023 | 11:58:53 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/05/2023 | 11:59:53 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/05/2023 | 12:01:43 | 331505 | S1852 | S1852 | D1 | | 1 | | CHOW | A107 | | Unit is out of service |
| 01/05/2023 | 12:13:59 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/05/2023 | 12:21:09 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | | Unit log off of service |
| 01/05/2023 | 12:21:09 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 331505/Radio Alias/Default System removed | |
| 01/05/2023 | 12:21:09 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 1011856/HT Radio/Default System removed from employee 771852 | |
| 01/05/2023 | 12:21:09 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 0003714C/MDT/Default System removed from employee 771852 | |



**Maricopa County Sheriff's Office**
**Unit History for Serial No.: S1852**
From 1/1/2023 Thru 3/31/2023
Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | 12:21:09 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Tracking device 0003714C/MDT/Default System cleared | |
| 01/05/2023 | 12:21:09 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Tracking device 0003714C/MDT/Default System cleared for employee 771852 | |
| 01/06/2023 | 06:58:25 | 331505 | S1852 | S1852 | D1 | | 1 | | A107 | | Unit is available (voiced : |
| 01/06/2023 | 06:58:25 | 331505 | S1852 | S1852 | D1 | | 1 | | A107 | | Unit initial log for service |
| 01/06/2023 | 07:58:44 | 331505 | S1852 | A6726 | D1 | | | | A107 | | Unit is available (voiced : |
| 01/06/2023 | 07:58:44 | 331505 | S1852 | A6726 | D1 | | | | A107 | OK - Alarm Timer Extended: 0 | Unit Contacted/Dispatch has checked status |
| 01/06/2023 | 08:05:41 | 331505 | S1852 | S1852 | D1 | | 1 | ST100 | A107 | | Unit is out of service |
| 01/06/2023 | 08:22:43 | 331505 | S1852 | S1852 | D1 | | | | A107 | | Unit is available (voiced : |
| 01/06/2023 | 08:23:20 | 331505 | S1852 | S1852 | D1 | ▬▬ | 1 | MEET | A107 | | Unit is out of service |
| 01/06/2023 | 16:23:21 | 331505 | S1852 | | D1 | ▬▬ | | MEET | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/06/2023 | 16:33:44 | 331505 | S1852 | S1852 | D1 | | | | A107 | | Unit is available (voiced : |
| 01/06/2023 | 16:54:23 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | | Unit log off of service |
| 01/06/2023 | 16:54:23 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Device 331505/Radio Alias/Default System removed | |
| 01/06/2023 | 16:54:23 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Device 1011856/HT Radio/Default System removed from employee 771852 | |
| 01/06/2023 | 16:54:23 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Device 0003714C/MDT/Default System removed from employee 771852 | |



Maricopa County Sheriff's Office

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| 01/06/2023 | 16:54:23 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Tracking device 0003714C/MDT/Default System cleared | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2023 | 16:54:23 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Tracking device 0003714C/MDT/Default System cleared for employee 771852 | |
| 01/07/2023 | 06:52:42 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit initial log for service |
| 01/07/2023 | 06:52:42 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit is available (voiced : |
| 01/07/2023 | 06:52:49 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 07:06:39 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 07:50:50 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/07/2023 | 07:59:05 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 08:04:05 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 09:05:03 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 09:08:53 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/07/2023 | 09:15:02 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | | Unit is out of service |
| 01/07/2023 | 10:15:02 | 331505 | S1852 | | D1 | | | | PATROL | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/07/2023 | 10:21:15 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/07/2023 | 10:21:28 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/07/2023 | 10:27:15 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |



Maricopa County Sheriff's Office

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| 01/07/2023 | 10:32:15 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 12:33:20 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/07/2023 | 12:33:41 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 12:40:00 | 331505 | S1852 | S1852 | D1 | | 1 | | CHOW | A107 | | Unit is out of service |
| 01/07/2023 | 12:56:31 | 331505 | S1852 | S1852 | D1 | | 1 | | CHOW | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 13:01:31 | 331505 | S1852 | S1852 | D1 | | 1 | | CHOW | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 13:39:59 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/07/2023 | 14:17:03 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/07/2023 | 15:28:39 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 15:56:20 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/07/2023 | 16:09:01 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | | Unit is out of service |
| 01/07/2023 | 16:15:10 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 16:20:10 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/07/2023 | 16:42:29 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/07/2023 | 16:56:01 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | | Unit log off of service |
| 01/07/2023 | 16:56:01 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 331505/Radio Alias/Default System removed | |



Maricopa County Sheriff's Office

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| 01/07/2023 | 16:56:01 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 1011856/HT Radio/Default System removed from employee 771852 | |
| 01/07/2023 | 16:56:01 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 0003714C/MDT/Default System removed from employee 771852 | |
| 01/07/2023 | 16:56:01 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Tracking device 0003714C/MDT/Default System cleared | |
| 01/07/2023 | 16:56:01 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Tracking device 0003714C/MDT/Default System cleared for employee 771852 | |
| 01/11/2023 | 06:57:04 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit is available (voiced : |
| 01/11/2023 | 06:57:04 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit initial log for service |
| 01/11/2023 | 06:57:11 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 07:18:43 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 07:22:31 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | | Unit is out of service |
| 01/11/2023 | 08:22:31 | 331505 | S1852 | | D1 | | | | PATROL | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/11/2023 | 08:26:16 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/11/2023 | 08:26:29 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/11/2023 | 08:26:50 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |



**Maricopa County Sheriff's Office**

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2023 | 08:31:50 | 331505 | S1852 | S1852 | D1 | | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 09:43:59 | 331505 | S1852 | S1852 | D1 | | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 09:46:05 | 331505 | S1852 | S1852 | D1 | | | | | | A107 | | Unit is available (voiced : |
| 01/11/2023 | 10:11:39 | 331505 | S1852 | B0735 | D1 | ███████ | | 1 | █████ | 647A | A107 | | Unit has been dispatched to an event |
| 01/11/2023 | 10:11:39 | 331505 | S1852 | B0735 | D1 | ███████ | | | █████ | 647A | A107 | | Unit is enroute |
| 01/11/2023 | 10:14:39 | 331505 | S1852 | S1852 | D1 | ███████ | | | █████ | 647A | A107 | | Unit is onscene |
| 01/11/2023 | 10:17:39 | 331505 | S1852 | | D1 | ███████ | | | █████ | 647A | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/11/2023 | 10:39:20 | 331505 | S1852 | S1852 | D1 | | | | █████ | 4SP | A107 | | Unit is available (voiced : by dispatch) |
| 01/11/2023 | 11:01:51 | 331505 | S1852 | S1852 | D1 | | | 1 | | | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 11:02:59 | 331505 | S1852 | S1852 | D1 | | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/11/2023 | 11:06:51 | 331505 | S1852 | S1852 | D1 | | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 12:07:13 | 331505 | S1852 | S1852 | D1 | | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 12:22:11 | 331505 | S1852 | S1852 | D1 | | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 12:27:11 | 331505 | S1852 | S1852 | D1 | | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 18:26:19 | 331505 | S1852 | S1852 | D1 | | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/11/2023 | 19:02:45 | 331505 | S1852 | S1852 | D1 | | | | | | A107 | | Unit is available (voiced : |
| 01/11/2023 | 19:18:13 | 331505 | S1852 | S1852 | D1 | | | 121 | | | A107 | | Unit log off of service |



**Maricopa County Sheriff's Office**

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| 01/11/2023 | 19:18:13 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Device 331505/Radio Alias/Default System removed | |
| 01/11/2023 | 19:18:13 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Device 1011856/HT Radio/Default System removed from employee 771852 | |
| 01/11/2023 | 19:18:13 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Device 0003714C/MDT/Def ault System removed from employee 771852 | |
| 01/11/2023 | 19:18:13 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Tracking device 0003714C/MDT/Def ault System cleared | |
| 01/11/2023 | 19:18:13 | 331505 | S1852 | S1852 | D1 | | 121 | | A107 | Tracking device 0003714C/MDT/Def ault System cleared for employee 771852 | |
| 01/12/2023 | 06:43:10 | 331505 | S1852 | S1852 | D1 | | 1 | | A107 | | Unit initial log for service |
| 01/12/2023 | 06:43:10 | 331505 | S1852 | S1852 | D1 | | 1 | | A107 | | Unit is available (voiced : |
| 01/12/2023 | 06:43:17 | 331505 | S1852 | S1852 | D1 | | 1 | | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 07:09:07 | 331505 | S1852 | S1852 | D1 | | 1 | | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 07:51:18 | 331505 | S1852 | A6190 | D1 | | | | A107 | | Unit is available (voiced : by dispatch) |
| 01/12/2023 | 07:51:18 | 331505 | S1852 | A6190 | D1 | | | | A107 | OK - Alarm Timer Extended: 0 | Unit Contacted/Dispatch has checked status |
| 01/12/2023 | 08:23:43 | 331505 | S1852 | S1852 | D1 | | 1 | ST100 | A107 | | Unit is out of service |
| 01/12/2023 | 11:38:50 | 331505 | S1852 | S1852 | D1 | | | | A107 | | Unit is available (voiced : |



## Maricopa County Sheriff's Office

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| 01/12/2023 | 11:39:01 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | | Unit is out of service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | 12:01:01 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/12/2023 | 12:01:15 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | | Unit is out of service |
| 01/12/2023 | 12:02:37 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 12:07:37 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 12:13:32 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 12:18:32 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 12:26:57 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 12:31:57 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 12:43:44 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 12:48:44 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 12:53:44 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/12/2023 | 13:01:15 | 331505 | S1852 | | D1 | | | | PATROL | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/12/2023 | 13:43:33 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/12/2023 | 13:43:44 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/12/2023 | 16:03:31 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |



**Maricopa County Sheriff's Office**
**Unit History for Serial No.: S1852**
From 1/1/2023 Thru 3/31/2023
Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/2023 | 16:04:32 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/12/2023 | 17:04:12 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | | Unit log off of service |
| 01/12/2023 | 17:04:12 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 331505/Radio Alias/Default System removed | |
| 01/12/2023 | 17:04:12 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 1011856/HT Radio/Default System removed from employee 771852 | |
| 01/12/2023 | 17:04:12 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 0003714C/MDT/Def ault System removed from employee 771852 | |
| 01/12/2023 | 17:04:12 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Tracking device 0003714C/MDT/Def ault System cleared | |
| 01/12/2023 | 17:04:12 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Tracking device 0003714C/MDT/Def ault System cleared for employee 771852 | |
| 01/13/2023 | 06:42:49 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit is available (voiced : |
| 01/13/2023 | 06:42:49 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit initial log for service |
| 01/13/2023 | 06:42:55 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 06:47:55 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 07:34:55 | 331505 | S1852 | A7502 | D1 | ■■■■ | | | | A107 | | Unit is available (voiced : by dispatch) |
| 01/13/2023 | 07:34:55 | 331505 | S1852 | A7502 | D1 | ■■■■ | | | | A107 | 1852 - Alarm Timer Extended: 0 | Unit Contacted/Dispatch has checked status |



**Maricopa County Sheriff's Office**
**Unit History for Serial No.: S1852**
From 1/1/2023 Thru 3/31/2023
Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2023 | 07:38:18 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/13/2023 | 07:40:12 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 07:45:12 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 07:52:06 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 07:57:06 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:08:08 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:13:08 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:18:08 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:23:08 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:28:08 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:33:15 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:38:15 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:43:56 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:49:00 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 08:54:00 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |



**Maricopa County Sheriff's Office**
**Unit History for Serial No.: S1852**
From 1/1/2023 Thru 3/31/2023
Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2023 | 08:59:03 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:04:03 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:09:14 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:14:03 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:33:29 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:38:30 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:43:30 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:48:30 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:53:30 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 09:58:30 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 10:10:52 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 10:16:01 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 10:21:01 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 10:26:01 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |



**Maricopa County Sheriff's Office**

**Unit History for Serial No.: S1852**

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| 01/13/2023 | 10:31:11 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2023 | 10:36:11 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 10:41:11 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 10:46:11 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 10:52:04 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 10:57:04 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:02:06 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:07:06 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:12:06 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:17:28 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:22:28 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:27:40 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:32:40 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:37:50 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 11:42:50 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |



**Maricopa County Sheriff's Office**
**Unit History for Serial No.: S1852**
From 1/1/2023 Thru 3/31/2023
Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2023 | 12:19:00 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 12:24:00 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 12:29:02 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 12:34:02 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 12:39:02 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 12:44:02 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 12:49:31 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 12:54:31 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 12:59:31 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:04:31 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:09:34 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:14:38 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:19:38 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:25:07 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:30:14 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |



**Maricopa County Sheriff's Office**
**Unit History for Serial No.: S1852**
From 1/1/2023 Thru 3/31/2023
Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2023 | 13:35:14 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:40:26 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:45:26 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:50:30 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 13:55:32 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 14:00:32 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 14:05:57 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 14:10:57 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 14:15:57 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 14:21:17 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:12:28 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:17:34 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:22:34 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:27:34 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:32:44 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |



**Maricopa County Sheriff's Office**

**Unit History for Serial No.: S1852**

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2023 | 15:37:44 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:38:18 | 331505 | S1852 | | D1 | | | | ST100 | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/13/2023 | 15:40:02 | 331505 | S1852 | B1784 | D1 | | | | ST100 | A107 | Alarm Timer Extended: 0 | Unit Contacted/Dispatch has checked status |
| 01/13/2023 | 15:43:04 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:48:11 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:53:11 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 15:58:11 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 16:03:11 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/13/2023 | 16:12:11 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/13/2023 | 16:13:58 | 331505 | S1852 | B1784 | D1 | | 1 | | 509 | A107 | | Unit has been dispatched to an event |
| 01/13/2023 | 16:14:24 | 331505 | S1852 | S1852 | D1 | | | | 509 | A107 | | Unit is enroute |
| 01/13/2023 | 16:26:56 | 331505 | S1852 | S1852 | D1 | | | | 509 | A107 | | Unit is onscene |
| 01/13/2023 | 17:06:52 | 331505 | S1852 | S1852 | D1 | | | | 4SP | A107 | | Unit is available (voiced : by dispatch) |
| 01/13/2023 | 17:58:14 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | | Unit log off of service |



**Maricopa County Sheriff's Office**

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| 01/13/2023 | 17:58:14 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 331505/Radio Alias/Default System removed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2023 | 17:58:14 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 1011856/HT Radio/Default System removed from employee 771852 | |
| 01/13/2023 | 17:58:14 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Device 0003714C/MDT/Default System removed from employee 771852 | |
| 01/13/2023 | 17:58:14 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Tracking device 0003714C/MDT/Default System cleared | |
| 01/13/2023 | 17:58:14 | 331505 | S1852 | S1852 | D1 | | 121 | | | A107 | Tracking device 0003714C/MDT/Default System cleared for employee 771852 | |
| 01/18/2023 | 07:01:57 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit initial log for service |
| 01/18/2023 | 07:01:57 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit is available (voiced : |
| 01/18/2023 | 07:02:04 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 07:15:56 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 07:36:04 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | | Unit is out of service |
| 01/18/2023 | 08:25:16 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit is available (voiced : |
| 01/18/2023 | 08:25:28 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |



Maricopa County Sheriff's Office

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| 01/18/2023 | 08:25:48 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/2023 | 08:30:48 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 11:32:48 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 11:55:21 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 12:00:21 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 15:25:38 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 15:30:38 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 15:51:04 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 16:25:28 | 331505 | S1852 | | D1 | | | | ST100 | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/18/2023 | 16:46:45 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/18/2023 | 16:48:27 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH GOOD | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 16:53:27 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/18/2023 | 16:54:55 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | | Unit log off of service |
| 01/18/2023 | 16:54:55 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Device 331505/Radio Alias/Default System removed | |



Maricopa County Sheriff's Office

## Unit History for Serial No.: S1852

From 1/1/2023 Thru 3/31/2023

Report Ran: 7/12/2023 11:29:42 AM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/2023 | 16:54:55 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Device 1011856/HT Radio/Default System removed from employee 771852 | |
| 01/18/2023 | 16:54:55 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Device 0003714C/MDT/Default System removed from employee 771852 | |
| 01/18/2023 | 16:54:55 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Tracking device 0003714C/MDT/Default System cleared | |
| 01/18/2023 | 16:54:55 | 331505 | S1852 | S1852 | D1 | | 101 | | | A107 | Tracking device 0003714C/MDT/Default System cleared for employee 771852 | |
| 01/19/2023 | 07:01:18 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit initial log for service |
| 01/19/2023 | 07:01:18 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | | Unit is available (voiced : |
| 01/19/2023 | 07:01:24 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH HIGH | Comments added by unit or the running of ACJIS |
| 01/19/2023 | 07:14:15 | 331505 | S1852 | S1852 | D1 | | 1 | | | A107 | GPS SIGNAL STRENGTH NONE | Comments added by unit or the running of ACJIS |
| 01/19/2023 | 07:45:49 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | | Unit is out of service |
| 01/19/2023 | 08:24:31 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/19/2023 | 08:24:40 | 331505 | S1852 | S1852 | D1 | | 1 | | ST100 | A107 | | Unit is out of service |
| 01/19/2023 | 14:59:44 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |
| 01/19/2023 | 14:59:56 | 331505 | S1852 | S1852 | D1 | | 1 | | PATROL | A107 | | Unit is out of service |
| 01/19/2023 | 15:59:56 | 331505 | S1852 | | D1 | | | | PATROL | A107 | System Unit Alarm | Alarm timer has been exceeded, Check welfare |
| 01/19/2023 | 17:30:49 | 331505 | S1852 | S1852 | D1 | | | | | A107 | | Unit is available (voiced : |