# EXHIBIT B

**EXHIBIT B**

| ESSENTIAL JOB TASKS | LIEUTENANT | SERGEANT | DEPUTY |
|---|:---:|:---:|:---:|
| ADMINISTRATION | X | X | X |
| INCIDENT MANAGEMENT | X | | |
| CAREER & PROFESSIONAL DEVELOPMENT/TRAINING | X | X | X |
| SUPERVISION | X | X | |
| COMMUNITY POLICING | X | | |
| MANAGEMENT | X | | |
| PATROL DUTIES | | X | X |
| CRIMINAL INVESTIGATIONS | | X | X |
| RESPONSE TO CALLS FOR SERVICE | | | X |

*See* **Exh. A (Exhs. 1-3)**

# EXHIBIT C

**EXHIBIT C**

| Name | Supervisor Duties | Primary Unit | Report Prepared | Traffic Stop - DUI | Traffic Stop – Violation |
|---|---|---|---|---|---|
| Christopher Houck | 17 | 10 | 0 | 0 | 1 |
| Rudy Acosta | 2 | 2 | 0 | 0 | 0 |
| Todd Brice | 0 | 0 | 0 | 0 | 0 |
| Jonathan Halverson | 10 | 7 | 0 | 0 | 0 |
| Matthew Hunter | 47 | 56 | 0 | 1 | 14 |
| A.J. Jackson | 44 | 10 | 1 | 0 | 18 |
| David Keller | 54 | 51 | 1 | 1 | 2 |
| Ryan Neville | 10 | 3 | 2 | 0 | 1 |
| Andrew Rankin | 9 | 2 | 0 | 0 | 0 |
| Donald Rosenberger | 79 | 155 | 0 | 0 | 2 |
| Emmanuel Sanchez | 86 | 30 | 0 | 3 | 1 |
| Jason Thomas | 14 | 8 | 0 | 0 | 0 |
| Michael Trowbridge | 14 | 8 | 0 | 0 | 1 |
| Jerry Vance | 8 | 3 | 0 | 0 | 2 |

*See* **Exh. A (Exhs. 11-25)**

# EXHIBIT D



# Maricopa County Sheriff's Office
Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811091790 | S1852 | HOUCK, CHRISTOPHER | 050848 | 6 Month Promotion Sworn |

In addition to working with his three sergeants, Lt. Houck spend significant time reviewing TrACS and helping sergeants get caught up on reports that had not been reviewed or were rejected. His administrative efforts and accomplishments were noted and appreciated. While I was gone on vacation Lt. Houck assumed command of District 7 and communicated with me through email or text. He always let me know what was going on and his efforts were very much appreciated. Lt. Houck attended the Town of Fountain Hills management meeting in my absence and also attended meetings related to the new MCSO substation in North District 7, specifically the 744 beat. His communications with Radio, Technology, and the Rio Verde Fire Department helped set the stage for getting the necessary equipment for the substation, and once again these efforts were noted and appreciated. I really enjoyed working with Lt. Houck in District 7 and I was sorry to see him transferred out; however, his administrative skills will certainly benefit District 1 and his work ethic will be appreciated there as well. His communication was excellent, and he was extremely conscious of his command oversight responsibilities.

| Transfer Evaluation | Not Applicable. |
|---|---|

| Quality of Supervisory Review/Supervisor Accountability | Meets Standards. |
|---|---|



# Maricopa County Sheriff's Office
Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811091790 | S1852 | HOUCK, CHRISTOPHER | 050848 | 6 Month Promotion Sworn |

employees accountable. There has been a progression of interventions with the sergeant tied to these events which has included coaching, educating, and an administrative investigation.

Supervisor Notes SN2022-00022338 6/23/2022
In early June 2022, Lieutenant Houck placed a sergeant who reports to him on an action plan. He worked diligently with other members of D1 command as well as EIU to craft in implement an action plan that would allow for measurable expectations, with the intention of building the foundational skills necessary for the sergeant to manage his work responsibilities without the high level of oversight, direction, and correction, he constantly receives currently. As action plan can be a lot of additional work for a supervisor (Lieutenant Houck in this case) as it lays out expectations for both the student and teacher, with the goal of education and development. This requires considerable review and documentation. For the past several months lieutenants have made great effort to help the employee grow, take responsibility for meeting Office expectations, and have worked to ensure he has the skillset to meet those expectations. Documentation each month show that reviews consistently indicate the sergeant is still failing in many administrative areas. His personality, defiance, and anger, have made it difficult to lieutenants to help him. It also makes him a difficult student, but one Lieutenant Houck quickly identified as being in need of a structured plan providing guidance, direction, and education to the employee, as well as measurable areas of success or failure. I appreciate Lieutenant Houck taking on the challenge of working with a difficult employee and wanting to make him more successful. I have met with the sergeant in the past, and continue to be a resource for Lieutenant Houck as well as the sergeant during this educational journey.

## COMPLAINTS AND DISPOSITIONS

## EMPLOYEE RANK AND ASSIGNMENT HISTORY

Lt. Christopher Houck has worked all but 2 weeks during this probationary period in District 1, Lt Houck spent two weeks assigned to District 7 at the start of this probationary period.

## SIGNATURES

I, _____ *J. Bailey, S1110* _____, (immediate supervisor) hereby acknowledge that in completing this Employee Performance Appraisal, I appropriately reviewed and analyzed the following information with respect to this employee: (1) all EIS Tracking data, including but not limited to, the Dashboard for the employee for "Other Observed Behaviors," (2) Internal Complaints & Dispositions, (3) External Complaints & Dispositions, (4) Commendation and Awards, and (5) whether the employee is a party to a lawsuit related to performance of his/her job duties for MCSO. To the extent I found relevant information regarding any of these categories, I appropriately documented it above.

# EXHIBIT E

**Exhibit E**

# EXHIBIT F



# Maricopa County Sheriff's Office
### Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811074642 | S1674 | HALVERSON, JONATHAN | 050848 | Annual |

| Quality of Work | Exceeds Standards. EIS Examples Required. |
|---|---|

| Mandatory Training Completed | Yes |
|---|---|

| Leadership | Exceeds Standards. EIS Examples Required. |
|---|---|

Lt. Halverson promotes a professional, respectful and non-discriminatory work environment. This was evident in the Office selecting Lt. Halverson as a member of the Sergeant's Promotional Panel to determine future sergeants for the agency. This was addressed in Supervisor Note SN2020-00061364 which stated, "Lt. Halverson was selected to be a panel member for MCSO's Sworn Sergeant recruitment and promotional process. This is an extremely important task as this determines who the future sergeants and leaders of the Office will be. This decision is one that is not taken lightly by executive command and it is vital that they select individuals who they feel positively represent the agency and also have the leadership, abilities, and intellect to evaluate these employees and make these important decisions. Lt. Halverson spent several days determining test questions, evaluating written boards from candidates, and conducting in-person oral board panels."

# EXHIBIT G



# Maricopa County Sheriff's Office
### Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811074642 | S1674 | HALVERSON, JONATHAN | 050848 | Annual |

| Transfer Evaluation | | | Transfered this period. Comments Required. |
|---|---|---|---|
| 5/2/2022 1:03:05 PM | | | |

███████████████████████████████████

| Quality of Supervisory Review/Supervisor Accountability | | Exceeds Standards. EIS Examples Required. |
|---|---|---|
| 5/2/2022 1:03:05 PM | | |

███████████████████████████████████

Another example was documented in SN2022-00004386 on 02/10/2022 "Lt. Halverson continues to work as the sole Lieutenant in District VII. This means he is responsible for being both the administrative and patrol lieutenant. During this period Lt. Halverson has remained extremely busy with numerous tasks and projects. He has assisted sergeants assigned to him with completing EIS Alerts, Bio Action Forms, TSMR Alerts, and with conducting adequate patrol investigations of crimes. In addition to this, Lt. Halverson completed tasks such as these himself for supervisors assigned to him. He has completed an EIS Alert, a BAF, and has spent numerous hours reviewing completed division level IA's."

███████████████████████████████████



# Maricopa County Sheriff's Office
### Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811074042 | S1674 | HALVERSON, JONATHAN | 050848 | Annual |

SN2022-00000258 01/28/2022 "Halverson has remained extremely busy working to find an appropriate solution to an employee issue that was discovered. He worked with the Bureau of Internal Oversight to determine if a discretionary alert or Action Plan would be most appropriate. He is continuing his work in this area and will work with me next week to come up with a detailed action plan to correct the issue."

Lieutenant Halverson represented MCSO and BIO when he oversaw the process to hire a new employee.

SN2021-00034461 08/31/2021 "Lt. Halverson oversaw the interview and hiring process for the vacant Senior Auditor position in BIO. He was able to interview quality applicants and select one to continue through the background process."

6/16/2022 6:13:31 PM                                        Page 6 of 8

# EXHIBIT H



# Maricopa County Sheriff's Office
## Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811082397 | S1833 | HUNTER, MATTHEW | 050848 | 6 Month Promotion Sworn |

3). Does the employee consistently adhere to Office Policy GC-20, Uniform Specifications?
Answer: Not applicable.

Performance of Essential Job Duties. | Meets Standards.

4). Has the employee performed additional, necessary tasks without having to be asked by a supervisor?
Answer: During this rating period, Lieutenant Hunter can be best described as one of the "go to" lieutenants that others outside of PSB reach out to when additional items/tasks are needed to be completed. Lieutenant Hunter completes/addresses these tasks which include helping to instruct the various PSB courses, drafting the PSB curriculum, and the formal hiring process of the civilian investigator positions. Lieutenant Hunter performs these tasks without hesitation or complaint (SN2021-00020999, SN2021-00013626, and SN2021-00011017).

# EXHIBIT I



# Maricopa County Sheriff's Office
## Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811084469 | S1767 | BRICE, TODD | 050848 | Annual |

An EIS example was observed in Supervisor Note SN2022-00029344 which stated, "During this rating period, Todd updated the final TSMR guiding documents which were submitted to the Monitoring Team and parties for review. This met our internal goal of submitting all necessary documents to end the TSMR pilot during the summer and exceeded the Monitoring Teams' expectations. In addition to submitting all the documentation, Todd has been assisting the Training Division in updating training materials for the TSMR process and SRELE. Todd also volunteered to teach the TSMR section of every SRELE course to help the Training Division. I appreciate all the hard work that Todd has put into the TSMR process which is a significant improvement over previous practices".

During this rating period, Lt. Brice has faced several job-related problems during the development of the TSMR process which included authoring the guiding documents, developing processes for intervening on disparate traffic stop outcomes, and creating training for sworn supervisors. Lt. Brice effectively addressed these job-related problems and demonstrated the ability to successfully resolve them. EIS examples were observed in the following two supervisor note entries:

Supervisor Note SN2021-00047722 that stated, "Lt. Brice has worked to streamline the TSMR review process. TSAU is close to implementing the dashboard for the data analysis. He has also developed a BWC review sheet to streamline that process. Lt. Brice has recognized the need to streamline the process and developed a reasonable plan to address the issue".

| Mandatory Training Completed | Yes |
|---|---|

| Leadership | Exceeds Standards. EIS Examples Required. |
|---|---|

# EXHIBIT J



# Maricopa County Sheriff's Office
Employee Performance Appraisal



OCT 1 4 2022

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811074175 | S1665 | NEVILLE, RYAN | 050848 | 12 Month Promotion |

| Appointment Date | Low Org | Extension of Probation | Disciplinary Action this Period | Meets Min Performance Standards | Due Date |
|---|---|---|---|---|---|
| 7/26/2021 | 5042 | No | No | Yes | 7/26/2022 |

### Job Description

LAW ENFORCEMENT LIEUTENANT: The Law Enforcement Lieutenant administers, plans, organizes and directs the operations of a district or other assigned operational area within the Maricopa County Sheriff's Office (MCSO). This position is responsible for work of considerable difficulty, supervising Deputy Sheriffs and Sergeants to ensure the public safety of the citizens of Maricopa County and the State of Arizona in accordance with all applicable local, state, and federal laws, regulations and MCSO policies.

| RATING DIMENSION | RATING |
|---|---|
| Adherence to Policy and Procedures | Exceeds Standards. EIS Examples Required. |

Lt Neville has an extensive knowledge of MCSO policy and procedures as well as local criminal and civil laws. This is due to his extensive background in detectives as well as civil prior to his promotion. Due to his knowledge and experience in these fields he not only follows them, but he also is able to articulate them quickly and accurately. This is exceptional for someone in his position as he not only has to follow these policies and laws but also must manage supervisors and squads to make sure they also follow them. In most cases it is also important to demonstrate your experience and knowledge which leads t trust from your peers and those you supervise. As an example of his knowledge and experience he was asked to teach at the MCSO academy for the law and legal portion. This request came in last minute. He not only completed the training as an instructor but did so with little to no preparation time. This is only possible if you have the extensive knowledge and experience, I am speaking of. The result of the class was high marks from the students and appreciation from not only training but his command staff as well. This was reflected in a supervisor note (SN2022-00011985 on 04/07/2022). "Earlier this week Lt. Neville was called upon to filled in for an instructor that could not teach law and legal for the deputy recruit/academy. He did this with little notice and at the last minute. The Training Division was very appreciative of him being able to do this. His past teachings at the academy have always had very good feedback from the recruits."

| Workplace Professionalism | Meets Standards. |
|---|---|



# Maricopa County Sheriff's Office
Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811074175 | S1665 | NEVILLE, RYAN | 050848 | 12 Month Promotion |

expectations.

| Performance of Essential Job Duties | Exceeds Standards. EIS Examples Required. |
|---|---|

Lt Neville has served as both a nighttime watch commander and daytime commander during the time frame covering this evaluation. During those times he has not had a set schedule but instead a flexible one. The flexible schedule was not traditional in the means of him making his own schedule but instead of being called to work on weekends, nights, holidays and for extended hours. His work schedule shifted from week to week to meet the needs of the district and the division. It was also not uncommon for him to report for duty on a day off because of an emergency. This was documented on a supervisor note

# EXHIBIT K



# Maricopa County Sheriff's Office
Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811080630 | S1788 | VANCE, JERRY | 050848 | 6 Month Promotion Sworn |

SN2021-00020082 5/23/21

(in part)..."In the month of May 2021, Lieutenant Vance found himself responding and taking command of a handful of significant situations both in District 1, as well as at least one incident in District 6 while he was an evening watch commander. The incident in District 6 involved a deputy getting into a shooting, which minimized our ability to discuss the event, but Lieutenant Vance and I consistently speak about situations he takes command of and challenges or unique circumstances that existed. He is a probationary lieutenant and still learning, as we all are, so I believe the conversations at times provide him ideas and a perspective he may not of considered, which better prepare him for the next event he may encounter. However, as different as the situations and challenges typically are, the one constant is that Lieutenant Vance quickly takes command when he arrives on scene and begins providing direction and guidance to employees. This allows for one unified command to provide a consistent approach and direction for those on scene and increases chances of successfully bringing an event to a conclusion without anyone getting hurt. In late May 2021, based on observations from these events and discussions with Lieutenant Vance, we discussed with all supervisors in District 1 the importance of identifying an incident commander and directing employees."

| Workplace Professionalism | Exceeds Standards. EIS Examples Required. |
|---|---|

Jerry has been nothing but professional in the workplace. He wears the uniform with respect, and his actions and words are what I would expect from a commander level deputy within this organization in its current climate.

Jerry's dress and appearance is always within policy and he wears the uniform properly.

| Performance of Essential Job Duties | Exceeds Standards. EIS Examples Required. |
|---|---|

Jerry meets the requirements of his job description and is going above them. He mentioned that the previous position he held at D1 didn't see the amount of travel, purchase, or other types of requests coming up the chain. With all of the ancillary things we do above and beyond just "patrol", he is learning and getting used to the extra specialties. It goes beyond just supervision and guidance. It requires planning and forethought and sometimes thinking years down the road to make sure we are not caught without something that is needed. At this point I would say he is doing well and that I am hopeful to see what he can do in the future.

When I ask jerry to do something, I am able to count on it getting done. He will come to me if there are questions or concerns. I have no issues with his motivation or work ethic.

Jerry has been very flexible with his schedule and has worked various assignments since he got here, to include west side LP commander, admin commander, and has filled in as WC on several occasions. He covers for vacations and other issues for the other lieutenants and keeps me up to date on his work schedule and duties.



# Maricopa County Sheriff's Office
Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811080630 | S1788 | VANCE, JERRY | 050848 | 6 Month Promotion Sworn |

| Leadership | | | Meets Standards. | |
|---|---|---|---|---|

Jerry has spent time with a sergeant who was having trouble understanding the expectations for the EPA, and after explaining, went out to meet with the sergeant to provide examples and guidance.

Jerry also has met with his staff to make sure that his expectations are clear and to foster the relationship of trust needed so desperately in this agency.

Jerry does a good job or promoting and professional and non-discriminatory work environment by his good positive example and his easygoing demeanor.

When needed, Jerry has been able to meet with staff to provide guidance. I know that he has met with a supervisor regarding an employee problem and provided input and guidance. He also helped a supervisor with examples and guidance on how to properly complete an EPA that was done in a somewhat vague and ambiguous manner.

Being that LP doesn't have a "community", we serve the public that chooses to come to our area, but though his positive example and his demand for professionalism and quality work product, he is helping to promote MCSO as an entity that works for public safety and the good of the community.

| Transfer Evaluation | Transfered this period. Comments Required. |
|---|---|

Employee has been transferred once during this EPA cycle. See below:

TRANSFER EVALUATION - TE2021-00000128 (authored by Capt. W. Morrison)
Received Date
06/03/2021

"This transfer EPA is intended to memorialize my observations specific to each rating dimension and aid his new commander in completing future employee performance appraisals. Adherence to Policy and Procedure: It should be noted, at the point this transfer EPA was authored, I no longer had access to past supervisor notes or information in the EIS specific to Lieutenant Vance. This entry was written based off memory and can be utilized to supplement his six-month employee performance appraisal. During this review period, Lieutenant Vance has done a good job of adhering to policy and procedure with little or no deviation. In addition, he reports accidents and injuries reported through the chain of command in a timely manner, as required by policy. Lieutenant Vance also demonstrates an understanding of federal orders/guidelines, state statutes, and Office policy, as they apply to his duties as a patrol lieutenant and a leader in law enforcement while demonstrating support for the Office's organizational change initiatives and helping others to transition. Lieutenant Vance meets expectations by performing tasks as

# EXHIBIT L



# Maricopa County Sheriff's Office
Employee Performance Appraisal



RECEIVED
JUN 1 4 2022

| Employee ID | Serial # | | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|---|
| 811084469 | S1767 | | BRICE, TODD | 050848 | Annual |

| Appointment Date | Low Org | Extension of Probation | Disciplinary Action this Period | Meets Min Performance Standards | Due Date |
|---|---|---|---|---|---|
| 11/6/2017 | 5007 | No | No | Yes | 11/6/2021 |

### Job Description

LAW ENFORCEMENT LIEUTENANT:  The Law Enforcement Lieutenant administers, plans, organizes and directs the operations of a district or other assigned operational area within the Maricopa County Sheriff's Office (MCSO). This position is responsible for work of considerable difficulty, supervising Deputy Sheriffs and Sergeants to ensure the public safety of the citizens of Maricopa County and the State of Arizona in accordance with all applicable local, state, and federal laws, regulations and MCSO policies.

| RATING DIMENSION | RATING |
|---|---|
| Adherence to Policy and Procedures | Meets Standards. |

4/1/2022 2:02:31 PM

During this rating period Lieutenant Brice has been assigned to the Bureau of Internal Oversight. He is the commander over the Traffic Stop Analysis Unit.

| Workplace Professionalism | Meets Standards. |
|---|---|

4/1/2022 2:02:31 PM

# EXHIBIT M



| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811074642 | S1674 | HALVERSON, JONATHAN | 050848 | Annual |

| Transfer Evaluation | Transfered this period. Comments Required. |
|---|---|

| Quality of Supervisory Review/Supervisor Accountability | Exceeds Standards. EIS Examples Required. |
|---|---|

DV investigations. During this rating period I documented the following under SN2020-00001175: "Lt. Halverson during this period has continued to work a great deal of hours, covering not only all of his duties as the lone dayshift Lieutenant, but also handling all of the District Commander duties while I have been out on FMLA for the past 6 weeks. Lt. Halverson has done an

# EXHIBIT N



# Maricopa County Sheriff's Office
## Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811057948 | S1044 | KELLER, DAVID | 050848 | 12 Month Promotion |

| | | |
|---|---|---|
| Workplace Professionalism | | Meets Standards. |

| | | |
|---|---|---|
| Performance of Essential Job Duties | | Meets Standards. |

Lt. Keller maintains a neat and orderly work space. This helps him remain organized in the work setting and assists him in planning his time effectively. Lt. Keller has spent a large portion of this evaluation period as the only Lieutenant in District VII due to approved leave for his co-worker. During this time, he doubled his direct reports, which meant he had quite a bit of additional supervisory tasks to complete each week for the supervisors assigned to him. This increased the number of Supervisor Notes, Patrol Activity Log reviews, EIS Alerts, traffic stop reviews, Use of Force entry reviews, administrative investigation reports to review, etc. that he had to complete. Additionally, due to staffing shortages in the Office, Lt. Keller was also asked to work a rotation as the East Side, night Watch Commander once every three weeks for a week at a time. This meant he was not only the sole Lieutenant for District VII, but he was also the Watch Commander one week per month. Lt. Keller did not get any reprieve from his existing workload when he did this for several months, he just added the additional tasks to his current responsibilities. At times, this seemed to impact his ability to complete work assignments in a timely manner, such as an administrative complaint and a service complaint he was assigned, however the added responsibilities definitely contributed to his time being divided amongst multiple tasks. I made note of the challenges these extra tasks were pulling on Lt. Keller in Supervisor Note SN2021-00038286. The entry stated, "While these last two months have provided their challenges due to the busy nature of things in the division with staffing issues, Lt. Keller covering every third week as Watch Commander, vacations and sick leave, Lt. Keller seems to be focusing on improving in any area I have challenged him to improve on."

# EXHIBIT O



# Maricopa County Sheriff's Office
Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811044680 | S0939 | ROSENBERGER, DONALD | 050848 | Annual |

SN2021-00023870- On 5/13 at approximately 2000 hrs. Deputies from D-6 were called to a local Queen Creek business for a man who was claiming to have an explosive device on his person. As this Priority One call was initiated after business hours, Lt. Rosenberger was quick to get in uniform, log on for work and respond to the scene. Once I arrived on-scene, I learned that the "suspect" was contained inside, with (2) deputies. I observed Lt. Rosenberger work with the on-duty Watch Commander to ensure all aspects of this very serious call was handled properly and within MCSO Policies. Ensuring that both the community and patrol deputies were safe. This call changed very quickly to an OIS. With the threat of a bomb contained on the suspects person I observed Lt. Rosenberger enter the scene w/o fear for his own wellbeing to check on his personnel as well as the suspect and make the scene safe for the responding medical personnel. This became a very complex situation, but Lt. Rosenberger's experience and leadership overcame the chaos that naturally occurs during a critical incident and all protocols and policies were adhered to, the scene was secure and turned over to the MCD for investigation.

| Performance of Essential Job Duties | Exceeds Standards. EIS Examples Required. |
|---|---|

Lieutenant Rosenberger is consistent in his work ethic, and as a result not only meets all requirements of the job description listed on the first page of the EPA but manages to far exceed these requirements. As mentioned previously, for the majority of this rating period Donny was the Dist. VI (Queen Creek) Patrol Commander. He was assigned to Dist. VI for a short time prior to my arrival on 02/22/2021 and his responsibilities remained the same thru the termination of Dist. VI contract on 01/10/2022, when he was re-assigned to the Lake Patrol Division where he is currently assigned as the East Side Patrol Commander.

# EXHIBIT P



**Maricopa County Sheriff's Office**
**Employee Performance Appraisal**



## CORE LEADERSHIP COMPETENCIES
### (for supervisors only)

**Quality and Effectiveness of Supervision**

| | Rating |
| --- | --- |
| **Comments:** | **Exceptional** |

Captain Chagolla noted in January of 2019 in part, "Lt. Brice has recently developed Action Plans for two under performing Deputy Sheriffs. Those plans outlined the Division's model for improving the report writing of the concerned employees. His discussions with me, about his observations and intended course of action, are now the framework of a larger initiative to improve the quality of District Three reports. His plans include peer mentoring, additional training for the involved Deputies, education, and improved supervisory reviews. His ground work was helpful to me in

AutoRecovery save of BriceEPA.asd.docm

# EXHIBIT Q



# Maricopa County Sheriff's Office
## Employee Performance Appraisal

| Employee ID | Serial # | Name (Last, First) | Class | Appraisal Type |
|---|---|---|---|---|
| 811082397 | S1833 | HUNTER, MATTHEW | 050848 | 12 Month Promotion |

Transfer Evaluation

10/14/2021 2:40:50 PM

| Quality of Supervisory Review/Supervisor Accountability | Exceeds Standards. EIS Examples Required. |
|---|---|

4). Does the supervisor accurately identify and effectively respond to misconduct, through non-disciplinary corrective action, or through the initiation of formal investigation and the disciplinary process?
Answer: Lieutenant Hunter is assigned to the Professional Standards Bureau so reporting/investigating and assessing misconduct is his primary responsibility. Lieutenant Hunter also has a small number of cases assigned to him to investigate. Those cases that have been completed by Lieutenant Hunter have been completed above minimum standards and in compliance with MCSO Policy. The investigations completed by Lieutenant Hunter did not need to be returned for corrections and were completed within a reasonable timeframe on top of his other job responsibilities/duties.

12/27/2021 2:26:34 PM

# EXHIBIT R

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**Notice of overtime pay lawsuit against Maricopa County on behalf of all ~~Patrol~~ Law Enforcement Lieutenants ~~in patrol~~**

**A court authorized this Notice.**

TO:     All current and former lieutenants employed by Maricopa County in ~~the Patrol Bureau East or~~ Patrol ~~Bureau West Division~~ from [insert date when notice is distributed, less three years plus tolling period] ~~January 11, 2020~~ through [insert date notice is distributed] (the "~~Law Enforcement Patrol~~ Lieutenants in patrol"). **[Commented [VJ1]]**

DATE:   [insert date of distribution]

RE:     Fair Labor Standards Act ("FLSA") lawsuit against Maricopa County seeking compensation for unpaid overtime for hours worked by Law Enforcement ~~Patrol~~ Lieutenants in patrol.

*Christopher J. Houck, on behalf of himself and all those similarly situated, v. Maricopa County,* Case No. 2:23-cv-00068-DGC, pending in the United States District Court for the District of Arizona.

**1.    This Notice describes a lawsuit that you are allowed to join.**

The purpose of this Notice is to inform you of the existence of a collective action lawsuit against Maricopa County. The Court has determined that you could~~may~~ be similarly situated to Christopher J. Houck, the Named Plaintiff who brought this case. Therefore, the Court has ordered that this Notice be sent to you, to explain what the lawsuit is about, so that you can decide whether to opt in (join the lawsuit as an FLSA collective action member).

Please note that the Court has not ruled on the merits of the lawsuit. The Court has only ruled that you are entitled to be notified of the existence of the lawsuit so that you can determine (a) how to protect your rights and (b) whether you wish to join the lawsuit.

**2.    The lawsuit seeks to recover overtime pay for Law Enforcement ~~Patrol~~ Lieutenants ~~in uPatrol~~**

Plaintiff Christopher J. Houck ("Plaintiff") brought this action under the Fair Labor Standards Act ("FLSA") alleging that he and other ~~on behalf of himself and all other past and current~~ Law Enforcement ~~Patrol~~ Lieutenants in patrol who worked for Maricopa County for the past three years~~from January 11, 2020 through [insert date notice is distributed]~~. **[Commented [VJ2]]**

~~Plaintiff contends that he and other Patrol Law Enforcement Lieutenants in patrol~~ are owed unpaid overtime under the FLSA. Specifically, Plaintiff alleges that Maricopa County has violated the FLSA by misclassifying ~~improperly classifying~~ Law Enforcement ~~Patrol~~ Lieutenants in patrol as exempt employees who are not entitled to overtime. Plaintiff alleges that he and all employees similarly situated are entitled to recover unpaid overtime pay, liquidated damages (equal to the unpaid overtime pay), pre- and post-judgment interest, attorneys' fees, and costs associated with bringing this lawsuit. This lawsuit is currently in its early stages.

Maricopa County contests all claims that have been asserted, contends that Law Enforcement Lieutenants in patrol were properly classified as exempt, and denies any wrongdoing or liability. **[Commented [VJ3]]**

**3.    How can you exercise your right to join this lawsuit?**

If you worked for Maricopa County as a Law Enforcement ~~Patrol~~ Lieutenant in patrol for one or more workweeks over the past three years~~anytime from January 11, 2020 through [insert date notice is distributed]~~, you may be potentially eligible to ~~choose to~~ join this lawsuit (that is, you may "opt in"). To opt in, you must submit a "Consent to Opt-In to Lawsuit" form. The Consent to Opt-In to Lawsuit form is provided with this Notice. You may join the lawsuit by completing and mailing, emailing, or faxing the enclosed Consent to Opt-In to Lawsuit to [TO BE DETERMINED BY THE COURT]~~Plaintiff's counsel]. It can be returned by mail the following address:~~ **[Commented [VJ4]] [Commented [VJ5]] [Commented [VJ6]]**

~~Ty D. Frankel, Esq.~~

~~YEN PILCH ROBAINA & KRESIN PLC~~

~~6017 N. 15th Street Phoenix, Arizona 85014~~

~~Telephone: (602) 682-6450~~

**Commented [VJ1]:** *See* 29 U.S.C. § 256(b) (under the FLSA, the statute of limitations on putative opt-in plaintiff's claims continues to run until each individual files a written consent to join the action as a party plaintiff); see, also, 29 U.S.C. § 255(a) (two-year statute of limitations for FLSA violations, three years if proven to be willful)

**Commented [VJ2]:** *See Campbell v. City of Los Angeles,* 903 F.3d 1090, 1105 (9th Cir. 2018) (comparing and contrasting class actions under Rule 23 which allow for representative actions with collective actions under the FLSA, stating that collective actions are "not a comparable form of representative action," and stating that "a specific, named representative" is not appropriate to "control the litigation, except as the workers may separately so agree.")

**Commented [VJ3]:** *See* Arguments in Defendant's Response and Opposition to Plaintiff Christopher J. Houck's Motion for Conditional Certification Under the Fair Labor Standards Act at Section II(A)(1).

**Commented [VJ4]:** *See* 29 U.S.C. § 256(b), *supra.*

**Commented [VJ5]:** *See* 29 U.S.C. § 255(a), *supra.*

**Commented [VJ6]:** *See U.S. Dep't of Defense v. Fed. Labor Relations Auth.,* 510 U.S. 487, 501 (1994) (holding that individuals have a privacy interest in not having names and addresses disclosed without their consent); *Lewis v. Wells Fargo & Co.,* 669 F.Supp.2d 1124, 1128 (N.D. Cal. Oct. 26, 2009) (requiring notice by third-party claims administrator).

~~You may also fax the form to (602) 682-6455 to the attention of Ty D. Frankel or email it to TDF@yprklaw.com.~~ The form must be sent to [TO BE DETERMINED BY THE COURT~~the Plaintiff's counsel~~] in sufficient time to have ~~Plaintiff's counsel file~~ it filed with the federal court before 5:00 p.m. Arizona time on [insert date ~~1590~~ days from distribution of notice]. If you fail to return the Consent to Opt-In to Lawsuit form ~~to Plaintiff's counsel~~ in time for it to be filed with the federal court on or before the above deadline, you will not be able to participate in this lawsuit. You are not required to participate.

**Commented [VJ7]:** *See Baden-Winterwood v. Life Time Fitness*, 2006 WL 2225825 (S.D. Ohio, Aug. 2, 2006) (rejecting defendant's proposed 30-day deadline as too short, plaintiff's 60-day deadline as too long, and setting a 45-day notice period)

**4.      The consequences of joining this lawsuit.**

If you decide to join this lawsuit, you may be required to provide information, respond to written questions, appear for a deposition, and/or testify in court. Failure to participate in discovery could result in sanctions against you including dismissal of your claims.  If you return a Consent to Opt-In form to be filed with the Court, you will be bound by the ruling, judgment, or settlement (the final result of the lawsuit), whether favorable or unfavorable.  If you file a "Consent to Opt-In to Lawsuit" form, your continued right to participate in this lawsuit may depend on a later decision by the Court regarding whether you and other potential plaintiffs are "similarly situated" in accordance with applicable law and whether it is appropriate for the case to proceed as a collective action. (that is, whether Plaintiff wins the case against Maricopa County or not), or any settlement of this action. While the suit is proceeding, you may be required to provide information, appear for a deposition, and/or testify in court. Failure to participate in discovery could result in sanctions against you including dismissal of your claims.

If the Plaintiffs lose the lawsuit, you will not receive any money and you may be required to share in liability for payment of attorneys' fees and costs. Plaintiff's attorneys will not charge you directly for their work in this case. If there is no recovery (i.e., if the Plaintiff recovers no money from Maricopa County), you will not have to pay the attorneys for any of their work. If there is a recovery, Plaintiff's counsel is entitled to receive a part of any settlement obtained or money judgment entered in favor of all the members of the collective action. Plaintiff's counsel is also entitled to fees awarded by the Court. Plaintiff's counsel's fees may be subtracted from the recovery obtained from Maricopa County, or they may be paid separately by Maricopa County, or there may be a combination of the two.

If you join this lawsuit, you are choosing to be represented by Plaintiff's counsel and authorizing the Named Plaintiff who brought this case to act as your representative and make decisions and agreements on your behalf concerning the lawsuit. If you sign and return the Consent to Opt-In to Lawsuit form attached to this Notice, you are agreeing to designate the Named Plaintiff in the collective action as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, the entering into a settlement agreement or other resolution of this case, and all other matters pertaining to this lawsuit. These decisions and agreements will then be binding on you.

**5.      The consequences of not joining this lawsuit.**

If you choose not to join this lawsuit, you will not be affected by any judgment in this lawsuit on this FLSA claim, whether favorable or unfavorable. If you choose not to join in this lawsuit, you may file your own lawsuit and select the attorney of your choice. However, if you do not join the lawsuit, you will not be able to receive any money recovered in this lawsuit.

**6.      What happens next?**

The lawsuit will proceed through litigation toward trial, which could take many months or years. If your contact information changes, provide  Plaintiff's counsel updated contact information so they may contact you as necessary (e.g., to update you about the case, to send you money from any settlement or judgment if you opt in, etc.).

**7.      No retaliation permitted.**

Federal law prohibits Maricopa County from retaliating against you in any way (for example, firing you, giving you unfair reviews, cutting your pay, failing to promote you, etc.) for exercising your rights under the FLSA (for example, by deciding to join or not join t joining this lawsuit or by providing evidence in support of Plaintiff).

**8.      Your legal representation if you join.**

If you choose to join this suit, you have the option of being will be represented by the Named Plaintiff. Plaintiff's through his attorneys. They are:

YEN PILCH ROBAINA & KRESIN PLC
6017 N. 15th Street
Phoenix, Arizona 85014
Ty D. Frankel (AZ Bar No. 027179)
TDF@yprklaw.com
Patricia N. Syverson (AZ Bar No. 020191)
PNS@yprklaw.com
Telephone: (602) 682-6450

Defendant's counsel's information is as follows:

FISHER PHILLIPS LLP
3200 N. Central Ave., Suite 1550

---

Commented [VJ8]: *See Whitehorn v. Wolfgang's Steakhouse, Inc.*,767 F.Supp.2d 445, 450 (S.D.N.Y. 2011) (citing *Hoffman-La Roche*, 493 U.S. at 170) ("The overarching policies of the FLSA's collective suit provisions require that the proposed notice provide accurate and timely notice concerning the pendency of the collective action, so that potential plaintiffs can make informed decisions about whether to participate.)

Commented [SSB9]: *See Schiller v. Rite of Passage, Inc.*, 2014 WL 644565 at *6 (D. Ariz. 2014) ("[P]otential class members should be made aware of the possibility of having to pay defendant's attorney's fees if plaintiffs do not prevail.)

Commented [SSB10]: *See Campbell v. City of Los Angeles, supra.*, at 1105.

Commented [SSB11]: *See Campbell v. City of Los Angeles, supra.*, at 1105.

Field Code Changed

Phoenix, AZ 85012
Shayna Balch Santiago (AZ Bar No. 024852)
Lori Guner (AZ Bar No. 031646)
Jacob Valdez (AZ Bar No. 035634)
Telephone: (602) 281-3400

If you want further information about this lawsuit or have questions about the procedure or deadline for filing a "Consent to Opt-In to Lawsuit," please contact Plaintiff's Counsel.

**Formatted:** Spanish (Mexico)

**Commented [SSB12]:** *See Bados Madrid v. Peak Constr., Inc.*, 2009 WL 2983193, at *3 (D. Ariz. 2009) (granting plaintiff's counsel exclusive access to potential collective action members could provide them "an avenue to mislead potential collective members in an attempt to secure their consent to join the lawsuit.")

### 9.      This Notice has been authorized by the Court.

This Notice and its contents have been authorized by the United States District Court for the District of Arizona, the Honorable David G. Campbell presiding. The Court has taken no position regarding the merits of the Plaintiff's claims or of Maricopa County's defenses.