**YEN PILCH ROBAINA & KRESIN PLC**
6017 N. 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Ty D. Frankel (027179)
TDF@yprklaw.com

**YEN PILCH ROBAINA & KRESIN PLC**
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
Telephone: (619) 756-7748
Patricia N. Syverson (020191)
PNS@yprklaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION UNDER THE FAIR LABOR STANDARDS ACT**<br><br>(First Request) |

Plaintiff Christopher J. Houck and Defendant Maricopa County (collectively the "Parties"), by and through their undersigned counsel, hereby submit this stipulation reflecting the Parties' agreement to Plaintiff's request that the Court extend the deadline for Plaintiff's Reply in Support of Plaintiff's Motion for Conditional Certification Under the Fair Labor Standards Act by thirty (30) days up to and including Wednesday, August 23, 2023. Good cause exists for this request. Plaintiff's counsel are founding their own law firm effective August 1, 2023, and as a result, work associated with that transition will impact the timing of when Plaintiff's counsel can work on the Reply. In addition, Plaintiff's

counsel will be traveling during early August, which will impact when Plaintiff's counsel can work on the Reply as well.  And, importantly, Plaintiff's counsel wants time to confer with defense counsel about whether a conditionally certified collective could be stipulated to depending on the scope of the collective and the analysis made by Defendant in its Response.  As such, Plaintiff requests this extension to ensure counsel has adequate time to prepare his Reply and address the complex issues raised in Defendant's response, should the Parties remain unable to reach a stipulation.  Plaintiff respectfully submits that the requested extension is filed in good faith and not for the purposes of delay.  A proposed order is submitted herewith.

DATED: July 21, 2023.

**YEN PILCH ROBAINA & KRESIN PLC**

By  *s/ Ty D. Frankel*
Ty D. Frankel
6017 N. 15th Street
Phoenix, Arizona 85014

**YEN PILCH ROBAINA & KRESIN PLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*


**FISHER & PHILLIPS LLP**

By  *s/ Shayna Balch Santiago (w/ permission)*
Shayna Balch Santiago
Lori A. Guner
Jacob R. Valdez
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487

*Attorneys for Defendant*