IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Maricopa County,<br><br>    Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**[PROPOSED] ORDER** |

Upon the Parties' Stipulation to extend the deadline for Plaintiff's Reply in Support of Plaintiff's Motion for Conditional Certification Under the Fair Labor Standards Act, and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation.  Plaintiff shall have up to and including Wednesday, August 23, 2023 to file his Reply in Support of Plaintiff's Motion for Conditional Certification Under the Fair Labor Standards Act.