**Frankel Syverson** pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION FOR TY D. FRANKEL AND PATRICIA N. SYVERSON** |
| Maricopa County, | |
| Defendant. | |

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned attorneys, Ty D. Frankel and Patricia N. Syverson, hereby notify this Court that effective immediately their new law firm and contact information are as follows:

>Ty D. Frankel
>Frankel Syverson PLLC
>2375 E. Camelback Road, Suite 600
>Phoenix, Arizona 85016
>ty@frankelsyverson.com
>Phone: 602-598-4000
>
>Patricia N. Syverson
>Frankel Syverson PLLC
>9655 Granite Ridge Drive, Suite 200
>San Diego, California 92123
>patti@frankelsyverson.com
>Phone: 602-598-4000

Mr. Frankel and Ms. Syverson will continue to represent the Plaintiff in this case.

DATED: August 3, 2023.

>**FRANKEL SYVERSON PLLC**
>By   *s/Ty D. Frankel*
>Ty D. Frankel
>2375 E. Camelback Road, Suite 600
>Phoenix, Arizona 85016
>
>**FRANKEL SYVERSON PLLC**
>Patricia N. Syverson
>9655 Granite Ridge Drive, Suite 200
>San Diego, California 92123
>
>*Attorneys for Plaintiff*