# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Notice of overtime pay lawsuit against Maricopa County on behalf of all Patrol Lieutenants**

**A court authorized this Notice.**

TO: All current and former lieutenants employed by Maricopa County in ~~the~~ Patrol Bureau East or Patrol Bureau West ~~Division,~~ from January 11, 2020 through [insert date notice is distributed] (the "Patrol Lieutenants").

DATE: [insert date of distribution]

RE: Fair Labor Standards Act ("FLSA") lawsuit against Maricopa County seeking compensation for unpaid overtime for hours worked by Patrol Lieutenants.

*Christopher J. Houck, on behalf of himself and all those similarly situated, v. Maricopa County,* Case No. 2:23-cv-00068-DGC, pending in the United States District Court for the District of Arizona.

**Commented [PS1]:** There is no dispute a 3-year statute of limitations is appropriate here. Further, utilizing the date the complaint was filed as the "notice anchor date" for purposes of notice is most appropriate to ensure the "broadest notice possible" to the putative class members at conditional certification. See *Vega v. All My Sons Bus. Dev., LLC, et al.,* 2022 WL 684380, at *2-3, 5 (D. Ariz. Mar. 8, 2022); *see also Gillespie v. Cracker Barrel Old Country Store Inc.,* 2023 WL 2734459, at *14 (D. Ariz. Mar. 31, 2023).

**1. This Notice describes a lawsuit that you are allowed to join.**

The purpose of this Notice is to inform you of the existence of a collective action lawsuit against Maricopa County. The Court has determined that you could ~~may~~ be similarly situated to Christopher J. Houck, the Named Plaintiff who brought this case. Therefore, the Court has ordered that this Notice be sent to you, to explain what the lawsuit is about, so that you can decide whether to opt in (join the lawsuit as an FLSA collective action member).

Please note that the Court has not ruled on the merits of the lawsuit. The Court has only ruled that you are entitled to be notified of the existence of the lawsuit so that you can determine (a) how to protect your rights and (b) whether you wish to join the lawsuit.

**2. The lawsuit seeks to recover overtime pay for Patrol Lieutenants.**

Plaintiff Christopher J. Houck ("Plaintiff") brought this action under the Fair Labor Standards Act ("FLSA") alleging that he and ~~on behalf of himself and~~ all other past and current Patrol Lieutenants who worked for Maricopa County from January 11, 2020 through [insert date notice is distributed].

Plaintiff contends that he and other Patrol Lieutenants are owed unpaid overtime under the FLSA. Specifically, Plaintiff alleges that Maricopa County has violated the FLSA by improperly classifying Patrol Lieutenants as exempt employees who are not entitled to overtime. Plaintiff alleges that he and all employees similarly situated are entitled to recover unpaid overtime pay, liquidated damages (equal to the unpaid overtime pay), pre- and post-judgment interest, attorneys' fees, and costs associated with bringing this lawsuit. This lawsuit is currently in its early stages.

Maricopa County contests all claims that have been asserted, contends that Patrol Lieutenants were properly classified as exempt, and denies any wrongdoing or liability.

**3. How can you exercise your right to join this lawsuit?**

If you worked for Maricopa County as a Patrol Lieutenant anytime from January 11, 2020 through [insert date notice is distributed], you may choose to join this suit (that is, you may "opt in"). To opt in, you must submit a "Consent to Opt-In to Lawsuit" form. The Consent to Opt-In to Lawsuit form is provided with this Notice. You may join the lawsuit by completing and mailing, or emailing, ~~or faxing~~ the enclosed Consent to Opt-In to Lawsuit to Plaintiff's counsel. It can be returned by mail to the following address:

Ty D. Frankel, Esq.
FRANKEL SYVERSON PLLC ~~YEN PILCH ROBAINA & KRESIN PLC~~
2375 E. Camelback Road, Suite 600 ~~6017 N. 15th Street~~
Phoenix, Arizona 8501 6 ~~4~~
Telephone: (602) 598-4000 ~~682-6450~~

You may also ~~fax~~ email the form ~~to _____ (602) 682-6455~~ to the attention of Ty D. Frankel ~~or email it to~~ at ty@frankelsyverson.com ~~TDF@yprklaw.com~~. The form must be sent to the Plaintiff's counsel in sufficient time to have Plaintiff's counsel file it with the federal court before 5:00 p.m. Arizona time on [insert date 45 ~~90~~ days from distribution of notice]. If you fail to return the Consent to Opt-In to Lawsuit form to Plaintiff's counsel in time for it to be filed with the federal court on or before the

above deadline, you will not be able to participate in this lawsuit. You are not required to participate.

| 4. | The consequences of joining this lawsuit. |

If you return a Consent to Opt-In form to be filed with the Court, you will be bound by the judgment (the final result of the lawsuit), whether favorable or unfavorable (that is, whether Plaintiff wins the case against Maricopa County or not), or any settlement of this action. While the suit is proceeding, you may be required to provide information, respond to written questions, appear for a deposition, and/or testify in court. Failure to participate in discovery could result in sanctions against you including dismissal of your claims, and the County could successfully seek attorneys' fees and costs against you under various circumstances in the case.

Plaintiff's attorneys will not charge you directly for their work in this case. If there is no recovery (i.e., if the Plaintiff recovers no money from Maricopa County), you will not have to pay the attorneys for any of their work. If there is a recovery, Plaintiff's counsel is entitled to receive a part of any settlement obtained or money judgment entered in favor of all the members of the collective action. Plaintiff's counsel is also entitled to fees awarded by the Court. Plaintiff's counsel's fees may be subtracted from the recovery obtained from Maricopa County, or they may be paid separately by Maricopa County, or there may be a combination of the two.

> **Commented [PS2]:** This language is appropriate to explain the contingency arrangement with Plaintiff's counsel and is routinely approved in this District. *See, e.g., Anthony v. Rise Servs., Inc.,* 2022 WL 3042854, at *3 (D. Ariz. Aug. 2, 2022); *Vega v. All My Sons Bus. Dev., LLC, et al.,* 2022 WL 684380, at *5 (D. Ariz. Mar. 8, 2022); *Shoults v. G4S Secure Sol. (USA) Inc.,* Case No. 2:19-cv-02408-GMS, Order dated Aug. 19, 2020 (Doc. 55).

If you join this lawsuit, you are choosing to be represented by Plaintiff's counsel and authorizing the Named Plaintiff who brought this case to act as your representative and make decisions and agreements on your behalf concerning the lawsuit. If you sign and return the Consent to Opt-In to Lawsuit form attached to this Notice, you are agreeing to designate the Named Plaintiff in the collective action as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, the entering into a settlement agreement or other resolution of this case, and all other matters pertaining to this lawsuit. These decisions and agreements will then be binding on you.

> **Commented [PS3]:** As set forth in the proposed Consent Form, by opting into the collective, individuals are agreeing the Plaintiff Houck will represent them in this action. This procedure is proper and has been approved courts in this District. *See, e.g., Anthony v. Rise Servs., Inc.,* 2022 WL 3042854, at *3 (D. Ariz. Aug. 2, 2022); *Vega v. All My Sons Bus. Dev., LLC, et al.,* 2022 WL 684380, at *5 (D. Ariz. Mar. 8, 2022); *Shoults v. G4S Secure Sol. (USA) Inc.,* Case No. 2:19-cv-02408-GMS, Order dated Aug. 19, 2020 (Doc. 55).

| 5. | The consequences of not joining this lawsuit. |

If you choose not to join this lawsuit, you will not be affected by any judgment in this lawsuit on this FLSA claim, whether favorable or unfavorable. If you choose not to join in this lawsuit, you may file your own lawsuit and select the attorney of your choice. However, if you do not join the lawsuit, you will not be able to receive any money recovered in this lawsuit.

| 6. | What happens next? |

The lawsuit will proceed toward trial, which could take many months or years. If your contact information changes, provide Plaintiff's counsel updated contact information so they may contact you as necessary (e.g., to update you about the case, to send you money from any settlement or judgment if you opt in, etc.).

| 7. | No retaliation permitted. |

Federal law prohibits Maricopa County from retaliating against you in any way (for example, firing you, giving you unfair reviews, cutting your pay, failing to promote you, etc.) for exercising your rights under the FLSA (for example, by joining this lawsuit or by providing evidence in support of Plaintiff).

| 8. | Your legal representation if you join. |

If you choose to join this suit, you will be represented by the Named Plaintiff through his attorneys. They are:

> FRANKEL SYVERSON PLLC~~YEN PILCH ROBAINA & KRESIN PLC~~
> 2375 E. Camelback Road, Suite 600
> Phoenix, Arizona 85016
> ~~6017 N. 15th Street~~
> ~~Phoenix, Arizona 85014~~
> Ty D. Frankel (AZ Bar No. 027179)
> ty@frankelsyverson.com
> ~~TDF@yprklaw.com~~
> Patricia N. Syverson (AZ Bar No. 020191)
> patti@frankelsyverson.com ~~PNS@yprklaw.com~~
> Telephone: (602) 598-4000~~682-6450~~

> **Commented [PS4]:** The County's proposed edits to this section were simply inaccurate and confusing. The language included in this section has been routinely approved by courts in this District. *See, e.g., Anthony v. Rise Servs., Inc.,* 2022 WL 3042854, at *3 (D. Ariz. Aug. 2, 2022); *Vega v. All My Sons Bus. Dev., LLC, et al.,* 2022 WL 684380, at *5 (D. Ariz. Mar. 8, 2022); *Shoults v. G4S Secure Sol. (USA) Inc.,* Case No. 2:19-cv-02408-GMS, Order dated Aug. 19, 2020 (Doc. 55).

If you want further information about this lawsuit or have questions about the procedure or deadline for filing a "Consent to Opt-In to Lawsuit," please contact Plaintiff's Counsel.

| 9. | This Notice has been authorized by the Court. |

This Notice and its contents have been authorized by the United States District Court for the District of Arizona, the Honorable David G. Campbell presiding. The Court has taken no position regarding the merits of the Plaintiff's claims or of Maricopa County's defenses.