# Frankel Syverson pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Maricopa County,<br><br>        Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Plaintiff Christopher J. Houck, through undersigned counsel, hereby notifies the Court that he served Plaintiff's Initial Disclosure Statement upon counsel for Defendant by U.S. Mail and e-mail on December 4, 2023.

DATED: December 4, 2023.

**FRANKEL SYVERSON PLLC**
By ___s/Patricia N. Syverson___
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*

2