1
2
3
**Frankel Syverson** pllc
4  FRANKEL SYVERSON PLLC
   2375 E. Camelback Road, Suite 600
5  Phoenix, Arizona 85016
   602-598-4000
6  Ty D. Frankel (027179)
   ty@frankelsyverson.com
7
   9655 Granite Ridge Drive, Suite 200
8  San Diego, California 92123
   602-598-4000
9  Patricia N. Syverson (020191)
   patti@frankelsyverson.com
10
   *Attorneys for Plaintiffs*
11

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Maricopa County, | |
| Defendant. | |

1  Plaintiff Christopher J. Houck, through undersigned counsel, hereby notifies the
2  Court that he served Plaintiff's First Set of Non-Uniform Interrogatories to Defendant and
3  First Requests for Production of Documents To Defendant upon counsel for Defendant by
4  U.S. Mail and e-mail on December 6, 2023.

5  DATED: December 6, 2023.

**FRANKEL SYVERSON PLLC**
By  *s/Patricia N. Syverson*
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*

2