AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**

**DUE DATE:**

**TRANSCRIPT ORDER**

| 1. NAME Lori A. Guner | 2. PHONE NUMBER 602-281-3413 | 3. DATE December 11, 2023 |
|---|---|---|

| 4. FIRM NAME Fisher & Phillips LLP |
|---|

| 5. MAILING ADDRESS 3200 N. Central Ave., Ste. 1550 | 6. CITY Phoenix | 7. STATE Arizona | 8. ZIP CODE 85012 |
|---|---|---|---|

| 9. CASE NUMBER 2:23-cv-00068-DGC | 10. JUDGE David G. Campbell | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 12/05/2023 | 12. |

| 13. CASE NAME Christopher Houck v. Maricopa County | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE Arizona |

16. ORDER FOR

☐ APPEAL        ☐ CRIMINAL            ☐ CRIMINAL JUSTICE ACT        ☐ BANKRUPTCY
☐ NON-APPEAL   ☑ CIVIL              ☐ IN FORMA PAUPERIS           ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | Scheduling Conference | 12/05/2023 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | | |
| 14-Day Transcript | ☐ | ☐ | | ☐ PAPER COPY | |
| 7-Day (Expedited) | ☑ | ☐ | | | |
| 3 -Day Transcript | ☐ | ☐ | | ☑ PDF (e-mail) | |
| Next-Day (Daily) | ☐ | ☐ | | | |
| 2-Hour (Hourly) | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| Realtime Transcript | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS lguner@fisherphillips.com |
|---|---|
| 19. SIGNATURE /s/ Lori A. Guner | **NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE 12/11/2023 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY