**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Maricopa County, | |
| Defendant. | |

| | |
|---|---|
| 1 | Plaintiff Christopher J. Houck, through undersigned counsel, hereby notifies the Court that he served Plaintiff's First Supplemental Disclosure Statement upon counsel for Defendant by U.S. Mail and e-mail on December 11, 2023. |

DATED: December 11, 2023.

**FRANKEL SYVERSON PLLC**
By   *s/ Ty D. Frankel*
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

**FRANKEL SYVERSON PLLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*