Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant Maricopa County served a copy of its Initial Disclosure Statement on Plaintiff via email on December 11, 2023 and via mail on December 12, 2023.

DATED this 12th day of December 2023.

                    FISHER & PHILLIPS LLP


                    By  /s/ Lori A. Guner
                         Shayna Balch Santiago
                         Lori A. Guner
                         Jacob R. Valdez
                         3200 N. Central Avenue, Suite 1550
                         Phoenix, Arizona 85012-2487
                         Attorneys for Defendants

FP 49016500.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ Dino Mehinovic

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 49016500.1