Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
**FISHER & PHILLIPS LLP**
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Maricopa County,<br><br>    Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendant Maricopa County ("Defendant") served copies of the following discovery requests on counsel for Plaintiff and Opt-Ins via email and mail on January 31, 2024: Defendant's First Set of Non-Uniform Interrogatories to Plaintiff Houck; Defendant's First Set of Requests for Production of Documents to Plaintiff Houck; and Defendants First Set of Requests for Admission to Plaintiff Houck.

Defendant also served copies of Defendant's First Set of Non-Uniform Interrogatories to Donald Rosenberger, Defendant's First Set of Non-Uniform Interrogatories to Jonathan Halverson, Defendant's First Set of Non-Uniform Interrogatories to David Scott Keller, Defendant's First Set of Non-Uniform Interrogatories to Jerry Vance, Defendant's First Set of Non-Uniform Interrogatories to

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

Andrew Rankin, Defendant's First Set of Non-Uniform Interrogatories to Jason Thomas, Defendant's First Set of Non-Uniform Interrogatories to Matthew Hunter, Defendant's First Set of Non-Uniform Interrogatories to Benjamin Freeman, Defendant's First Set of Non-Uniform Interrogatories to Alden Jackson, Defendant's First Set of Non-Uniform Interrogatories to Ryan Neville, and Defendant's First Set of Non-Uniform Interrogatories to Todd Brice on counsel for Plaintiff and Opt-Ins via email and mail on January 31, 2024;

Defendant also served copies of Defendant's First Set of Requests for Admission to Donald Rosenberger, Defendant's First Set of Requests for Admission to Jonathan Halverson, Defendant's First Set of Requests for Admission to David Scott Keller, Defendant's First Set of Requests for Admission to Jerry Vance, Defendant's First Set of Requests for Admission to Andrew Rankin, Defendant's First Set of Requests for Admission to Jason Thomas, Defendant's First Set of Requests for Admission to Matthew Hunter, Defendant's First Set of Requests for Admission to Benjamin Freeman, Defendant's First Set of Requests for Admission to Alden Jackson, Defendant's First Set of Requests for Admission to Ryan Neville, and Defendant's First Set of Requests for Admission to Todd Brice on counsel for Plaintiff and Opt-Ins via email and mail on February 1, 2024;.

Defendant also served copies of Defendant's First Set of Requests for Production of Documents to Donald Rosenberger; Defendant's First Set of Requests for Production of Documents to Jonathan Halverson; Defendant's First Set of Requests for Production of Documents to David Scott Keller; Defendant's First Set of Requests for Production of Documents to Jerry Vance; Defendant's First Set of Requests for Production of Documents to Andrew Rankin; Defendant's First Set of Requests for Production of Documents to Jason Thomas; Defendant's First Set of Requests for Production of Documents to Matthew Hunter; Defendant's First Set of Requests for Production of Documents to Benjamin Freeman; Defendant's First Set of Requests for Production of Documents to Alden Jackson; Defendant's First Set of Requests for Production of

FP 49562528.1

Documents to Ryan Neville; and Defendant's First Set of Requests for Production of Documents to Todd Brice on counsel for Plaintiff and Opt-Ins via email and mail on February 2, 2024.

DATED this 22nd day of February 2024.

FISHER & PHILLIPS LLP

By  /s/ Lori A. Guner
        Shayna Balch Santiago
        Lori A. Guner
        Jacob R. Valdez
        3200 N. Central Avenue, Suite 1550
        Phoenix, Arizona 85012-2487
        Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 49562528.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 49562528.1