# Frankel Syverson pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Maricopa County,<br><br>        Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**OPT-IN PLAINTIFF MATTHEW HUNTER'S NOTICE OF WITHDRAWAL OF CONSENT FORM WITHOUT PREJUDICE** |

Opt-In Plaintiff Matthew Hunter, through undersigned counsel, hereby notifies the Court that he is withdrawing his Consent to Opt-In to Lawsuit (Doc. 8) without prejudice.

DATED: April 5, 2024.

**FRANKEL SYVERSON PLLC**
By ___*s/Patricia N. Syverson*___
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*