**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Maricopa County,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Plaintiff Christopher J. Houck, through undersigned counsel, hereby notifies the Court that he served the documents listed below upon counsel for Defendant by U.S. Mail and e-mail on April 5, 2024.

- Plaintiff Houck's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Plaintiff Houck's Responses To Defendant's First Set Of Requests For Production Of Documents
- Plaintiff Houck's Responses To Defendant's First Set Of Requests for Admission
- Plaintiff's Second Supplemental Disclosure Statement
- Opt-In Plaintiff Todd Brice's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff Benjamin Freeman's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff Jonathan Halverson's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff Alden Jackson's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff David Scott Keller's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff Ryan Neville's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff Andrew Rankin's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff Donald Rosenberger's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff Jason Thomas's Responses To Defendant's First Set Of Non-Uniform Interrogatories

- Opt-In Plaintiff Jerry Vance's Responses To Defendant's First Set Of Non-Uniform Interrogatories
- Opt-In Plaintiff Todd Brice's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Benjamin Freeman's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Jonathan Halverson's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Alden Jackson's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff David Scott Keller's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Ryan Neville's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Andrew Rankin's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Donald Rosenberger's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Jason Thomas's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Jerry Vance's Responses To Defendant's First Set Of Requests For Production Of Documents
- Opt-In Plaintiff Todd Brice's Responses To Defendant's First Set Of Requests for Admission
- Opt-In Plaintiff Benjamin Freeman's Responses To Defendant's First Set Of Requests for Admission
- Opt-In Plaintiff Jonathan Halverson's Responses To Defendant's First Set Of Requests for Admission

- Opt-In Plaintiff Alden Jackson's Responses To Defendant's First Set Of Requests for Admission
- Opt-In Plaintiff David Scott Keller's Responses To Defendant's First Set Of Requests for Admission
- Opt-In Plaintiff Ryan Neville's Responses To Defendant's First Set Of Requests for Admission
- Opt-In Plaintiff Andrew Rankin's Responses To Defendant's First Set Of Requests for Admission
- Opt-In Plaintiff Donald Rosenberger's Responses To Defendant's First Set Of Requests for Admission
- Opt-In Plaintiff Jason Thomas's Responses To Defendant's First Set Of Requests for Admission
- Opt-In Plaintiff Jerry Vance's Responses To Defendant's First Set Of Requests for Admission

DATED: April 5, 2024.

**FRANKEL SYVERSON PLLC**
By   *s/Patricia N. Syverson*
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*