# Frankel Syverson pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | **OPT-IN PLAINTIFF KELLY BOCARDO'S NOTICE OF WITHDRAWAL OF CONSENT FORM WITHOUT PREJUDICE** |
| v. | |
| Maricopa County, | |
| Defendant. | |

Opt-In Plaintiff Kelly Bocardo, through undersigned counsel, hereby notifies the Court that she is withdrawing her Consent to Opt-In to Lawsuit (Doc. 18) without prejudice.

DATED: June 6, 2024.

**FRANKEL SYVERSON PLLC**
By   *s/Patricia N. Syverson*
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*