**Frankel Syverson** pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | **NOTICE OF DEPOSITION** |
| v. | |
| Maricopa County, | |
| Defendant. | |

1   Please take notice that pursuant to Federal Rule of Civil Procedure 30,
2  Plaintiff Christopher J. Houck, by his attorney, will take the deposition of the person named
3  below, upon oral examination by stenographic means, at the time and place stated below
4  before an officer authorized by law to administer oaths.

5  PERSON TO BE EXAMINED:       **Captain John Bailey**
6  DATE AND TIME OF DEPOSITION: **August 8, 2024 at 9:30 a.m. [AZ]**
7  METHOD OF RECORDING:         **Stenographer**
8  PLACE OF DEPOSITION:         **Griffin Group International**
                                **3200 E. Camelback Road, Suite 177**
9                               **Phoenix, Arizona 85018**

10
        DATED: July 10, 2024.
11

12                              **FRANKEL SYVERSON PLLC**
                                By     *s/Ty D. Frankel*
13                              Ty D. Frankel
                                2375 E. Camelback Road, Suite 600
14                              Phoenix, Arizona 85016

15                              **FRANKEL SYVERSON PLLC**
                                Patricia N. Syverson
16                              9655 Granite Ridge Drive, Suite 200
                                San Diego, California 92123
17
                                *Attorneys for Plaintiff*
18

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendants:

Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com

    *s/David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 10th day of July 2024, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

    *s/David J. Streyle*
David J. Streyle