```
Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**STIPULATED MOTION TO EXTEND REMAINING CASE DEADLINES**<br><br>**(First Request)** |

Plaintiff Christopher J. Houck and Defendant Maricopa County hereby stipulate, agree, and respectfully request an extension to the remaining case deadlines by approximately six-months (180 days). This is the first request to extend the case deadlines.

Good cause exists for the requested extension. Plaintiff Houck has filed this lawsuit as a collective action under the FLSA. In addition to Plaintiff Houck, twenty-two individuals opted in. This is a complex case with a tremendous amount of records and data. Defendant has produced approximately 18,000 pages of records, including voluminous payroll records for the opt-ins. Plaintiff has similarly produced over 700 pages of records. The parties have also been actively engaging in meet and confer efforts regarding the exchange and discovery of additional voluminous records and data,

including significant ESI issues. Defendant also needs additional time to review Plaintiff Houck and the opt-ins' damages computations, which Plaintiff has indicated will be supplemented in his forthcoming disclosures, in order to prepare its expert damages report.

In light of the foregoing, the parties respectfully submit that an approximately six-month extension is warranted for the parties to continue their meet and conferral efforts, review supplemental damages computations, exchange additional records, take depositions, conduct further discovery as necessary, and prepare expert damages disclosures. Accordingly, the parties respectfully request that the remaining deadlines in this case be extended by approximately 180 days, as follows:

| **Description of Deadline** | **Present Deadline** | **Requested Extension** |
|---|---|---|
| Deadline for completion of fact discovery (including discovery by subpoena) | 9/29/24 | **04/04/25** |
| Defendant's deadline to provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) | 7/26/24 | **01/31/25** |
| Plaintiff's rebuttal expert disclosure deadline | 8/16/24 | **02/21/25** |
| Deadline for completion of expert depositions | 9/27/24 | **03/28/25** |
| Deadline to file dispositive motions | 10/25/24 | **04/25/25** |
| Deadline to engage in good faith settlement talks | 8/9/24 | **02/14/25** |
| Deadline to exchange two-page letters describing anticipated motions for summary judgment and responses | 9/20/24 | **03/21/25** |

2

FP 51623724.1

The remaining provisions of the current Case Management Order (Doc. 48) would remain in effect. The parties submit that the request for extension is made in good faith, will not unfairly prejudice any party, and is not made for the purpose of delay.

DATED this 26th day of July 2024.

FISHER & PHILLIPS LLP

By  s/ *Jacob R. Valdez*
   Shayna Balch Santiago
   Lori A. Guner
   Jacob R. Valdez
   3200 N. Central Avenue, Suite 1550
   Phoenix, Arizona 85012-2487
   Attorneys for Defendants

FRANKEL SYVERSON PLLC

By  s/ *Ty D. Frankel (w/ permission)*
   Ty D. Frankel
   2375 E. Camelback Road, Suite 600
   Phoenix, Arizona 85016

   Patricia N. Syverson
   9655 Granite Ridge Drive, Suite 200
   San Diego, California 92123
   Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ *Itzel Cano*

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

4

FP 51623724.1