# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>    Defendant. | No. 2:23-cv-00068-DGC<br><br>**[Proposed] ORDER** |

  Before the Court is the parties' Stipulated Motion to Extend Remaining Case Deadlines (Doc. 68). Good cause appearing,

  **IT IS ORDERED** granting the parties' Stipulated Motion to Extend Remaining Case Deadlines at Doc. 68;

  **IT IS FURTHER ORDERED** extending the remaining case deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Deadline for completion of fact discovery (including discovery by subpoena) | **04/04/25** |
| Defendant's deadline to provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) | **01/31/25** |
| Plaintiff's rebuttal expert disclosure deadline | **02/21/25** |

FP 51624523.1

| | |
|---|---|
| Deadline for completion of expert depositions | **03/28/25** |
| Deadline to file dispositive motions | **04/25/25** |
| Deadline to engage in good faith settlement talks | **02/14/25** |
| Deadline to exchange two-page letters describing anticipated motions for summary judgment and responses | **03/21/25** |

**IT IS FURTHER ORDERED** that the remaining provisions in the Case Management Order at Doc. 48 remain in effect.

FP 51624523.1