# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>Defendant. | No. CV-23-00068-PHX-DGC<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion to Extend Remaining Case Deadlines. Doc.68. Good cause appearing,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Remaining Case Deadlines. Doc. 68.

**IT IS FURTHER ORDERED** extending the remaining case deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Deadline for completion of fact discovery (including discovery by subpoena) | **04/04/25** |
| Defendant's deadline to provide full and complete expert disclosures, as required by Rule 26(a)(2)(A)-(C) | **01/31/25** |
| Plaintiff's rebuttal expert disclosure deadline | **02/21/25** |

| Deadline for completion of expert depositions | **03/28/25** |
|---|---|
| Deadline to file dispositive motions | **04/25/25** |
| Deadline to engage in good faith settlement talks | **02/14/25** |
| Deadline to exchange two-page letters describing anticipated motions for summary judgment and responses | **03/21/25** |

The parties are advised that the Court will not grant further extensions absent truly extraordinary circumstances. The parties are further advised that they should contact the Court promptly upon reaching an impasse on any discovery issue. The Court will not grant further extensions due to time lost in discovery disagreements.

**IT IS FURTHER ORDERED** that the remaining provisions in the Case Management Order at Doc. 48 remain in effect.

Dated this 30th day of July, 2024.

David G. Campbell
Senior United States District Judge