Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL DISCLOSURE STATEMENTS** |

NOTICE IS HEREBY GIVEN that Defendant Maricopa County ("Defendant") served (1) a copy of Defendant's First Supplemental Rule 26(a)(1) Disclosure Statement on counsel for Plaintiff via email and mail on June 7, 2024; (2) a copy of Defendant's Second Supplemental Rule 26(a)(1) Disclosure Statement on counsel for Plaintiff via email and mail on June 21, 2024; and (3) a copy of Defendant's Third Supplemental Rule 26(a)(1) Disclosure Statement on counsel for Plaintiff via email and mail on August 16, 2024.

DATED this 18th day of September 2024.

FISHER & PHILLIPS LLP

By  s/ *Lori A. Guner*
      Shayna Balch Santiago

Lori A. Guner
Jacob R. Valdez
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ *Itzel Cano*