UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>Maricopa County,<br><br>            Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S MOTION TO QUASH SUBPOENAS SERVED ON THIRD PARTY ENTITIES** |

Good cause appearing, the Court grants Plaintiff's motion to quash subpoenas served on third party entities.