Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SIXTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant Maricopa County ("Defendant") served a copy of Defendant's Sixth Supplemental Rule 26(a)(1) Disclosure Statement on counsel for Plaintiff via email and mail on October 7, 2024.

DATED this 7th day of October 2024.

                                      FISHER & PHILLIPS LLP

                                      By  s/ *Lori A. Guner*
                                          Shayna Balch Santiago
                                          Lori A. Guner
                                          Jacob R. Valdez
                                          3200 N. Central Avenue, Suite 1550
                                          Phoenix, Arizona 85012-2487
                                          Attorneys for Defendants

FP 52515593.1

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ *Itzel Cano*

2

FP 52515593.1