**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH SUBPOENAS SERVED ON THIRD PARTY ENTITIES**<br><br>(First Request) |

1. Plaintiff Christopher J. Houck and Defendant Maricopa County (collectively the "Parties"), by and through their undersigned counsel, hereby submit this stipulation reflecting the Parties' agreement to Plaintiff's request that the Court extend the deadline for Plaintiff's Reply in Support of Plaintiff's Motion to Quash Subpoenas Served On Third Party Entities by ten (10) days up to and including Friday, October 25, 2024. Good cause exists for this request. Plaintiff's counsel have personal conflicts and professional conflicts in other matters including scheduled depositions and mediation, which impact the timing of when Plaintiff's counsel can work on the Reply. Plaintiff requests this extension to ensure counsel has adequate time to prepare his Reply. Plaintiff respectfully submits that the requested extension is filed in good faith and not for the purposes of delay. A proposed order is submitted herewith.

DATED: October 11, 2024.

**FRANKEL SYVERSON PLLC**
By   *s/Ty D. Frankel*
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

**FRANKEL SYVERSON PLLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*

**FISHER & PHILLIPS LLP**

By   *s/Shayna Balch Santiago (w/permission)*
Shayna Balch Santiago
Lori A. Guner
Jacob R. Valdez
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487

*Attorneys for Defendant*

1