**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>           Plaintiff,<br><br>      v.<br><br>Maricopa County,<br><br>           Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**[PROPOSED] ORDER** |

Upon the Parties' Stipulation to extend the deadline for Plaintiff's Reply in Support of Plaintiff's Motion to Quash Subpoenas Served On Third Parties, and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation.  Plaintiff shall have up to and including Friday, October 25, 2024 to file his Reply in Support of Plaintiff's Motion to Quash Subpoenas Served on Third Parties.