Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT** |

NOTICE IS HEREBY GIVEN that Defendant Maricopa County ("Defendant") served a copy of Defendant's Second Supplemental Response to Plaintiff's First Request for Production of Documents to Defendant on counsel for Plaintiff via email and U.S mail on October 15, 2024.

DATED this 15th day of October 2024.

        FISHER & PHILLIPS LLP

        By  s/ *Lori A. Guner*
           Shayna Balch Santiago
           Lori A. Guner
           Jacob R. Valdez
           3200 N. Central Avenue, Suite 1550
           Phoenix, Arizona 85012-2487
           Attorneys for Defendants

FP 52592783.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

    s/ *Itzel Cano*

2

FP 52592783.1