1
2
3
**FRANKEL SYVERSON PLLC**
4  2375 E. Camelback Road, Suite 600
   Phoenix, Arizona 85016
5  602-598-4000
   Ty D. Frankel (027179)
6  ty@frankelsyverson.com

7  9655 Granite Ridge Drive, Suite 200
   San Diego, California 92123
8  602-598-4000
   Patricia N. Syverson (020191)
9  patti@frankelsyverson.com

10 *Attorneys for Plaintiff*

11

12                    **UNITED STATES DISTRICT COURT**

13                         **DISTRICT OF ARIZONA**

14 | Christopher J. Houck, on behalf of himself | Case No. 2:23-cv-00068-DGC
15 | and all those similarly situated,

16 |             Plaintiff,                    | **FIRST AMENDED NOTICE OF**
                                                | **DEPOSITION**
17 |        v.

18 | Maricopa County,
19
20 |             Defendant.

21

22

23

24

25

26

27

28

- 1 -

1  Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2  Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3  upon oral examination by stenographic means, at the time and place stated below before
4  an officer authorized by law to administer oaths.

5  PERSON TO BE EXAMINED:        **Captain John Bailey**
6  DATE AND TIME OF DEPOSITION:  **November 13, 2024 at 9:30 a.m. [AZ]**
7  METHOD OF RECORDING:          **Stenographer**
8  PLACE OF DEPOSITION:          **Griffin Group International**
                                 **3200 E. Camelback Road, Suite 177**
9                                **Phoenix, Arizona 85018**

10                               **\*The deponent, the attorneys, and the court**
                                 **reporter will each appear remotely, per the**
11                               **agreement of the parties, via the audiovisual**
                                 **application, Zoom**
12

13  *Every remote location will need access to a webcam or a computer/laptop with a
14  built-in webcam.  Also, each party will need to download the Zoom app, which can be
15  accessed at https://zoom.us/signup.  Prior to the deposition, the court reporter will provide
16  each participant with an invitation to join the deposition, which can be accepted via the
17  link sent by the court reporter.

18  DATED:  October 17, 2024.

19                                              **FRANKEL SYVERSON PLLC**
                                                By   *s/Patricia N. Syverson*
20                                              Patricia N. Syverson
                                                9655 Granite Ridge Drive, Suite 200
21                                              San Diego, California 92123

22                                              **FRANKEL SYVERSON PLLC**
                                                Ty D. Frankel
23                                              2375 E. Camelback Road, Suite 600
                                                Phoenix, Arizona 85016
24
                                                *Attorneys for Plaintiff*
25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2024, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendants:

Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com

    *s/David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 17th day of October 2024, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

    *s/David J. Streyle*
David J. Streyle