Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**STIPULATED MOTION TO EXTEND THE DECERTIFICATION MOTION DEADLINE**<br><br>**(First Request)** |

Plaintiff Christopher J. Houck and Defendant Maricopa County hereby stipulate, agree, and respectfully request an extension to the decertification motion deadline by six months in accordance with the remaining case deadlines, up to and including **April 25, 2025**. As explained in further detail below, the decertification motion deadline was inadvertently excluded from the parties' prior stipulated motion to extend the case deadlines by six months, which the Court granted.

Good cause exists for the requested extension. On July 26, 2024, the parties filed a Stipulated Motion to Extend Remaining Case Deadlines at Doc. 68 (the "Stipulated Motion"). In the Stipulated Motion, the parties requested an approximate six-month extension to all remaining case deadlines so that the parties could continue their meet and confer efforts related to ESI issues and the exchange and discovery of voluminous

FP 52699315.1 redline

records and data. Furthermore, as indicated in the Stipulated Motion, Defendant required additional time to review Plaintiffs' damages computations, as Plaintiffs had indicated that their damages computations would be supplemented in forthcoming disclosures. In the Stipulated Motion, the parties explained that they would use the additional time to continue meeting and conferring, reviewing supplemental damages computations, exchanging additional records, taking depositions, conducting further discovery as necessary, and preparing expert damages disclosures.

The Court granted the Stipulated Motion in its Order at Doc. 69, extending the case deadlines by approximately six months. However, because the decertification motion deadline was inadvertently excluded from the Stipulated Motion, the decertification motion deadline was not extended along with the remaining case deadlines by the Court's Order at Doc. 69.

Relevant case law provides that decertification motions typically come at or after the close of relevant discovery. See *Campbell v. City of Los Angeles*, 903 F.3d 1090, 1109 (9th Cir. 2018) ("Assuming the collective action has survived [this] earlier scrutiny [i.e., preliminary certification], the second stage will come at or after the close of relevant discovery" when the employer moves for "decertification" of the collective action.). The Court's original Case Management Order at Doc. 48 set the fact discovery deadline for September 29, 2024 and the decertification motion deadline one month later, at October 25, 2024.

Accordingly, for the foregoing reasons, the parties request that the decertification motion deadline be extended in accordance with the remaining case deadlines, up to and including **April 25, 2025**, which is six months from the original October 25, 2024 decertification motion deadline.

/ / /

/ / /

/ / /

/ / /

2

FP 52699315.1 redline

1   DATED this 24th day of October 2024.

2                                 FISHER & PHILLIPS LLP

By  s/ *Lori Guner*
    Shayna Balch Santiago
    Lori A. Guner
    Jacob R. Valdez
    3200 N. Central Avenue, Suite 1550
    Phoenix, Arizona 85012-2487
    Attorneys for Defendants

FRANKEL SYVERSON PLLC

By  s/ *Ty Frankel* (with permission)
    Ty D. Frankel
    2375 E. Camelback Road, Suite 600
    Phoenix, Arizona 85016

    Patricia N. Syverson
    9655 Granite Ridge Drive, Suite 200
    San Diego, California 92123
    Attorneys for Plaintiff

FP 52699315.1 redline

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ *Christine Logan*

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

4

FP 52699315.1 redline