# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>    Defendant. | No. 2:23-cv-00068-DGC<br><br>**ORDER** |

   Before the Court is the parties' Stipulated Motion to Extend the Decertification Motion Deadline (Doc. 83). Good cause appearing,

   **IT IS ORDERED** granting the parties' Stipulated Motion to Extend the Decertification Motion Deadline at Doc. 83;

   **IT IS FURTHER ORDERED** extending the decertification motion deadline to April 25, 2025.