# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>　　　　　　　Defendant. | No. CV-23-0068-PHX-DGC<br><br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion to Extend the Decertification Motion Deadline. Doc. 83.

**IT IS ORDERED** the parties' Stipulated Motion to Extend the Decertification Motion Deadline (Doc. 83) is **granted**.

**IT IS FURTHER ORDERED** extending the decertification motion deadline to **April 25, 2025**.

Dated this 31st day of October, 2024.

_David G. Campbell_
David G. Campbell
Senior United States District Judge