1
2
3
4  **FRANKEL SYVERSON PLLC**
   2375 E. Camelback Road, Suite 600
5  Phoenix, Arizona 85016
   602-598-4000
6  Ty D. Frankel (027179)
   ty@frankelsyverson.com
7  9655 Granite Ridge Drive, Suite 200
   San Diego, California 92123
8  602-598-4000
   Patricia N. Syverson (020191)
9  patti@frankelsyverson.com

10 *Attorneys for Plaintiff*

11

12                    **UNITED STATES DISTRICT COURT**

13                           **DISTRICT OF ARIZONA**

14 | | |
15 Christopher J. Houck, on behalf of himself | Case No. 2:23-cv-00068-DGC
   and all those similarly situated,
16
              Plaintiff,                      | **NOTICE OF DEPOSITION**
17
        v.
18
   Maricopa County,
19
              Defendant.
20
21

- 1 -

1    Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2  Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3  upon oral examination by stenographic means, at the time and place stated below before
4  an officer authorized by law to administer oaths.

5  PERSON TO BE EXAMINED:          **Captain Larry Kratzer**
6  DATE AND TIME OF DEPOSITION:    **February 19, 2025 at 1:30 p.m. [AZ]**
7  METHOD OF RECORDING:            **Stenographer**
8  PLACE OF DEPOSITION:            **Griffin Group International**
                                   **3200 E. Camelback Road, Suite 177**
9                                  **Phoenix, Arizona 85018**

                                   **\*The deponent, the attorneys, and the court**
                                   **reporter will each appear remotely, per the**
                                   **agreement of the parties, via the audiovisual**
                                   **application, Zoom**

13   *Every remote location will need access to a webcam or a computer/laptop with a
14  built-in webcam.  Also, each party will need to download the Zoom app, which can be
15  accessed at https://zoom.us/signup.  Prior to the deposition, the court reporter will provide
16  each participant with an invitation to join the deposition, which can be accepted via the
17  link sent by the court reporter.

19    DATED:  January 13, 2025.

                                   **FRANKEL SYVERSON PLLC**
                                   By    *s/Ty D. Frankel*
                                   Ty D. Frankel
                                   2375 E. Camelback Road, Suite 600
                                   Phoenix, Arizona 85016

                                   **FRANKEL SYVERSON PLLC**
                                   Patricia N. Syverson
                                   9655 Granite Ridge Drive, Suite 200
                                   San Diego, California 92123

                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com

　　　*s/David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 13th day of January 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

　　　*s/David J. Streyle*
David J. Streyle