**Frankel Syverson** pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | **NOTICE OF DEPOSITION** |
| v. | |
| Maricopa County, | |
| Defendant. | |

1   Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2   Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3   upon oral examination by stenographic means, at the time and place stated below before
4   an officer authorized by law to administer oaths.

5   PERSON TO BE EXAMINED:          **Captain Brian Stutsman**
6   DATE AND TIME OF DEPOSITION:    **February 20, 2025 at 1:30 p.m. [AZ]**
7   METHOD OF RECORDING:            **Stenographer**
8   PLACE OF DEPOSITION:            **Griffin Group International**
                                    **3200 E. Camelback Road, Suite 177**
9                                   **Phoenix, Arizona 85018**

                                    **\*The deponent, the attorneys, and the court reporter will each appear remotely, per the agreement of the parties, via the audiovisual application, Zoom**

    *Every remote location will need access to a webcam or a computer/laptop with a built-in webcam.  Also, each party will need to download the Zoom app, which can be accessed at https://zoom.us/signup.  Prior to the deposition, the court reporter will provide each participant with an invitation to join the deposition, which can be accepted via the link sent by the court reporter.

    DATED:  January 13, 2025.

                                    **FRANKEL SYVERSON PLLC**
                                    By   *s/Ty D. Frankel*
                                    Ty D. Frankel
                                    2375 E. Camelback Road, Suite 600
                                    Phoenix, Arizona 85016

                                    **FRANKEL SYVERSON PLLC**
                                    Patricia N. Syverson
                                    9655 Granite Ridge Drive, Suite 200
                                    San Diego, California 92123

                                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com

     *s/David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 13th day of January 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

     *s/David J. Streyle*
David J. Streyle

- 3 -