**Frankel Syverson** pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | **NOTICE OF DEPOSITION** |
| v. | |
| Maricopa County, | |
| Defendant. | |

1  Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2  Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3  upon oral examination by stenographic means, at the time and place stated below before
4  an officer authorized by law to administer oaths.

5  PERSON TO BE EXAMINED:  **Keely Farrow**

6  DATE AND TIME OF DEPOSITION:  **February 25, 2025 at 9:00 a.m. [AZ]**

7  METHOD OF RECORDING:  **Stenographer**

8  PLACE OF DEPOSITION:  **Griffin Group International**
   **3200 E. Camelback Road, Suite 177**
9  **Phoenix, Arizona 85018**

11  DATED: January 13, 2025.

12  **FRANKEL SYVERSON PLLC**
13  By   *s/Ty D. Frankel*
    Ty D. Frankel
14  2375 E. Camelback Road, Suite 600
    Phoenix, Arizona 85016
15
    **FRANKEL SYVERSON PLLC**
16  Patricia N. Syverson
    9655 Granite Ridge Drive, Suite 200
17  San Diego, California 92123

18  *Attorneys for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com

     *s/David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 13th day of January 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

     *s/David J. Streyle*
David J. Streyle