Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendant Maricopa County served copies of the following discovery requests on counsel for Plaintiff and Opt-Ins via email and mail on February 18, 2025: Defendant's First Set of Non-Uniform Interrogatories to Rudy Acosta; Defendant's First Set of Requests for Production of Documents to Rudy Acosta; and Defendant's First Set of Requests for Admission to Rudy Acosta.

//

//

FP 49562528.1

1  DATED this 18th day of February 2025.

                    FISHER & PHILLIPS LLP

                    By  s/ Jacob R. Valdez
                        Shayna Balch Santiago
                        Lori A. Guner
                        Jacob R. Valdez
                        3200 N. Central Avenue, Suite 1550
                        Phoenix, Arizona 85012-2487
                        Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

2

FP 49562528.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

FP 49562528.1