**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>Maricopa County,<br><br>          Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**FIRST AMENDED NOTICE OF DEPOSITION** |

- 1 -

1    Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2  Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3  upon oral examination by stenographic means, at the time and place stated below before
4  an officer authorized by law to administer oaths.

5  PERSON TO BE EXAMINED:         **Captain Brian Stutsman**
6  DATE AND TIME OF DEPOSITION:   **March 21, 2025 at 9:30 a.m. [AZ]**
7  METHOD OF RECORDING:           **Stenographer**
8  PLACE OF DEPOSITION:           **Griffin Group International**
                                  **3200 E. Camelback Road, Suite 177**
9                                 **Phoenix, Arizona 85018**

10
11                                 **\*The deponent, the attorneys, and the court reporter will each appear remotely, per the agreement of the parties, via the audiovisual application, Zoom**
12

13   *Every remote location will need access to a webcam or a computer/laptop with a
14  built-in webcam. Also, each party will need to download the Zoom app, which can be
15  accessed at https://zoom.us/signup. Prior to the deposition, the court reporter will provide
16  each participant with an invitation to join the deposition, which can be accepted via the
17  link sent by the court reporter.
18

19       DATED: February 20, 2025.

20                                      **FRANKEL SYVERSON PLLC**
21                                      By  *s/Ty D. Frankel*
                                        Ty D. Frankel
22                                      2375 E. Camelback Road, Suite 600
                                        Phoenix, Arizona 85016
23
                                        **FRANKEL SYVERSON PLLC**
24                                      Patricia N. Syverson
                                        9655 Granite Ridge Drive, Suite 200
25                                      San Diego, California 92123

26                                      *Attorneys for Plaintiff*
27
28
                                        - 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I served via the Court's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com

　　　_s/David J. Streyle_
David J. Streyle

A copy of the foregoing was also e-mailed this 20th day of February 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

　　　_s/David J. Streyle_
David J. Streyle