**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Maricopa County,<br><br>        Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

1   Plaintiff Christopher J. Houck and Defendant Maricopa County (collectively the "Parties"), by and through their undersigned counsel, hereby submit this Joint Report on Settlement Talks pursuant to this Court's Case Management Order at Doc. 48. The Parties conferred regarding settlement talks on February 14, 2025 but do not believe a resolution can be reached at this time. The Parties do not request the Court's assistance regarding settlement at this time.

DATED: February 21, 2025.

**FRANKEL SYVERSON PLLC**
By ___*s/Ty D. Frankel*___
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

**FRANKEL SYVERSON PLLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*


**FISHER & PHILLIPS LLP**

By ___*s/Shayna Balch Santiago (w/permission)*___
Shayna Balch Santiago
Lori A. Guner
Jacob R. Valdez
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487

*Attorneys for Defendant*

1