Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | No. 2:23-cv-00068-DGC |
| Plaintiff, | **STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | **(Second Request)** |
| Maricopa County, | |
| Defendant. | |

    Plaintiff Christopher J. Houck and Defendant Maricopa County hereby stipulate, agree, and respectfully request an extension to the remaining case deadlines by approximately 90 days. This is the second request to extend the case deadlines.

    Good cause exists for the requested extension. The parties have been working on scheduling various depositions in this matter. However, due to availability of the deponents and defense counsel, the depositions could not be scheduled prior to March 2025. The parties believe that some of the depositions will need to be scheduled in April and potentially May, due to scheduling limitations of defense counsel (some depositions have already been scheduled and one has been taken). Undersigned defense counsel will also be taking and defending several depositions in other cases during this time. Given the number of depositions that are in the process of being scheduled, the scheduling

limitations of defense counsel at issue, and the fact that the parties must work around the availability of the deponents to schedule their depositions, the parties respectfully submit that they are in need of additional time to complete depositions and discovery.

In addition, defense counsel Lori Guner will be going on maternity leave in the coming months. Therefore, the parties also request that the dispositive motion deadline and the decertification motion deadline should be extended by 90 days to correspond with the extension of the fact discovery deadline.

In light of the foregoing, the parties submit that an approximately 90-day extension is warranted and respectfully request that the remaining deadlines be extended as follows:

| **Description of Deadline** | **Present Deadline** | **Requested Extension** |
|---|---|---|
| Deadline for completion of fact discovery (including discovery by subpoena) | 4/4/25 | **7/3/25** |
| Deadline to file dispositive motions | 4/25/25 | **7/24/25** |
| Deadline to exchange two-page letters describing anticipated motions for summary judgment and responses | 3/21/25 | **6/19/25** |
| Deadline to file decertification motion | 4/25/25 | **7/24/25** |

The remaining provisions of the Case Management Order (Doc. 48) would remain in effect. The parties submit that the request for extension is made in good faith, will not unfairly prejudice any party, and is not made for the purpose of delay.

DATED this 26th day of February 2025.

FISHER & PHILLIPS LLP

By  s/ *Lori A. Guner*
    Shayna Balch Santiago
    Lori A. Guner
    Jacob R. Valdez
    3200 N. Central Avenue, Suite 1550
    Phoenix, Arizona 85012-2487
    Attorneys for Defendants

FRANKEL SYVERSON PLLC

By  s/ *Ty D. Frankel (with permission)*
    Ty D. Frankel
    2375 E. Camelback Road, Suite 600
    Phoenix, Arizona 85016

    Patricia N. Syverson
    9655 Granite Ridge Drive, Suite 200
    San Diego, California 92123
    Attorneys for Plaintiff

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ *Itzel Cano*