IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion to Extend Case Deadlines (Doc. 100). Good cause appearing,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Case Deadlines at Doc. 100;

**IT IS FURTHER ORDERED** extending the remaining case deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Deadline for completion of fact discovery (including discovery by subpoena) | **7/3/25** |
| Deadline to file dispositive motions | **7/24/25** |
| Deadline to exchange two-page letters describing anticipated motions for summary judgment and responses | **6/19/25** |

FP 51624523.1

| Deadline to file decertification motion | **7/24/25** |
|---|---|

**IT IS FURTHER ORDERED** that the remaining provisions in the Case Management Order at Doc. 48 remain in effect.

FP 51624523.1