# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>Defendant. | No. CV-23-00068-PHX-DGC<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion to Extend Case Deadlines (Doc. 100). Good cause appearing,

**IT IS ORDERED** the parties' Stipulated Motion to Extend Case Deadlines (Doc. 100) is **granted**.

**IT IS FURTHER ORDERED** extending the remaining case deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Deadline for completion of fact discovery (including discovery by subpoena) | **7/3/25** |
| Deadline to file dispositive motions | **7/24/25** |
| Deadline to exchange two-page letters describing anticipated motions for summary judgment and responses | **6/19/25** |
| Deadline to file decertification motion | **7/24/25** |

1    **IT IS FURTHER ORDERED** that the remaining provisions in the Case Management Order at Doc. 48 remain in effect. The parties are advised that this is the final extension in this case. Further extensions will not be granted.

Dated this 3rd day of March, 2025.

David G. Campbell
Senior United States District Judge