1  Shayna Balch Santiago, SBN 024852
2  Lori A. Guner, SBN 031646
   Jacob R. Valdez, SBN 035634
3  FISHER & PHILLIPS LLP
   3200 N. Central Avenue, Suite 1550
4  Phoenix, Arizona 85012-2487
5  Telephone: (602) 281-3400
   Fax: (602) 281-3401
6  ssantiago@fisherphillips.com
   lguner@fisherphillips.com
7  jvaldez@fisherphillips.com
8  Attorneys for Defendants

9           **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF ARIZONA**

11  | Christopher J. Houck, on behalf of himself and all those similarly situated, | No. 2:23-cv-00068-DGC |
12  |  |  |
    | Plaintiff, | **NOTICE OF VIDEOTAPED DEPOSITION OF RYAN NEVILLE** |
13  |  |  |
14  | v. |  |
15  | Maricopa County, |  |
16  | Defendant. |  |
17

18         YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules

19  of Civil Procedure, the deposition will be taken upon oral examination of the person

20  whose name is stated below at the time and place stated before an officer authorized by

21  law to administer oaths.

22  **PERSON TO BE EXAMINED:**        Ryan Neville

23  **DATE OF DEPOSITION:**           Friday, April 11, 2025

24  **TIME OF DEPOSITION:**           9:00 a.m.

25  **PLACE OF DEPOSITION:**          Fisher & Phillips, PLLC
                                      3200 N. Central Avenue, Suite 1550
26                                    Phoenix, Arizona 85012

27  **TECHNIQUE FOR RECORDING DEPOSITION:** Stenography/Videography

28  **PROTOCOLS FOR RECORDING DEPOSITION:** Stenographer/Videographer

*(left margin)* FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

1  **RECORDING DEPOSITION:** Carrie Reporting, LLC and K-Video

2       Said deposition will continue from day-to-day thereafter, Saturdays, Sundays and

3  holidays excepted, until completed, unless otherwise agreed by the parties.

4       DATED this 4th day of April 2025.

5                         FISHER & PHILLIPS LLP

6                       By  s/ Lori A. Guner

7                           Shayna Balch Santiago
                         Lori A. Guner

8                           Jacob R. Valdez

9                           3200 N. Central Avenue, Suite 1550
                         Phoenix, Arizona 85012-2487

10                          Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*FISHER & PHILLIPS LLP*
*3200 N. Central Avenue, Suite 1550*
*Phoenix, Arizona 85012-2487*
*(602) 281-3400*

2

FP 54260700.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

    s/  Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

3

FP 54260700.1