1  Shayna Balch Santiago, SBN 024852
2  Lori A. Guner, SBN 031646
   Jacob R. Valdez, SBN 035634
3  FISHER & PHILLIPS LLP
   3200 N. Central Avenue, Suite 1550
4  Phoenix, Arizona 85012-2487
5  Telephone: (602) 281-3400
   Fax: (602) 281-3401
6  ssantiago@fisherphillips.com
   lguner@fisherphillips.com
7  jvaldez@fisherphillips.com
8  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>  Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF TODD BRICE** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**  Todd Brice

**DATE OF DEPOSITION:**  Tuesday, April 15, 2025

**TIME OF DEPOSITION:**  9:00 a.m.

**PLACE OF DEPOSITION:**  Fisher & Phillips, PLLC
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012

**TECHNIQUE FOR RECORDING DEPOSITION:** Stenography/Videography

**PROTOCOLS FOR RECORDING DEPOSITION:** Stenographer/Videographer

1

**RECORDING DEPOSITION:** Carrie Reporting, LLC and K-Video

Said deposition will continue from day-to-day thereafter, Saturdays, Sundays and holidays excepted, until completed, unless otherwise agreed by the parties.

DATED this 4th day of April 2025.

                        FISHER & PHILLIPS LLP

                        By  s/ Lori A. Guner
                            Shayna Balch Santiago
                            Lori A. Guner
                            Jacob R. Valdez
                            3200 N. Central Avenue, Suite 1550
                            Phoenix, Arizona 85012-2487
                            Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

　　s/ Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

3

FP 54428212.1