1  Shayna Balch Santiago, SBN 024852
2  Lori A. Guner, SBN 031646
   David G. Myers, SBN 038484
3  FISHER & PHILLIPS LLP
   3200 N. Central Avenue, Suite 1550
4  Phoenix, Arizona 85012-2487
5  Telephone: (602) 281-3400
   Fax: (602) 281-3401
6  ssantiago@fisherphillips.com
   lguner@fisherphillips.com
7  dmyers@fisherphillips.com
8  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that David G. Myers, of the law firm Fisher & Phillips LLP, is substituting and replacing Jacob R. Valdez of the law firm Fisher & Phillips LLP, as counsel of record for Defendant Maricopa County ("Defendant"), for all further proceedings in this matter. Shayna Balch Santiago and Lori Guner will continue to represent County of Maricopa as counsel in this matter. All service documents and other contacts in this litigation should henceforth be directed to Ms. Santiago, Ms. Guner and Mr. Myers as counsel of record addressed as follows:

/ / /

/ / /

/ / /

/ / /

FP 54685941.1

Shayna Balch Santiago
Lori A. Guner
David G. Myers
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com

Defendants also respectfully request that Mr. Valdez be removed as counsel of record from this case and that they no longer receive any further notifications regarding this case.

RESPECTFULLY SUBMITTED this 8th day of May 2025.

    FISHER & PHILLIPS LLP

    By  s/ Shayna Balch Santiago
     Shayna Balch Santiago
     Lori A. Guner
     David G. Myers
     3200 N. Central Avenue, Suite 1550
     Phoenix, Arizona 85012-2487
     Attorneys for Defendants

2

FP 54685941.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 54685941.1

3