Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Maricopa County,<br><br>        Defendant. | No. 2:23-cv-00068-DGC<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND REMAINING CASE DEADLINES**<br><br>**(Third Request)** |

Defendant Maricopa County ("Defendant") moves the Court for a short approximately thirty (30) day extension of the remaining case deadlines set forth in the Court's Order at Doc. 101 dated March 3, 2025. This is the third request to extend the case deadlines.

While counsel is cognizant of the Court's advisement that it will not grant any further extensions, undersigned counsel respectfully submits that good cause exists for one final extension due to a significant change in circumstances following the Court's prior March 3, 2025 ruling.

Former defense counsel Jacob R. Valdez is no longer with Fisher & Phillips LLP and filed a notice of withdrawal last month. Defense counsel Lori A. Guner also began a four-month maternity leave last month. Although Defense counsel David Meyers has

entered an appearance, he is new to this case and is not yet fully familiar with the facts of the pending action. Defense counsel Shayna Balch Santiago remains on this case, however, because both Mr. Valdez and Ms. Guner were staffed on a significant number of cases with Ms. Santiago, their absence from the firm have had a significant impact on Ms. Santiago's already busy caseload. Ms. Santiago has been solely responsible for covering numerous depositions in this case and others that Mr. Valdez and Ms. Guner were both staffed on. Ms. Santiago has also been covering numerous cases in Mr. Valdez and Ms. Guner's absence.

Finally, good cause further exists for the requested extension because one of Ms. Santiago's very close family members, who is medically incapacitated and unable to care for themself, has had medical issues and has recently required Ms. Santiago's assistance with those issues and in relocating to a new residence.

Prior to filing the instant motion, undersigned counsel reached out to counsel for Plaintiff. Plaintiff's counsel, Ty Frankel, has indicated he has no opposition to the instant extension request.

The proposed amended case deadlines are set forth below:

**July 18, 2025:** deadline to exchange two-page letters describing anticipated motions for summary judgment and responses.

**August 8, 2025:** deadline for completion of fact discovery (including discovery by subpoena;

**August 29, 2025:** deadline to file dispositive motions; and

**August 29, 2025:** deadline to file decertification motion.

Defendant submits that this request for extension is made in good faith, will not unfairly prejudice any party, and is not made for the purpose of delay.

1   DATED this 19th day of June 2025.

2                                           FISHER & PHILLIPS LLP

3                                           By: /s/ Shayna Balch Santiago
4                                               Shayna Balch Santiago
                                                Lori A. Guner
5                                               David G. Myers
                                                3200 N. Central Avenue, Suite 1550
6                                               Phoenix, Arizona 85012-2487
7                                               *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  /s/  Shayna Balch Santiago