IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>　　　　　　　Defendant. | No. 2:23-cv-00068-DGC<br><br>**ORDER** |

Before the Court is Defendant's Unopposed Motion to Extend Deadlines (Doc. 113). Good cause appearing,

**IT IS ORDERED** granting Defendant's Unopposed Motion to Extend Deadlines at Doc. 113;

**IT IS FURTHER ORDERED** extending the remaining case deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Deadline to exchange two-page letters describing anticipated motions for summary judgment and responses | 7/18/25 |
| Deadline for completion of fact discovery (including discovery by subpoena) | 8/8/25 |
| Deadline to file dispositive motions | 8/29/25 |
| Deadline to file decertification motion | 8/29/25 |

1   **IT IS FURTHER ORDERED** that the remaining provisions in the Case
2   Management Order at Doc. 48 remain in effect.