Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF FILING LETTER REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

NOTICE IS HEREBY GIVEN that pursuant to this Court's Case Management Order (Doc. 48), Defendant Maricopa County exchanged its letter regarding motions for summary judgment with Plaintiff via email on June 19, 2025. A copy of the foregoing is attached hereto as **Exhibit A**.

DATED this 22nd day of July, 2025.

FISHER & PHILLIPS LLP

By  s/ Shayna Balch Santiago
   Shayna Balch Santiago
   Lori A. Guner
   David G. Myers
   3200 N. Central Avenue, Suite 1550
   Phoenix, Arizona 85012-2487
   Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

2

FP 55693806.1