**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** July 29, 2025 |
| **Case Number:** CV-23-00068-PHX-DGC | |
| **Christopher J. Houck v. Maricopa County** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Ty Frankel | David Myers |
| | Patricia Syverson | Shayna Balch Santiago |

**TELEPHONE CONFERENCE:**

Discussion held as to the content and scheduling of motions for summary judgment and motion to decertify. The motion briefing schedule is entered as stated below.

Defendant's Motion for Summary Judgment is due August 29, 2025.
Plaintiff's combined Response to the Motion for Summary Judgment and Cross Motion for Summary Judgment is due October 3, 2025.
Defendant's Response to the Cross Motion for Summary Judgment is due November 7, 2025.
Plaintiff's Reply in support of the Cross Motion for Summary Judgment is due November 26, 2025.

All Statements of Facts shall be limited to 10 pages.

Defendant's Motion to Decertify is due August 29, 2025.
Plaintiff's Response to the Motion to Decertify is due October 3, 2025.
Defendant's Reply in support of the Motion to Decertify is due November 7, 2025.

The parties are to file any motions for leave to exceed page limits in tandem with their above filings.

Oral Argument will be set at a later time.

As to the discovery issues raised during today's proceeding, Defendant shall confer with co-counsel and then follow up with Plaintiff.

| | |
|---|---|
| Deputy Clerk: Sara Quinones | **29 minutes** |
| Court Reporter: Scott Coniam | **Start:  2:00 PM** |
| | **Stop:   2:29 PM** |