**Frankel Syverson** pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Maricopa County,<br><br>    Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

1      Plaintiff Christopher J. Houck, through undersigned counsel, hereby notifies the Court that he served Plaintiff's Fifth Supplemental Disclosure Statement upon counsel for Defendant by U.S. Mail and e-mail on August 4, 2025.

DATED: August 4, 2025.

**FRANKEL SYVERSON PLLC**
By    *s/ Patricia N. Syverson*
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*
