1  Shayna Balch Santiago, SBN 024852
2  Lori A. Guner, SBN 031646
   David G. Myers, SBN 038484
3  FISHER & PHILLIPS LLP
   3200 N. Central Avenue, Suite 1550
4  Phoenix, Arizona 85012-2487
5  Telephone: (602) 281-3400
   Fax: (602) 281-3401
6  ssantiago@fisherphillips.com
   lguner@fisherphillips.com
7  dmyers@fisherphillips.com
8  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>Maricopa County,<br><br>                    Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF CONTINUED VIDEOTAPED DEPOSITION OF RUDY ACOSTA** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the continued deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**     Rudy Acosta

**DATE OF DEPOSITION:**     Thursday, August 7, 2025

**TIME OF DEPOSITION:**     2:30 p.m.

**PLACE OF DEPOSITION:**     Fisher & Phillips, PLLC
                              3200 N. Central Avenue, Suite 1550
                              Phoenix, Arizona 85012

**TECHNIQUE FOR RECORDING DEPOSITION:** Stenography/Videography

**PROTOCOLS FOR RECORDING DEPOSITION:** Stenographer/Videographer

FP 56097564.1

**RECORDING DEPOSITION:** Carrie Reporting, LLC and K-Video

Said deposition will continue from day-to-day thereafter, Saturdays, Sundays and holidays excepted, until completed, unless otherwise agreed by the parties.

DATED this 5th day of August 2025.

                FISHER & PHILLIPS LLP

                By  s/ Shayna Balch Santiago
                     Shayna Balch Santiago
                     Lori A. Guner
                     David G. Myers
                     3200 N. Central Avenue, Suite 1550
                     Phoenix, Arizona 85012-2487
                     Attorneys for Defendants

FP 56097564.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ Michelle C. Xochicale

FP 56097564.1