DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** David G. Campbell  **Date:** August 7, 2025

**Case Number:** CV-23-00068-PHX-DGC

**Houck v. Maricopa, County of**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Ty Derek Frankel | Shayna Balch Santiago |
| | Patricia N. Syverson | |

### TELEPHONIC DISCOVERY DISPUTE HEARING:

Discussion held regarding Plaintiff's request to exclude Defendant's recent disclosure of four witnesses pursuant to Rules 26(a) and 37(c)(1), and Defendant's request to strike documents recently disclosed by Plaintiff with respect to opt-in Plaintiffs Michael Trowbridge and Donald Rosenberger.

The Court orders as follows: Plaintiff's counsel shall be allowed to depose the four new witnesses recently disclosed by Defendant. Each of those depositions will be limited to three hours. If Defendant does not accept the offer by Plaintiff to withdraw the newly disclosed documents with respect to Defendant Rosenberger, Defendant will be allowed a one hour deposition of Rosenberger to address the new documents. Defendant will be allowed three hours to depose Trowbridge.

General fact discovery closes as scheduled on August 8, 2025. The parties shall complete the six depositions discussed in this minute entry during the month of August. The briefing schedule previously set by the Court remains in place.

Deputy Clerk: Elaine Garcia  **41 minutes**
Court Reporter: Scott Coniam  **Start: 2:59 PM**
  **Stop: 3:40 PM**