1
2
3
4  FRANKEL SYVERSON PLLC
   2375 E. Camelback Road, Suite 600
5  Phoenix, Arizona 85016
   602-598-4000
6  Ty D. Frankel (027179)
   ty@frankelsyverson.com
7
   9655 Granite Ridge Drive, Suite 200
8  San Diego, California 92123
   602-598-4000
9  Patricia N. Syverson (020191)
   patti@frankelsyverson.com
10
   *Attorneys for Plaintiffs*
11

12                    **UNITED STATES DISTRICT COURT**

13                         **DISTRICT OF ARIZONA**

14  Christopher J. Houck, on behalf of himself      Case No. 2:23-cv-00068-DGC
    and all those similarly situated,
15
                  Plaintiff,
16                                                  **NOTICE OF SERVICE OF
                                                    DISCOVERY**
17         v.

18  Maricopa County,

19                Defendant.

20

21

22

23

24

25

26

27

28

1  Plaintiff Christopher J. Houck, through undersigned counsel, hereby notifies the
2  Court that he served Plaintiff's Sixth Supplemental Disclosure Statement upon counsel for
3  Defendant by hand delivery on August 7, 2025.

DATED:  August 7, 2025.

**FRANKEL SYVERSON PLLC**
By   s/ Patricia N. Syverson
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*