Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Maricopa County, <br><br> Defendant. | No. 2:23-cv-00068-DGC <br><br> **NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL DISCLOSURE STATEMENTS** |

NOTICE IS HEREBY GIVEN that Defendant Maricopa County ("Defendant") served (1) a copy of Defendant's Seventh Supplemental Rule 26(a)(1) Disclosure Statement on counsel for Plaintiff via email and mail on August 1, 2025; and (2) a copy of Defendant's Eighth Supplemental Rule 26(a)(1) Disclosure Statement on counsel for Plaintiff via email and mail on August 8, 2025.

DATED this 18th day of August 2025.

FISHER & PHILLIPS LLP

By  s/ David G. Myers
Shayna Balch Santiago
Lori A. Guner
David G. Myers
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendants

FP 52501047.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 52501047.1