**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Maricopa County,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**NOTICE OF DEPOSITION** |

- 1 -

1    Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2 Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3 upon oral examination by stenographic means, at the time and place stated below before
4 an officer authorized by law to administer oaths.

5 PERSON TO BE EXAMINED:    **Darrien Ellison**

6 DATE AND TIME OF DEPOSITION:    **August 26, 2025 at 9:00 a.m. [AZ]**

7 METHOD OF RECORDING:    **Stenographer**

8 PLACE OF DEPOSITION:    **Griffin Group International**
**3200 E. Camelback Road, Suite 177**
9    **Phoenix, Arizona 85018**

10

11        DATED:  August 19, 2025.

12    **FRANKEL SYVERSON PLLC**
13    By ___*s/ Ty D. Frankel*___
    Ty D. Frankel
14    2375 E. Camelback Road, Suite 600
    Phoenix, Arizona 85016
15
    **FRANKEL SYVERSON PLLC**
16    Patricia N. Syverson
    9655 Granite Ridge Drive, Suite 200
17    San Diego, California 92123

18    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago
Lori A. Guner
David G. Meyers
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com

     *s/ David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 19th day of August 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

     *s/ David J. Streyle*
David J. Streyle