1
2
3
**FRANKEL SYVERSON PLLC**
4  2375 E. Camelback Road, Suite 600
   Phoenix, Arizona 85016
5  602-598-4000
   Ty D. Frankel (027179)
6  ty@frankelsyverson.com

7  9655 Granite Ridge Drive, Suite 200
   San Diego, California 92123
8  602-598-4000
   Patricia N. Syverson (020191)
9  patti@frankelsyverson.com

10 *Attorneys for Plaintiff*

11

12              **UNITED STATES DISTRICT COURT**

13                    **DISTRICT OF ARIZONA**

14
   | Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
   |---|---|
   | Plaintiff, | **NOTICE OF DEPOSITION** |
   | v. | |
   | Maricopa County, | |
   | Defendant. | |

- 1 -

1  Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2  Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3  upon oral examination by stenographic means, at the time and place stated below before
4  an officer authorized by law to administer oaths.

5  PERSON TO BE EXAMINED:     **Jessica Redding**
6  DATE AND TIME OF DEPOSITION:  **August 28, 2025 at 9:00 a.m. [AZ]**
7  METHOD OF RECORDING:       **Stenographer**
8  PLACE OF DEPOSITION:       **Griffin Group International**
   **3200 E. Camelback Road, Suite 177**
9  **Phoenix, Arizona 85018**

10
11     DATED:  August 19, 2025.
12
                                **FRANKEL SYVERSON PLLC**
13                              By   *s/ Ty D. Frankel*
                                Ty D. Frankel
14                              2375 E. Camelback Road, Suite 600
                                Phoenix, Arizona 85016
15
                                **FRANKEL SYVERSON PLLC**
16                              Patricia N. Syverson
                                9655 Granite Ridge Drive, Suite 200
17                              San Diego, California 92123

18                              *Attorneys for Plaintiff*

19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago
Lori A. Guner
David G. Meyers
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com

*s/ David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 19th day of August 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

*s/ David J. Streyle*
David J. Streyle