**Frankel Syverson** pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | **NOTICE OF DEPOSITION** |
| v. | |
| Maricopa County, | |
| Defendant. | |

1    Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2 Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3 upon oral examination by stenographic means, at the time and place stated below before
4 an officer authorized by law to administer oaths.

5 PERSON TO BE EXAMINED:      **Erin Erskine**

6 DATE AND TIME OF DEPOSITION:   **August 28, 2025 at 1:30 p.m. [AZ]**

7 METHOD OF RECORDING:      **Stenographer**

8 PLACE OF DEPOSITION:      **Griffin Group International**
**3200 E. Camelback Road, Suite 177**
9                **Phoenix, Arizona 85018**

11    DATED: August 19, 2025.

12                **FRANKEL SYVERSON PLLC**
13                By ___*s/ Ty D. Frankel*___
                Ty D. Frankel
14                2375 E. Camelback Road, Suite 600
                Phoenix, Arizona 85016
15
                **FRANKEL SYVERSON PLLC**
16                Patricia N. Syverson
                9655 Granite Ridge Drive, Suite 200
17                San Diego, California 92123

18                *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago
Lori A. Guner
David G. Meyers
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com

　　　*s/ David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 19th day of August 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

　　　*s/ David J. Streyle*
David J. Streyle