1  Shayna Balch Santiago, SBN 024852
2  Lori A. Guner, SBN 031646
   David G. Myers, SBN 038484
3  FISHER & PHILLIPS LLP
   3200 N. Central Avenue, Suite 1550
4  Phoenix, Arizona 85012-2487
5  Telephone: (602) 281-3400
   Fax: (602) 281-3401
6  ssantiago@fisherphillips.com
   lguner@fisherphillips.com
7  dmyers@fisherphillips.com
8  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Christopher J. Houck, on behalf of himself and all those similarly situated, | No. 2:23-cv-00068-DGC |
|---|---|
| Plaintiff, | **NOTICE OF CONTINUED VIDEOTAPED DEPOSITION OF DONALD ROSENBERGER** |
| v. | |
| Maricopa County, | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**   Donald Rosenberger

**DATE OF DEPOSITION:**   Friday, August 22, 2025

**TIME OF DEPOSITION:**   10:00 a.m.

**PLACE OF DEPOSITION:**   Fisher & Phillips, PLLC
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012

**TECHNIQUE FOR RECORDING DEPOSITION:** Stenography/Videography

**PROTOCOLS FOR RECORDING DEPOSITION:** Stenographer/Videographer

FP 56311397.1

**RECORDING DEPOSITION:** Carrie Reporting, LLC and K-Video

Said deposition will continue from day-to-day thereafter, Saturdays, Sundays and holidays excepted, until completed, unless otherwise agreed by the parties.

DATED this 19th day of August 2025.

FISHER & PHILLIPS LLP

By s/ Shayna Balch Santiago
Shayna Balch Santiago
Lori A. Guner
David G. Myers
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

FP 56311397.1