Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**STIPULATED MOTION TO EXTEND CASE DEADLINES RELATED TO DISPOSITIVE MOTIONS AND DEPOSITION DISCOVERY**<br><br>**(First Request)** |

Plaintiff Christopher J. Houck and Defendant Maricopa County hereby stipulate, agree, and respectfully request a one week extension of the deadline for the parties to complete the remaining depositions in this matter at Doc. 127, and a short extension of the case deadlines set forth in the motion briefing schedule at Doc. 122, which is modified as indicated in the chart below and scheduled so that the deadlines occur on Fridays. This is the first request to extend the briefing schedule regarding dispositive motions and the time for completing remaining depositions.

Good cause exists for the requested extensions. The parties have been diligently working on scheduling the six additional depositions the Court allowed and ordered to be completed in August 2025. [Doc. 127] At present, the parties have scheduled five of the six depositions to take place by August 28, 2025. However, the parties were unable to

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

schedule the deposition of one of the deponents to be completed in August 2025 because Defendant represented that witness Kelly Grennan was unavailable for her deposition until the first week of September. Specifically, Ms. Grennan has limited availability due to staffing issues while she is covering for another person out on leave, followed by her pre-paid plans to attend a large work conference. After conferral between the parties, Plaintiff noticed Ms. Grennan's deposition for September 5, 2025, at 9:00 a.m. [Doc. 133] Given the number of depositions, the scheduling limitations, the fact that the parties must work around the availability of the deponents and counsel to schedule depositions, as well as the intervening Labor Day holiday on Monday, September 1, 2025, the parties respectfully submit that a short extension is appropriate and necessary to complete the remaining six (6) depositions and allow for Ms. Grennan to be deposed on September 5, 2025, as currently noticed.

Furthermore, Defendant's deadline to file its Motion for Summary Judgment and its Motion to Decertify is currently Friday, August 29, 2025. [Doc. 122] Given that the depositions will not be completed until September 5, 2025 if the extension requested above is granted, and because the deposition testimony of the remaining witnesses could significantly impact the arguments asserted by Defendant in its motions, Defendant respectfully submits that its deadline to file its motions should be extended until after the completion of all remaining depositions, allowing sufficient time for the parties to order expedited transcripts. Since the parties propose that the last remaining deposition take place on Friday, September 5, 2025, the parties respectfully request that the deadline for Defendant to submit its motions to decertify and for summary judgment be extended from the current August 29, 2025 deadline (one week following completion of the last deposition on September 5, 2025, for sufficient transcript turnaround time), and that the remaining briefing schedule be similarly extended but that the dates be scheduled for Fridays in accordance with typical federal court practice.

Accordingly, the parties respectfully request that the remaining case deadlines be extended as follows:

| **Description of Deadline** | **Present Deadline** | **Requested Extension** |
|---|---|---|
| Deadline for completion of six depositions discussed in the Court's Minute Entry at Doc. 127 | 8/29/25 | **9/5/25** |
| Defendant's deadline to file Motion for Summary Judgment | 8/29/25 | **9/12/25** |
| Plaintiff's deadline to file combined Response to Motion for Summary Judgment and Cross Motion for Summary Judgment | 10/3/25 | **10/24/25** |
| Defendant's deadline to file Response to Cross Motion for Summary Judgment | 11/7/25 | **11/21/25** |
| Plaintiff's deadline to file Reply in support of Cross Motion for Summary Judgment | 11/26/25 | **12/12/25** |
| Defendant's deadline to file Motion to Decertify | 8/29/25 | **9/12/25** |
| Plaintiff's deadline to file Response to Motion to Decertify | 10/3/25 | **10/24/25** |
| Defendant's deadline to file Reply in support of Motion to Decertify | 11/7/25 | **11/21/25** |

The parties submit that the requests for extension are made in good faith, will not unfairly prejudice any party, and are not made for the purpose of delay. A proposed order is filed contemporaneously herewith.

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

DATED this 20th day of August 2025.

FISHER & PHILLIPS LLP

By  s/  David G. Myers
        Shayna Balch Santiago
        Lori A. Guner
        David G. Myers
        3200 N. Central Avenue, Suite 1550
        Phoenix, Arizona 85012-2487
        Attorneys for Defendants

FRANKEL SYVERSON PLLC

By  s/  Ty D. Frankel (with permission)
        Ty D. Frankel
        2375 E. Camelback Road, Suite 600
        Phoenix, Arizona 85016

        Patricia N. Syverson
        9655 Granite Ridge Drive, Suite 200
        San Diego, California 92123
        Attorneys for Plaintiff

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/  Michelle C. Xochicale

FP 56295476.1
FP 56322049.1