IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion to Extend Case Deadlines Related to Dispositive Motions and Deposition Discovery (Doc. 138). Good cause appearing,

**IT IS ORDERED** granting the parties' Stipulated Motion to Extend Case Deadlines related to Dispositive Motions and Deposition Discovery at Doc. 138;

**IT IS FURTHER ORDERED** extending the remaining case deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Deadline for completion of six depositions discussed in the Court's Minute Entry at Doc. 127 | **9/5/25** |
| Defendant's deadline to file Motion for Summary Judgment | **9/12/25** |
| Plaintiff's deadline to file combined Response to Motion for Summary Judgment and Cross Motion for Summary Judgment | **10/24/25** |

| | |
|---|---|
| Defendant's deadline to file Response to Cross Motion for Summary Judgment | **11/21/25** |
| Plaintiff's deadline to file Reply in support of Cross Motion for Summary Judgment | **12/12/25** |
| Defendant's deadline to file Motion to Decertify | **9/12/25** |
| Plaintiff's deadline to file Response to Motion to Decertify | **10/24/25** |
| Defendant's deadline to file Reply in support of Motion to Decertify | **11/21/25** |

FP 56322350.1