| ✎AO 435　　　　　　　　　　　Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|
| AZ Form (Rev. 10/2023)　　　　　　　　　　**TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME　David G. Myers | 2. PHONE NUMBER　602-281-3400 | 3. DATE　8/21/2025 |
|---|---|---|
| 4. FIRM NAME　Fisher & Phillips LLP | | |

| 5. MAILING ADDRESS　3200 N. Central Avenue, Suite 1550 | 6. CITY　Phoenix | 7. STATE　AZ | 8. ZIP CODE　85012 |
|---|---|---|---|

| 9. CASE NUMBER　2:23-CV-00068-DGC | 10. JUDGE　David G. Campbell | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 7/29/2025 | 12. 8/7/25 |

| 13. CASE NAME　Houck v. Maricopa County | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY　Phoenix | 15. STATE　Arizona |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | Hearing re Motions | 7/29/25 |
| ☐ OPINION OF COURT | | Discovery Dispute Hearing | 8/7/25 |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | ☐ PAPER COPY | |
| 14-Day Transcript | ☐ | ☐ | | | |
| 7-Day (Expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3-Day Transcript | ☐ | ☑ | | | |
| Next-Day (Daily) | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| 2-Hour (Hourly) | ☐ | ☐ | | | |
| Realtime Transcript | ☐ | ☐ | | E-MAIL ADDRESS　dmyers@fisherphillips.com | |

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE　s/ David G. Myers

20. DATE　08/21/2025

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:　　COURT COPY　　TRANSCRIPTION COPY　　ORDER RECEIPT　　ORDER COPY