1  Shayna Balch Santiago, SBN 024852
2  Lori A. Guner, SBN 031646
   David G. Myers, SBN 038484
3  FISHER & PHILLIPS LLP
   3200 N. Central Avenue, Suite 1550
4  Phoenix, Arizona 85012-2487
5  Telephone: (602) 281-3400
   Fax: (602) 281-3401
6  ssantiago@fisherphillips.com
   lguner@fisherphillips.com
7  dmyers@fisherphillips.com
8  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF MICHAEL TROWBRIDGE** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**   Michael Trowbridge

**DATE OF DEPOSITION:**   Wednesday, August 27, 2025

**TIME OF DEPOSITION:**   10:30 a.m.

**PLACE OF DEPOSITION:**   Fisher & Phillips, PLLC
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012

**TECHNIQUE FOR RECORDING DEPOSITION:** Stenography/Videography

**PROTOCOLS FOR RECORDING DEPOSITION:** Stenographer/Videographer

FP 56397910.1

1 **RECORDING DEPOSITION:** Carrie Reporting, LLC and K-Video

2  Said deposition will continue from day-to-day thereafter, Saturdays, Sundays and

3 holidays excepted, until completed, unless otherwise agreed by the parties.

4  DATED this 25th day of August 2025.

5 FISHER & PHILLIPS LLP

6 By  s/ David G. Myers
7    Shayna Balch Santiago
     Lori A. Guner
8    David G. Myers
     3200 N. Central Avenue, Suite 1550
9    Phoenix, Arizona 85012-2487
10   Attorneys for Defendants

|   | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on August 25, 2025, I electronically transmitted the attached |
| 3 | document to the Clerk's Office using the CM/ECF System for filing and transmittal of a |
| 4 | Notice of Electronic Filing to the following CM/ECF registrant(s): |

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

3

FP 56397910.1