|   |   |
|---|---|
| 1 | **Frankel Syverson** pllc |
| 2 |   |
| 3 |   |
| 4 | FRANKEL SYVERSON PLLC<br>2375 E. Camelback Road, Suite 600<br>Phoenix, Arizona 85016 |
| 5 | 602-598-4000<br>Ty D. Frankel (027179) |
| 6 | ty@frankelsyverson.com |
| 7 | 9655 Granite Ridge Drive, Suite 200<br>San Diego, California 92123 |
| 8 | 602-598-4000<br>Patricia N. Syverson (020191) |
| 9 | patti@frankelsyverson.com |
| 10 | *Attorneys for Plaintiff* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
|---|---|
| Plaintiff, | **FIRST AMENDED NOTICE OF DEPOSITION** |
| v. |  |
| Maricopa County, |  |
| Defendant. |  |

- 1 -

1  Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff
2  Christopher J. Houck, by his attorney, will take the deposition of the person named below,
3  upon oral examination by stenographic means, at the time and place stated below before
4  an officer authorized by law to administer oaths.

5  PERSON TO BE EXAMINED:            **Darrien Ellison**
6  DATE AND TIME OF DEPOSITION:      **August 28, 2025 at 9:00 a.m. [AZ]**
7  METHOD OF RECORDING:              **Stenographer**
8  PLACE OF DEPOSITION:              **Griffin Group International**
                                     **3200 E. Camelback Road, Suite 177**
9                                    **Phoenix, Arizona 85018**

11      DATED:  August 26, 2025.

12                                   **FRANKEL SYVERSON PLLC**
13                                   By    *s/ Ty D. Frankel*
                                     Ty D. Frankel
14                                   2375 E. Camelback Road, Suite 600
                                     Phoenix, Arizona 85016
15
                                     **FRANKEL SYVERSON PLLC**
16                                   Patricia N. Syverson
                                     9655 Granite Ridge Drive, Suite 200
17                                   San Diego, California 92123

18                                   *Attorneys for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025, I served via the Courts's electronic filing system as well as by U.S. Mail and e-mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago
Lori A. Guner
David G. Meyers
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com

     *s/ David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 26th day of August 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

     *s/ David J. Streyle*
David J. Streyle