# Frankel Syverson pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Maricopa County,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**FIRST AMENDED NOTICE OF DEPOSITION** |

1  Please take notice that pursuant to Federal Rule of Civil Procedure 30, Plaintiff Christopher J. Houck, by his attorney, will take the deposition of the person named below, upon oral examination by stenographic means, at the time and place stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| PERSON TO BE EXAMINED: | **Kelly Grennan** |
| DATE AND TIME OF DEPOSITION: | **September 5, 2025 at 9:00 a.m. [AZ]** |
| METHOD OF RECORDING: | **Stenographer** |
| PLACE OF DEPOSITION: | **Griffin Group International**<br>**3200 E. Camelback Road, Suite 177**<br>**Phoenix, Arizona 85018** |
| | **\*The deponent, the attorneys, and the court reporter will each appear remotely, per the agreement of the parties, via the audiovisual application, Zoom** |

\*Every remote location will need access to a webcam or a computer/laptop with a built-in webcam. Also, each party will need to download the Zoom app, which can be accessed at https://zoom.us/signup. Prior to the deposition, the court reporter will provide each participant with an invitation to join the deposition, which can be accepted via the link sent by the court reporter.

DATED: September 2, 2025.

**FRANKEL SYVERSON PLLC**

By  *s/ Patricia N. Syverson*
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I served via the Courts's electronic filing system as well as by U.S. Mail the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago
Lori A. Guner
David G. Meyers
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com

         *s/ David J. Streyle*
David J. Streyle

A copy of the foregoing was also e-mailed this 2nd day of September 2025, to:

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, Arizona 85018
Calendar@griffinreporters.com

         *s/ David J. Streyle*
David J. Streyle