1  Shayna Balch Santiago, SBN 024852
2  Lori A. Guner, SBN 031646
   David G. Myers, SBN 038484
3  FISHER & PHILLIPS LLP
   3200 N. Central Avenue, Suite 1550
4  Phoenix, Arizona 85012-2487
5  Telephone: (602) 281-3400
   Fax: (602) 281-3401
6  ssantiago@fisherphillips.com
   lguner@fisherphillips.com
7  dmyers@fisherphillips.com
8  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Maricopa County,<br><br>　　　　　　　Defendant. | No. 2:23-cv-00068-DGC<br><br>**DEFENDANT'S UNOPPOSED MOTION TO EXTEND CASE DEADLINES RELATED TO DISPOSITIVE MOTIONS & MOTION TO DECERTIFY**<br><br>**(Second Request)** |

Defendant Maricopa County hereby submits this unopposed motion to respectfully request one final short extension of the case deadlines set forth in the motion briefing schedule at Doc. 139, which is modified as indicated in the chart below and scheduled so that the deadlines occur on Fridays. This is the second request to extend the briefing schedule regarding dispositive motions and defendant's motion to decertify.

Good cause exists for the requested extensions. The parties diligently proceeded with the additional depositions allowed by the Court after the recent discovery dispute, which the parties completed on September 5, 2025 during the extended discovery period limited to these depositions. Defendant's deadline to file its Motion for Summary Judgment and Motion to Decertify, along with the extensive accompanying Separate

Statement of Facts mandated by LR 56.1 and this Court's Scheduling Order at Doc. 48 are due this coming Friday, September 12, 2025.

Defense counsel respectfully submits that they have diligently been working on briefing to comply with the September 12, 2025 deadline. However, unexpected and unforeseen circumstances have arisen necessitating a final short extension of the briefing schedule. Most notably, lead defense counsel Shayna Balch Santiago (and her entire household, including two very small children) have recently fallen ill. Her children fell ill late last week – which has unexpectedly left her without childcare. Ms. Santiago is now also ill and, as a result, is out of the office. Defendant does have two additional counsel of record in this case, associates Lori Guner and David Myers. However, Ms. Guner has been on maternity leave since May 2025 and will not be returning until the week of September 22, 2025. Mr. Myers is new to the case and only just entered a notice of appearance four (4) months ago on May 8, 2025. Defense counsel submits that Mr. Myers is not sufficiently familiar with the facts and defenses to complete the summary judgment motion, required separate statement of facts, and motion to decertify briefing on his own. Defense counsel respectfully submits that a short two-week extension is required for Ms. Santiago to recuperate, return to the office, and finalize and file Defendant's significant briefing.

In addition to Ms. Santiago's recent illness, Defense counsel submits that her legal assistant/paralegal (the lead staff member assigned to this case), had a family emergency arise over the weekend that has unexpectedly taken her away from the office as well. She is expected to be away from the office for approximately three weeks.

Defendant understands the Court's prior admonishments that additional extensions would not be granted, absent good cause. However, Defendant submits such good cause exists here given the above circumstances. Accordingly, Defendant requests that the remaining case deadlines be extended as follows:

/ / /

/ / /

| **Description of Deadline** | **Present Deadline** | **Requested Extension** |
|---|---|---|
| Defendant's deadline to file Motion for Summary Judgment | 9/12/25 | **9/26/25** |
| Plaintiff's deadline to file combined Response to Motion for Summary Judgment and Cross Motion for Summary Judgment | 10/24/25 | **11/7/25** |
| Defendant's deadline to file Response to Cross Motion for Summary Judgment | 11/21/25 | **12/12/25** *3-week-extension requested due to intervening Thanksgiving holiday* |
| Plaintiff's deadline to file Reply in support of Cross Motion for Summary Judgment | 12/12/25 | **1/9/26** *current schedule sets this reply deadline 3 weeks from Defendants' response; 4 weeks requested due to intervening holidays.* |
| Defendant's deadline to file Motion to Decertify | 9/12/25 | **9/26/25** |
| Plaintiff's deadline to file Response to Motion to Decertify | 10/24/25 | **11/7/25** |
| Defendant's deadline to file Reply in support of Motion to Decertify | 11/21/25 | **12/12/25** *3-week-extension requested due to intervening Thanksgiving holiday* |

Defendant submits that the request for extension is made in good faith, will not unfairly prejudice any party, and is not made for the purpose of delay. Defendant conferred with Plaintiff's counsel who indicated Plaintiff would not oppose the request in this motion. A proposed order is filed contemporaneously herewith.

FP 56295476.1

1  DATED this 9th day of September 2025.

2                       FISHER & PHILLIPS LLP

4                By  s/  Shayna Balch Santiago
5                    Shayna Balch Santiago
                  Lori A. Guner
6                    David G. Myers
7                    3200 N. Central Avenue, Suite 1550
                  Phoenix, Arizona 85012-2487
8                    Attorneys for Defendants

4

FP 56295476.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ *Christine Logan*

FP 56295476.1