# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>     Defendant. | No. CV-23-0068-PHX-DGC<br><br>**ORDER** |

   Before the Court is Defendant's Unopposed Motion to Extend Case Deadlines Related to Dispositive Motions & Motion to Certify (Doc. 149). Good cause appearing,

   **IT IS ORDERED** Defendant's Unopposed Motion to Extend Case Deadlines Related to Dispositive Motions & Motion to Certify (Doc. 149) is **granted**.

   **IT IS FURTHER ORDERED** extending the remaining case deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Defendant's deadline to file Motion for Summary Judgment | **9/26/25** |
| Plaintiff's deadline to file combined Response to Motion for Summary Judgment and Cross Motion for Summary Judgment | **11/7/25** |
| Defendant's deadline to file Response to Cross Motion for Summary Judgment | **12/12/25** |

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Plaintiff's deadline to file Reply in Support of Cross Motion for Summary Judgment | **1/9/26** |
| Defendant's deadline to file Motion to Decertify | **9/26/25** |
| Plaintiff's deadline to file Response to Motion to Decertify | **11/7/25** |
| Defendant's deadline to file Reply in support of Motion to Decertify | **12/12/25** |

Dated this 9th day of September, 2025.

David G. Campbell
Senior United States District Judge