Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>               Defendant. | No. 2:23-cv-00068-DGC<br><br>**DEFENDANT'S MOTION TO EXCEED PRESUMPTIVE PAGE LIMITATION FOR ITS MOTION TO DECERTIFY, MOTION FOR SUMMARY JUDGMENT, AND STATEMENT OF FACTS** |

Defendant Maricopa County ("Defendant"), by and through undersigned counsel, respectfully requests leave of this Court to allow Defendant to file: (1) a motion for summary judgment and a separate motion to decertify, both exceeding the presumptive 17-page limit for motions set forth in LRCiv 7.2(e)(1), and (2) a consolidated statement of facts in support of both motions, exceeding the ten-page limit set forth in the Court's Case Management Order at Doc. 48.

This matter is a collective action involving 24 plaintiffs that opted in. During the telephonic conference on July 29, 2025, Defendant requested to file more than one motion for summary judgment relating to the opt-ins (grouped by argument or topic), however this request was denied and the Court instructed defense counsel to file a single consolidated m motion. Defense counsel explained that Defendant would need to exceed the presumptive

17-page limit for motions set forth in LRCiv 7.2(e)(1), for its motion for summary judgment and for its motion to decertify, due to the sheer volume of arguments and factual assertions relating to the 24 opt-ins in this case. As stated in the minute entry concerning the telephonic conference, the Court indicated that the parties must "file any motions for leave to exceed page limits in tandem with" the motions at issue. Accordingly, Defendant files this motion today along with its motion or summary judgment, motion to decertify, and consolidated statement of facts in support of both motions.

Defendant has good cause for seeking to exceed the page limitation. To begin, this case involves allegations that Defendant misclassified its Patrol Lieutenants. Accordingly, Defendant's motion to decertify and motion for summary judgment have dedicated significant analysis to the various exemptions at issue in this case – executive, administrative and highly compensated employee. Moreover, Plaintiffs have put front and center in this litigation the First Responder Regulation, so that issue is extensively briefed in both motions as well. While Defendant has attempted to be as succinct as possible, briefing on these multiple and comprehensive legal issues as they relate to 24 separate opt-ins necessarily requires Defendant to exceed the presumptive 17-page limit per motion. Accordingly, Defendant respectfully requests leave of court to exceed the presumptive page limit for its motion to decertify by 12 pages (total of 29 pages) and to exceed the presumptive page limit for is motion for summary judgment by 16 pages (total of 33 pages).

Defendant further respectfully submits that it has good cause to exceed the presumptive page limitation for its separate statement of facts. Defendant is cognizant of the Court's instruction to be as concise as possible with briefing and Defendant understands the Court's desire to streamline briefing on the motions to decertify and for summary judgment. To this effect, Defendant has prepared a single separate statement of facts to support both of its motions. Defendant respectfully submits that due to the sheer amount of facts and evidence relating to 24 separate opt-ins (including 24 depositions and over 25,000 pages of documents disclosed) permitting two to three pages per opt-in is entirely reasonable.

FP 56947909.1

1  Accordingly, Defendant requests leave of Court to exceed the presumptive limit of 10-pages
2  for the statement of facts by 50 pages.
3      It should also be noted that a large portion of the additional pages beyond the
4  presumptive 10-page limit for the statement of facts is dedicated to pinpoint deposition
5  citations and other references to the admissible record.
6      Accordingly, and for the reasons set forth above, Defendant respectfully requests leave
7  of court to file a motion for summary judgment 33 pages in length, a motion to decertify 79
8  pages in length, and a consolidated statement of facts 60 pages in length.
9      DATED this 26th day of September 2025.

                FISHER & PHILLIPS LLP

                By  s/ Shayna Balch Santiago
                    Shayna Balch Santiago
                    Lori A. Guner
                    David G. Myers
                    3200 N. Central Avenue, Suite 1550
                    Phoenix, Arizona 85012-2487
                    Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 56947909.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/  Christine Logan

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400