Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>    Defendant. | No. 2:23-cv-00068-DGC<br><br>**DEFENDANT'S MOTION TO SEAL CERTAIN EXHIBITS ATTACHED TO DEFENDANT'S STATEMENT OF FACTS, PORTIONS OF STATEMENT OF FACTS AND PORTIONS OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(Expedited Consideration Requested)** |

Pursuant to Federal Rule of Civil Procedure 5.2(d) and LRCiv 5.6, Defendant Maricopa County ("Defendant") hereby moves for an expedited order directing the Clerk of Court to file the following documents under seal:

1.   Statement of Facts lodged herewith – paragraphs 26, 36, 45, 55, 70, 80, 89, 100, 113, 120, 134, 146, 154, 162, 170, 179, 188, 196, 251 and 257 (confidential compensation information) and Exhibits 9, 12, 14, 18, 21, 24, 27, 29, 32, 35, 40, 44, 46, 48, 50, 52, 55, 57, 62, 63, 64, 65, 66, 67, 70, 71, 72, 75, 78, 79, 81, 82 and 83 (W2s for Plaintiffs and other confidential personnel related records).

2.   Motion for Summary Judgment – pp. 21:23-22:7; (containing compensation information)

For reasons further explained below, Defendant submits that the documents in question contain sensitive personal information, some of which concerns non-parties. Therefore, there are compelling reasons to seal the documents, which outweigh the presumption in favor of public access.

## I. LEGAL AUTHORITY

"The public has a general right to inspect judicial records and documents, such that a party seeking to seal a judicial record must overcome 'a strong presumption in favor of access.'" *Republic of Kazakhstan v. Lawler*, 2019 WL 6971667, at *1 (D. Ariz. Dec. 19, 2019) (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). To overcome this presumption, a party must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure...." *Kamakana*, 447 F.3d at 1178-79 (internal quotation marks and citations omitted). The court must "conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1179 (internal quotation marks omitted). "After considering these interests, if the court decides to seal certain judicial records, it must base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Id.* (internal quotation marks omitted). "The 'stringent' compelling reasons standard applies to all filed motions and their attachments where the motion is 'more than tangentially related to the merits of a case.'" *Lawler*, 2019 WL 6971667, at *1 (quoting *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096, 1101 (9th Cir. 2016)).

In *In re High-Tech Employee Antitrust Litig.*, 11-CV-02509-LHK, 2013 WL 163779, at *5 (N.D. Cal. Jan. 15, 2013), the United States District Court assessed whether a motion for class certification and its exhibits—which included confidential employee compensation information and personal information of non-parties, among other things—should be sealed. The court ultimately concluded that exposure of such information to the public could cause harm, and granted a motion to maintain the documents under seal. *Id.*

## II. ARGUMENT

There is a compelling reason to seal the above-referenced Exhibits attached to Plaintiff's Statement of Facts and paragraphs contained in Defendants Statement of Facts and Motion for Summary Judgment. The records and paragraphs contain a variety of confidential information including employee compensation information, and sensitive information related to non-parties. Thus, the risk of harm from disclosure outweighs the presumption of public access to these records.

The W2s contain the Plaintiffs' compensation information, which cannot be redacted because it is material to arguments asserted in Defendant's Motion for Summary Judgment. Additionally, there are various supervisor notes and employee performance appraisals that not only mention employee information, but also refer to information relating to past or present Maricopa County Sheriff's Office investigations. Therefore, as in the cases cited above, the documents at issue should be sealed due to the confidential nature of the information in the records.

Finally, Defendant is cognizant of the general rule favoring the public filing of court documents. To this effect, Defendant is simultaneously filing in open Court redacted versions of its Motion for Summary Judgment and Separate Statement of Facts with the paragraphs containing confidential information blacked out. Defendant is also filing all exhibits with the redacted Statement of Facts that it has not asked the Court to file under seal.

Accordingly, for the above and foregoing reasons, Defendant requests that the instant motion to seal be granted in its entirety.

DATED this 27th day of September 2025.

                FISHER & PHILLIPS LLP

                By  s/ Shayna Balch Santiago
                     Shayna Balch Santiago
                     Lori A. Guner
                     David G. Myers
                     3200 N. Central Avenue, Suite 1550
                     Phoenix, Arizona 85012-2487
                     Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 57034940.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

4

FP 57034940.1