IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**ORDER** |
|---|---|

Before the Court is Defendant's Motion to Seal Certain Exhibits Attached to Defendant's Statement of Facts, Portions of Statement of Facts and Portions of Motion For Summary Judgment (Doc. 153). Good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Seal Certain Exhibits Attached to Defendant's Statement of Facts, Portions of Statement of Facts and Portions of Motion For Summary Judgment at Doc. 153;

**IT IS FURTHER ORDERED** directing the Clerk to file the following documents under seal:

1. Defendant's unredacted Statement of Facts with full exhibits; and
2. Defendant's unredacted Motion for Summary Judgment

FP 57041466.1