# EXHIBIT 11



# FAIR LABOR STANDARDS ACT (FLSA)
# EMPLOYEE ACKNOWLEDGEMENT FORM

| Effective Date | Dept. No. | Department Name |
|---|---|---|
| 10/19/2020 | 500 | Maricopa County Sheriff's Office |

## I. EMPLOYEE INFORMATION

| | |
|---|---|
| **Employee ID:** 811057948     **Position #:** 18825 | **Name** (Last, First): Keller, David |
| **Market Range Title:** Law Enforcement Lieutenant | **Working Title:** Law Enforcement Lieutenant |

**FLSA Status:**

☐ Non-Exempt (Hourly employee paid for all hours worked and overtime pay for hours worked over 40 in a work week.)

☒ Exempt (Not eligible for overtime pay.)

## II. NON-EXEMPT SUMMARY AND ACKNOWLEDGEMENT

The purpose of the Hours Worked and Overtime Policy is to outline the County's compliance with federal and state laws pertaining to hours worked and overtime. Non-exempt employees are required to read this policy, direct any questions they have to their department HR liaison, and to sign this acknowledgement form. Employees can obtain a copy of the Hours Worked and Overtime Policy from their department HR liaison or by going to:
http://az-maricopacountyintranet.maricopa.gov/190/Policy-Library.

I acknowledge that my FLSA status is non-exempt as stated above and that:
- I was provided access to, read, understand, and will comply with the Hours Worked and Overtime Policy.
- I sought clarification for any questions that I had regarding this policy from my department HR liaison and will seek further clarification if I have additional questions in the future.
- I understand that violation of this policy may result in disciplinary action up to and including termination.
- I understand that a copy of this signed acknowledgment form will be placed in my personnel file.

Employee Signature _____     Date _____

## III. EXEMPT SUMMARY AND ACKNOWLEDGEMENT

The purpose of the Hours Worked for Exempt Employees Policy is to outline the County's tracking of work hours for employees who are exempt from the overtime provisions of the FLSA in accordance with the principles of public accountability. Exempt employees are required to read this policy, to direct any questions they have to their department HR liaison, and to sign this acknowledgement form. Employees can obtain a copy of the Hours Worked for Exempt Employees Policy from their department HR liaison or by going to: http://az-maricopacountyintranet.maricopa.gov/190/Policy-Library.

I acknowledge that my FLSA status is exempt as stated above and that:
- I was provided access to, read, understand, and will comply with the Hours Worked for Exempt Employees Policy.
- I sought clarification for any questions that I had regarding this policy from my department HR liaison and will seek further clarification if I have additional questions in the future.
- I understand that violation of this policy may result in disciplinary action up to and including termination.
- I understand that a copy of this signed acknowledgment form will be placed in my personnel file.

Employee Signature _David S. Keller_     Date _10-14-2020_

## IV. SUPERVISOR ACKNOWLEDGEMENT

I certify that I received, read, and understand the Hours Worked and Overtime Policy or the Hours Worked for Exempt Employees Policy, whichever is applicable; will comply with the provisions of this policy as it relates to the employee mentioned above; will seek clarification from my department HR liaison if I have questions regarding this policy and the treatment of the employee mentioned above; and I understand that violation of this policy as a supervisor may result in disciplinary action up to and including termination.

REDACTED ███████████     Date _10/14/2020_

Supervisor Name (print)     Supervisor Signature _for MCSO HR_

**NOTE:** Signed acknowledgement forms are maintained by departments while a copy of the form must be sent to Employee Records.

# EXHIBIT 12

# FILED

# UNDER

# SEAL

# EXHIBIT 13



## FAIR LABOR STANDARDS ACT (FLSA)
## EMPLOYEE ACKNOWLEDGEMENT FORM

| Effective Date | Dept. No. | Department Name |
|---|---|---|
| 06/27/2022 | 500 | Maricopa County Sheriff Office |

### I. EMPLOYEE INFORMATION

| Employee ID: ▮▮▮▮ | Position #: 76992 | Name (Last, First): Sanchez, Emmanuel |
|---|---|---|
| Market Range Title: Law Enforcement Lieutenant | | Working Title: Law Enforcement Lieutenant |

**FLSA Status:**
- ☐ Non-Exempt (Hourly employee paid for all hours worked and overtime pay for hours worked over 40 in a work week.)
- ☒ Exempt (Not eligible for overtime pay.)

### II. NON-EXEMPT SUMMARY AND ACKNOWLEDGEMENT

The purpose of the Hours Worked and Overtime Policy is to outline the County's compliance with federal and state laws pertaining to hours worked and overtime. Non-exempt employees are required to read this policy, direct any questions they have to their department HR liaison, and to sign this acknowledgment form. Employees can obtain a copy of the Hours Worked and Overtime Policy from their department HR liaison or by going to: http://az-maricopacountyintranet.maricopa.gov/190/Policy-Library.

I acknowledge that my FLSA status is non-exempt as stated above and that:
- I was provided access to, read, understand, and will comply with the Hours Worked and Overtime Policy.
- I sought clarification for any questions that I had regarding this policy from my department HR liaison and will seek further clarification if I have additional questions in the future.
- I understand that violation of this policy may result in disciplinary action up to and including termination.
- I understand that a copy of this signed acknowledgment form will be placed in my personnel file.

| | |
|---|---|
| Employee Signature | Date |

### III. EXEMPT SUMMARY AND ACKNOWLEDGEMENT

The purpose of the Hours Worked for Exempt Employees Policy is to outline the County's tracking of work hours for employees who are exempt from the overtime provisions of the FLSA in accordance with the principles of public accountability. Exempt employees are required to read this policy, to direct any questions they have to their department HR liaison, and to sign this acknowledgment form. Employees can obtain a copy of the Hours Worked for Exempt Employees Policy from their department HR liaison or by going to: http://az-maricopacountyintranet.maricopa.gov/190/Policy-Library.

I acknowledge that my FLSA status is exempt as stated above and that:
- I was provided access to, read, understand, and will comply with the Hours Worked for Exempt Employees Policy.
- I sought clarification for any questions that I had regarding this policy from my department HR liaison and will seek further clarification if I have additional questions in the future.
- I understand that violation of this policy may result in disciplinary action up to and including termination.
- I understand that a copy of this signed acknowledgment form will be placed in my personnel file.

| *(signature)* 518% | 6-22-22 |
|---|---|
| Employee Signature | Date |

### IV. SUPERVISOR ACKNOWLEDGEMENT

I certify that I received, read, and understand the Hours Worked and Overtime Policy or the Hours Worked for Exempt Employees Policy, whichever is applicable; will comply with the provisions of this policy as it relates to the employee mentioned above; will seek clarification from my department HR liaison if I have questions regarding this policy and the treatment of the employee mentioned above; and I understand that violation of this policy as a supervisor may result in disciplinary action up to and including termination.

| Gertrude T. Jackson *(signature)* | *(signature)* | 6/23/2022 |
|---|---|---|
| Supervisor Name (print) | Supervisor Signature | Date |

**NOTE:** Signed acknowledgement forms are maintained by departments while a copy of the form must be sent to Employee Records.

Revised: 08/07/2017

CONFIDENTIAL
ATTORNEY EYES ONLY

MCC 019991

# EXHIBIT 14

# FILED UNDER SEAL

# EXHIBIT 15

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Christopher J. Houck, on          )
behalf of himself and all         )
those similarly situated,         )
                                  )
          Plaintiff,              )
                                  )
vs.                               ) Case No.:
                                  ) 2:23-cv-00068-DGC
Maricopa County,                  )
                                  )
          Defendant.              )
                                  )

VIDEO-RECORDED DEPOSITION OF DONALD ROSENBERGER
(and Videoconference via Zoom)

Phoenix, Arizona
July 18, 2025
10:05 a.m.

REPORTED BY:                CARRIE REPORTING, LLC
Kristy A. Ceton, RPR, CRR   Certified Reporters
AZ CR No. 50200             12725 W. Indian School Rd.
                            Suite F-100
                            Avondale, AZ 85392
CERTIFIED COPY              (480) 429-7573

Deposition of: Donald Rosenberger                          July 18, 2025

2

1        VIDEO-RECORDED DEPOSITION OF DONALD ROSENBERGER

2   commenced at 10:05 a.m., on July 18, 2025, at Fisher

3   & Phillips, LLP, 3200 North Central Avenue, Suite

4   1550, Phoenix, Arizona, and videoconference via Zoom

5   before Kristy A. Ceton, RPR, CRR, Arizona Certified

6   Court Reporter No. 50200.

7

8                            *  *  *

9

10  APPEARANCES:

11      For the Plaintiff:

12          FRANKEL SYVERSON, PLLC
            By:  Patricia N. Syverson, Esq.
13          2375 East Camelback Road
            Suite 600
14          Phoenix, Arizona 85016
            patti@frankelsyverson.com
15
        For the Defendants:
16
            FISHER & PHILLIPS, LLP
17          By:  Shayna Balch Santiago, Esq.
            3200 North Central Avenue
18          Suite 1550
            Phoenix, Arizona 85012
19          ssantiago@fisherphilliips.com

20      Also Present:

21          Samantha Elliott, the videographer

22          Megan Morley (via Zoom)

23

24

25

Deposition of: Donald Rosenberger                                    July 18, 2025

15

1    go to page 3, do you see in the middle of the page it

2    says "Interrogatories"?

3          A.   Yes.

4          Q.   And do you see interrogatory No. 1

5    underlined and bolded?

6          A.   Yes.

7          Q.   And there's a question there.

8               Do you see that?

9          A.   Yes.

10         Q.   And it asks you to describe for any

11   periods of time that you contend you were employed as

12   a law enforcement lieutenant in Patrol Bureaus East

13   or West between January 11, 2020, and the present,

14   please, and then provide the following information.

15         A.   Yes.

16         Q.   And do you recall providing that

17   information, as well as information in response to

18   other questions in this case?

19         A.   Vaguely, yes, because it's been a while.

20         Q.   I want you to review through these

21   interrogatories and the responses and let me know if

22   everything in this document is true and correct.

23         A.   Just one or all of them?

24   Interrogatory --  Do you want me to go on to 2 or

25   just --

16

1          Q.    Yeah.

2          A.    Or just under 1.

3          Q.    Yeah.  Go -- go through all of them and

4     let me know if there's anything that's incorrect in

5     these responses.

6          A.    Okay.

7          Q.    Now that you've had a chance to review

8     through to Exhibit 2 to your deposition, is -- are

9     all of the responses provided in response -- in --

10    Strike that.

11              Now that you had a chance to review

12    Exhibit 2 to your deposition, are all of the

13    responses provided to the interrogatories correct?

14         A.    As far as I can tell, yes.

15         Q.    Let's flip quickly to Exhibit 3.  Similar

16    question.  Do you recognize Exhibit 3 to your

17    deposition titled "Opt-In Plaintiff Donald

18    Rosenberger's Responses to Defendant's First Set of

19    Requests for Admission"?

20         A.    Again, it's been a long time, so not

21    really.

22         Q.    Okay.  I want you to turn to page 3.  And

23    that's where it starts with request No. 1.  Do you

24    remember reviewing questions and admitting or denying

25    certain phrases?

Deposition of: Donald Rosenberger                    July 18, 2025

17

1           A.    I -- I don't remember.

2           Q.    Okay.  Well, take a look through request

3    No. 1 through No. 5.  And I want you to read the

4    response -- I'm sorry -- the question, along with the

5    admission or denial, and let me know if any of the

6    responses of admit or deny are incorrect.

7           A.    They are correct.

8           Q.    Just to confirm so I have a clear record

9    here.

10          It's your testimony that the responses to

11   Defendant's First Set of Request for Admission in

12   Exhibit 3 to your deposition are all correct as

13   stated in this exhibit?

14          A.    Yes.

15          Q.    Okay.  All right.  I want to walk through

16   your employment history with Maricopa County during

17   the relevant time period.  And feel free to reference

18   your interrogatory responses, if you need to.

19          Starting with your current position and

20   going backwards, where -- what assignment do you

21   currently hold?

22          A.    Lieutenant in our Lake Patrol division.

23          Q.    And how long have you been in that

24   assignment for?

25          A.    Since January 2022.  So three years and

Deposition of: Donald Rosenberger                    July 18, 2025

18

1    some couple months, a few months.

2         Q.   And since the time that you assumed the

3    assignment, lieutenant in Lake Patrol in January of

4    2022, have you held the same schedule?

5         A.   Yes.

6         Q.   And what is that schedule?

7         A.   Sunday through Wednesday.

8         Q.   And what hours?

9         A.   Hours kind of vary.  I'm typically 7:00

10   to 5:00.  8:00 to 6:00.  Just depends.

11        Q.   How -- how does it vary?  Do you have

12   some flexibility in the hours that you work?

13        A.   Yeah.  I pretty much can start pretty

14   much whenever I want.  And then I work 10-hour days.

15   So wherever I start, I usually try to end, obviously,

16   10 hours later.

17        Q.   Are you aware of any other lieutenants in

18   Lake Patrol that similarly get to start and end their

19   shift based on their discretion?

20        A.   Yes.  All three lieutenants in Lake

21   Patrol have that discretion.

22        Q.   Who are those lieutenants in Lake Patrol?

23        A.   Lieutenant Matt Hunter and Lieutenant

24   Jason Gilchrist.

25        Q.   Jason who?

21

1    districts?

2            A.    I would -- I would say yes.

3            Q.    What other districts did you work in

4    prior to Lake Patrol between -- between January of

5    2020 and January of 2022?

6            A.    I was in District 6, which is Queen

7    Creek, for one year, the final year of our contract.

8                  And then prior to that, I was at -- in

9    District 1, which is our Southeast County District.

10           Q.    So is it your testimony that you had

11   discretion regarding your start and stop times in

12   your time at Queen Creek, District 6?

13           A.    Yes.

14           Q.    Is it also your testimony that you had

15   discretion in the start and stop times at District

16   1 --

17           A.    Yes.

18           Q.    -- as lieutenant?

19                 So since January of 2022 to the present,

20   you effectively have been working four 10-hour shifts

21   in Lake Patrol; is that correct?

22           A.    Yes.

23           Q.    Who have you reported to during your time

24   at Lake Patrol from January 2022 to the present?

25           A.    Initially, it was Captain Dave Lee.  Then

Deposition of: Donald Rosenberger                    July 18, 2025

22

1    he was transferred out, and we received a Captain

2    Aaron Flowers for a short period of time.  And,

3    currently, Lieutenant Matt Hunter is the acting

4    commander or captain in Lake Patrol as Captain

5    Flowers was also -- was transferred out.

6         Q.   When did Matt Hunter assume

7    responsibility as acting commander?

8         A.   I don't have an exact time.  It was some

9    time this year, 2025, the last three months or so

10   maybe.  And, again, I can't be positive about that.

11        Q.   Okay.  Immediately before your time in

12   Lake Patrol --  Actually, when you worked at Lake

13   Patrol, did you work out of an office?

14        A.   I have an office in Lake Patrol.

15        Q.   Where -- where is that office located at?

16        A.   It is up by the Salt River at Bush

17   Highway and Usery Pass Road.  It's considered our

18   station 500.  It's a Lake Patrol headquarters.

19        Q.   And how far would your commute be if you

20   went straight from your personal residence to the

21   Lake Patrol headquarters?  How long would that

22   commute be?

23        A.   That's typically about 30 -- 25 to 30

24   minutes.

25        Q.   Is that with or without traffic?

Deposition of: Donald Rosenberger                                    July 18, 2025

26

```
 1              I would probably say he's 50/50
 2    administrative to patrol; whereas, I'm probably more
 3    like 10 percent administrative and 90 percent patrol.
 4         Q.   And immediately prior to your --  Strike
 5    that.
 6              At Lake Patrol, you said that you have an
 7    office?
 8         A.   I do have an office there, yes.
 9         Q.   Is it a personal office or a shared
10    office?
11         A.   Personal.
12         Q.   Is it safe to assume that you have worked
13    out of that office on at least one occasion?
14         A.   You mean in the office?
15         Q.   In the office on at least one occasion?
16         A.   Yes.
17         Q.   How often would you say you are in your
18    personal office?
19         A.   Typically, every day for -- most days,
20    most -- maybe an hour.
21         Q.   And when you worked in --  I'm sorry.
22              Since January of 2022, when you started
23    your assignment in Lake Patrol, can you walk me
24    through what a typical day would look like?
25         A.   I log on at my house.  I log on with
```

1  dispatch to start my day.  Drive to -- typically
2  drive to my office at station 500.  Then, I go
3  through, log on my computer and I go through what we
4  call our patrol activity logs.  I review any
5  sergeants that worked the previous day.
6          I review their patrol activity logs.  And
7  then, within those logs, it will tell me whether or
8  not they created any kind of paperwork, whether it be
9  traffic stops, incident reports, anything along those
10 lines.
11         If I do see that in there, then I open up
12 another window, our Traks window, where I go ahead
13 and review their traffic stops, the paperwork related
14 to the traffic stops, which would be a warning or a
15 citation and what we call a vehicle stop contact form
16 that they're required to fill out on every traffic
17 stop and/or any incident reports that they might have
18 authored the day before.
19         And, really, once I'm done with that, and
20 then also going through whatever e-mails might be
21 there from the day before, whether or not I have to
22 respond to those or not, and that's about it.  After
23 that, I get in my car and head out on the road.
24      Q.  And when you head out on the road, are
25 you driving to any specific location, or are you

29

1   on that day, how I feel that day, where I want to go.

2           I try to -- I try to spread the wealth

3   amongst my subordinates to, you know, be around them

4   and, you know, work with them as much as I can.

5           Q.   Do you have discretion in where you head

6   to each day?

7           A.   Yes.

8           Q.   And have you ever used --  Strike that.

9           Are you issued an unmarked vehicle for

10  your use as lieutenant with Maricopa County?

11          A.   Yes, it is considered unmarked vehicle.

12          Q.   And what does that mean?

13          A.   It's not an undercover vehicle, which a

14  lot of people like to refer to it as that.  It does

15  have visible lights affixed to the side, antennas on

16  top.  It's just a -- a Ford pickup truck that's just

17  not -- doesn't have sheriff wording, stars, or

18  anything like that on it.

19          But it's not like an undercover, like,

20  Ford Mustang or something like that.  It's -- it's

21  pretty obvious -- it should be pretty obvious to most

22  people that it's a -- a police vehicle.

23          Q.   But unmarked refers to no signage on the

24  vehicle indicating sheriff's office, correct?

25          A.   Yes.

Deposition of: Donald Rosenberger                                    July 18, 2025

29

1    on that day, how I feel that day, where I want to go.

2              I try to -- I try to spread the wealth

3    amongst my subordinates to, you know, be around them

4    and, you know, work with them as much as I can.

5         Q.   Do you have discretion in where you head

6    to each day?

7         A.   Yes.

8         Q.   And have you ever used --  Strike that.

9              Are you issued an unmarked vehicle for

10   your use as lieutenant with Maricopa County?

11        A.   Yes, it is considered unmarked vehicle.

12        Q.   And what does that mean?

13        A.   It's not an undercover vehicle, which a

14   lot of people like to refer to it as that.  It does

15   have visible lights affixed to the side, antennas on

16   top.  It's just a -- a Ford pickup truck that's just

17   not -- doesn't have sheriff wording, stars, or

18   anything like that on it.

19             But it's not like an undercover, like,

20   Ford Mustang or something like that.  It's -- it's

21   pretty obvious -- it should be pretty obvious to most

22   people that it's a -- a police vehicle.

23        Q.   But unmarked refers to no signage on the

24   vehicle indicating sheriff's office, correct?

25        A.   Yes.

34

1    designated time period?

2         A.    No, I don't have any.

3         Q.    Okay.  Earlier, you indicated that you do

4    make traffic stops; is that correct?

5         A.    Yes.

6         Q.    Can you tell me approximately how many

7    traffic stops you believe you've made this year in

8    2025?

9         A.    I know I've got 24 this month.  I would

10   be guessing.  Maybe 40.

11        Q.    40 for the --

12        A.    2025.

13        Q.    For 2025 through this --

14        A.    Yeah.  And that -- really, a guess.

15   There are some months I have quite a few more than

16   others.

17        Q.    Would this month be one of those months

18   where you have more than --

19        A.    This month is -- yeah, this month is --

20   yeah.

21             THE COURT REPORTER:  Just make sure she

22   finishes.  You're cutting her off.

23             THE WITNESS:  Sorry.

24        Q.    BY MS. BALCH SANTIAGO:  How about for

25   2024?  How many traffic stops do you believe that you

35

1   had for all of 2024?

2          A.   I'm not -- I don't even know if I could

3   guess that.  Yeah.  It would be -- I would probably

4   put 2024 in the neighborhood of 50 or so.

5          Q.   Would it be fair to state that you

6   average about 50 traffic stops a year?

7          A.   No, not necessarily.  It's -- it's more

8   so in my current position than it was in the District

9   6 and District 1.  Just based on the -- the vicinity

10  and the amount of calls for service that take up more

11  time.

12         Q.   Okay.  So how about from 20- -- for 2022

13  and 2023, while you were in Lake Patrol, can you give

14  me an average number of traffic stops that you

15  believe you conducted for those years?

16         A.   If I had to average it out, mainly

17  because of this year, I would probably put the

18  average at somewhere around 20, 25.

19         Q.   Per year?

20         A.   As an average, yes.  We've -- we've kind

21  of picked things up a little bit this year.

22         Q.   So 20, 25 per year for 2022 and 2023?

23         A.   Yeah.  Possibly.  Yes.

24         Q.   Should that number be higher for

25  sergeants or for deputies?

Deposition of: Donald Rosenberger                    July 18, 2025

38

1    District 6 or in District 1?

2           A.    Should be.

3           Q.    How about your traffic stop activity in

4    District 6, how many traffic stops do you think you

5    had per year while you were in District 6?

6           A.    Not many at all.  If I had five, that

7    might be it.

8           Q.    How many traffic stops do you think you

9    had in District 1 during your time there?

10          A.    Again, maybe five per year, if that.

11          Q.    Okay.  So let's talk a little bit more

12   about your time in District 6.  What was your

13   schedule at District 6?

14          A.    Actually, it -- if I recall, I believe it

15   was also Sunday through Wednesday.

16          Q.    What hours?

17          A.    Excuse me.  There, it was from what I

18   recall, it was typically either 6- to 1600 or 7- to

19   1700.  And that's mainly because I always tried to

20   make the morning briefing.

21          Q.    And did you have an office at District 6?

22          A.    Yes.

23          Q.    Was it a personal office or a shared

24   office?

25          A.    Personal.

Deposition of: Donald Rosenberger                    July 18, 2025

39

1          Q.   Where is the office located at?

2          A.   In the Queen Creek town hall.  I don't

3     remember the exact address, but it was --

4          Q.   Can you give me the crossroads?

5          A.   Yeah.  It was basically Ellsworth.  It

6     was between Ellsworth and Ellsworth Loop, south of

7     Ocotillo.

8          Q.   And how long was your commute from your

9     personal residence to your office at Queen Creek Town

10    Hall?

11         A.   Maybe five minutes.

12         Q.   Fast commute.

13              Is the commute to and from work the same?

14         A.   Yes.

15         Q.   With or without traffic?

16         A.   Yes.

17         Q.   When you worked at District 6, can you

18    walk me through what a typical day would look like?

19         A.   Pretty much the same as Lake Patrol.  I

20    would go in in the morning, log in, check patrol

21    activity logs, any related paperwork that was created

22    by the sergeants.  And then after --

23              Oh, I did attend a brief -- a briefings

24    there.  Probably attended the briefing first and then

25    went in my office, did my patrol activity logs.

Deposition of: Donald Rosenberger                    July 18, 2025

40

```
 1            And then -- and then I was out on the
 2   road patrolling the town.  I was just driving around
 3   the town, responding to calls with my guys.
 4            Q.   How much time would you spend in your
 5   personal office versus out in the field?
 6            A.   I would say maybe one hour in the office
 7   and the rest on the -- out in the field.  So nine
 8   hours.  One to nine.
 9            Q.   During your time at District 6, did you
10   ever use your Maricopa County-issued vehicle as a
11   home office?
12            A.   I've -- I've -- I do -- I have done work
13   in my vehicle while on duty.
14            Q.   What type of work have you done in your
15   vehicle while on duty?
16            A.   I've -- I've checked and responded to
17   e-mails.  I've --  At times, I've actually reviewed
18   the patrol activity logs in my vehicle.  If I -- if
19   the -- one of my sergeants happened to make a stop
20   during that day, because it's in -- it's in a
21   computer system, it will update right away, and I
22   could actually check that -- that vehicle stop
23   contact form and citation or warning right then and
24   there rather than do it the next day.  So I've done
25   that.
```

Deposition of: Donald Rosenberger                    July 18, 2025

44

1    probably nine hours out in the field.

2            Q.   Are you familiar with the phrase CAD?

3            A.   Yes.

4            Q.   What does CAD mean to you?

5            A.   It's our computer-aided dispatch system.

6    It's basically our -- our dispatch system.  We have

7    computers, so any calls for service or any calls that

8    we generate will ultimately be -- be put into that

9    system and we can see them and work off of that.

10           Q.   Are you required to be logged into the

11   CAD system while you're on shift?

12           A.   That's --  As a lieutenant, to be honest

13   with you, I'm not 100 percent sure if we're actually

14   required, but I am logged on whenever I'm on shift.

15           Q.   Are there any -- are there ever any times

16   that you are not logged into CAD while you're on

17   shift?

18           A.   Not that I recall.  If there was, it was

19   very, very, very minimal.  And I don't -- I don't

20   believe my times in patrol that I was never not

21   logged on.

22           Q.   Okay.  Are you familiar with the term

23   "off duty"?

24           A.   Yes.

25           Q.   How about "off-duty assignments"?

41

1       Q.   Have you done any work in your Maricopa

2  County-issued vehicle that you would consider to be

3  administrative work?

4       A.   Well, reviewing that paperwork, the five

5  minutes that it might take.

6       Q.   Any other administrative work that you've

7  done in your County-issued vehicle?

8       A.   Not that I --  No, not that I can think

9  of.

10       Q.   I can't remember if I asked this question

11  as to Lake Patrol, so I'll ask it again if I did.

12            Have you used your County-issued vehicle

13  to -- as a home office while in Lake Patrol?

14       A.   It would be the same response as in

15  District 6.

16       Q.   Same question with regards to District 1.

17  Have you used your County-issued vehicle as a home

18  office while you worked in District 1?

19       A.   Again, same -- same as District 6 and

20  Lake Patrol.

21       Q.   Who did you report to while you were in

22  District 6?

23       A.   When I first got there, it was Captain

24  Lugo.  And shortly -- I mean, I think it was within a

25  month, Captain Aldorasi came there.

Deposition of: Donald Rosenberger                    July 18, 2025

42

1          Q.   And what dates were you in District 6

2     for?

3          A.   I believe I went there in January of

4     2020, and we turned the town over to the Queen Creek

5     Police in January of 2021, if I'm correct.  No.  I

6     was there 2021 until 2022.

7          Q.   And prior to that, were you in District

8     1?

9          A.   Yes.

10         Q.   In District 1, did you have an office?

11         A.   Yes.

12         Q.   Where was that office located at?

13         A.   What's the address there?  1820 South

14    Lewis in Mesa.  Basically Mesa Drive and U.S. 60.

15         Q.   Was that a personal or a shared office?

16         A.   Both.  It was shared for a little while

17    and then it was my own.

18         Q.   What were the dates that you were in

19    District 1 as a lieutenant?

20         A.   I was there until January of 2021.  I

21    don't remember how far back.  I was there for, I

22    believe, at least three years, three or four years.

23         Q.   So if the relevant time period in this

24    case is January of 2020 through the present, then

25    certainly from January 2020 through January of 2021,

Deposition of: Donald Rosenberger                    July 18, 2025

43

1    you were in District 1; is that correct?

2         A.   Yes.

3         Q.   How -- how long was your commute from

4    your personal residence to District 1?

5         A.   That, too, was about 30 minutes.

6         Q.   With or without traffic?

7         A.   Yes.

8         Q.   And each way?

9         A.   Yes.

10        Q.   And when you were in District 1, walk me

11   through what a day would look like?

12        A.   Again, at District 1, I always tried to

13   attend the morning briefing, so I would attend that.

14   And then after that, I would go to my office, review

15   the patrol activity logs, any related paperwork, go

16   through e-mails.  And then, again, go out on the

17   road.

18             And whether I went out to East Mesa,

19   Guadalupe, Sun Lakes, just depends where -- where

20   that day took me, whether it was based on calls for

21   service or just going to different areas to work with

22   different deputies that were assigned out there.

23        Q.   How much of your day did you spend in

24   your office versus out in the field?

25        A.   Again, probably an hour as opposed -- and

Deposition of: Donald Rosenberger                    July 18, 2025

44

1    probably nine hours out in the field.

2          Q.   Are you familiar with the phrase CAD?

3          A.   Yes.

4          Q.   What does CAD mean to you?

5          A.   It's our computer-aided dispatch system.

6    It's basically our -- our dispatch system.  We have

7    computers, so any calls for service or any calls that

8    we generate will ultimately be -- be put into that

9    system and we can see them and work off of that.

10         Q.   Are you required to be logged into the

11   CAD system while you're on shift?

12         A.   That's --  As a lieutenant, to be honest

13   with you, I'm not 100 percent sure if we're actually

14   required, but I am logged on whenever I'm on shift.

15         Q.   Are there any -- are there ever any times

16   that you are not logged into CAD while you're on

17   shift?

18         A.   Not that I recall.  If there was, it was

19   very, very, very minimal.  And I don't -- I don't

20   believe my times in patrol that I was never not

21   logged on.

22         Q.   Okay.  Are you familiar with the term

23   "off duty"?

24         A.   Yes.

25         Q.   How about "off-duty assignments"?

Deposition of: Donald Rosenberger                              July 18, 2025

54

1   history for your serial number is correct and

2   accurate as to on-duty time, but it may be incorrect

3   as to off-duty time due to the logout time

4   potentially being incorrect?

5        A.   Yes.  And the accuracy of the on-duty

6   time is based solely on times that I've logged into

7   CAD -- logged onto CAD.  There might be instances

8   where I'm working, but I'm not going to patrol.

9   Maybe I'm going downtown for something completely

10  different, I may not -- may not log on.

11       Q.   How often might that occur?

12       A.   Rarely.  Especially since I've been on

13  patrol.  I typically log on for just about

14  everything.

15       Q.   How many times in a year would you say

16  that you haven't -- that you've performed work but

17  not logged into CAD?

18       A.   In this time period?

19       Q.   From January 2020 to the present.

20       A.   I would maybe say two at best, if not...

21       Q.   Take a look at the first page of Exhibit

22  4 to your deposition.  And if you see a reference

23  3/1/2020 on the left-hand side at 7:41:18.  Follow

24  over to the right-hand side.

25            Do you see where it says "unit initial

55

1  log for service"?

2          A.    Yes.

3          Q.    What is that reference to?

4          A.    That should be when I logged into my

5  computer.

6          Q.    In your driveway?

7          A.    Yes.

8          Q.    And if we follow to page MCC9987, midway

9  through the page, there is a reference also on

10  3/1/2020 at 15:56:19, and it says, "Unit Log-Off

11  Service."

12              Do you see that?

13          A.    Yes.

14          Q.    What is that reference to?

15          A.    That should be when I actually went off

16  duty for the day.

17          Q.    In your driveway, correct?

18          A.    Yes.

19              MS. BALCH SANTIAGO:  All right.  We've

20  been going for a little over an hour.  Why don't we

21  take a quick break.

22              THE VIDEOGRAPHER:  Off the record at

23  11:21.

24          (A break was taken at 11:21 a.m.)

25              THE VIDEOGRAPHER:  Back on the record at

Deposition of: Donald Rosenberger                        July 18, 2025

56

1    11:34.

2         Q.   BY MS. BALCH SANTIAGO:  All right.  Don,

3    we've just taken a short break and you've had the

4    opportunity to confer with your counsel.  Do you need

5    to change any of your responses to my earlier

6    questions?

7         A.   No.

8         Q.   Okay.  What was the date that you were

9    promoted to lieutenant?

10        A.   If I remember right, I believe it was in

11   July of 2007.

12        Q.   And if the relevant time period in this

13   case is January 11th, 2020, to the present, have you

14   been a lieutenant at all times since January 11th,

15   2020, to the present?

16        A.   Yes.

17        Q.   Have you ever served as a watch commander

18   or an acting commander?

19        A.   Yes.

20        Q.   When have you served as a watch commander

21   or an acting commander?

22        A.   Well, I was one of the first actual watch

23   commanders, but that was outside of this time period,

24   several years ago.  During this time period, I had

25   filled in for the existing watch commanders.  When

Deposition of: Donald Rosenberger                          July 18, 2025

63

1      Q.   Do certain districts, to your knowledge,

2  have administrative lieutenants?

3      A.   I -- Honestly, I'm not sure what they

4  are -- what they classify them as, because, again,

5  some of them don't have enough lieutenants to

6  designate one as an administrative lieutenant, as far

7  as I know.

8      Q.   So would you agree that some districts

9  have -- have administrative lieutenants, while other

10  districts do not have administrative lieutenants?

11         MS. SYVERSON:  Object.  Mischaracterizes

12  his testimony.

13         THE WITNESS:  Yeah.  Again, I'm -- Since

14  I've been in Lake Patrol, I'm not sure what type of

15  -- what they're doing at the districts as far as how

16  they're labeling their lieutenants, how they're

17  utilizing their lieutenants.

18         I know there's a -- there's been for

19  several years now a big push for patrol lieutenants

20  to be overseeing what's going on on the road.

21      Q.   BY MS. BALCH SANTIAGO:  Since you have

22  worked as a lieutenant starting in the relevant time

23  period, January 2020 to the present, have you earned

24  at least $684 a week?

25      A.   I'm pretty bad about that.  I assume so.

Deposition of: Donald Rosenberger                        July 18, 2025

64

```
1    I'm really bad about knowing what I'm...
2              Q.   Did you earn at least $108,000 last year?
3              A.   Yes.
4              Q.   Are you on track to earn at least
5    $108,000 this year?
6              A.   Yes.
7              Q.   Did you earn at least $108,000 in 2023?
8              A.   I believe so.
9              Q.   Did you earn at least $108,000 in 2022?
10             A.   Again, I believe so.
11             Q.   How about 2021?
12             A.   Without looking at my taxes, I believe
13   so.
14             Q.   And how about 2020?
15             A.   Again, I believe so.
16             Q.   Since January of 2020 to the present,
17   have you supervised at least two or more individuals?
18             A.   Yes.
19             Q.   In your time at Lake Patrol, have you
20   performed employee performance evaluations for any of
21   your assigned staff?
22             A.   Yes.
23             Q.   How many times?  How often and for how
24   many individuals?
25             A.   I've typically had four sergeants since
```

Deposition of: Donald Rosenberger                    July 18, 2025

65

1    I've been there.  And they're each -- each have an

2    evaluation of one time a year.

3        Q.   Did you perform evaluations for your

4    staff in District 1?

5        A.   Yes.

6        Q.   For how many individuals and how often?

7        A.   I'm trying to think how many sergeants I

8    had under me there.  I think I had -- I think I also

9    had four under me there -- three or four under me

10   there.  And, again, that would be once a year.

11       Q.   Same question at District 6.  While you

12   were at District 6, as lieutenant, did you perform

13   evaluations for any sergeants or staff, and how --

14   how many and how often?

15       A.   Yes.  And I believe I had -- I think I

16   had, like, six there because I ultimately took all

17   the sergeants under me, and I -- I think there were

18   six.  And, you know, once a year.

19       Q.   Okay.  Have you ever sat on a promotion

20   board as a lieutenant since January of 2020 to the

21   present?

22       A.   I don't believe I have since 2020.  I --

23   I don't know for sure.  I did sit on -- I did sit on

24   one, but I'm not sure whose, since 2020.  I think it

25   might have been...

66

1      Q.    Have you been involved in hiring any

2  sworn or unsworn individuals since 2020?

3      A.    Hiring, no.

4      Q.    Have you been involved in the interview

5  process with any civilian or sworn individuals?

6      A.    Since 2020, yes, we had an interview for

7  an administrative assistant in Lake Patrol.

8      Q.    When was that?

9      A.    I -- I don't -- I don't recall the date.

10 It was obviously between 2022 and now.

11     Q.    What does the term "FTO" refer to?

12     A.    Field training officer.

13     Q.    Have you been involved in the FTO

14 program?

15     A.    In District 1 and District 6, I oversaw

16 the program.

17     Q.    Describe how you oversaw the program.

18     A.    Basically, just I would receive e-mails

19 from the sergeant that was the FTO coordinator, if

20 you will, for the district, just letting me know what

21 OITs, which is an officer in training we had, and

22 what FTO they were going to be assigned to and things

23 like that.

24     Q.    How many hours per week would you spend

25 in overseeing that FTO program?

Deposition of: Donald Rosenberger                    July 18, 2025

67

1          A.    Maybe an hour, if that.  The sergeant
2    pretty much handled it.
3          Q.    Are you familiar with the term "shift
4    bid"?
5          A.    Yes.
6          Q.    What does that mean?
7          A.    Basically, it's -- it's when all the
8    sergeants and deputies put in for what shifts they
9    would like to work from their -- their top pick to
10   their least favorite pick.
11         Q.    And did you say that's for sergeants or
12   for deputies?
13         A.    Both.
14         Q.    Have you ever overseen a shift bid?
15         A.    Yes.
16         Q.    How many times and when you worked in
17   what districts?
18         A.    Definitely in District 1, I believe while
19   I was there, we did two shift bids.  And these --
20   these are done several different ways.  I created one
21   that was kind of performance-based.  Took a lot of
22   things into consideration, including time on and
23   stuff like that.  But we did at least two, I think,
24   in District 1.  And I believe I did -- I don't
25   remember if I did one in District 6.  I -- I may not

86

1    shifts that you've --

2           A.    Not that I recall.  But, again, other

3    than I know I believe we sent something out.  That's

4    why when you said November, I would have sworn that

5    was probably around the time we were sending out the

6    requests for where the guys want to go after we were

7    done with Queen Creek.

8           Q.    Take a look at page MCC8754.  And the

9    fourth paragraph down on the top of that page, I'm

10   going to read out loud.

11          "Don was selected to be part of the

12   sergeant promotional process."

13          Do you see that?

14          A.    Yes.

15          Q.    Did I read that correctly?

16          A.    Yes.

17          Q.    What is that a reference to?

18          A.    So, one, I was picked.  So we transferred

19   or we changed from the way we were doing the

20   promotional process to a new way utilizing an outside

21   company as well.  And I know part of -- one thing I

22   did, and I don't remember the exact dates, was that I

23   was part of a three-person panel that went through

24   material from the company as well as our policy, as

25   well as previous promotional process information, and

Deposition of: Donald Rosenberger                          July 18, 2025

                                                                        87

1    kind of came up with questions, processes to -- to

2    utilize this new promotional process, to create it,

3    more or less.

4              And then aside from that, from what I

5    recall, I was on one -- one board where it was me,

6    another lieutenant from our office, an outside agency

7    individual, and then there was an alternate person in

8    the room as well to where it was actually sat on the

9    oral board process.

10             And then there was another time where I

11   was actually a -- an actor in one of five scenarios

12   that were used for the promotional process.

13             Again, I don't know the -- I don't

14   remember the times.  I don't know if this is

15   referring to creating the promotional process or

16   actually sitting in on the -- on the board.

17        Q.   Do you recall the approximate dates of

18   any of these three examples you just provided to me?

19        A.   I don't.

20        Q.   When you were picked to change -- the

21   first example that you gave me, where you were

22   reviewing through policies and came up with

23   questions, is it safe to refer to that to a

24   modification of the sergeant promotional process?

25        A.   Yes.

Deposition of: Donald Rosenberger                      July 18, 2025

88

1      Q.   When you were involved in that process,

2   what was the time commitment?

3      A.   I know we had a meeting with them.  I

4   would probably say --

5           Oops.  Sorry.

6           I would probably say overall, maybe,

7   like, 24 total hours.

8      Q.   When you were on one board, was that a

9   sergeant promotional board or was that a lieutenant

10  promotional board?  Something else?

11     A.   That was a lieutenant promotional board.

12  Sergeants wanted to become lieutenants.

13     Q.   What was the time commitment with regards

14  to when you sat on the sergeant to lieutenant

15  promotional board?

16     A.   I believe it was just the one day.  I

17  don't think we had -- there weren't a lot of

18  candidates.  So I think it was just a one day, from

19  what I recall.

20     Q.   And did you review candidates and rank

21  them?

22     A.   No.  Each -- so each person on the board,

23  there is certain criteria, and you basically mark

24  your -- the criteria, more or less, and then that's

25  just turned in.  And it's -- it's created based on

Deposition of: Donald Rosenberger                          July 18, 2025

89

1    your -- your notes and your -- your criteria points

2    as to them.

3            Q.   Did you individually score candidates

4    based on the criteria?

5            A.   No.  I think --  No.  We just...

6            Q.   Let me rephrase my question.

7                 My understanding is that when it comes to

8    these promotional boards, that individuals that sit

9    on the board, both do an individual ranking and then

10   also submit a group ranking.  Is that the process

11   that applied when you sat on the board?

12           A.   Yeah.  I believe I -- I believe it was

13   something along those lines, from what I can

14   remember.

15           Q.   And did you have discretion to pick

16   whatever ranking you felt was appropriate based on

17   the presentation of that sergeant sitting or -- or

18   sergeant presenting to you for potential promotion to

19   lieutenant?

20           A.   Yeah.  I mean, each -- each of us,

21   obviously, have our own opinions or system or --

22   yeah.  I mean, we -- yeah, we each have -- and that's

23   why we have a multiple-person board.

24           Q.   Did you, in fact, submit rankings as to

25   the individuals that were up for potential promotion

Deposition of: Donald Rosenberger                    July 18, 2025

90

1    sergeant to lieutenant?

2            A.    I honestly don't remember if I submitted

3    a ranking or how that -- how that ended up working.

4            Q.    The last instance you gave me was you

5    were an actor in a scenario, correct?

6            A.    Yes.

7            Q.    Describe that for me.

8            A.    The -- so these were deputies wanting to

9    become sergeants.  And the scenario I was in, it was

10   basically a morning briefing.  And they were to enter

11   the room and basically pretend that the raters, the

12   -- the three, three or four raters that were there,

13   was their squad and conduct a brand-new sergeant

14   briefing.

15           I was in the room as a -- I guess you

16   could say a disgruntled deputy, salty, disgruntled

17   deputy.  So I would have to do things like put my

18   feet up on the table, take out my cell phone to see

19   how they would address something like that.

20           I had nothing to do with any kind of

21   notes, any input or anything like that.  I was

22   strictly just there to be that actor.

23           Q.    And what was the time commitment on that?

24           A.    I believe -- if I'm not mistaken, I

25   believe -- I believe that was only one day as well

July 18, 2025

91

1    because, again, there weren't a lot of -- two days

2    tops.

3         Q.    Okay.  Have you ever done a purchase

4    memo?

5         A.    I'm sure I have.

6         Q.    What have you done a purchase memo for?

7         A.    I honestly don't remember.

8         Q.    Have you been involved in Lake Patrol

9    testing?

10        A.    Yes.

11        Q.    Was your involvement including organizing

12   questions for consideration?

13        A.    Yes.  We all submitted some questions.

14        Q.    Describe for me what your involvement was

15   with the up -- with the Lake Patrol testing process.

16        A.    From what I recall, I -- I looked at some

17   previous test questions, I guess, over the years that

18   they -- that they've done this, and either utilized

19   or -- utilized those questions, or I don't recall

20   whether or not I came up with any of my own.

21             And then we -- we basically would sit

22   down and I would have all the questions.  And then we

23   would kind of streamline it a little bit and figure

24   out what questions we were -- we were going to ask.

25        Q.    Did you ask --  Would you describe your

Deposition of: Donald Rosenberger                    July 18, 2025

97

1   ever prevent, control, or extinguish fires of any

2   type?

3           A.    Yeah.  It's actual fires.

4           Q.    Actual fires.

5           A.    Actual fires.

6                 District 1.  I'm sorry.  Ask that again.

7           Q.    At District 1, from January 2020 to

8   present, did you prevent, control, or extinguish

9   fires of any type?

10          A.    Not that I recall.

11          Q.    From January 2020 to the present, in

12  District 6, did you prevent, control, or extinguish

13  fires of any type?

14          A.    I mean, not that I recall.

15          Q.    At your time in Lake Patrol, January 2020

16  to the present, did you prevent, control, or

17  extinguish fires of any type?

18          A.    There was a fire at Blue Point rec site

19  that I -- well, it was more of a smoldering tree

20  trunk that I tried to extinguish it with my fire

21  extinguisher while I had fire en route.

22          Q.    So one time at Lake Patrol?

23          A.    Yes.

24          Q.    Since January 2020 to the present, in

25  District 1, have you rescued fire, crime, or accident

Deposition of: Donald Rosenberger                    July 18, 2025

98

1    victims?

2          A.    You said rescued fire, crime, or accident

3    victims?

4          Q.    Yes.

5          A.    I mean, I've -- I responded to domestic

6    violence calls where obviously we either prevented or

7    stopped an assault from occurring.  I don't recall

8    how many times, but...

9          Q.    But have you rescued fire, crime, or

10   accident victims during your time at District 1,

11   January 2020 to January 2021?

12         A.    Not that I can recall.

13         Q.    Okay.  Have you rescued fire, crime, or

14   accident victims in District 6, January 2021 to

15   January 2022?

16         A.    In District 6, we have -- I was involved

17   in some hiker rescue operations on San Tan Mountain.

18         Q.    How many times?

19         A.    I would probably say about three times.

20         Q.    What was your involvement?  Were you

21   actually rescuing or were you overseeing?

22         A.    I was on scene.  I guess you could say

23   overseeing, yeah.

24         Q.    Have you rescued fire, crime, or accident

25   victims in Lake Patrol from January 2022 to the

Deposition of: Donald Rosenberger                          July 18, 2025

99

1    present?

2            A.    Yes.

3            Q.    How many times?

4            A.    I couldn't even put a number on it.

5    We're constantly -- I'm on the airboat on the river

6    rescuing people that are either stranded on the other

7    side of the river or in the river or -- I couldn't

8    even put a number on it.

9                 Since 2022, I -- I have probably been

10   involved in, I would say, 15 to 20 rescue operations.

11           Q.    And is that where you're personally

12   involved or you're on scene overseeing?

13           A.    Oh, those are personally involved.

14   Whether I'm operating the boat or I'm one of the

15   people on the boat, actual hands-on.

16           Q.    In District 1 from January 2020 to

17   January 2021, have you prevented or detected crimes?

18           A.    Prevented?

19           Q.    Prevented or detected crimes.

20           A.    I'm sure I've prevented them just by

21   being visible out on the road.  I mean, if you

22   consider warrant arrest detecting crime.

23           Q.    A what?

24           A.    A warrant arrest.  Arresting somebody on

25   a warrant.  I -- I did that a few times.

100

1      Q.   How many times do you think you've
2  prevented or detected crimes in District 1 from
3  January 2020 to January 2021?
4      A.   Again, the prevented part is kind of hard
5  to determine, because I don't really know, but I
6  assume by being out there, being visible, probably
7  prevented some crimes.  But I couldn't put a number
8  on that.
9      Q.   How about times that you've actually
10 intervened to prevent or detect a crime?  How many
11 times would that be for District 1, January 2020 to
12 January 2021?
13     A.   I would probably guess, like, 10 times.
14     Q.   Okay.  Same question with regards to
15 District 6.  How many times did you prevent or detect
16 crimes by intervening from January 2021 to January of
17 2022?
18     A.   I would probably cut that in half.  Maybe
19 five.
20     Q.   And how about with Lake Patrol, how many
21 times did you intervene to prevent or detect crimes
22 from January 2022 to the present?
23     A.   Probably 10 times.
24     Q.   At District 1, from January 2020 to
25 January 2021, how many times did you conduct

Deposition of: Donald Rosenberger                      July 18, 2025

101

1   investigations or inspections for violations of law?

2           A.   Well, traffic stop would fall under that.

3   Investigations typically I would turn those over to a

4   deputy.  I would say maybe 10.

5           Q.   Same question with regards to District 6.

6   How many times did you conduct investigations or

7   inspections for violations of law at District 6,

8   January 2021 to January 2022?

9           A.   I would say 10 as well.

10          Q.   Lake Patrol, how many times did you

11  conduct investigations or inspections for violations

12  of law from January 2022 to the present?

13          A.   Well, again, if we're -- so traffic stops

14  alone, like I said earlier, like 50.  Through other

15  -- I would probably say upwards of 75.

16          Q.   Okay.  At District 1, how many times did

17  you perform surveillance from January 2020 to January

18  2021?

19          A.   Well, for surveillance, I would probably

20  put that upwards of 10.

21          Q.   How about at District 6, how many times

22  did you perform surveillance from January 2021 to

23  January of 2022?

24          A.   I would probably cut that in half.  Five.

25          Q.   At Lake Patrol, how many times did you do

Deposition of: Donald Rosenberger                    July 18, 2025

102

1    surveillance from January 2022 to the present?

2          A.    So by "surveillance," I mean, for

3    instance, we -- we will sit at where all the tubers

4    come off, bus stop four is what it's called, and we

5    are surveilling the crowd for any criminal activity

6    or minor consumptions, things like that.

7                Does that fall under surveillance?

8          Q.    Whatever your interpretation of

9    performing surveillance is.

10         A.    Well, if I put that in there, then I

11   would probably say upwards of at least 30 times.

12         Q.    How many times have you pursued,

13   restrained, or apprehended suspects in District 1,

14   January 2020 to January 2021?

15         A.    I believe I would -- I think I recall me

16   personally, like, three times.

17         Q.    Same question, District 6, how many times

18   have you pursued, restrained, or apprehended

19   suspects, District 6, January 2021 to January 2022?

20         A.    I believe on two occasions.

21         Q.    How many times have you pursued,

22   restrained, or apprehended suspects in Lake Patrol

23   January 2022 to the present?

24         A.    Again, me personally, I think there's

25   only been one time.

103

1          Q.   How many times have you detained or

2     supervised suspected and convicted criminals in

3     District 1, January 2020 to January 2021?

4          A.   Detained or supervised you said?

5          Q.   Yes.

6          A.   By "supervised," I assume you mean, like,

7     watched over them?

8          Q.   Whatever your interpretation of -- is on

9     detaining or supervising suspected and convicted

10    criminals, District 1.

11         A.   I would probably put that around eight.

12    I supervise them sometimes in our holding facility --

13    holding room at the district for the deputies.

14         Q.   District 6, from January 2021 to January

15    2022, how many times did you detain or supervise

16    suspected and convicted criminals?

17         A.   I -- I would probably say three to five.

18         Q.   At Lake Patrol, how many times have you

19    detained or supervised suspected and convicted

20    criminals from January 2022 to the present?

21         A.   It's probably been somewhere around 15.

22         Q.   District 1, how many times have you

23    interviewed witnesses, January 2020 to January 2021?

24         A.   I would -- I would probably guess around

25    maybe five times.

104

1          Q.   How many times did you interview

2     witnesses in District 6, January 2021 to January

3     2022?

4          A.   Probably same amount.  Five.

5          Q.   Same?  Five?

6          A.   Yeah.  Yes.

7          Q.   How many times did you interview

8     witnesses at Lake Patrol, January 2022 to the

9     present?

10         A.   Probably 10 or so.

11         Q.   How many times have you interrogated and

12    fingerprinted suspects in District 1 in January 2020

13    to January 2021?

14         A.   None.

15         Q.   How many times have you interrogated and

16    fingerprinted suspects in District 6, January 2021 to

17    January 2022?

18         A.   None.

19         Q.   How many times have you interrogated and

20    fingerprinted suspects in Lake Patrol, January 2022

21    to the present?

22         A.   None.

23         Q.   How many times have you prepared

24    investigative reports in District 1, January 2020 to

25    January 2021?

Deposition of: Donald Rosenberger                    July 18, 2025

105

1          A.    These would be guesses and obviously be

2    figured out through our Traks system.  I'm going to

3    -- I'm going to say about maybe five.

4          Q.    How many times have you prepared

5    investigative reports in District 6 from January 2021

6    to January 2022?

7          A.    Maybe three.

8          Q.    How many times have you prepared

9    investigative reports at Lake Patrol, January 2022 to

10   present?

11         A.    Probably three as well.

12              MS. BALCH SANTIAGO:  Okay.  All right.

13   Well, let's take a quick break and I'm going to get a

14   time calculation and we'll go back on the record.

15              THE VIDEOGRAPHER:  Off the record at

16   12:57.

17         (A break was taken at 12:57 p.m.)

18              THE VIDEOGRAPHER:  Back on the record at

19   1:06.

20         Q.    BY MS. BALCH SANTIAGO:  We've come back

21   from a short break.  You've had the opportunity to

22   confer with your counsel.  Do you need to change any

23   of your responses to my earlier questions?

24         A.    No.

25              MS. BALCH SANTIAGO:  What exhibit are we

Deposition of: Donald Rosenberger                    July 18, 2025

107

```
 1              MS. BALCH SANTIAGO:  Can you read back
 2     the question?
 3              (The record was read by the court
 4     reporter as follows:  "I want you to take a moment to
 5     skim through this document.  My question to you is,
 6     is there anything on this job description that you
 7     contend law enforcement lieutenants do not do?")
 8              THE WITNESS:  No, there's not.
 9        Q.   BY MS. BALCH SANTIAGO:  In reviewing
10     through Exhibit 6 to your deposition, the Maricopa
11     County job description law enforcement lieutenant, is
12     this a correct summary of the job duties for a law
13     enforcement lieutenant?
14        A.   Are you just talking about the position
15     overview or the whole thing?
16        Q.   The whole thing.  Is it a complete job
17     description for law enforcement lieutenant for all of
18     job duties that a law enforcement lieutenant does?
19        A.   I don't recall seeing it, but the only
20     thing I would add is that we were -- we're all still
21     sworn deputy sheriffs and, therefore, we, as far as
22     I'm concerned, are required to patrol our county
23     areas.
24        Q.   You said that you were all sworn what?
25        A.   Deputy sheriffs.
```

110

1   action.

2          Q.   On average, in your opinion, based on the

3   deputies that have been part of your team in District

4   1, 6, and Lake Patrol, have the deputies pursued,

5   restrained, and/or apprehended suspects multiple

6   times in a single day?

7          A.   Yes.

8          Q.   Is that common?

9          A.   I wouldn't say multiple times in a single

10  day is common.  Probably not uncommon for at least

11  one time a day.

12         Q.   For each deputy?

13         A.   Give or take.  I mean, an arrest is a lot

14  of different things.  It doesn't actually mean that

15  they were put in handcuffs and put into jail.  They

16  could be arrested for a criminal traffic violation.

17  That's considered an arrest.

18              So based on that, it could be each -- it

19  won't be each deputy every day, no.  But I would say

20  majority of them could get an arrest every day.

21         Q.   How about just detaining or supervising?

22  Is it safe to assume that deputies in Districts 1, 6,

23  and Lake Patrol would on average detain or supervise

24  a suspected or convicted criminal at least once per

25  shift?

111

1         A.   Not every deputy that's on the road every

2    day.  But, again, a good amount of them, especially

3    when you talk about detaining.  I mean, if they're

4    making traffic stops, they're detaining somebody.

5         (Exhibit 7 was marked for identification.)

6              MS. BALCH SANTIAGO:  7?

7              THE COURT REPORTER:  7.

8         Q.   BY MS. BALCH SANTIAGO:  Don, you've been

9    handed what's been marked as Exhibit 7 to your

10   deposition.  This is a printout of some of your

11   earnings statements, MCC693 through 760.

12             Do you review your earnings statements?

13        A.   Not as often or as much as I should.

14        Q.   Have you ever discovered errors with your

15   earnings statements?

16        A.   Not that I can recall.

17        Q.   Any reason to doubt the accuracy of these

18   earnings statements at Exhibit 7 to your deposition?

19        A.   No.

20        Q.   I want you to flip to page MCC713.  And I

21   also want you to put Exhibit No. 1 up in front of you

22   to your deposition.

23             So on Exhibit 1 to your deposition, if

24   you go down to in the column titled "Period Start,

25   11/16/2020, Period End, 11/29/2020."  If you follow

Deposition of: Donald Rosenberger                                July 18, 2025

117

1    at time.  So that's all that I have for you based on

2    that.

3                MS. SYVERSON:  Okay.  I do not have any

4    questions.  We will read and sign.

5                MS. BALCH SANTIAGO:  Okay.

6                THE VIDEOGRAPHER:  This concludes today's

7    deposition.  Off the record at 1:29.

8         (The proceedings concluded at 1:29 p.m.)

9

10

11

12                   _____

                        DONALD ROSENBERGER
13

14

15

16

17

18

19

20

21

22

23

24

25

118

```
 1   STATE OF ARIZONA        )
                             ) ss.
 2   COUNTY OF MARICOPA      )

 3

 4              BE IT KNOWN that the foregoing
     proceedings were taken by me, KRISTY A. CETON, a
 5   Certified Reporter, in and for the County of
     Maricopa, State of Arizona; that the witness before
 6   testifying was duly sworn to testify to the whole
     truth; that the questions propounded to the witness
 7   and the answers of the witness thereto were taken
     down by me in shorthand and thereafter reduced to
 8   typewriting under my direction; that the witness
     requested reading and signing said deposition; that
 9   the foregoing pages are a true and correct transcript
     of all proceedings had, all done to the best of my
10   skill and ability.
                I FURTHER CERTIFY that I am in no way
11   related to any of the parties hereto, nor am I in any
     way interested in the outcome hereof.
12              I FURTHER CERTIFY that I have complied
     with the ethical obligations set forth in ACJA
13   7-206(J)(1)(g)(1) and (2).

14

15   Kristy A. Ceton                    50200_____
     Certified Reporter                 CR Number
16
     _____   8/1/2025
17   Certified Reporter Signature       Date

18

19              I CERTIFY that this Registered Reporting
     Firm has complied with the ethical obligations set
     forth in ACJA 7-206(J)(1)(g)(1) and (2).
20

21   Carrie Reporting, LLC               R1064
     Registered Reporting Firm           RRF No.
22

23   _____   8.1.2025
     Registered Reporting Firm           Date
24   Signature

25
```