Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | No. 2:23-cv-00068-DGC |
| Plaintiff, | **NOTICE OF LATE FILING** |
| v. | |
| Maricopa County, | |
| Defendant. | |

    Defendant Maricopa County ("Defendant") respectfully provides the Court with this Notice of Late Filing regarding its Motion to File Under Seal with its proposed lodged Motion for Summary Judgment at Doc. 154 (filed at 2:22 a.m.) and Statement of Facts at Doc. 155 (filed at 2:41 a.m.) filed on September 27, 2025. These filing were due to the Court by Friday, September 26, 2025. Counsel for Defendant sincerely apologizes for the late filing, but the filing was due to multiple unforeseen computer network issues internally with Defense counsel's systems. The internal issues caused multiple computers to crash while Defendant's summary judgment briefing was being finalized. As a result of the network issues, some drafting progress was lost, and the filing was unexpectedly delayed. Counsel for Defendant apologizes to the Court and opposing counsel for the unforeseen delay and late filings.

1    RESPECTFULLY SUBMITTED this 27th day of September 2025.

2                                        FISHER & PHILLIPS LLP

3

4
                                         By  s/ Shayna Balch Santiago
5                                            Shayna Balch Santiago
                                             Lori A. Guner
6                                            David G. Myers
                                             3200 N. Central Avenue, Suite 1550
7                                            Phoenix, Arizona 85012-2487
                                             Attorneys for Defendants
8

*(Left margin: FISHER & PHILLIPS LLP, 3200 N. Central Avenue, Suite 1550, Phoenix, Arizona 85012-2487, (602) 281-3400)*

2

FP 56958703.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

3

FP 56958703.1