Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**MOTION TO SUPPLEMENT AND NOTICE OF ERRATA** |

Defendant Maricopa County ("County" or "Defendant"), by and through undersigned counsel, hereby moves to supplement and gives notice of an errata in relation to Defendant's Motion to Decertify at Doc. 152 filed September 26, 2025, and Motion for Summary Judgment at Doc. 154 filed September 27, 2025.

Exhibit 1 is the Declaration of Kelly Grennan, which is referenced in Docs. 152 and 154. The client had approved the Declaration well in advance of the filings, and it was sent to the client for signature at 6:28:33 p.m. MST (1:28:33 a.m. GMT) on September 26, 2025. However, due to technical difficulties, the signature was not transmitted, and Defendant was therefore unable to transmit the finalized, signed Declaration as part of its submission at Docs. 152 and 154. The Declaration was signed and finalized earlier today at 9:36:56 a.m. MST (4:36:56 p.m. GMT) on September 29, 2025. Defendant apologizes for the

inconvenience but submits that this delay does not cause prejudice to either party and was due to unforeseen technical issues.

Accordingly, good cause exists for supplementing Docs. 152 and 154 with Exhibit 1, and Defendant requests that the instant motion be granted.

DATED this 29th day of September 2025.

                FISHER & PHILLIPS LLP

                By  s/  David G. Myers
                  Shayna Balch Santiago
                  Lori A. Guner
                  David G. Myers
                  3200 N. Central Avenue, Suite 1550
                  Phoenix, Arizona 85012-2487
                  Attorneys for Defendants

FP 57034940.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

3

FP 57034940.1