# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. CV-23-00068-PHX-DGC<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Seal Certain Exhibits Attached to Defendant's Statement of Facts, Portions of Statement of Facts and Portions of Motion for Summary Judgment. Doc. 153.

**IT IS ORDERED:**

1. The Motion to Seal (Doc. 153) is **granted**.

2. The Clerk's Office is direct to file Defendant's unredacted Motion for Summary Judgment (Doc. 154) and unredacted Statement of Facts with full exhibits (Doc. 155) under seal. The document numbers shall remain the same.

Dated this 14th day of October, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge