**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**PLAINTIFF'S MOTION TO EXTEND DEADLINES RELATED TO DISPOSITIVE MOTIONS AND MOTION TO DECERTIFY**<br><br>(First Request) |

Plaintiff, by and through undersigned counsel, hereby submits this motion to request a two-week extension of the deadline to file Plaintiff's Response and Plaintiff's Cross Motion regarding Summary Judgment and Plaintiff's response to the Motion to Decertify. To ensure that Plaintiff's two-week extension request does not unfairly prejudice Defendant in light of the briefing schedule in place, the other deadlines regarding briefing at Doc. 150 were adjusted by two weeks as well. The proposed revised deadlines are reflected in the chart below.

Good cause exists for the requested extensions. Defendant filed a twenty-nine page Motion to Decertify on September 26, 2025 (Doc. 152), a thirty-three page Motion for Summary Judgment on September 27, 2025 (Doc. 156), a fifty-nine page Statement of Facts in support of those Motions on September 27, 2025, and a Notice of Errata attaching additional exhibits on September 29, 2025 (Doc. 159). Defendant also filed a Notice of Late Filing on September 27, 2025 because the Motion for Summary Judgment and Statements of facts were filed after the deadline set by the Court. Doc. 158.

Defendant's Motions are extensive and relate to the merits of the case, including but not limited to the affirmative defenses alleged by Defendant related to the merits and damages. Plaintiff's Responses and Cross Motion require extensive time to brief considering the number of issues at play in Defendant's lengthy filings. In addition, Plaintiff's counsel have had competing professional and personal obligations that have impacted the time that they could devote to the Motions. Plaintiff's counsel has had significant medical issues to address with a family member, including a cancer diagnosis. Plaintiff's counsel has also had work travel related to a conference that restricted the time that could be devoted to the briefing as well. Although Plaintiff's counsel has still been diligently working on the Motions despite the issues that have arisen during the briefing period, Plaintiff requests the additional two weeks to complete the Responses and Cross Motion to ensure there is adequate time to devote to the case dispositive issues addressed in the briefing. Accordingly, Plaintiff submits this request that the remaining case deadlines be extended as follows:

| Description of Deadline | **Present Deadline** | **Requested Extension** |
|---|---|---|
| Plaintiff's deadline to file combined Response to Motion for Summary Judgment and Cross Motion for Summary Judgment | 11/7/25 | **11/21/25** |

1

| | | |
|---|---|---|
| Defendant's deadline to file Reply[1] in Support of Summary Judgment and Response to Cross Motion for Summary Judgment | 12/12/25 | **12/26/25** |
| Plaintiff's deadline to file Reply in support of Cross Motion for Summary Judgment | 1/9/26 | **1/23/26** |
| Plaintiff's deadline to file Response to Motion to Decertify | 11/7/25 | **11/21/25** |
| Defendant's deadline to file Reply in support of Motion to Decertify | 12/12/25 | **12/26/25** |

On November 3, 2025 at 12:04 p.m. Arizona time, Plaintiff's counsel contacted Defendant's counsel requesting the extension outlined in this Motion and providing a draft stipulation for Defendant to consider, which outlined the personal and professional reasons necessitating the additional time. Plaintiff did not hear back from Defendant on November 3, 2025, so Plaintiff followed up by email on November 4, 2025 at 8:34 a.m. due to the time sensitivity of the matter. Defendant responded on November 4, 2025 at 11:27 a.m. indicating that they were not opposed to an extension but indicating that it would require them to modify their briefing deadlines "quite a bit." Plaintiff responded two minutes later at 11:39 a.m. on November 4, 2025, requesting that Defendant revise the proposed stipulation with its proposal on the deadlines for Plaintiff's consideration. Plaintiff emphasized a filing would need to be submitted to the Court on November 4, 2025 considering the upcoming deadline at the end of the week for Plaintiff's briefing, further explaining the need to get this handled due to Plaintiff's counsel having to deal with a parent's cancer diagnosis. *See* email exchange at Exhibit A.

Unfortunately, as of this filing, Plaintiff has not heard back from Defendant and does not feel comfortable waiting longer due to the current deadline for Plaintiff's Motions on November 7, 2025. Under the circumstances, Plaintiff thought it was best to submit this Motion so the Court could timely consider Plaintiff's extension request. Plaintiff believes

---

[1] The Court's prior order only referenced Defendant's Response to the Cross Motion for Summary Judgment, so the parties note that this deadline would include the deadline for Defendant's Reply in support of its Motion for Summary Judgment as well.

2

that the corresponding two-week extension for Defendant's briefing outlined in the chart above should be sufficient, but to the extent that Defendant needs additional time, Plaintiff remains open to considering any such reasonable request.

Plaintiff submits that the request for an extension is made in good faith, will not unfairly prejudice any party, and is not made for the purpose of delay. A proposed order is filed contemporaneously herewith.

DATED: November 5, 2025.

**FRANKEL SYVERSON PLLC**
By   *s/ Ty D. Frankel*
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

**FRANKEL SYVERSON PLLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*