# EXHIBIT A

| | |
|---|---|
| **From:** | Ty Frankel |
| **To:** | David Streyle |
| **Subject:** | FW: Houck v. Maricopa County - extension request |
| **Date:** | Wednesday, November 5, 2025 9:36:02 AM |

**From:** Ty Frankel
**Sent:** Tuesday, November 4, 2025 11:39 AM
**To:** 'Santiago, Shayna Balch' <ssantiago@fisherphillips.com>
**Subject:** RE: Houck v. Maricopa County - extension request

I'm tied up, so I ask that you please just edit the draft stipulation and proposed order I sent with what you're proposing and the reasoning for us to consider. We need to get something on file today regarding our deadline. This is time sensitive, particularly considering that Patti is having to deal with her father's cancer diagnosis and would like to know this has been dealt with. Ty

**From:** Santiago, Shayna Balch <ssantiago@fisherphillips.com>
**Sent:** Tuesday, November 4, 2025 11:27 AM
**To:** Ty Frankel <Ty@frankelsyverson.com>
**Subject:** Re: Houck v. Maricopa County - extension request

You available for a quick call? I'm not opposed to an extension. But the problem is that we are jammed with deadlines in other cases. So if we bump your deadline as requested, we won't have sufficient bandwidth to file our reply and meet all of our other deadlines too. Happy to discuss a new briefing schedule with you. I'm getting a calendar of my cases run on my end. But any extension is going to have to bump our reply by quite a bit.

Sent from my iPhone
Please excuse any typos

> On Nov 4, 2025, at 8:34 AM, Ty Frankel <Ty@frankelsyverson.com> wrote:
>
> **CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
>
> Shayna, Can you please get back to us this morning about this? We need to get something on file. Thank you.

**From:** Ty Frankel
**Sent:** Monday, November 3, 2025 12:04 PM
**To:** ssantiago <ssantiago@fisherphillips.com>
**Cc:** Myers, David <dmyers@fisherphillips.com>; Patti Syverson <Patti@frankelsyverson.com>; David Streyle <David@frankelsyverson.com>
**Subject:** Houck v. Maricopa County - extension request

Shayna,

We've had some personal and professional obligations arise that require us to get a two-week extension for our Responses/Cross Motion, which are outlined in the attached draft stipulation. Please let me know if you agree to the extension request and whether we can get the attached documents filed on your behalf. As you will see, we have moved your deadlines by two weeks to account for our modification as well. We'd like to get this on file today, so I'd appreciate hearing from you.

Thanks,
Ty

**Ty D. Frankel**
**Lawyer**
<u>Physical address:</u>
3200 N. Central Avenue, Suite 1850
Phoenix, Arizona 85012

<u>Mailing address:</u>
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
p. (602) 598-4000
ty@frankelsyverson.com
www.frankelsyverson.com

<image001.png>

Please be advised that this e-mail and any files transmitted with it are confidential attorney-client privileged or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of the e-mail by return e-mail or telephone.

<2025-11-03 Stipulated Motion.docx>

<2025-11-03 Prop Order.docx>