IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>    Defendant. | No. 2:23-cv-00068-DGC<br><br>**[PROPOSED] ORDER** |

  Before the Court is Plaintiff's Motion to Extend Deadlines Related to Dispositive Motions and Motion to Decertify (Doc. ___).  Good cause appearing,

  **IT IS ORDERED** granting Plaintiff's Motion to Extend Deadlines Related to Dispositive Motions & Motion to Decertify at Doc. __;

  **IT IS FURTHER ORDERED** extending the deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Plaintiff's deadline to file combined Response to Motion for Summary Judgment and Cross Motion for Summary Judgment | **11/21/25** |
| Defendant's deadline to file Reply in support of Motion for Summary Judgment and Response to Cross Motion for Summary Judgment | **12/26/25** |

1

| | |
|---|---|
| Plaintiff's deadline to file Reply in support of Cross Motion for Summary Judgment | **1/23/26** |
| Plaintiff's deadline to file Response to Motion to Decertify | **11/21/25** |
| Defendant's deadline to file Reply in support of Motion to Decertify | **12/26/25** |