IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>Defendant. | No. CV-23-00068-PHX-DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Extend Deadlines Related to Dispositive Motions and Motion to Decertify. Doc. 162.

**IT IS ORDERED** Plaintiff's Motion to Extend Deadlines Related to Dispositive Motions & Motion to Decertify (Doc. 162) is **granted**.

**IT IS FURTHER ORDERED** extending the deadlines as follows:

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Plaintiff's deadline to file combined Response to Motion for Summary Judgment and Cross Motion for Summary Judgment | **11/21/25** |
| Defendant's deadline to file Reply in support of Motion for Summary Judgment and Response to Cross Motion for Summary Judgment | **1/9/26** |
| Plaintiff's deadline to file Reply in support of Cross Motion for Summary Judgment | **1/23/26** |

| **Description of Deadline** | **Extended Deadline** |
|---|---|
| Plaintiff's deadline to file Response to Motion to Decertify | **11/21/25** |
| Defendant's deadline to file Reply in support of Motion to Decertify | **1/9/26** |

**No further continuances will be granted.**

Dated this 6th day of November, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge