|   |   |
|---|---|
| 1 | **Frankel Syverson** pllc |
| 2 |   |
| 3 | FRANKEL SYVERSON PLLC |
| 4 | 2375 E. Camelback Road, Suite 600<br>Phoenix, Arizona 85016 |
| 5 | 602-598-4000<br>Ty D. Frankel (027179) |
| 6 | ty@frankelsyverson.com |
| 7 | 9655 Granite Ridge Drive, Suite 200<br>San Diego, California 92123 |
| 8 | 602-598-4000<br>Patricia N. Syverson (020191) |
| 9 | patti@frankelsyverson.com |
| 10 | *Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
|---|---|
| Plaintiff, | **PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT ON PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY, AND PLAINTIFF'S STATEMENT OF FACTS REGARDING THOSE MOTIONS**<br><br>(First Request) |
| v. |  |
| Maricopa County, |  |
| Defendant. |  |

Plaintiff Christopher Houck, through undersigned counsel, submits this request that the page limit on Plaintiff's Cross Motion for Summary Judgment and Response in Opposition to Defendants' Motion for Summary Judgment be extended from seventeen

1

1  pages (thirty-four pages if you combine the Response and Cross Motion as separate page
2  requirements) to forty-six pages.  Plaintiff also submits this request to extend the page limit
3  on his Response in Opposition to Defendant's Motion to Decertify from seventeen pages to
4  thirty-one pages.  And, while it is unclear whether the Controverting Statements of Facts
5  and Additional Statement of Facts is limited to ten pages under the Case Management Order
6  (Doc. 48), Plaintiff submits this request to extend the page limit on Plaintiff's combined
7  Controverting Statement of Facts and Additional Statement of Facts to one hundred four
8  pages (which consists of eighty four pages of Plaintiff's controverting facts in response to
9  Defendant's lengthy Statement of Facts and twenty pages of Plaintiff's additional facts in
10 support of the Cross Motion and Response regarding Summary Judgment and the Response
11 to the Motion to Decertify).

12       Good cause exists for the requested page extensions.  Defendant filed a twenty-nine
13 page Motion to Decertify on September 26, 2025 (Doc. 152), a thirty-three page Motion for
14 Summary Judgment on September 27, 2025 (Doc. 154), a fifty-nine page Statement of Facts
15 in support of those Motions on September 27, 2025, and a Notice of Errata attaching
16 additional exhibits on September 29, 2025 (Doc. 159).  Defendant's Motions are extensive
17 and relate to the merits of the case, including but not limited to the affirmative defenses
18 alleged by Defendant related to the merits and damages.

19       Plaintiff's Responses and Cross Motion require extensive analysis considering the
20 number of issues raised in Defendant's lengthy filings, as Defendant acknowledged in its
21 request for a page extension that was granted.  Doc. 151.  In addition, Plaintiff's Cross
22 Motion for Summary Judgment seeks summary judgment on three grounds, consistent with
23 the Court's ruling during the August 7, 2025 discovery dispute hearing addressing the scope
24 of Plaintiff's cross motion.  As such, Plaintiff's summary judgment brief responds to the
25 issues raised in Defendant's thirty-three page Motion, and it also affirmatively argues for
26 summary judgment based on the grounds asserted by Plaintiff.  Furthermore, Plaintiff's
27 statement of facts must controvert each of the facts raised by Defendant in its fifty-nine page
28 statement of facts, and Plaintiff must also include the additional statement of facts that he

intends to rely on in his Motions. Following Defendant's approach, Plaintiff filed a joint statement of facts covering the evidence for both the summary judgment and decertification briefing. Plaintiff must also address the extensive analysis regarding decertification raised by Defendant in its Motion to Decertify as well, which presents the critical issue of whether the case can remain a collective and thereby protect the interests of all the Patrol Lieutenants who have joined the case.

Plaintiff submits that the request for a page extension ensures that Plaintiff can fully respond to the significant issues addressed in Defendant's Motion for Summary Judgment and Motion to Decertify, as well as address the issues for which Plaintiff is seeking summary judgment by cross motion. The substance includes briefing on the first responder exception, white collar exemptions, damages issues, statutes of limitation issues, and decertification, among others. Each of these issues raises complex legal and factual analysis that address the merits of the case. Plaintiff submits that the page extensions requested ensure that he can thoroughly address the factual and legal issues raised by Defendant's complex Motions and Plaintiff's Cross Motion. A proposed order is filed contemporaneously herewith.

DATED: November 21, 2025.

**FRANKEL SYVERSON PLLC**
By   *s/ Ty D. Frankel*
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

**FRANKEL SYVERSON PLLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*