1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                              **DISTRICT OF ARIZONA**
10
11  Christopher J. Houck, on behalf of himself        No. 2:23-cv-00068-DGC
    and all those similarly situated,
12
                        Plaintiff,                    **[PROPOSED] ORDER**
13
14  vs.
15  Maricopa County,
16                      Defendant.
17
18
19        Before the Court is Plaintiff's Motion to Exceed Page Limit on Plaintiff's Cross
20  Motion for Summary Judgment and Response in Opposition to Defendant's Motion for
21  Summary Judgment, Plaintiff's Responsive in Opposition to Defendant's Motion to
22  Decertify, and Plaintiff's Statement of Facts regarding those Motions (Doc. ___).  Good
23  cause appearing,
24        **IT IS ORDERED** granting Plaintiff's Motion is granted.
25
26
27
28
                                          1