<u>Christopher J. Houck v. Maricopa County</u>
United States District Court of Arizona
Case No. 2:23-cv-00068-DGC

**INDEX OF EXHIBITS TO
PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS IN RESPONSE TO DEFENDANT'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND MOTION TO DECERTIFY
AND
PLAINTIFF'S ADDITIONAL STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DECERTFY**

| Exhibit No. | Description |
|---|---|
| 1 | Christopher Houck Deposition Excerpts |
| 2 | Rudy Acosta Deposition Excerpts |
| 3 | Todd Brice Deposition Excerpts |
| 4 | Benjamin Freeman Deposition Excerpts |
| 5 | Jonathan Halverson Deposition Excerpts |
| 6 | Alden Jackson Deposition Excerpts |
| 7 | David Keller Deposition Excerpts |
| 8 | Ryan Neville Deposition Excerpts |
| 9 | Andrew Rankin Deposition Excerpts |
| 10 | Donald Rosenberger Deposition Excerpts |
| 11 | Jason Thomas Deposition Excerpts |
| 12 | Michael Trowbridge Deposition Excerpts |
| 13 | Jerry Vance Deposition Excerpts |
| 14 | Cpt. Frederick Aldorasi Deposition Excerpts |
| 15 | Cpt. John Bailey Deposition Excerpts |
| 16 | Cpt. Larry Kratzer Deposition Excerpts |
| 17 | Cpt. David Lee Deposition Excerpts |
| 18 | Cpt. Brian Stutsman Deposition Excerpts |
| 19 | Darrien Ellison Deposition Excerpts |
| 20 | Erin Erskine Deposition Excerpts |
| 21 | Keely Farrow Deposition Excerpts |
| 22 | Kelly Grennan Deposition Excerpts |
| 23 | MCSO Policy GC-8, Compensation and Teleworking Procedure (HOUCK000242-249) |
| 24 | Opt in Plaintiffs' Responses to NUI No. 6 (Brice, Freeman, Halverson, Jackson, Neville, Rankin, Thomas) |
| 25 | Opt in Plaintiffs' Responses to NUI No. 6 (Keller, Vance) |
| 26 | HOUCK000238-241 |