**Frankel Syverson** pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**PLAINTIFF'S MOTION TO SEAL PORTIONS OF PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS IN RESPONSE TO DEFENDANT'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND MOTION TO DECERTIFY** |

Plaintiff Christopher Houck, pursuant to Local Rule 5.6 and the Joint Stipulated Limited Protective Order (Doc. 42) ("Confidentiality Agreement"), entered into between the Parties, moves this Court for permission to file under seal paragraphs 26, 36, 45, 55 (and Plaintiff's Response to No. 55), 70, 80, 89, 100, 113, 120, 121, 134, 146, 154, 162, 170, 179, 188, 196, 251 and 257 of Plaintiff's Controverting Statement of Facts in Response to Defendant's Separate Statement of Facts in Support of its Motion for Summary Judgment

1

and Motion To Decertify ("Statement of Facts"). These specific paragraphs each contain the Patrol Lieutenants' confidential compensation information. In fact, with the exception of paragraph 121 and Plaintiff's Response to Paragraph 55, these are the same paragraphs that Defendant sought to have sealed on the same grounds, which the Court granted. (Docs. 153, 161).

Although there is a presumptive right of public access to court records based upon common law and the first amendment, such access may be denied by the court to protect confidential information. *Phillips ex rel. Estates of Byrd v. General Motors Corp*., 307 F.3d 1206, 1212 (9th Cir. 2002). To overcome this presumption, a party must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure...." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-1179 (9th Cir. 2006). The court must "conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id*. at 1179 (internal quotation marks omitted). "After considering these interests, if the court decides to seal certain judicial records, it must base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Id*. (internal quotation marks omitted). "The 'stringent' compelling reasons standard applies to all filed motions and their attachments where the motion is 'more than tangentially related to the merits of a case.'" *Republic of Kazakhstan v. Lawler*, 2019 WL 6971667, at *1 (D. Ariz. Dec. 19, 2019)(quotations omitted).

Here, the paragraphs of the Statement of Facts which Plaintiff seeks to have filed under seal contain the Patrol Lieutenant's confidential compensation information. The Parties' Confidentiality Agreement provides that "Earnings and wage information including payroll records and other documentation referencing employee salaries and compensation" is confidential. Doc. 42, at 1(c). There is a "compelling reason" for sealing such information as the risk of harm from disclosure outweighs the presumption of public access to these records. However, to balance the interests of confidentiality and access to court

records, Plaintiff is simultaneously filing redacted versions of its Statement of Facts with the paragraphs containing confidential information redacted.

Given the foregoing and in accordance with Local Rule 5.6 and the Confidentiality Agreement, Plaintiff requests that the documents identified above be submitted under seal. A proposed order is filed contemporaneously herewith.

DATED: November 21, 2025.

**FRANKEL SYVERSON PLLC**
By   *s/ Ty D. Frankel*
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

**FRANKEL SYVERSON PLLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*