# EXHIBIT 25

**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Maricopa County,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**OPT-IN PLAINTIFF DAVID SCOTT KELLER'S RESPONSES TO DEFENDANT'S FIRST SET OF NON-UNIFORM INTERROGATORIES** |

　　　　Opt-In Plaintiff David Scott Keller ("Plaintiff"), by and through his counsel undersigned and pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court of Arizona, hereby submits his Responses to Defendant's First Set of Non-Uniform Interrogatories.

1 **information about other employment that does not impact the claims in this case.**
2 **Plaintiff also objects that the term "off-duty assignments" is vague and ambiguous, as**
3 **it is unclear what constitutes an off-duty assignment for purposes of the request.**
4 **Subject to and without waiving Plaintiff's objections, Plaintiff refers to Response to**
5 **No. 3.**

7 **INTERROGATORY NO. 5:**
8 State whether you have been a party to a civil lawsuit between January 1, 2015 and
9 the present. If so, for each lawsuit, please provide the following information:
10   (a) How were you named in the lawsuit (e.g., plaintiff, defendant, intervenor, etc.)?
11   (b) A description of the claims and defenses.
12   (c) The case number, date, location, and title of the court in which the action was
13   commenced.
14   (d) The names of all the parties other than yourself involved in the action.
15 **RESPONSE TO INTERROGATORY NO. 5:  Plaintiff objects to the request**
16 **that it is overbroad in time frame, asking for information well beyond the relevant**
17 **period in this case.   Plaintiff also objects that the information requested is**
18 **disproportionate to the need for discovery in this case, with the likelihood of requesting**
19 **prejudicial information that has no bearing on the claims in this case.  Subject to and**
20 **without waiving said objections, Plaintiff responds that there are none.**

22 **INTERROGATORY NO. 6:**
23 In the event your answer to any of Defendant's Requests For Admission are anything
24 other than an unqualified admission, please set forth the reason why, the details supporting
25 your denial, and produce all evidence supporting your stance.
26 **RESPONSE TO INTERROGATORY NO. 6:  Plaintiff objects that the request**
27 **is improperly compound.   Plaintiff also objects to the extent that it calls for**

1 **information protected by the attorney client privilege and work product doctrine.**
2 **Subject to and without waiving said objections, Plaintiff responds as follows:**

3 **Plaintiff admits Request for Admission Number 3 only in part. While he was**
4 **required to track his hours, the County only used the tracking to ensure that Patrol**
5 **Lieutenants like Plaintiff worked 80 hours in a pay period because they are classified**
6 **as exempt; the County was not as concerned about Patrol Lieutenants tracking hours**
7 **worked over 80 hours per pay period because they were not going to pay them**
8 **overtime anyway. Plaintiff did have a routine practice of tracking his hours in**
9 **accordance with County policy.**

11 DATED: April 5, 2024.

12 **FRANKEL SYVERSON PLLC**
13 By   *s/Ty D. Frankel*
Ty D. Frankel
14 2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

15 **FRANKEL SYVERSON PLLC**
16 Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
17 San Diego, California 92123

18 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, I served by U.S. Mail and email the foregoing document to the following counsel for Defendant:

Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com

    *s/David J. Streyle*
David J. Streyle

**FRANKEL SYVERSON PLLC**
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**OPT-IN PLAINTIFF JERRY VANCE'S RESPONSES TO DEFENDANT'S FIRST SET OF NON-UNIFORM INTERROGATORIES** |

Opt-In Plaintiff Jerry Vance ("Plaintiff"), by and through his counsel undersigned and pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court of Arizona, hereby submits his Responses to Defendant's First Set of Non-Uniform Interrogatories.

1  defendants in *Packard v. Ashworth, et al.*, Case No. 2:23-cv-00793-SRB-CDB (D. Ariz).
2  The case involves claims of use of force and wrongful shooting.

**INTERROGATORY NO. 6:**

In the event your answer to any of Defendant's Requests For Admission are anything other than an unqualified admission, please set forth the reason why, the details supporting your denial, and produce all evidence supporting your stance.

**RESPONSE TO INTERROGATORY NO. 6:** Plaintiff objects that the request is improperly compound. Plaintiff also objects to the extent that it calls for information protected by the attorney client privilege and work product doctrine. Subject to and without waiving said objections, Plaintiff responds as follows:

Plaintiff admits Request for Admission Number 3 only in part. While he was required to track his hours, the County only used the tracking to ensure that Patrol Lieutenants like Plaintiff worked 80 hours in a pay period because they are classified as exempt; the County was not as concerned about Patrol Lieutenants tracking hours worked over 80 hours per pay period because they were not going to pay them overtime anyway. While Plaintiff did have a routine practice of tracking his hours in accordance with County policy, there are times when Plaintiff actually worked more hours than he reported.

DATED: April 5, 2024.

**FRANKEL SYVERSON PLLC**

By   *s/Ty D. Frankel*
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

**FRANKEL SYVERSON PLLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*

- 7 -

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | I hereby certify that on April 5, 2024, I served by U.S. Mail and email the foregoing |
| 4 | document to the following counsel for Defendants: |

Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
jvaldez@fisherphillips.com

    *s/David J. Streyle*
David J. Streyle