# EXHIBIT 26

RE: Exempt vs Non-Exempt

Keely Farrow (MCSO) <K_Farrow@MCSO.maricopa.gov>
Fri 7/8/2022 10:57
To: Christopher Houck (MCSO) <C_Houck@MCSO.maricopa.gov>

Good day again Lieutenant,

Job analysis generally involves engaging with an outside consultant as the process can be quite labor intensive. I recommend writing up a justification via official memo and submitting through your chain of commend for consideration by executive leadership as their support would be necessary to consider engaging in such a process. Because a lieutenant whether patrol or administrative is subject to transfer the expectation for the job description is that it is reflective of the varying potential assignments.

Regards,

*Keely Farrow*
HR Commander
Employee Retention and Performance Division
MCSO Human Resources Bureau
Direct: (602) 876-3217
Cell: Redacted

---

**From:** Christopher Houck (MCSO) <C_Houck@MCSO.maricopa.gov>
**Sent:** Thursday, July 7, 2022 10:34 PM
**To:** Keely Farrow (MCSO) <K_Farrow@MCSO.maricopa.gov>
**Subject:** RE: Exempt vs Non-Exempt

Good Day,

I have since our last email had an opportunity to speak to my Captain regarding this, he explained that the office has changed the duties of Patrol Lieutenants over the last few years, and that is why my duties and responsibilities are nearly identical to that of patrol Sergeants. He also assured me that there were no new tasks or duties that I now have as a result of my promotion. The only difference he said is that Patrol Sergeants supervise Deputies, and Patrol Lieutenants supervise Sergeants.

I was wondering what the process was in undertaking a new job analysis? Based on my duties and that of my peers, I think a separate job analysis for Lieutenants assigned to patrol vs assigned elsewhere would be the most appropriate.

(IE: Patrol Lieutenants vs Administrative Lieutenants)

Thank you,

Chris

**From:** Keely Farrow (MCSO) <K_Farrow@MCSO.maricopa.gov>
**Sent:** Tuesday, June 28, 2022 4:59 PM
**To:** Christopher Houck (MCSO) <C_Houck@MCSO.maricopa.gov>
**Subject:** RE: Exempt vs Non-Exempt

Hi again Lt. Houck,

Yes I am familiar with the documents you attached. Generally speaking those documents are referencing line level staff positions when it is referencing first responders. You'll notice they refer to police officers or deputy sheriffs and even detectives or investigators but they do not mention by title the various levels of supervisors, etc. because those would be involved in "management." I definitely recommend discussing with your leadership because the Lieutenant position description very much delineates the kind of duties that are listed within the FLSA, which I listed initially for you. I've


attached to Lieutenant job description for you; it is the result of job analysis that included surveys and interviews with our sworn staff. It likely could be a helpful tool as you engage in further discussions with leadership about the duties you are or are not performing, those which should be expected of you in the new role, or whether there may be support for undertaking a new comprehensive job analysis. I do wonder if staffing levels are contributing to the duties being performed/expected.

Regards,

*Keely Farrow*
HR Commander
Employee Retention and Performance Division
MCSO Human Resources Bureau
Direct: (602) 876-3217
Cell: Redacted

---

**From:** Christopher Houck (MCSO) <C_Houck@MCSO.maricopa.gov>
**Sent:** Tuesday, June 28, 2022 4:38 PM
**To:** Keely Farrow (MCSO) <K_Farrow@MCSO.maricopa.gov>
**Subject:** RE: Exempt vs Non-Exempt

Cmdr Farrow,

Thus far , based on your bullet points below I have not had any experience with any of those items beyond what I did as a patrol sergeant.

Many of the items such as setting work hours, planning budgets etc are all handled at the Captain or above level, perhaps your right in that I just have not been exposed to it yet.

I have spoken to my counterparts in other districts and everyone I have talked to has told me they also felt they were performing the same duties they did as patrol sergeants.

Online, since I sent you my original email I found these (attached documents). Which seem to indicate first responders do not qualify for exempt status.

FYI - As part of my regular duties I wear a patrol uniform, drive around, and answer calls for service. I'm sometimes the first unit on scene, just recently I was first on scene performing CPR to a drug overdose victim. It would seem to me that I was performing the duties of a first responder.

I can see how a Lieutenant working at Headquarters, PSB, or many other office type jobs where they don't wear uniforms, respond to calls, or take any law enforcement actions would be exempt, but I'm finding it hard to believe the ones assigned to patrol are based on the attached documents.

If you could please look at the attached documents and let me know what you think.

Thank you

Chris

---

**From:** Keely Farrow (MCSO) <K_Farrow@MCSO.maricopa.gov>
**Sent:** Tuesday, June 28, 2022 3:43 PM
**To:** Christopher Houck (MCSO) <C_Houck@MCSO.maricopa.gov>
**Subject:** RE: Exempt vs Non-Exempt

Good day Lt. Houck,

First, congratulations on your recent promotion! And thank you for your inquiry related to FLSA status of our Lieutenants (and above). Nonexempt employees under the FLSA are entitled to overtime pay. Exempt employees are not.  Some jobs are exempt by definition. For most employees, whether they are exempt or not depends on several things including (a) how

much they are paid, (b) how they are paid, and (c) what kind of work they do. Generally when employees meet all three "tests" they are categorized as exempt under the FLSA. The first two tests are met for our Lieutenants, and your question really hinges on the third test – the kind of work performed – so that's what I'll focus on.

An employee who meets the salary level tests and also the salary basis tests is exempt only if s/he also performs exempt job duties. Our Lieutenants and above perform almost all of the representative job duties that the FLSA lists for consideration under the "duties test." Management is a primary duty of the position. Lieutenants are "in charge" of a department or subdivision of the organization (such as a shift or location). As an example if a "sergeant" and a "lieutenant" are each at work at the same time (in the same unit or subunit of the organization), the lieutenant (or Captain) is "in charge" during that time.

An employee may qualify as performing exempt job duties even if s/he performs a variety of "regular" job duties as well (such as those performed by a Sergeant). In the event that some managerial decisions are required, s/he is there to make them, and this is sufficient to categorize as exempt when considering the duties test.

Another requirement is that the employee have genuine input into personnel matters beyond "mere supervision." The typical list of management duties within the FLSA provides further support for Lieutenants and above as exempt:

- interviewing, selecting, and training employees;
- setting hours of work;
- maintaining records (beyond the merely clerical);
- appraising productivity; handling employee grievances or complaints, or disciplining employees;
- determining work techniques;
- planning the work;
- apportioning work among employees;
- determining the types of equipment to be used in performing work, or materials needed;
- planning budgets for work;
- monitoring work for legal or regulatory compliance;
- providing for safety and security of the workplace.

All that said, whether a specific single position or positions should or should not be exempt requires a case by case evaluation. It could likely be argued that some Sergeants could be exempt rather than non-exempt employees.

Finally, there is quite a history of past rulings and determinations that very clearly support non-exempt status for Sergeants and below and exempt status for Lieutenants and above. That's not to say there aren't exceptions but it is not be the norm. I recommend if you haven't already that you discuss your responsibilities further with your Captain. It may be that given your tenure as a Lieutenant is still early within your probationary period - there are more essential job duties which will unfold as your tenure continues.

A larger evaluation of the FLSA status for sworn staff isn't out of the realm of possibility but would have to be something discussed with the COC and executive leadership to be undertaken.

Feel free to let me know if you have further questions.

Regards,

*Keely Farrow*
HR Commander
Employee Retention and Performance Division
MCSO Human Resources Bureau
Direct: (602) 876-3217
Cell: Redacted

---

**From:** Christopher Houck (MCSO) <C_Houck@MCSO.maricopa.gov>
**Sent:** Thursday, June 16, 2022 12:40 AM
**To:** Keely Farrow (MCSO) <K_Farrow@MCSO.maricopa.gov>
**Subject:** Exempt vs Non-Exempt

HOUCK000240

Good morning Commander Farrow,

I was hoping you could provide me with some guidance with this.

I was recently promoted from Sworn Sergeant to Sworn Lieutenant on 4/4/2022. I was assigned to patrol at our District 1 station in Mesa.

I have now worked for a couple months in the Patrol Lieutenant role and have not had any different tasks/duties for which I've been responsible for that's any different than from when I was a patrol Sergeant.

These last few months I believe I have done the same job with the only difference being the title change.

So, I was wondering if there was a process where the patrol lieutenant role could be evaluated to be re-classified as Non-Exempt.

I know currently all Lieutenants are classified as exempt, however I feel certain Lieutenant positions within the office have changed over the last decade and believe Lieutenants assigned to patrol may not fit exempt status. I know from friends working in the Phoenix Police Department that Lieutenants working patrol there are non-exempt employees and so I figure why not ask here.

Please let me know if a process for this exists, and if so what I would have to do.

Thank you,

*Deputy Lieutenant Christopher Houck #s1852*
*Maricopa County Sheriff's Office*
*District 1 Patrol in Mesa, AZ*
*Cell #* Redacted