IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | Case No. CV-23-0068-PHX-DGC<br><br>**ORDER ON MOTION TO SEAL** |

The Court, having considered Plaintiff's Motion to Seal Portions of Plaintiff's Controverting Statement of Facts in Response to Defendant's Separate Statement of Facts in Support of its Motion for Summary Judgment and Motion to Decertify ("Statement of Facts"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the following paragraphs of Plaintiff's Statement of Facts be submitted under seal: paragraphs 26, 36, 45, 55 (and Plaintiff's Response to No. 55), 70, 80, 89, 100, 113, 120, 121, 134, 146, 154, 162, 170, 179, 188, 196, 251 and 257.

**IT IS FURTHER ORDERED** directing the Clerk to file Plaintiff's unredacted Statement of Facts lodged at Doc. 169, under seal.

Dated this 16th day of December, 2025.

*David G. Campbell*

David G. Campbell
Senior United States District Judge