Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**MOTION TO EXTEND DEADLINES RELATED TO DISPOSITIVE MOTIONS AND MOTION TO DECERTIFY**<br><br>**(Third Request)**<br><br>**(Expedited Consideration Requested)** |

Defendant Maricopa County moves for and requests an extension to the remaining deadlines related to Defendant's Motion for Summary Judgment at Doc. 156, Plaintiff's Cross-Motion for Summary Judgment at Doc. 172, and Defendant's Motion to Decertify at Doc. 152. As explained herein, good cause exists for the requested extension.

Plaintiff previously requested an extension to his deadline to file the following very significant pleadings: (1) his response to Defendant's Motion for Summary Judgment, (2) his Cross-Motion for Summary Judgment, and (3) his Response to Defendant's Motion to Decertify. See Plaintiff's Motion to Extend Deadlines Related to Dispositive Motions and Motion to Decertify at Doc. 162 ("Motion to Extend Deadlines"). Plaintiff's requested extension placed Defendant's response deadline immediately after the holidays and, as

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

explained below, right around the time that large briefing and document production are due in a class action which all three Defense counsel are working on together.

While Defense counsel make it a practice of agreeing to extend deadlines where it does not prejudice their clients, at the time that Plaintiff proposed his requested extension, Defense counsel made it very clear that while they were not opposed to an extension, the requested dates would prejudice Defendant. In the email exchange attached as Exhibit A to Plaintiff's Motion to Extend Deadlines, at Doc. 162-1, Defense counsel made it very clear they were willing to work with Plaintiff's counsel to propose deadlines that would not prejudice Defendant. However, Plaintiff's counsel refused to extend Defense counsel the courtesy of a short five-minute phone call, even though Plaintiff was the one requesting the extension. Instead of conferring with Defense counsel regarding mutually agreeable proposed dates, Plaintiff promptly filed a motion with the court requesting the prejudicial dates. While Defendant was in the process of preparing a response, the Court granted Plaintiff's request. As further set forth below, Defendant has tried to comply with the deadlines proposed, however there are additional issues that have arisen since Plaintiff's extension request, including discovery disputes and hearings in other cases, the holiday season (for which Defendant and Defense counsel's offices are closed), and Defense counsel being out ill for a significant period of time.

The Court granted Plaintiff's request, extending the deadlines as follows:

- Plaintiff's deadline to file his Response to Defendant's Motion for Summary Judgment and his Cross-Motion for Summary Judgment: November 21, 2025

- **Defendant's deadline to file its Reply in Support of its Motion for Summary Judgment and Response to Cross-Motion for Summary Judgment: <u>January 9, 2026</u>**

- **Plaintiff's deadline to file his Reply in Support of his Cross-Motion for Summary Judgment: <u>January 23, 2026</u>**

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

2

FP 61028692.1

- Plaintiff's deadline to file his Response to Defendant's Motion to Decertify: November 21, 2025
- **Defendant's deadline to file its Reply in Support of its Motion to Decertify:** <u>January 9, 2026</u>

The Order was granted before Defendant had a chance to file its response to Plaintiff's Motion to Extend Deadlines.

Since the Court's Order granting Plaintiff's requested extension, Plaintiff has filed his Response to Defendant's Motion for Summary Judgment and his Cross Motion for Summary Judgment, as well as his Response to Defendant's Motion to Decertify. Therefore, the only deadlines currently at issue are those that are bolded and underlined above, namely: (1) Defendant's deadline to file its Reply in Support of its Motion for Summary Judgment and Response to Cross-Motion for Summary Judgment, (2) Plaintiff's deadline to file his Reply in Support of his Cross-Motion for Summary Judgment, and (3) Defendant's deadline to file its Reply in Support of its Motion to Decertify.

Good cause exists for the requested extension. The deadlines concern very significant pleadings which require a significant amount of time and resources to respond to. Plaintiff's Opposition to Defendant's Motion to Decertify Plaintiff's Collective Action at Doc. 165 is 32 pages long, his Cross Motion for Summary and Response in Opposition to Defendant's Motion for Summary Judgment at Doc. 46 is 47 pages long, and his Controverting Statement of Facts and Additional Statement of Facts at Doc. 167 is 105 pages long. These pleadings were filed on November 21, 2025 after Plaintiff received an extension which Defendant was in the process of opposing only because the proposed dates overlapped with significant existing deadlines in other cases. Thus, the present briefing schedule has overlapped with Defense counsel's deadline in a class action for a very large dispositive motion and voluminous document production, as well as Defense counsel's pre-trial submissions in another District Court Case (among other deadlines in other cases).

More specifically, all three Defense counsel working on this matter have a response

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

1   to a motion for class certification in another case with a putative class of over 1,000
2   individuals due on January 23, 2025. Defense counsel also have a massive document
3   production due in that case on the very same day. Preparing the filing and working on the
4   document production has taken up such a significant amount of Defense counsel's time
5   that it is impossible to meet the briefing schedule in this case. Furthermore, lead Defense
6   counsel is preparing for trial in a District Court case that will likely take place in mid-
7   2026. As such, she is preparing for pre-trial briefing. Further, as mentioned above,
8   discovery disputes and hearings having arisen in other cases, which have taken up a
9   significant amount of Defense counsel's time.

10          Further compounding the difficulty of meeting the current deadlines are the recent
11  Christmas and New Year's holidays, for which Defendant Defense counsel's office was
12  closed for numerous days. Additionally, multiple Defense counsel were out of the office
13  recently due to their own illness and to care for their children, who were also severely ill.
14  Lead defense counsel's entire household, including very small children, were out severely
15  ill with the flu for several weeks. Under these circumstances, given the length of the
16  pleadings at issue in this case, the fact that Defendant's remaining briefing in this case
17  consists of two very large motions, and Defense counsel's deadlines in other matters, the
18  intervening holidays, and illness mentioned above, Defendant respectfully submits that it
19  is in need of additional time to prepare its pleadings. Defendant respectfully submits that
20  an extension through March 2026, as shown below, is appropriate given the
21  circumstances:

22          • Defendant's deadline to file its Reply in Support of its Motion for Summary
23              Judgment and Response to Cross-Motion for Summary Judgment: **March**
24              **13, 2026**

25          • Plaintiff's deadline to file his Reply in Support of his Cross-Motion for
26              Summary Judgment: **March 27, 2026**

27          • Defendant's deadline to file its Reply in Support of its Motion to Decertify:
28              **March 13, 2026**

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

4

1    If the Court is disinclined to grant an extension through March, Defendant respectfully

2    submits that it needs at least through February 2026 to complete its briefing. Furthermore,

3    Defendant understands the Court's admonishment regarding granting further

4    continuances. However, Defendant submits that good cause exists under the

5    aforementioned circumstances.

6         The request for extension is made in good faith and is not made for the purpose of

7    delay. It is also Defendant's position that the requested extension will not unfairly

8    prejudice any party.

9         DATED this 7th day of January 2026.

10                                    FISHER & PHILLIPS LLP

11

12                              By  s/ Lori A. Guner

13                                    Shayna Balch Santiago

14                                    Lori A. Guner
                                      David G. Myers

15                                    3200 N. Central Avenue, Suite 1550
                                      Phoenix, Arizona 85012-2487

16                                    Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 61028692.1

**FISHER & PHILLIPS LLP**
**3200 N. Central Avenue, Suite 1550**
**Phoenix, Arizona 85012-2487**
**(602) 281-3400**

1                             **CERTIFICATE OF SERVICE**

2          I hereby certify that on January 7, 2026, I electronically transmitted the attached

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrant(s):

5

6 Ty D. Frankel
Frankel Syverson PLLC

7 2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

8 ty@frankelsyverson.com
Attorneys for Plaintiff

9

10 Patricia N. Syverson
Frankel Syverson PLLC

11 9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

12 patti@frankelsyverson.com
Attorneys for Plaintiff

13

14    s/  Michelle C. Xochicale

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

FP 61028692.1