**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | No. 2:23-cv-00068-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County, | |
| Defendant. | |

Before the Court is the Motion to Extend Deadlines Related to Dispositive Motions and Motion to Decertify (Doc. 176). Good cause appearing,

**IT IS ORDERED** granting the Motion to Extend Deadlines Related to Dispositive Motions and Motion to Decertify at Doc. 176,

**IT IS FURTHER ORDERED** extending remaining deadlines related to the parties' dispositive motions and Defendant's Motion to Decertify as follows:

- Defendant's deadline to file its Reply in Support of its Motion for Summary Judgment and Response to Cross-Motion for Summary Judgment: **March 13, 2026**

- Plaintiff's deadline to file his Reply in Support of his Cross-Motion for Summary Judgment: **March 27, 2026**

- Defendant's deadline to file its Reply in Support of its Motion to Decertify: **March 13, 2026**

FP 61028697.1