Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>　　　　　　　Defendant. | No. 2:23-cv-00068-DGC<br><br>**DEFENDANT'S MOTION TO EXCEED PRESUMPTIVE PAGE LIMITATION FOR ITS REPLY IN SUPPORT OF ITS MOTION TO DECERTIFY AND CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT** |

Defendant Maricopa County ("Defendant"), by and through undersigned counsel, respectfully requests leave of this Court to allow Defendant to file its: (1) Consolidated Reply In Support of its Motion for Summary Judgment and Response to Plaintiff's Cross Motion for Summary Judgment totaling up to 45 pages, and (2) its Reply in Support of its Motion to Decertify Plaintiffs' Collective Action totaling 22 pages.

This matter is a collective action involving 24 plaintiffs that opted in. During the telephonic conference on July 29, 2025, Defendant requested to file more than one motion for summary judgment relating to the opt-ins (grouped by argument or topic), however this request was denied and the Court instructed defense counsel to file a single consolidated motion. Defense counsel explained that Defendant would need to exceed the presumptive page limits

for briefing on its motions set forth in LRCiv 7.2(e)(1), due to the sheer volume of arguments and factual assertions relating to the 24 opt-ins in this case. As stated in the minute entry concerning the telephonic conference, the Court indicated that the parties must "file any motions for leave to exceed page limits in tandem with" the motions at issue. Accordingly, Defendant files this motion today along with its Reply in Support of its Motion to Decertify and its consolidated Reply in Support of its Motion for Summary Judgment and Response to Plaintiff's Cross Motion for Summary Judgment.

Defendant has good cause for seeking to exceed the page limitation. To begin, this case involves allegations that Defendant misclassified its Patrol Lieutenants. Accordingly, briefing on Defendant's Motion to Decertify and Motion for Summary Judgment has significant analysis regarding the various exemptions at issue in this case – executive, administrative and highly compensated employee. Defendant is also responding to Plaintiff's Separate Cross Motion for Summary Judgment. Moreover, Plaintiffs have put front and center in this litigation the First Responder Regulation, so that issue is extensively briefed.

Plaintiff's Consolidated Response to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment totals 46 pages and Plaintiff's Response to Defendant's Motion to Decertify totals 31 pages. While Defendant has attempted to be as succinct as possible in its reply, briefing on these multiple and comprehensive legal issues as they relate to 24 separate opt-ins necessarily requires Defendant to exceed the presumptive 11 page limit for reply briefs.

Accordingly, Defendant respectfully requests leave of court to exceed the presumptive page limit for its Reply in Support of its Motion to Decertify by 11 pages (total 22 pages) and to exceed the presumptive page limit for its Consolidated Reply In Support of its Motion for Summary Judgment and Response to Plaintiff Cross Motion for Summary Judgment so that it totals no more than 45 pages.

/ / /

/ / /

/ / /

2

FP 61873246.1

DATED this 13th day of February 2026.

                    FISHER & PHILLIPS LLP

                    By  s/  Shayna Balch Santiago
                        Shayna Balch Santiago
                        Lori A. Guner
                        David G. Myers
                        3200 N. Central Avenue, Suite 1550
                        Phoenix, Arizona 85012-2487
                        Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

3

FP 61873246.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 13th, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

   s/ Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 61873246.1