# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | No. 2:23-cv-00068-DGC<br><br>**ORDER** |

Having reviewed Defendant Maricopa County's Motion to Exceed Presumptive Page Limitation for its Motion to Decertify, Motion for Summary Judgment and Statement of Facts (Doc. 180) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 180) is granted.

**IT IS FURTHER ORDERED** that Defendant may exceed the presumptive page limit for its Reply in Support of its Motion to Decertify by 11 pages (total 22 pages) and exceed the presumptive page limit for its Consolidated Reply In Support of its Motion for Summary Judgment and Response to Plaintiff Cross Motion for Summary Judgment so that it totals no more than 45 pages.