Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Maricopa County,<br><br>    Defendant. | No. 2:23-cv-00068-DGC<br><br>**NOTICE OF LATE FILING** |

Defendant Maricopa County ("Defendant"), by and through undersigned counsel, regrets and apologizes for the late electronic filing of its Consolidated Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Cross Motion for Summary Judgment at Doc. 182 (filed at 12:13 a.m.). This filing was due to the Court by Friday, February 13, 2026. Undersigned counsel experienced unexpected complications in logging into the ECF System, and received numerous error messages when attempting to file the pleading. Undersigned counsel experienced significant difficulties with uploading and filing the pleading as a consolidated reply and response, under both the event codes for a reply and a response. After numerous attempts to file under both event codes, undersigned counsel ultimately filed the pleading only under the reply event code. Regrettably, as a result, the pleading was filed thirteen minutes late. Accordingly, Defendant requests a thirteen-minute extension of time to file its Consolidated Reply in Support

of Motion for Summary Judgment and Response to Plaintiff's Cross Motion for Summary Judgment at Doc. 182. Counsel for Defendant apologizes to the Court and opposing counsel for the late filing and presume it did not cause any unfair prejudice to the Plaintiff.

DATED this 17th day of February 2026.

>FISHER & PHILLIPS LLP
>
>By  s/  Shayna Balch Santiago
>    Shayna Balch Santiago
>    Lori A. Guner
>    David G. Myers
>    3200 N. Central Avenue, Suite 1550
>    Phoenix, Arizona 85012-2487
>    Attorneys for Defendants

FP 61905431.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

  s/ Michelle C. Xochicale

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

3

FP 61905431.1