**Frankel Syverson** pllc

FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | Case No. 2:23-cv-00068-DGC |
| Plaintiff, | **PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT ON PLAINTIFF'S REPLY IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Maricopa County, | |
| Defendant. | (First Request) |

Plaintiff Christopher Houck, through undersigned counsel, submits this request that the page limit on Plaintiff's Reply in Support of Cross Motion for Summary Judgment be extended from eleven pages to fourteen pages.

1

Good cause exists for the requested page extension. Defendant filed an approximately thirty-page opposition to Plaintiff's Cross-Motion for Summary Judgment (contained within Defendant's Consolidated Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Cross Motion For Summary Judgment (Doc. 182) at pp. 14-35 and 38-45). Plaintiff's Reply to Defendant's Response required extensive analysis of the issues Defendant raised in its lengthy filings. Plaintiff submits that the request for a 3-page extension ensures that Plaintiff can fully respond to the significant issues addressed in Defendant's Response to Plaintiff's Cross Motion for Summary Judgment. The substance includes briefing on the first responder exception (including the primary duty analysis), liquidated damages and willfulness. Each of these issues raises complex legal and factual analysis that address the merits of the case. Plaintiff submits that the page extension requested ensures that he can thoroughly address the factual and legal issues raised by Defendant's Opposition. A proposed order is filed contemporaneously herewith.

DATED: March 13, 2026.

**FRANKEL SYVERSON PLLC**

By   *s/ Patricia N. Syverson*
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

**FRANKEL SYVERSON PLLC**
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

*Attorneys for Plaintiff*