# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated, | No. 2:23-cv-00068-DGC |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| Maricopa County, | |
| Defendant. | |

Before the Court is Plaintiff's Motion to Exceed Page Limit on Plaintiff's Reply in Support of Cross Motion for Summary Judgment.  Good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion is granted.

1