# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

_____

```
Christopher J. Houck, on behalf of )
himself and all those similarly    )
situated,                          )
                                   )    No. 2:23-cv-00068-DGC
        Plaintiff,                 )
                                   )
        vs.                        )    Phoenix, Arizona
                                   )    August 7, 2025
Maricopa County,                   )    2:59 p.m.
                                   )
        Defendant.                 )
_____)
```

BEFORE:   THE HONORABLE DAVID G. CAMPBELL, Senior Judge

REPORTER'S TRANSCRIPT OF TELEPHONIC PROCEEDINGS

(Discovery Dispute Hearing)

Official Court Reporter:
Scott M. Coniam, RDR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1            I'm not going to change the briefing schedule that was
2    previously established with defendant's motion for summary
3    judgment and motion to decertify due on August 29th and
4    plaintiff's cross-motion for summary judgment due on October
5    3rd.  We're going to keep those dates in place so we move
6    forward on the motion.
7            And to address a concern you raised, Mr. Frankel, if
8    you find in your depositions of these four newly disclosed
9    witnesses that there is an additional ground for summary
10   judgment, you may assert it when you file your cross-motion on
11   October 3rd.
12           Are there any questions or concerns on the part of
13   plaintiff's counsel about these rulings?
14           MR. FRANKEL:  Regarding Lieutenant Trowbridge, I think
15   it's important that the court know that we did, in fact, offer
16   him as one of the individuals and provided dates for him to be
17   deposed and defendant just elected not to depose him.  And the
18   reason we felt it was required to get the documents following
19   the last conference is because they were then taking the
20   position that he wouldn't be able to provide testimony
21   regarding his overtime hours until -- for some reason they
22   actually were to find a case to support that, then we thought
23   we needed to have documents that would show that he was still
24   appropriately part of the collective as he was included on the
25   list they provided to whom notice went out, but ultimately

# C E R T I F I C A T E

I, SCOTT M. CONIAM, do herby certify that I am duly appointed and qualified to act as Official Court Reporter for the United State District Court.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED August 18, 2025.


s/Scott M. Coniam_____
   SCOTT M. CONIAM, RDR, CRR