## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>Defendant. | No. CV-23-00068-PHX-DGC<br><br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Exceed Page Limit on Plaintiff's Reply in Support of the Cross Motion for Summary Judgment (Doc. 172).  Doc. 185.

**IT IS ORDERED** granting Plaintiff's (Doc. 185) motion for leave to file excess pages.  The Clerk's Office is directed to file the lodged reply (Doc. 186) on the public docket with the same document number.

Dated this 17th day of March, 2026.

David G. Campbell
Senior United States District Judge

1