**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Christopher J. Houck, on behalf of himself and all those similarly situated,

Plaintiff,

vs.

Maricopa County,

Defendant.

No. CV-23-0068-PHX-DGC

**ORDER**

The Court held a telephone conference with the parties on September 10, 2026. The purpose was to discuss the parties' trial proposals. Docs. 192, 193. The Court and the parties also briefly discussed Defendant's recently-filed motion to certify and stay. Doc. 195.

The Court will wait until the motion to certify is fully briefed before ruling. In the meantime, the Court wishes to get a trial scheduled so that it is available on all parties' calendars. On the basis of the discussion held today, the Court sets the trial in this matter for the weeks of April 19 and 26, 2027. Counsel should hold both weeks open for the trial. If the Court decides to certify questions to the Ninth Circuit, or agrees with Defendant's proposed trial strategy, these dates will need to be adjusted. For now, however, the Court views them as firm trial dates.

Dated this 10th day of September, 2026.

David G. Campbell

David G. Campbell
Senior United States District Judge