Shayna Balch Santiago, SBN 024852
Lori A. Guner, SBN 031646
David G. Myers, SBN 038484
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
ssantiago@fisherphillips.com
lguner@fisherphillips.com
dmyers@fisherphillips.com
Attorneys for Defendants

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Christopher J. Houck, on behalf of himself and all those similarly situated,

Plaintiff,

v.

Maricopa County,

Defendant.

No. CV-23-00068-PHX-DGC

**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO (1) CERTIFY THE COURT'S JULY 24, 2026 DECERTIFICATION ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b), AND (2) STAY THE ACTION PENDING INTERLOCUTORY APPEAL**

**(First Request)**

Defendant Maricopa County ("Defendant") and Plaintiff Christopher J. Houck, by and through their undersigned counsel, hereby stipulate and agree that Defendant's deadline to file a Reply in Support of Motion to (1) Certify the Court's July 24, 2026 Decertification Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), and (2) Stay the Action Pending Interlocutory Appeal (Doc. 195) for one week, up to and including Wednesday, October 7, 2026.

The current deadline to submit Defendant's reply is September 30, 2026. The parties make this request for a brief extension because lead defense counsel was out of the office in observance of several Jewish holidays. Upon her return, lead defense counsel was preparing a pretrial disclosure in another federal court case due September 25, 2026. As a result, defense

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

counsel requires additional time to prepare the draft reply and confer with its client prior to submission to the Court. This is the first request to extend the instant deadline.

The parties respectfully submit that the requested extension is not being sought for the purpose of delay and does not prejudice either party. A proposed form of order is submitted herewith.

DATED this 29th day of September 2026.

FISHER & PHILLIPS LLP

By s/ David G. Myers
Shayna Balch Santiago
Lori A. Guner
David G. Myers
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendants

FRANKEL SYVERSON

By s/ Ty D. Frankel (with permission)
Ty D. Frankel
Patricia N. Syverson
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Attorneys for Plaintiffs

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ty D. Frankel
Frankel Syverson PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ty@frankelsyverson.com
Attorneys for Plaintiff

Patricia N. Syverson
Frankel Syverson PLLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
patti@frankelsyverson.com
Attorneys for Plaintiff

s/ Michelle C. Xochicale