**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Maricopa County,<br><br>Defendant. | No. CV-23-00068-PHX-DGC<br><br>**ORDER** |

Before the Court is the parties' Stipulated Motion for Extension of Time to File Reply in Support of Defendant's Motion to (1) Certify the Court's July 24, 2026 Decertification Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), and (2) Stay the Action Pending Interlocutory Appeal. (Doc. 202). Good cause appearing;

**IT IS ORDERED** granting the parties' Stipulated Motion for Extension of Time to File Reply in Support of Defendant's Motion to (1) Certify the Court's July 24, 2026 Decertification Order for Interlocutory Appeal Pursuant To 28 U.S.C. § 1292(b), and (2) Stay the Action Pending Interlocutory Appeal at Doc. 202;

**IT IS FURTHER ORDERED** extending the deadline for Defendant's Reply in Support of Defendant's Motion to (1) Certify the Court's July 24, 2026 Decertification Order for Interlocutory Appeal Pursuant To 28 U.S.C. § 1292(b), and (2) Stay the Action Pending Interlocutory Appeal up to and including October 7, 2026.