FRANKEL SYVERSON PLLC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
602-598-4000
Ty D. Frankel (027179)
ty@frankelsyverson.com

9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
602-598-4000
Patricia N. Syverson (020191)
patti@frankelsyverson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Christopher J. Houck, on behalf of himself and all those similarly situated,

Plaintiff,

v.

Maricopa County,

Defendant.

Case No. 2:23-cv-00068-DGC

**STIPULATION REGARDING TRIAL WITNESESS**

Plaintiff Christopher J. Houck and Defendant Maricopa County (collectively the "Parties"), by and through their undersigned counsel, hereby submit this stipulation reflecting the Parties' agreement regarding calling opt in plaintiffs as witnesses at trial.

Defendant maintains that representative testimony is inappropriate in this case. Plaintiff believes that representative testimony could be appropriate. Without resolving that disagreement, the parties agree that either side may call the Named Plaintiff and any or all of the Opt In Plaintiffs who remain parties to this case as witnesses at trial. The parties

conferred regarding this approach to narrow the issues before the Court related to trial and avoid expending the Court's resources reviewing briefing the issues outlined in the Court's October 14, 2026 Order at Doc. 205.

This agreement is limited to the Parties' ability to call these individuals as witnesses at trial. The Parties anticipate that, in light of this agreement, the total trial time will exceed the approximately two weeks the Court has currently set aside for trial in April 2026. Defendant anticipates that trial of this matter will require at least 50 days. Defendant respectfully requests leave of court to submit a revised or amended briefing regarding how this matter should be tried, including witnesses to be called and trial length. Plaintiff respectfully submits that the trial should be substantially shorter than 50 days and believes that the parties should work together to discuss ways of reducing duplicative testimony to the extent possible.

The Parties therefore respectfully request that the Court clarify the next steps, including whether it would like supplemental or amended submissions addressing anticipated witnesses, estimated examination times, the proposed manner of trying the case, and the total trial time required.

Good cause exists for this request because the stipulation narrows the Parties' disagreement regarding which plaintiffs may be called as witnesses at trial and may avoid unnecessary briefing expenses regarding representative testimony of opt in plaintiffs in the event that the Court accepts this approach. A proposed order is submitted herewith.

DATED: October 26, 2026.

**FRANKEL SYVERSON PLLC**
By *s/ Ty D. Frankel*
Ty D. Frankel
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016

**FRANKEL SYVERSON PLLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

*Attorneys for Plaintiff*

**FISHER & PHILLIPS LLP**
By *s/ Shayna Balch Santiago (w/permission)*
Shayna Balch Santiago
Lori A. Guner
Jacob R. Valdez
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487

*Attorneys for Defendant*