**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher J. Houck, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County,<br><br>Defendant. | Case No. 2:23-cv-00068-DGC<br><br>**[PROPOSED] ORDER** |

Upon the Parties' Stipulation regarding Trial Witnesses, and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation. Plaintiffs and Defendant may call the Named Plaintiff and each of the Opt In Plaintiffs who remain parties to the case as witnesses at trial.